AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

EDWARD A. COPELAND AND SHERYL COPELAND )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
TRISTAR PRODUCTS, INC. AND ABC, INC., )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tristar Products, Inc.
c/o Hand Arendall Harrison Sale LLC, Registered Agent
111 N. County Hwy 393
Suite 203
Santa Rosa Beach, FL 32459

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: W. Carl Reynolds
Marty K. Senn
Michael G. Horner
Reynolds, Horne & Survant
6320 Peake Rd.
P.O. Box 26610
Macon, GA 31210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*