IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDWARD A. COPELAND AND SHERYL COPELAND, <br><br> Plaintiffs, <br><br> vs. <br><br> TRISTAR PRODUCTS, INC., and ABC, INC., <br><br> Defendants. | CIVIL ACTION NO. 5:22-cv-00212-CAR |

**PLAINTIFFS' MOTION TO EXCLUDE OR LIMIT OPINIONS AND TESTIMONY OF DEFENDANT TRISTAR PRODUCTS, INC.'S EXPERT DR. ROBERT GIACHETTI, PH.D.**

Pursuant to Federal Rules of Evidence 702 and 403, as well as *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 43 F.3d 1311 (9th Cir. 1993). Plaintiffs respectfully move to exclude expert opinions offered by Dr. Robert Giachetti, Ph.D. ("Dr. Giachetti"). As set forth in the brief filed with this motion, Dr. Giachetti's opinions should be excluded and/or limited because either 1) they do not fit the facts of this case and are not the product of reliable methodology, and therefore would not assist the trier of fact to determine any issue in controversy in this matter, or 2) he is not qualified to proffer them.

This 20th day of February, 2024.

Respectfully submitted,

[Signature on Following Page]

| | |
|---|---|
| **REYNOLDS, HORNE & SURVANT** | */s/ Marty K. Senn* |
| 6320 Peake Road | MARTY K. SENN |
| P.O. Box 26610 | Georgia Bar No.: 513896 |
| Macon, Georgia 31210 | *Attorney for Plaintiff Edward A. Copeland and* |
| Telephone: (478) 405-0300 | *Sheryl Copeland* |
| Facsimile: (478) 405-0550 | |
| msenn@reynoldsinjurylaw.com | |

## CERTIFICATE OF SERVICE

This is to certify that on this date, the undersigned served a true and correct copy of the foregoing pleading with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service through the CM/ECF system to:

Sanjay Ghosh
Steven H. Campbell
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
sanjay.ghosh@nelsonmullins.com
steven.campbell@nelsonmullins.com
*Attorneys for Defendant*

David S. Osterman, Esq.
Goldberg Segalla
301 Carnegie Center, Suite 200
Princeton, NJ 08540
dosterman@goldbergsegalla.com
*Attorney for Defendant*

This 20th day of February 2024.

**REYNOLDS, HORNE & SURVANT**

| | |
|---|---|
| 6320 Peake Road | */s/ Marty K. Senn* |
| P.O. Box 26610 | MARTY K. SENN |
| Macon, Georgia 31210 | Georgia Bar No.: 513896 |
| Telephone: (478) 405-0300 | *Attorney for Plaintiffs Edward A. Copeland and* |
| Facsimile: (478) 405-0550 | *Sheryl Copeland* |
| msenn@reynoldsinjurylaw.com | |