**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **EDWARD A. COPELAND AND** | ) | |
| **SHERYL COPELAND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No: 5:22-cv-00212-CAR** |
| | ) | |
| **TRISTAR PRODUCTS, INC., and** | ) | |
| **ABC, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT TRISTAR PRODUCTS, INC.'S**
**MOTION TO BAR PLAINTIFF'S EXPERT, DR. SOHEIL ESHRAGHI**

Defendant Tristar Products, Inc. ("Tristar") hereby moves to exclude the opinions of Plaintiffs' engineering expert, Dr. Soheil Eshraghi, pursuant to Federal Rules of Evidence 702 and 403, as well as *Daubert v. Merrell Dow Pharmaceutical, Inc.*, 43 F.3d 1311 (9th Cir. 1993) and its progeny. Dr. Eshraghi's opinions should be excluded as unreliable and irrelevant, and because he is not qualified to offer his pressure cooker design defect opinions. Tristar's Motion is supported by its accompanying Brief in Support of its Motion to Bar Plaintiff's Expert and the exhibits attached thereto.

Respectfully submitted, this 20th day of February, 2024.

*/s/ Sanjay Ghosh*
Sanjay Ghosh
Georgia Bar No. 141611
Steven H. Campbell
Georgia Bar No. 161457
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW | Suite 1700
Atlanta, GA 30363
(404) 322-6000
(404) 322-6050 (fax)

sanjay.ghosh@nelsonmullins.com
steven.campbell@nelsonmullins.com

David S. Osterman
Thaddeus J. Hubert, IV
GOLDBERG SEGALLA
301 Carnegie Center Drive | Suite 200
Princeton, NJ 08540
(609) 986-1386
(609) 986-1301 (fax)
dosterman@goldbergsegalla.com
thubert@goldbergsegalla.com

*Attorneys for Defendant Tristar Products, Inc.*

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the within and foregoing **DEFENDANT TRISTAR PRODUCTS, INC.'S MOTION TO BAR PLAINTIFF'S EXPERT, DR. SOHEIL ESHRAGHI** with the Clerk of Court utilizing the CM/ECF electronic filing system which will automatically send notification of such filing to all attorneys of record listed below, who are registered participants in the Court's electronic notice and filing system.

W. Carl Reynolds, Esq.
creynolds@rmtriallaw.com
Marty K. Senn, Esq.
msenn@reynoldsinjurylaw.com
Michael G. Horner, Esq.
mhorner@reynoldsinjurylaw.com
REYNOLDS, HORNE & SURVANT
6320 Peake Road
P.O. Box 26610
Macon, GA 31210

*Attorneys for Plaintiffs Edward A. Copeland
and Sheryl Copeland*

This 20th day of February, 2024.

*/s/ Sanjay Ghosh*
Sanjay Ghosh
Georgia Bar No. 141611
Steven H. Campbell
Georgia Bar No. 161457
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW | Suite 1700
Atlanta, GA 30363
(404) 322-6000
(404) 322-6050 (fax)
sanjay.ghosh@nelsonmullins.com
steven.campbell@nelsonmullins.com

*Attorneys for Defendant Tristar Products, Inc.*