# Exhibit B

Soheil Eshraghi , PhD, PE                    January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 1

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
2                     MACON DIVISION
3

    EDWARD A. COPELAND and
4   SHERYL COPELAND,

5            Plaintiffs    Civil Action
                           File No. 5:22-CV-00212-TES
6       v.
7   TRISTAR PRODUCTS, INC.,
    and ABC, INC.,
8
             Defendants.
9   _____
10
11              VIDEOTAPED ZOOM DEPOSITION OF
11
              SOHEIL ESHRAGHI, PH.D., P.E
12
                    January 11, 2024
13                    1:01 P.M.
14
15      Lee Ann Barnes, CCR-1852B, RPR, CRR, CRC
16
17
18
19
20
21
22
23
24
25

Soheil Eshraghi , PhD, PE                     January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 10

1    A.  Yes.
2    Q.  All right.  Let's talk about your
3 background.
4        Have you ever worked for a pressure cooker
5 manufacturer?
6        MR. SENN:  Ted, just one second.  Sorry to
7 interrupt.
8        Do you want to reserve objections until
9 first use?
10       MR. HUBERT:  Whatever you want.  I mean,
11 if you want to object to a question, it's fine
12 with me.  However you want to do it.
13       MR. SENN:  How about -- how about we
14 reserve all objections except form of the
15 question and responsiveness of the answer until
16 first use?
17       Will that work?
18       MR. HUBERT:  Yes.
19       MR. SENN:  Okay.
20 BY MR. HUBERT:
21   Q.  Okay.  So, Doctor -- and am I saying your
22 last name correctly?
23       Is it Eshraghi?
24   A.  Yes.
25   Q.  Okay.  Dr. Eshraghi, have you ever worked

Page 11

1 for a pressure cooker manufacturer?
2    A.  No.
3    Q.  Have you ever worked for a pressure cooker
4 distributor?
5    A.  No.
6    Q.  Have you ever worked or been employed for
7 a retailer that sells pressure cookers?
8    A.  No.
9    Q.  Have you ever designed a pressure cooker?
10   A.  No.
11   Q.  Have you ever worked for a company that
12 performs quality control services for manufacturers
13 or distributors of pressure cookers?
14   A.  No.
15   Q.  Have you ever owned a pressure cooker?
16   A.  No.
17   Q.  Have you ever used a pressure cooker to
18 eat food, meaning not for testing for litigation?
19   A.  No.
20   Q.  Have you -- even if you -- even though you
21 may have never used a pressure cooker yourself to
22 cook a meal, have you ever had a meal cooked by a
23 pressure cooker?
24   A.  No.
25   Q.  Do you know what the benefits are of

Page 12

1 cooking a meal with a pressure cooker?
2    A.  Yes.
3    Q.  Okay.  What are some benefits of cooking a
4 meal with a pressure cooker that you are aware of?
5    A.  Speed.
6    Q.  Anything else besides speed?
7    A.  No.
8    Q.  Okay.  And does the pressure that a
9 pressure cooker utilizes help it cook a meal faster
10 than with -- than one would be able to without the
11 pressure?
12   A.  Yes.
13   Q.  Do you have any friends or family members
14 that own a pressure cooker?
15   A.  Not that I recall.
16   Q.  Have you ever given a pressure cooker as a
17 gift?
18   A.  Never.
19   Q.  Have you ever received a pressure cooker
20 as a gift?
21   A.  No.
22   Q.  My understanding is that you have a Ph.D.
23       Is that correct?
24   A.  Yes.
25   Q.  And that Ph.D. is in materials science and

Page 13

1 engineering from the University of
2 California-Irvine; true?
3    A.  Yes.
4    Q.  Is it true that your experience with
5 pressure cookers arises solely from you being an
6 expert in cases involving pressure cookers?
7    A.  What do you mean?
8    Q.  Well, you're an -- you're an engineer;
9 correct?
10   A.  Yes.
11   Q.  Okay.  Are you a licensed engineer?
12   A.  Yes.
13   Q.  Is it true that in your professional life
14 as a licensed engineer, your work does not involve
15 designing, manufacturing, testing, or analyzing
16 pressure cookers?
17   A.  Up to 2000, I think '20 or -- I didn't.
18 But since then, I have tested pressure cookers for a
19 few years.
20   Q.  Right.
21       And -- but all that testing was for
22 your -- your role as a litigate -- as a litigation
23 expert; correct?
24   A.  Correct.
25   Q.  So in terms of your professional life as a

4 (Pages 10 - 13)

Soheil Eshraghi , PhD, PE                         January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 14

1 licensed engineer, your work does not involve
2 pressure cookers outside of the litigation
3 consulting work you've been doing since 2020?
4    A.   That's correct.
5    Q.   Have you ever -- have you had a chance to
6 testify in court yet?
7    A.   Not yet.
8    Q.   Okay.  How did you get into the field of
9 being an expert witness in litigation?
10    A.   My previous boss was doing this type of
11 work.  And years ago he couldn't go to a testing
12 facility.  He asked me if I wanted to help him.  And
13 then gradually he showed me what was involved.  And
14 I got interested, and I started doing that.
15    Q.   Okay.  And that was in the 2020 time
16 frame?
17    A.   Yes.
18    Q.   And what was -- what was your former
19 boss's name?
20    A.   John Pratt.
21    Q.   Is that Dr. Pratt or Mr. Pratt?
22    A.   Dr. Pratt.
23    Q.   And so did Dr. Pratt ask you to go to a --
24 an inspection for him?
25    A.   Yes.  There was an inspection out of

Page 15

1 state, and he asked me if I can do that on his
2 behalf.
3    Q.   And were you able to?
4    A.   The way it turned out, I -- I couldn't.
5 But later I got the case, and finally I did as the
6 one who was in charge of the whole case, yes.
7    Q.   Okay.  And did Dr. Pratt educate you on
8 how to be an expert in pressure cooker litigation?
9    A.   He -- he showed me different tests that he
10 would be doing, and he also showed me the format of
11 preparing reports.
12    Q.   What kind of tests did he show you?
13    A.   Measuring temperatures, measuring loads to
14 open the lid, looking for issues, functionality of
15 the locking elements.  Things like that.
16    Q.   Did you ever observe Dr. Pratt remove a
17 lid from a pressure cooker while pressurized?
18    A.   Yes.
19    Q.   How many times did you do that?
20    A.   Maybe three times.
21    Q.   And why did you do that?
22    A.   Just to learn the process.
23    Q.   So you learned the process, learn --
24 learned the -- learned the process or technique of
25 how to open a pressure cooker while it's under

Page 16

1 pressure?
2    A.   Well, I was hesitant because I didn't want
3 to get hurt.  So I was going to learn the proper
4 approach to open and not get hurt.
5    Q.   But did he give you advice on how to
6 specifically open a pressure cooker while it's under
7 pressure?
8    A.   No.  He was showing me the -- like, the
9 pieces of equipment he was wearing and what type of
10 gloves to have, what shield to buy.  Things like
11 that.
12    Q.   Okay.  Did he show you how to operate the
13 unit in a way that would allow the pressure cooker
14 to be opened while under pressure?
15    A.   No, no.  I -- I know how -- how that
16 happens.
17    Q.   Prior to your involvement in this case,
18 had you ever inspected a Tristar pressure cooker?
19    A.   Prior to this one, I -- I was engaged on
20 another case, I think, that I was just -- I didn't
21 do any investigation because it was settled before I
22 did something.
23    Q.   Okay.  How many different pressure cooker
24 brands have you -- strike that.
25        Let me ask you a different question.

Page 17

1        How many different brands of pressure
2 cookers have you inspected?
3    A.   Probably ten.
4    Q.   And are those all electric pressure
5 cookers?
6    A.   No.  There are some stovetop also.
7    Q.   How many electric pressure cooker brands
8 have you reviewed?
9    A.   Maybe six.
10    Q.   And have you ever done any -- do you know
11 what UL 136 is?
12    A.   Yes.
13    Q.   Have you ever tested a pressure cooker to
14 UL 136 standards?
15    A.   Not exactly to UL 136.  To a similar
16 approach that is easier to implement.
17    Q.   Will you agree that UL 136 is an industry
18 standard test?
19    A.   Yes.
20    Q.   How many cases have you been retained to
21 provide opinions on pressure cookers?
22    A.   I -- I made a list for you.  I have to go
23 back and check.  Let me see if I can bring it up
24 because I don't remember.
25        One second.

5 (Pages 14 - 17)

Soheil Eshraghi , PhD, PE                    January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 18

1    It says one, two, three, four, five, six,
2 seven, eight, nine.  It's -- it's ten, but some of
3 them are multiple cookers, so maybe 20.  Just
4 approximate numbers.
5    Q.   Did you say 20?
6    A.   Yes.
7    Q.   And in those 20 pressure cooker cases
8 where you were retained, were those all as a --
9 retained by the plaintiff?
10   A.   Yes.
11   Q.   And in any of those pressure cookers that
12 you've had a chance to review or inspect, did -- did
13 you find that any were not defective?
14   A.   Yes.
15   Q.   And how many?
16   A.   I -- one, two.  Two cases I couldn't find
17 anything wrong with it, yes.
18   Q.   And did you write a report in either of
19 those two cases?
20   A.   I submitted my findings, but I didn't do a
21 report.  I just reported my results, and I -- there
22 was nothing else to continue.  I couldn't find the
23 flaw.
24   Q.   Do you know what the brands of pressure
25 cooker those were that were not defective?

Page 19

1    A.   Well, there was one -- one is T-fal, it's
2 stovetop, that still is under investigation.
3        And there was another one.  I'm looking
4 into my notes.  I think it was an Instant Pot, but I
5 can't -- I can't remember right now.  I have to go
6 check it.
7    Q.   Sure.
8        And can you tell me what it was about the
9 Instant Pot's -- about the Instant Pot's design that
10 did not make it defective?
11   A.   Well, it's not -- it wasn't the design.
12 It was a description of how it happened.
13       So I -- I go with what they tell me, and I
14 try to see how that scenario could have happened.
15 If I cannot produce it...
16       Now, if they gave me the wrong information
17 or something else happened, I don't know.  But I
18 usually try to duplicate and see how that could have
19 happened.  And if I can not find it, then I say I
20 cannot proceed.
21   Q.   Okay.  So if you follow what plaintiff
22 says they -- says happened and you can't duplicate
23 an -- a -- an -- an event that would lead to an
24 injury, you would say no defect; true?
25   A.   Yes.

Page 20

1    Q.   And same with the -- for the T- -- the
2 T-fal stovetop pressure cooker, was that the same --
3 did the same situation occur where you could not
4 recreate the events as described by plaintiff and
5 therefore you opined it was not defective or
6 concluded it was not defective?
7    A.   No.  Actually in that case, it's -- it's
8 kind of damaged.  So my question back is who damaged
9 it?
10       So if the consumer interfered with it,
11 disassembled it, do -- did something, then it's not
12 manufacturer's issue.  So we are figuring that out.
13       (Simultaneous speakers - unclear.)
14   Q.   I'm sorry.
15   A.   I saw things that were not functioning
16 because of some modifications.
17   Q.   So just to clarify on the -- on the T-fal
18 one, was it modified or was it damaged or both?
19   A.   It -- somehow it was disassembled and
20 assembled back and some things were missing.  So I
21 don't know if the missing part was from the
22 manufacturer or from somebody touched it, so we are
23 investigating.
24   Q.   Understood.
25       Can you identify for me the brands of

Page 21

1 pressure cookers that you have inspected that you
2 opine were defective?
3    A.   Yes.  Like, Bella cooker, Cook's,
4 Crock-Pots.
5    Q.   Any other brands that you recall being
6 defective?
7    A.   Philippe Richard.  That was a stovetop.
8    Q.   Any others?
9    A.   No.  Can't remember any more.
10   Q.   How about -- let me see if I can refresh
11 your recollection -- Cuisinart?
12       Have you ever reviewed a Cuisinart
13 pressure cooker?
14   A.   Yes, but I -- I think -- I -- I don't
15 remember that one.  I think I evaluated it while
16 John was testing that one.  So I was just observing.
17   Q.   How about Admiral?
18   A.   No.
19   Q.   Paula Deen?
20   A.   No.
21   Q.   Nuwave?
22   A.   No.
23   Q.   Sunbeam?
24   A.   Sunbeam, yes.
25   Q.   And was that -- and in your opinion,

6 (Pages 18 - 21)

Soheil Eshraghi , PhD, PE                                    January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 22

1 Sunbeam was defective?
2     A.  The ones I tested.
3     Q.  Cooks Kitchen?
4     A.  Cooks is the same brand as Bella.  I think
5 they are from Sensio.  And, yes.
6     Q.  And how about Fagor, F-a-g-o-r?
7     A.  I haven't touched that one yet.
8     Q.  How about Genie?
9     A.  No.
10     Q.  "No," you didn't review that one, or,
11 "No," you reviewed it and there was no defect?
12     A.  No, I did not review it.
13         I have reviewed also Ninja.  I'm looking
14 here.
15     Q.  And was Ninja defective or no?
16     A.  The one I saw has some indications of some
17 issues, yes.
18     Q.  Gourmia, G-o-u-m -- G-o-u-r-m-i-a?
19     A.  I haven't worked with that.
20     Q.  Maxi-Matic?
21     A.  No, not with...
22     Q.  Cook Prep Eat?
23     A.  No.
24     Q.  Royal Prestige?
25     A.  Royal Prestige, yes.

Page 23

1     Q.  And was Royal Prestige defective?
2     A.  Let me check.  Hold on.
3         Royal Prestige, I think I didn't find
4 anything wrong with that, for that case.
5     Q.  And what about Casa Maria?
6         Have you inspected a Casa Maria unit?
7     A.  No.
8     Q.  What about COSORI, C-O-S-O-R-I?
9         Have you inspected a COSORI?
10     A.  No.
11     Q.  Wolfgang Puck?
12     A.  No.
13     Q.  Okay.  So it sounds like there's one, two,
14 three, four, five, six -- about seven or eight
15 pressure cooker brands you found defective, not
16 including Tristar; right?
17     A.  Yes.
18         And -- and I -- you know, when I work with
19 this, I consider each one individually.  I am not
20 saying it's a family issue or -- I'm just testing
21 the one I get.
22     Q.  I understand.
23         Do electric pressure cookers all use
24 similar designs in terms of the lid lock mechanism?
25     A.  It -- it looks like they are all using

Page 24

1 same concepts.
2     Q.  Can you tell me specifically -- for
3 example, Royal Prestige you said wasn't defective.
4         Can you tell me why?
5     A.  Well, the -- the way the incident
6 happened, I tried to duplicate it.  I couldn't.
7     Q.  It sounds like, except for the T-fal one,
8 in all the other instances where you did not find a
9 defect, it was because you couldn't replicate the
10 incident that plaintiff alleged?
11     A.  Yes.
12     Q.  Is it true that in this case, you opined
13 that the Tristar pressure cooker was defective
14 before you tested the subject unit?
15     A.  No.
16     Q.  Had you tested -- you have a report dated
17 November 21, 2022.
18         Had you inspected the Copeland's pressure
19 cooker at the time you wrote that report?
20     A.  The -- the first report?
21     Q.  Yeah.
22     A.  I'm not sure if we tested that at that
23 time, no, because we --
24         (Simultaneous speakers - unclear.)
25     A.  -- we were going to test it with -- as a

Page 25

1 group.
2     Q.  Right.
3         So in your first report, you examine the
4 pressure cook- -- you did -- excuse me.
5         You did inspect the pressure cooker
6 because you took photographs of it, but you hadn't
7 done any testing at the time you wrote your first
8 report; correct?
9     A.  Yes.
10     Q.  And in your first report, you do opine
11 that the pressure cooker had design flaws; correct?
12     A.  What -- what -- what I said was if a
13 pressure cooker can explode on the consumer, it has
14 a flaw.  And then I suggested how to test and
15 figured out where the flaw is.
16     Q.  Well, on page 9 you say "Based upon the
17 foregoing analysis, it is my opinion within a
18 reasonable degree of scientific and engineering
19 certainty that Mr. and Mrs. Copeland's Tristar
20 PPC780 pressure cooker had design flaws that allowed
21 its lid to open under pressure to cause the
22 injuries."
23         And you gave that opinion before you
24 tested the unit; correct?
25     A.  That opinion was based on what happened to

7 (Pages 22 - 25)

Soheil Eshraghi , PhD, PE                    January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 30

1 has a -- like a standard attached to it.
2         If -- if, for example, I test a fastener
3 for tensile property, there is an NASM document that
4 covers it. If I am doing a hardness test for some
5 product, it actually specifies what ASTM I should
6 use. If I'm using a -- if I'm doing a heat treat,
7 there is an ASM document.
8         So there are multiple organizations with
9 multiple requirements for different inspections and
10 processes. We need to follow them.
11    Q.   And do you follow -- so in terms of
12 pressure cookers, do you follow any industry
13 standards when you perform your tests?
14    A.   Yes. For example, for locking test, we
15 have the UL 136 that we need to follow. And when --
16 when we don't have exactly the equipment to do that,
17 we suggest a substitute test that can validate the
18 same thing. And if everybody agrees, we do that
19 test.
20    Q.   In terms of UL 136, have you ever
21 performed a formal UL 136 test?
22    A.   Not a formal UL, no.
23    Q.   Are you -- are you attempting to obtain
24 the equipment so that you can perform a formal
25 UL 136 test?

Page 31

1    A.   Well, I -- I try. And I found issues with
2 that test, so I communicated to UL and I am
3 preparing a proposal to adding another test as a
4 substitute.
5    Q.   What test would that be?
6    A.   Basically to open these pressure cookers,
7 we apply a torque to open it. The -- the test that
8 is defined by UL, they apply the torque at the
9 outside perimeter where the loads are. However, if
10 everything is not precisely lined up, there is a
11 binding effect that can influence the results.
12        So when I talked to the people who were in
13 charge, I said, "Why don't we substitute a test that
14 we can use with a torque wrench?" And they gave me
15 some comments how to do the proposal, and I'm
16 working on it.
17    Q.   And the torque wrench test, you did that
18 in this case; correct?
19    A.   We did it in addition to the load test
20 that was closer to the UL document, yes.
21    Q.   When you say load test is closer to the
22 UL 136 document, you mean closer to the -- the
23 written test that UL outlines?
24    A.   The UL 136 --
25    Q.   Yeah.

Page 32

1    A.   -- we pull on one side of the lid with --
2 with some mechanism and measure a load versus a
3 torque test that we just use a torque wrench that is
4 centered and has no binding issue.
5    Q.   I just want to clarify that you mentioned
6 that the -- the load test, I think you called it, is
7 closer in spirit to UL 136; true?
8    A.   That's true, yes.
9    Q.   Would you agree with me that if the
10 pressure cooker passes UL 136, the pressure cooker
11 is safe -- reasonably safe and not defective?
12    A.   Reasonably safe, yes.
13    Q.   Have you ever, as an expert, prepared a
14 meal in a pressure cooker?
15    A.   I have done that during testing, yes,
16 because in -- in some cases, I put the exact
17 ingredients that they had done just to make sure I
18 am repeating it.
19        So, yes, I have bought the meat, the
20 ingredients, and I've cooked it in that pressure
21 cooker.
22    Q.   And did you do that in this case?
23    A.   In this case, no.
24    Q.   So in this case, you did not try and
25 recreate what the person said happened by cooking a

Page 33

1 meal and following what they said they did?
2    A.   In this case, we actually followed what
3 the other side was proposing, and we just did that.
4    Q.   But I'm asking you if you -- when you
5 testified earlier that you won't find a pressure
6 cooker defective if you can't replicate what
7 happened.
8        So in this case, did you -- did you cook a
9 meal and attempt to replicate what happened by
10 following what plaintiff said happened?
11    A.   No, I didn't cook the meal in it. We
12 tested it just by cooking water.
13    Q.   All right. So you did not try to
14 replicate what the plaintiff said occurred in this
15 case; correct?
16    A.   Not with the meat or ingredients, just the
17 process of heating up and cooling down and opening
18 the lid.
19    Q.   Well, in your first report, you identify
20 on page 4 that the plaintiffs allowed the cooker to
21 be undisturbed upon completion of the cooking cycle
22 for 45 minutes to an hour.
23        So in this case, did you cook a meal and
24 then allow the meal after the cook cycle completed
25 for 45 minutes to 60 minutes and then open it?

9 (Pages 30 - 33)

Soheil Eshraghi , PhD, PE                    January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 34

1    A.   No.  But I did -- originally I did let it
2 cool down two different times to measure how long it
3 would take for the floating valve to go down.
4    Q.   What was the result of that?
5    A.   I have to check.  It was, like, 45 to
6 55 minutes, I think.
7    Q.   Is that anywhere in your report?
8        (Simultaneous speakers - unclear.)
9    A.   One of my -- I have to find it.  I wrote
10 it somewhere.
11    Q.   Have you ever taken a case where the
12 plaintiff admitted to forcing open the pressure
13 cooker?
14    A.   No.  But I have heard of them.
15    Q.   Yeah.  Let's talk about how the pressure
16 cooker works.
17        On this Tristar unit, when the lid goes
18 into the closed position, can you feel or hear the
19 lid click into place?
20    A.   You -- you can feel that it is in the
21 right position for starting, yes.
22    Q.   All right.  This unit has something called
23 a float valve; true?
24    A.   Yes.
25    Q.   Okay.  And what is the float valve?

Page 35

1    A.   So in designing these pressure cookers,
2 to -- to make sure the consumer cannot open the
3 pressure cooker prematurely, there is a mechanism
4 design in the lid that locks in place when it
5 gets pressurized.  So the purpose of the floating
6 valve is to move up to a lock position so it stops
7 the lid from rotating open while it's under
8 pressure.  So it's a lock -- part of the locking
9 mechanism.
10    Q.   And the -- the float valve, it's like a
11 little piston-shaped object; right?
12    A.   It's a cylindrical pin that is inside the
13 lid.  And it's normally by gravity.  It has some
14 weight.  It's -- you know, it's not that heavy.
15 Just a few grams.  It -- it can -- it sits down
16 based on gravity.
17        So the minute the pressure starts to build
18 up, that will be pushed up to seal the hole and
19 locked it in place.
20    Q.   And the float valve has a silicone gasket
21 on the bottom of it; right?
22        So when it gets pushed up, the unit
23 remains sealed so no pressure can escape; right?
24    A.   That's correct.
25    Q.   All right.  And I just want to go over a

Page 36

1 few things you said about the -- float valve.
2        One, it's -- it's -- it has a very small
3 amount of weight; true?
4    A.   Yes.
5    Q.   Less -- less than 1 pound; true?
6    A.   Oh, yes.
7    Q.   Less than half a pound?
8    A.   It's -- it's few grams, yeah.
9    Q.   Is -- is a few grams the best way to
10 describe its weight?
11    A.   Yes.
12    Q.   All right.  And so as pressure begins to
13 build in the unit, because it weighs so little, the
14 pressure will push it up; right?
15    A.   Yes.
16    Q.   All right.  And when that pin, the float
17 valve, goes up, it interacts with the locking
18 mechanism so that, as you said, the lid cannot be
19 turned radially; right?
20    A.   That's correct.
21    Q.   What other components make up the locking
22 mechanism when that float valve goes up?
23    A.   So the locking mechanism has a moving
24 strike plate with a -- with a locking pin and some
25 spring attachment.  So basically as we try to close

Page 37

1 the lid, this locking pin moves up on one of these
2 locking tabs.  So if you go halfway and it's not in
3 a locked position, it blocks the floating valve to
4 move up and therefore does not allow pressurization.
5 So that's a safety feature of the system.
6        So when we move it further and we bypass
7 the high point, then the -- the locking pin drops to
8 a valley into that form, allows the hole in the
9 strike plate to line up with the hole, with the lid,
10 so the floating valve can penetrate and move up,
11 seal it, and then stop the movement of this locking
12 pin in case somebody wants to open it.
13        So after everything is finished and the
14 pressure drops, this floating valve drops down,
15 allows the strike plate to move so if you rotate the
16 lid, this locking pin now can move up in this high
17 point on these tabs and open freely.
18    Q.   Okay.  So when the pressure is gone,
19 gravity will bring the float valve back down; true?
20    A.   That's true.
21    Q.   All right.  And you mentioned the --
22 there's also something called locking tabs you
23 mentioned in your answer; correct?
24    A.   Yes.
25    Q.   And there's locking tabs on the base of

10 (Pages 34 - 37)

Soheil Eshraghi , PhD, PE                January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 38

1 the unit that will mate with the -- the
2 corresponding spaces or tabs on the lid; right?
3    A.   That's exactly true, yes.
4    Q.   All right.  And -- and what happens to
5 those tabs when pressure -- when the unit becomes,
6 like, fully pressurized?
7    A.   So those tabs are really stopping the
8 explosion of and separation of the lid from the
9 base, because as the pressure builds up, load builds
10 up, so those tabs keep them from separation.
11    Q.   The more pressure in the unit, the more
12 friction or clamping force exists between those
13 tabs; right?
14    A.   So friction is a feature when you move
15 things.  During cooking, there is no movement of the
16 lid, there is no friction force.  The only thing is
17 that those tabs keep the lid intact so it doesn't
18 fly over and explode by itself.  And that's
19 necessary for the proper function of a pressure
20 cooker because we need to keep this together while
21 the pressure is doing its work.
22    Q.   And --
23    A.   But, of course --
24    Q.   Go ahead.
25    A.   -- if you want to rotate the lid open --

Page 39

1 if there was no locking system, that extra pressure
2 adds resistance to opening the lid.
3    Q.   When that locking pin has to get in place,
4 it has to go over one of the -- it has to go over a
5 locking tab; right?
6    A.   Yes.
7    Q.   And then to open it, it's got to get over
8 that hump that the tab makes, the locking tab makes,
9 and get past that hump; right?
10    A.   Yes.
11    Q.   All right.  So does that help keep that
12 pin in place if you're trying to open it while
13 pressurized?
14    A.   Well, if -- if it had no locking
15 mechanism, that locking mechanism will not do
16 anything.  It will just rely on friction to open it.
17    Q.   And this -- so the -- the -- the float
18 valve, the strike plate, the locking tabs, the
19 locking pin, all that we've discussed about this
20 Tristar locking mechanism is similar to all of the
21 other electric pressure cookers you've inspected;
22 right?
23    A.   It's very similar.
24    Q.   In other words, this locking mechanism is
25 very similar to all the other pressure cooker

Page 40

1 locking mechanisms out on the market; right?
2    A.   Yeah, most of them, yes.
3    Q.   All right.  And so you mentioned that the
4 float valve comes down when there's no pressure
5 remaining in the unit; correct?
6    A.   Correct.
7    Q.   And so if the float valve is in the down
8 position, no explosive event can occur; correct?
9    A.   Correct.
10    Q.   And so pressure plays a role in locking
11 and unlocking the unit; correct?
12    A.   Yes.
13    Q.   Because it's pressure that pushes the
14 float valve up to seal the unit and lock the unit,
15 and then it's the float -- and then when the
16 pressure is gone, the float valve drops down and now
17 the unit can be unlocked?
18    A.   Yes.
19    Q.   When there's no pressure in the unit, can
20 we agree that the handle on the lid can be rotated
21 freely and easily?
22    A.   Yes, it should.  It should, yes.
23    Q.   All right.  And you can rotate -- freely
24 rotate that lid when there's no pressure in the unit
25 with just two or three fingers; right?

Page 41

1    A.   It should.
2    Q.   The Tristar pressure cooker also has a
3 manual release valve on the lid; correct?
4    A.   Yes.
5    Q.   Okay.  And what that allows a user to do
6 is you rotate the valve on the lid and it -- the --
7 the unit is no longer sealed and the steam will come
8 out of the unit to help it depressurize quickly;
9 right?
10    A.   Yes.  The -- the whole issue with using
11 pressure cookers is speed.  Everybody wants it fast.
12 So if the pressure cookers have to cook fast but
13 take time to cool down, they really eliminate the
14 need to use them.
15       So people are in a rush.  And one way to
16 rush this cooling down is opening up that floating
17 valve or the bubble valve to expedite the
18 depressurization.
19    Q.   All right.  And so if the unit isn't
20 properly sealed, the unit's not going to -- let's
21 back up for a second.
22       If the unit's not properly sealed, you're
23 not going to be able to build pressure; right?
24    A.   Yes.  It has to be sealed.
25    Q.   Right.

11 (Pages 38 - 41)

Soheil Eshraghi , PhD, PE                    January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 42

1       So if the float valve isn't -- didn't have
2 a gasket on the float valve or the float valve
3 wasn't sealed all the way with that gasket, you
4 would see steam come out of the float valve or the
5 side of the -- the lid; right?
6     A.   Yes.
7     Q.   And as -- as steam continues to escape,
8 you won't be able to fully pressurize the unit;
9 right?
10    A.   That's right.
11    Q.   Now, when the unit is pressurized and the
12 lid is rotated, the user will feel resistance; true?
13    A.   Yes.
14    Q.   What causes the user to feel resistance?
15    A.   So the engagement of the strike plate with
16 the floating valve creates the resistance.  And
17 the -- this -- this lock is not a hundred percent
18 precise lock.  It has some load value attached to
19 it.
20       So if the load is low, the person may not
21 feel that much load.  It may feel like it's catching
22 or something.  But if the load is high, then they
23 cannot overcome it.  And I think the UL requirement
24 of 100 pounds has been designed so majority of
25 people cannot overcome it so they -- they be safe.

Page 43

1     Q.   When the -- can we agree that when the
2 cooker is pressurized, the handle cannot be rotated
3 freely and easily with just two or three fingers?
4     A.   No, it cannot.
5     Q.   At 1 psi will the user feel resistance in
6 the handle?
7     A.   1 psi is not very high.  There -- there
8 should be some resistance, of course, because the
9 floating valve is up.  It -- that -- that -- and so
10 if -- if we add the different loads together, so the
11 load of the pressure is low but the load of the
12 floating valve still is there.  So we have
13 combination effect.
14       As the pressure goes up, we feel more of
15 the resistance of the friction.  But the floating
16 valve, if it is up or down, even without pressure,
17 if you can manually move it up, there is resistance
18 to overcome it, and that is the locking mechanism by
19 itself.
20       So when -- when we design -- when we
21 design these pressure cookers, we need to make sure
22 that the lock is a good lock regardless of pressure
23 because even low pressures can explode and hurt
24 people.  So -- and most of the cases are then
25 because people assume it's clear of pressure, but

Page 44

1 still there is some left.  And that some is enough
2 to hurt them.
3     Q.   You mention you'd feel resistance at 1 psi
4 because at 1 psi the float valve will still be up;
5 right?
6     A.   Yes.
7     Q.   So as long as there's some p- -- some
8 amount of psi in the unit, the float valve is up and
9 the user will feel resistance; true?
10    A.   Yes.
11    Q.   Can we agree that once pressure is
12 released, the pressure cooker is like a crockpot?
13    A.   What do you mean?
14    Q.   There's no pressure in the unit.  It's
15 just like any other pot with --
16    A.   Yes.
17    Q.   -- with food or liquid in it; right?
18    A.   Yes.
19    Q.   And a pot with hot liquid or stew can
20 cause an injury if spilled or mishandled; right?
21    A.   Yes, it could.
22    Q.   Can the -- can the Tristar pressure cooker
23 be opened at full operating pressure?
24    A.   I -- I didn't attempt it.  I -- I doubt
25 it, but I didn't attempt it.

Page 45

1     Q.   In your first report and your second
2 report, you've identified the documents you
3 reviewed, and there were four things, I think.  It
4 was -- you have it listed in your -- in -- in your
5 attachment to the report, but I need to pull up.
6       But you didn't mention you reviewed -- in
7 either -- in either report, you did not mention
8 reviewing various documents that Tristar produced in
9 the litigation, but when I got your file, you had --
10 looked like you reviewed just about everything that
11 Tristar produced in the litigation.
12       Is that true?
13    A.   The documents I received, I was looking
14 for -- yeah, I -- I -- I saw them.  I -- I looked at
15 many of them.  I was looking for design FMEA that
16 discusses the severity of explosion and its
17 mitigation, and I was looking for quality
18 conformance testing of that feature that I didn't
19 find.
20       But I did find the certification to UL
21 documents.
22    Q.   You did find -- you said you did find the
23 certification to the UL -- to UL; correct?
24    A.   Yes.
25    Q.   All right.  Did you rely on that document

12 (Pages 42 - 45)

Soheil Eshraghi , PhD, PE                    January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 46

1  in formulating your opinions?
2      A.  Well, I work at aerospace industry.  We do
3  qualifications when we create a product.  But during
4  manufacturing, things use full tolerance of the
5  drawings and the specifications, and we need to
6  check them again, make sure they are adhering,
7  especially for critical areas that could harm the
8  consumer, the aircraft can crash or whatever.
9          So what I suggest is that just testing
10 once does not guarantee that the property is there.
11 We need to validate.  So that's what quality
12 conformance tests are.  They are to -- to check
13 those properties.
14     Q.  In your first report on page 8, you state
15 "To investigate further the root cause for this
16 accident, we need to review the following
17 documents...."
18         And one of those documents you identify is
19 "UL Certification Test Results"; true?
20     A.  Yes.
21     Q.  All right.  And can you see my screen?
22     A.  Yes.
23     Q.  Does it -- does it show the UL Certificate
24 of Compliance?
25     A.  Yeah.  Let's -- let's go down to see what

Page 47

1  document they are mentioning.
2          So this is 1026 and 136.  So they -- they
3  say they met those requirements.
4      Q.  Okay.  Thank you.
5          MR. HUBERT:  And we'll mark this
6  Eshraghi -- we can have this marked as
7  Eshraghi 1.
8          (Defendants' Exhibit 1 was marked for
9  identification.)
10 BY MR. HUBERT:
11     Q.  And so UL has certified that the Tristar
12 pressure cooker sat- -- has been investigated by UL
13 and satisfied UL 1026 and UL 136; correct?
14     A.  Yes.
15     Q.  Give me a second.
16         So that's a document you wanted to see,
17 and that document established that the pressure
18 cooker passed UL 136; true?
19     A.  Yes.
20     Q.  And you testified earlier that if a
21 pressure cooker passes UL 136, it is reasonably safe
22 and not -- and not defective; correct?
23     A.  Yes.  But I also mentioned that through
24 the production of different lots, those properties
25 need to be retested and validated.

Page 48

1      Q.  And what is -- UL stands for Underwriter
2  Laboratories?
3      A.  Yes.
4      Q.  And what is Underwriter Laboratories?
5      A.  It's a standards group that creates
6  requirements for different products and they propose
7  tests and validation and methods.
8      Q.  UL is an industry leader in the testing of
9  pressure cookers; correct?
10     A.  Yes.
11     Q.  And UL is an industry leader in many
12 industries; right?
13         They don't just test pressure cookers.
14 They test all kinds of consumer goods and other
15 mechanical devices; true?
16     A.  That's true.
17     Q.  And a pressure cooker distributor or
18 manufacturer doesn't -- isn't legally required to
19 have their units or products tested to -- tested by
20 UL; true?
21     A.  Well, they -- they need to test them to
22 make sure they meet those requirements.
23     Q.  Well, are you -- are you claiming that UL
24 is legally -- testing to UL is legally required or
25 is it voluntarily -- is it a voluntary thing a

Page 49

1  company can do to show to the public that their
2  units meet the UL standards?
3      A.  Yeah, I don't know the answer to that
4  question.  I don't know if it is legally -- they are
5  legally obligated to do it or not, but those are the
6  tests that tell you that this product is safe to
7  use.
8      Q.  Okay.  So I found it here.
9          So in both of your reports, you mention
10 you reviewed the owner's manual for the 780, the
11 owner's manual for the 772, Tristar's web page, the
12 Consumer Product Safety Commission website, and
13 UL 136.
14         Any reason why you didn't, in your second
15 report, identify you reviewed, for example, the UL
16 certification?
17     A.  Well, in the second report, I -- I went
18 for what was clearly a malfunction reason.  After we
19 did the test, we had two things that we noticed.
20 One was the indication of the pressure cooker opened
21 under pressure at some point, and then the load
22 tests that were not meeting the UL requirement.
23         So for that particular pressure cooker, it
24 didn't matter if you have 10,000 documents that says
25 it meets it when it doesn't.  I mean, I can say I

13 (Pages 46 - 49)

Soheil Eshraghi , PhD, PE                          January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 50

1 weigh 100 pounds, but if I go on a scale and I am
2 200 pounds, who cares what that document is?  What
3 is it that I have?
4       And it -- the report also -- my -- my
5 philosophy is simple reporting on critical issues.
6 If, for example, I am a traveler of the Boeing 737
7 Max and the -- the door pops out, I say there's a
8 flaw.  I don't have to know the design parameters.
9 I don't have to know who certified it.  I don't have
10 to know what bolts they used, what loads they should
11 have.  I just know it shouldn't have exploded.  And
12 I say it's flawed because that's what is important.
13 The manufacturer has to go figure out what they did
14 wrong, but the result is obvious.
15       Same in this case.  When we have low loads
16 to open the lid, there is a flaw.  Now --
17    Q.  So are you -- are you opining that as long
18 as the -- as long as the -- as long as a -- the lid
19 comes off, there's a flaw regardless of the
20 circumstance?
21    A.  I -- I'm saying that if the lid is able to
22 open at a low load, that doesn't meet the
23 requirement.  That pot has a -- has a problem.
24 That -- that locking system has a problem, and it
25 needs to be investigated to see where that flaw is

Page 51

1 coming from.  But from a function point of view, it
2 didn't work.  It should have -- it should have had
3 more than 100 pounds.
4    Q.  Is it your opinion that the user's actions
5 play no role in determining whether a defect exists
6 in this pressure cooker?
7    A.  The -- the user cannot produce defects
8 of -- of such magnitude.  If -- if a user goes and
9 gets a crowbar to open a locked door, locked lid,
10 yes, they -- they are at fault.  But if they are
11 using their hands and they push it open when it
12 shouldn't open, then that's a flaw of the locking
13 system.
14    Q.  All right.  So back to my original
15 question.  I want to estab- -- I just want to
16 establish that in your first report, you said that
17 you were interested in reviewing the UL
18 certification along with other documents.  And then
19 in the second report, you didn't mention that you
20 reviewed the UL certification or those other
21 documents; true?
22    A.  Yes.  But I did.  But I did that report.
23    Q.  What do you mean no, but you did?
24    A.  No.  I said I wanted to review and I saw
25 them, so I did review them.

Page 52

1    Q.  But you didn't put them in the second
2 report?
3    A.  Yeah.  But I didn't report it because
4 it -- it didn't matter if that particular pot didn't
5 meet the requirement.
6    Q.  You mentioned you work in the airplane or
7 aerospace industry; true?
8    A.  Yes.
9    Q.  And you have -- and you do fastener work
10 in that industry; right?
11    A.  Yes.
12    Q.  And we can agree that products like
13 pressure cookers need to be used in accordance with
14 their instructions; right?
15    A.  Yes.
16    Q.  And you, in your industry, have submitted
17 instructions to airplane manufacturers about how to
18 use your fasteners; right?
19    A.  Yes.
20    Q.  And you expect those users of your
21 products to follow the instructions you provide;
22 true?
23    A.  True.
24    Q.  And so all those documents you reviewed
25 from Tristar, I'm trying to find out if you relied

Page 53

1 upon them in coming to your opinions or were they
2 simply just documents you reviewed for background
3 information?
4    A.  No.  I reviewed them.  I reviewed the
5 safety notes.  I reviewed the instructions.  I --
6 but, you know, I -- I cover mistake-proofing
7 concepts in design for our new engineers.  There are
8 different levels of mistake proofing.  For example,
9 putting notes and instruction, those are minimal
10 levels of mistake proofing.
11       And if -- like, for example, if I have an
12 issue that maybe I overcook my food or burn it,
13 okay, a note would be sufficient because there is no
14 harm to the user.  But when we get to this level of
15 explosion and burning and disastrous condition,
16 notes are not sufficient.
17       When we go up the ladder for mistake
18 proofing, the best is elimination of the situation.
19 And that is not possible because you cannot make the
20 pressure cooker to open by itself when it's ready.
21       So the next best thing is prevention,
22 prevention of the user doing something harm to him.
23 So this lock system is designed for prevention,
24 which means that he should not be able to open it if
25 it is under pressure.  So that is the most critical

14 (Pages 50 - 53)

Soheil Eshraghi , PhD, PE                                     January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 54

1 part of that design.
2       Now, if that locking system is compromised
3 and it's not doing its function, it's faulty.
4    Q.  Well, right now all I'm trying to figure
5 out is what -- I'm trying to figure out if all -- if
6 you relied upon all the documents you reviewed or if
7 you only relied upon certain documents in
8 formulating your opinions.
9    A.  I relied on UL 136 and our test results
10 and the documents I received from Tristar.
11    Q.  In your first report you have, you talk
12 about plaintiffs' version of events.
13       Where did you get that information from?
14    A.  From Marty.
15    Q.  Did you review what's called
16 interrogatories, plaintiffs' responses to written
17 questions about how the accident occurred?
18    A.  I have -- everything that I have received,
19 I have reviewed.  I don't remember from Edward, but
20 recently, I read the deposition of Sheryl.
21    Q.  What about the Plaintiffs' Response to
22 Requests for Admissions?
23       Did you ever review those?
24    A.  I don't remember that document.
25       What was the name of it?

Page 55

1    Q.  Plaintiffs' Response to Request for
2 Admissions.
3    A.  I don't see that in my document list.
4    Q.  Okay.  Now, when you got the unit, where
5 did you get it from or who did you get it from?
6    A.  If I remember correctly, it was with
7 John Pratt, and I took it from him.
8    Q.  And do you know if he did any testing or
9 did anything to it?
10    A.  No testing was done.  Everybody was
11 waiting for a group testing.
12    Q.  And can we agree that when you inspected
13 the pressure cooker, the float valve was not
14 clogged?
15    A.  Yes, I think so.
16    Q.  And the manual release valve was not
17 clogged as well; true?
18    A.  That's true, yes.
19    Q.  Okay.  So none of those valves were
20 clogged when you inspected the unit; true?
21    A.  That's true, yes.
22    Q.  Now, the locking tab was damaged; true?
23    A.  Locking tab?
24    Q.  Yes.
25    A.  What is a locking tab?

Page 56

1    Q.  The tab that the locking pin travels over
2 was damaged; true?
3    A.  Oh.  I don't say damaged.  I say
4 scratched.
5       Damaged means that it's not functioning.
6 It's functioning for holding the thing together, but
7 the top surface was scratched.
8    Q.  The scratch -- you'd agree with me that
9 what you're calling a scratch was evidence of the
10 unit being forced open while under pressure, right,
11 or at least attempted to be forced open while under
12 pressure?
13    A.  Yes.
14    Q.  And --
15    A.  If -- if the -- if the floating valve is
16 down, the locking pin can freely traverse that tab
17 with no pressure on it so they cannot create a
18 scratch.
19    Q.  So that scratch establishes that the unit
20 was attempted to be opened while under pressure at
21 some point in time; true?
22    A.  That's true.
23    Q.  And you don't know when that scratch
24 occurred; true?
25    A.  I have no idea.

Page 57

1    Q.  And your first report does not mention the
2 scratch to the locking tab; true?
3    A.  I -- I have to go look, but if it's not
4 there, it's not there.  Yeah.
5    Q.  Okay.  That's a prelude to this question
6 because I want to know when you first noticed that
7 scratch.
8    A.  After I had done some other test on some
9 other pressure cookers, when I saw that feature, I
10 went back to check it on this one.
11    Q.  Did you review any of Dr. Giachetti's
12 reports in this case?
13    A.  Yes.
14    Q.  Okay.  He -- in his report he mentions the
15 damage to the tab; correct?
16    A.  Yes.
17    Q.  Did you -- were you aware -- did you
18 become aware of that from reviewing his report?
19    A.  No.  Actually, I showed it to him.
20    Q.  Okay.  And so you were aware of it -- were
21 you aware of it before your joint inspection with
22 him?
23    A.  Yes.
24    Q.  And you pointed it out to him at that
25 time?

15 (Pages 54 - 57)

Page 58

1    A.  Yes.
2    Q.  And what -- and what was the -- what was
3  the date that you guys had the joint inspection?
4        Do you recall?
5    A.  I think it was May 2.
6    Q.  Of this -- of 2023; right?
7    A.  Yes.
8    Q.  Okay.  So let's talk about your reports in
9  some detail now.
10       You prepared two reports for this case?
11   A.  Yes.
12   Q.  And your reports contain all of the
13  opinions you have in this case; correct?
14   A.  Yes.
15   Q.  Your intention was to advise the reader of
16  your opinions; true?
17   A.  Yes.
18   Q.  Which is why your opinions are contained
19  in your reports?
20   A.  Yes.
21   Q.  So...
22       And in your first report, you opine that
23  the 780 had design flaws that allowed its lid to
24  open under pressure to cause the injuries; correct?
25   A.  Yes.

Page 59

1    Q.  Any other opinions in that report that I'm
2  missing?
3    A.  No.  It was just saying that if any
4  pressure cooker can be opened under pressure, it's
5  faulty.
6    Q.  And in your first report, you have this
7  design -- opinion of a design defect.
8        You have no opinions of a warnings defect
9  or a manufacturing defect; correct?
10   A.  That's correct.
11   Q.  And, similarly, in your supplemental
12  report, you opine that there was a design defect;
13  true?
14   A.  Yes.
15   Q.  And in your second report, you don't have
16  any opinions that there was a manufacturing defect
17  or a warnings defect?
18   A.  That's true.
19   Q.  Okay.  So, now, what was your methodology
20  for determining this design defect?
21   A.  So on the design, the components of the
22  locking system as an assembly should produce such a
23  force that no ordinary human being can overcome it.
24  And when we were able to open it under low load, it
25  became clear that that can be opened up by ordinary

Page 60

1  human beings.
2    Q.  Well, when you did -- when you were with
3  Dr. Giachetti and you did the torque wrench test and
4  the -- the load -- what do you call the load sensor
5  test?
6        What were you calling it, the --
7        (Simultaneous speakers - unclear.)
8    A.  Yes.  We did the simulation exactly
9  rotating the lid open by pulling on a load cell.
10   Q.  Okay.  Now, how much water was in the unit
11  when you did that?
12   A.  I have to go back to the video.  I think
13  it was almost -- almost to the max level.
14   Q.  When -- when -- it was almost to the max
15  level when you did the test with Giachetti?
16   A.  I -- I have to go back and check.  I -- I
17  cannot tell exactly.
18   Q.  Okay.
19   A.  But we have a video of the process.
20   Q.  And is it true that the pressure at that
21  time in the unit was between 1/2 psi and 1 ps [sic]?
22   A.  So we don't know exactly because what we
23  did, we followed the UL 136 which says the minute
24  the floating valve moves up, you turn off the
25  heating element.  So our only goal was to move the

Page 61

1  floating valve up in the locked position and then
2  test it.
3    Q.  So at that point in time, the pressure's
4  going to be low because it -- it's at the -- it's at
5  the moment that the float valve first engages with
6  the strike plate and locking mechanism; right?
7    A.  That's correct.
8    Q.  Okay.  So is it fair to say that the
9  pressure in the unit at that point in time is
10  approximately going to be somewhere between 1/2 psi
11  and 1 ps?
12   A.  It could be 1.  It could be 2.  But it's
13  not maximum.  That's correct.
14   Q.  Okay.  I mean, it's essentially enough
15  pressure to get that float valve up into the locked
16  position; right?
17   A.  Yes.
18   Q.  And because the float valve only weighs a
19  few grams, it -- it can go up -- it can certainly go
20  up into the locked position at less than 1 psi;
21  right?
22   A.  That's correct.
23   Q.  And so if you're to open the unit at less
24  than 1 psi, are you able to have an explosive event?
25   A.  I -- I think at very low pressures you

Soheil Eshraghi , PhD, PE                    January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 62

1 probably will not have an explosive event.  So it
2 has to be maybe -- we have to test, but maybe 1, 2
3 psi to create such a condition.
4      Q.  Now, is it true that when -- when
5 looking -- looking at whether a pressure cooker is
6 defective, you want to know if the unit can heat up
7 and pressurize if the lid is only partially engaged?
8      A.  That -- that's another aspect.  There are
9 many tests for making sure a pressure cooker is
10 functioning.  One of them is that, that it should
11 not pressurize if the lid is not in the right place.
12     Q.  Did you do any testing in this case to see
13 if the unit could heat up and pressurize when the
14 lid is partially engaged?
15     A.  I don't remember.
16     Q.  Okay.  It's not in either of your reports;
17 correct?
18     A.  No.
19     Q.  Right.
20       And we -- we discussed how your opinions
21 are in your reports; correct?
22     A.  Yes.  Because the -- the story was that
23 the users made sure the lid was in the locked
24 position at the right place.  So I didn't check any
25 other condition.

Page 63

1      Q.  Okay.  So you did not test in this case
2 that -- to determine whether the pressure cooker
3 could be pressurized if the lid is partially
4 engaged; correct?
5      A.  Yeah, I don't remember doing that.
6      Q.  And you didn't do it in this -- well, we
7 can confirm you didn't do it in this case because if
8 you had done it, you would have mentioned it in your
9 reports; right?
10     A.  Yes.
11     Q.  And another thing you looked for is
12 whether pressurization can occur if the lid is not
13 properly secured in the correct locked position;
14 true?
15     A.  That's something I do with the cases that
16 I know that could be a potential failure, and if the
17 people who got hurt, they mention that they don't
18 know what they did, they were in a rush, I would
19 test that.
20     Q.  And you didn't test that in this case;
21 right?
22     A.  No, I didn't.
23     Q.  So is that another way of saying you did
24 not determine to see if the float -- float valve
25 engaged improperly -- partially with the locking

Page 64

1 mechanism?
2      A.  That may -- I may have done because one of
3 the things that I can do without testing is rotating
4 the lid and looking at the hole in the handle.  And
5 if you see the strike plate blocking the floating
6 valve, you know it cannot happen.  So that is a -- a
7 visual check that I do any -- any time.  But if
8 everything is okay, I don't have to report anything
9 because it's functioning as supposed to.
10     Q.  So did -- did you do that in this case and
11 you found no issue with it or you don't know if you
12 did?
13     A.  I -- I don't know, but I'm -- I'm sure I
14 had looked at it.
15     Q.  But -- but you didn't -- you didn't put it
16 in your report, so I'm assuming there was no issue
17 with it; right?
18     A.  Yeah.  Because that wasn't the scenario I
19 was investigating.
20     Q.  Okay.  And you also looked to see if
21 there's any broken components or sections in the
22 engaging elements?
23     A.  Yes.
24     Q.  And did you do that in this case?
25     A.  Yes.

Page 65

1      Q.  And was everything fine there?
2      A.  Yes.
3      Q.  And is it true that you've never been able
4 to get a lid misaligned and have the pressure cooker
5 pressurize?
6      A.  I did not do that test.
7      Q.  But is it true that you've never been
8 able -- when you have done it or attempted to do it,
9 is it true that you've never been able to get a lid
10 misaligned and have the pressure cooker pressurize?
11     A.  Well, you have to test for it.  I -- I
12 didn't have them misaligned.  I went to the locked
13 end and then tested it.  That's how we tested it.
14     Q.  I'm just discussing -- not in this case
15 but, like, generally.
16       Generally speaking --
17     A.  Generally, there are some cases -- there
18 are some pressure cookers that actually can heat up
19 when the lid is in the wrong place and they are
20 recalled for it.  And I test for that, yes.
21     Q.  But you didn't do that in this case;
22 right?
23     A.  Not in this case.
24     Q.  Okay.  So let's look at some videos that
25 you provided.

17 (Pages 62 - 65)

Soheil Eshraghi , PhD, PE                    January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 66

1      Okay.  Dr. Eshraghi, can you see my
2  screen?
3      A.  Yes.
4      Q.  Okay.  And I received two videos from you.
5          Does that sound right, that you had two
6  videos created?
7      A.  Yes.
8      Q.  All right.  The first one is the one
9  that's on the screen.  We'll mark this as
10 Eshraghi -- we'll have this marked as Eshraghi 2.
11 It's a 9-minute-and-21-second video.
12     (Defendants' Exhibit 2 was marked for
13     identification.)
14 BY MR. HUBERT:
15     Q.  Do you know what this video shows?
16     A.  Yes.  This is a test of the pressure
17 cooker with the load cell to open the lid.
18     Q.  Okay.  And so this is the test that
19 Dr. Giachetti performed; correct?
20     A.  Correct.
21     Q.  And by the way, did you do any testing --
22 I know you tested -- you tested the incident unit.
23         Did you do any testing on any exemplar
24 units?
25     A.  No, I didn't.

Page 67

1      Q.  All right.  I'm going to hit play, and
2  then we'll watch it for a little bit.  And I'll
3  pause it, ask you questions, and kind of repeat that
4  until we're finished with the video; okay?
5      A.  Okay.
6          (Video played.)
7      Q.  All right.  And so in the clip that we saw
8  so far, Dr. Giachetti is testing how much force it
9  takes to get the lid off; right?
10     A.  Yes.
11     Q.  And this is -- this is -- I asked you how
12 much water was in it, and you think -- and you said
13 all the way, right, to the best of your
14 recollection?
15     A.  To the max line, I think.
16     Q.  Yeah.
17     A.  We have pictures of that.  We can look at
18 it.
19     Q.  Okay.  And then did you observe
20 Dr. Giachetti's hand, slash, the device he's holding
21 was shaking as he applied the torque or pressure or
22 force to the lid?
23     A.  Yes.
24     Q.  Okay.  And so it wasn't easy for
25 Dr. Giachetti to get up to the amount of force

Page 68

1  needed to open the unit; correct?
2      A.  No.  He -- he was trying to make sure that
3  the line of pulling is always tangent to the radius.
4  So he was trying to move himself around and keep
5  that pulling, and he also didn't want to overcome it
6  fast and hit the stop point.  So he's trying to
7  manage the movement to get a load but not create a
8  damage to the other side.
9      Q.  UL 136 requires that the force or load be
10 applied tangentially; right?
11     A.  Yes.
12     Q.  So that's one -- that's -- so that's
13 why -- as you mentioned, that's what Dr. Giachetti
14 is trying to accomplish; correct?
15     A.  Correct.
16     Q.  And then UL 136 also says not to abruptly
17 jerk or pull the force.  It's supposed to be more
18 gradual; right?
19     A.  Yes.
20     Q.  Nevertheless, is it true that during the
21 first 11 seconds here, we see resistance and his arm
22 steadily moving forward as the apparatus he's
23 holding shakes?
24     (Video played.)
25     A.  Yeah.  There is resistance, of course.

Page 69

1      Q.  And then you recorded the results; true?
2      A.  Yes.
3      Q.  All right.  Now, I've -- do we see your
4  testing with the torque wrench on this video?
5      A.  I -- I don't know.
6      Q.  Because I -- I looked at it the other day
7  and I didn't -- I didn't see it.
8      A.  Yeah, I -- I don't know if we recorded
9  that.
10     Q.  Was your test -- you -- oh, you don't know
11 if your test was recorded?
12     A.  Yeah.  I have to look at the video, but I
13 have pictures of the load and when we did it
14 together.
15     Q.  So, now, on your torque wrench, it took
16 40 pounds of force.  And on Dr. Giachetti's
17 methodology or version, it took 45 pounds, right?
18         You document -- I think you document that
19 in your report?
20     A.  Yes.
21     Q.  All right.  And so can we agree that 40 to
22 45 pounds of -- of torque or force is a -- a
23 significant amount of force?
24     A.  Well, every -- every pressure cooker
25 design has different shapes and forms for the

18 (Pages 66 - 69)

Soheil Eshraghi , PhD, PE                          January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 70

1 handle.  So some handles can take more load to open,
2 some less based on the design.
3        But what the UL standards committee has
4 agreed on is that 100 pounds minimum is what is
5 required for safety.  So 40, 45 pounds is not
6 sufficient.
7      Q.  My question wasn't whether it was
8 sufficient.
9        I'm asking you if -- if it takes a
10 significant amount of force to build up to 40 to
11 45 pounds of force.
12        To exert that amount of force is
13 significant; right?
14      A.  No.  Depends --
15      Q.  No?
16      A.  Depends how you do it.  If -- if I am
17 holding one end of the bottom handle and I'm pushing
18 on the top, human beings can push a -- a lot of
19 force when they are pushing and pulling.
20        So it's nothing, and somebody could apply
21 200 pounds.
22      Q.  Right.
23        Because pushing and -- pushing and pulling
24 creates a lever effect, doesn't it?
25      A.  Yes.

Page 71

1      Q.  And you as an engineer know that, don't
2 you?
3      A.  What we are saying to the handle, the
4 design, not -- not adding any equipment, we are just
5 saying that with the design of the PPC780, if you
6 hold the pressure cooker and push on the handle, you
7 may not feel it --
8      Q.  Now --
9      A.  -- when it was 40 pounds.
10      Q.  Now, going back to the video.
11        (Video played.)
12      Q.  When Dr. Giachetti opens the lid, does any
13 water come out?
14      A.  No.
15      Q.  So the -- the unit is filled to the max
16 with water, and after exerting 45 pounds of force,
17 no water comes out; right?
18      A.  Yes, that's correct.
19      Q.  Now, isn't it true that UL 136 requires
20 that the pressure cooker be half filled with water?
21      A.  Yes.
22      Q.  And then the heat is to be -- strike that.
23        And then in section 9 of UL 136, it says
24 "An ordinary user shall not be capable of manually
25 defeating the holding action of the clamping device

Page 72

1 when the pressure in the cooker reaches a value that
2 creates a risk of injury to persons."
3        True?
4      A.  True.
5      Q.  And can we agree that there's no -- no
6 risk of injury to persons when no water can come
7 out?
8      A.  That's true.
9      Q.  And in UL 136, if the lid opens and no
10 water comes out, that is a pass; true?
11      A.  No.  If it -- if it doesn't reach 100 --
12 if the 100 pounds -- it -- it actually says that
13 that floating device, that locking mechanism shall
14 not be defeated.
15        Because we -- we don't know what the users
16 do.  I mean, we have a test.  The user may go to max
17 fill line.  That's a possibility.  And they --
18 mostly the people do.  They want a lot of food
19 served.  They fill it up.
20      Q.  In -- let me rephrase that question.
21        Well -- and you -- the way a formal UL 136
22 test is done is that you go -- you go all the way to
23 full, maximum operating pressure and then you do
24 100 pounds, and that 100 pounds is continuously or
25 gradually applied to the unit as the unit

Page 73

1 depressurizes; correct?
2      A.  Yes.
3      Q.  And so when that pressure starts getting
4 into that lower range at that 2 psi, 1 psi, less
5 than 1 psi, if the unit -- if the lid becomes
6 displaced but no water comes out, that is a pass;
7 true?
8      A.  No.  It should not fail the load itself.
9        Let me see what section of it mentions it.
10        So if you look at section 9.6 of the UL,
11 the last sentence says "If the handle breaks...." --
12 okay.  That's one thing.  Hold on.  I have to find
13 that.
14        So section 9.5 says "If the pressure
15 cooker is provided with a mechanical locking device,
16 locking pin, that prevents the opening of the cover
17 under pressure, then the source of it may be turned
18 off as soon as activation of the locking can be
19 detected."
20        Now I'm looking for what is acceptable.
21        So Locking Operation Test.
22        So 9.9 says that "This locking feature
23 shall not be defeated."
24        So this 100 pounds shall not be defeated.
25      Q.  What section are you looking at?

19 (Pages 70 - 73)

Soheil Eshraghi , PhD, PE                                    January 11, 2024
Copeland, Edward A., Et Al. Vs. Tristar Products, Inc., Et Al.

Page 82

1    Did you -- did you have a conversation
2 with someone about to do it after he left?
3    A.  We were talking to Marty.
4    Q.  So after talking to Marty, you decided to
5 do the test after Dr. Giachetti left?
6    A.  Yes.
7    Q.  Don't you think it would have been better
8 if you did it in the presence of Dr. Giachetti?
9    A.  I -- I don't know.
10    Q.  Did you give any notice to Tristar that
11 you were going to do this test?
12    A.  We suggested it at the beginning.  They
13 didn't show much interest.
14    Q.  You suggested it to Dr. Giachetti at the
15 beginning?
16    A.  Yes.
17    Q.  Did you have a written protocol for this
18 test?
19    A.  I had submitted a protocol in advance when
20 we were discussing how to do it.
21    Q.  Okay.  So do you have a written -- do you
22 still have that written protocol for this test?
23    A.  I think so.
24    MR. HUBERT:  Marty, I don't know if I have
25    that.  If not, I -- I'm requesting it.

Page 83

1    MR. SENN:  I -- I think that was in email
2    correspondence between Stephen and I.
3    MR. HUBERT:  Okay.
4    MR. SENN:  I'll -- I'll look at it today.
5 BY MR. HUBERT:
6    Q.  All right.  And -- and when you mentioned
7 this test to Dr. Giachetti, why did -- why was he
8 hesitant to do it?
9    MR. SENN:  Object to the extent it calls
10    for speculation.
11    THE WITNESS:  He -- he was done with his
12    tests.  He had his own number.  This was extra.
13 BY MR. HUBERT:
14    Q.  Well, I thought you mentioned that you
15 were going to do this test to Dr. Giachetti.
16    Is that true or false?
17    A.  No.  Originally we said, "Can we do this?
18 Can we do this?"
19    He -- he said, "If you want."  At that
20 time he said, "Okay.  There is no need because we
21 already got the numbers."
22    Q.  I see.
23    From the prior test?
24    A.  Yes.
25    Q.  Why did you want to do the test in this

Page 84

1 video?
2    A.  I -- I wasn't sure about how 40, 45 pounds
3 relate to the actual opening.
4    Q.  That's why you wanted -- what do you mean
5 by that?
6    A.  I was testing myself to see if -- I -- I
7 don't have big muscles.  I just wanted to know how
8 easy that 40-pound was.
9    Q.  Now, the -- the test that you did in this
10 video, was this taught to you by someone?
11    A.  This is the test that I was telling you
12 that John Pratt used to do.
13    Q.  So John Pratt told you how to do this
14 test; true?
15    A.  John?  Not this test.  But originally,
16 years ago, when he was showing me this test, I was
17 always worried about getting hurt.  So I was
18 hesitant.  But then after I bought the proper
19 equipment and I did some trials in the past, I felt
20 safe to do it.
21    Q.  You have a video camera set up on another
22 platform.
23    Is that true?
24    A.  It's a tripod, yeah.
25    Q.  All right.  And how far away was the video

Page 85

1 camera from the pressure cooker?
2    A.  6 foot, maybe 8 foot.  I'm not sure.
3    Q.  And why -- why did you -- why did you set
4 it -- set the camera 6 to 8 feet away?
5    A.  Oh, in case it gets wet.
6    Q.  Did it occur to you that it might be more
7 probative or helpful if the camera was closer?
8    A.  Well, it has zoom, so it's capturing it.
9    Q.  Have you produced the zoom feature of the
10 camera?
11    A.  This is it.  This is a -- this is it.
12    Q.  Okay.  So this is the only version that
13 you have?
14    A.  Yes, that's it.
15    Q.  All right.  The video is only 19 seconds
16 long or about that; right?
17    A.  Yes.
18    Q.  Okay.  So the video doesn't show you what
19 you did in getting the pressure cooker ready; right?
20    A.  No, it doesn't.
21    Q.  Okay.  So what did you put in the pressure
22 cooker?
23    Water?
24    A.  Water.
25    Q.  And how much?

22 (Pages 82 - 85)

Soheil Eshraghi , PhD, PE                            January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 86

1        Did you fill it up all the way?
2    A.  To the max line.
3    Q.  And how long did you allow the unit to
4  pressurize?
5    A.  I think it -- after the floating went up,
6  I waited a few, 10 seconds, 20 seconds before I
7  turned it off.
8    Q.  And why did you wait 10 to 20 seconds
9  before turning off -- why did you wait 10 to
10  20 seconds after the float valve went up to turn the
11  pressure off?
12    A.  Because if -- if you have -- if you have
13  no time, there -- really there is not much pressure
14  in there.
15    Q.  Did you measure how much pressure was in
16  there when you opened it?
17    A.  Oh, I -- I -- no, I don't have a -- I
18  didn't have it attached to a pressure sensor at the
19  time.
20    Q.  But you have done that?
21    A.  For other tests, yes.  I -- I use the
22  bubble valve on top.  I can attach a pressure sensor
23  and measure pressure.
24    Q.  And so you don't show how you put the lid
25  on the unit; right?

Page 87

1    A.  The lid is on the locked position, same
2  as -- well, it should be a normal operation.
3    Q.  My question is you don't show us on the
4  video putting the lid on the unit; correct?
5    A.  No, no.  It's already -- the minute I
6  started to open, I videoed it.
7    Q.  And you didn't show us the position of the
8  lid liner inside the lid before you put the lid on
9  the unit in the video; right?
10    A.  No.
11    Q.  All right.  Let's play the video for a
12  second and I'll ask you a question.
13        (Video played.)
14    A.  Okay.
15    Q.  As you approach the unit, do you hear a
16  hissing sound?
17    A.  No.  This is after -- this is after I
18  turned it off.
19    Q.  Right.
20        And as -- and on the video, I hear a
21  hissing sound.
22        Can you hear that hissing sound?
23    A.  I'm not hearing anything.
24    Q.  Can you turn your speakers all the way up
25  and then I'll replay the video?

Page 88

1    A.  Okay.
2        MR. SENN:  I think you just have to do it
3  from your general speaker volume, not inside
4  the video player.
5        THE WITNESS:  It's maximum.
6        Okay.  Go ahead.
7        (Video played.)
8  BY MR. HUBERT:
9    Q.  Did you hear that hissing sound when you
10  approach the unit?
11    A.  No.  Actually, I don't.  I have to -- I
12  don't hear anything coming from the video.
13        VIDEOGRAPHER:  I didn't hear anything
14  either, Counsel.  You may have to --
15        MR. HUBERT:  Okay.  Yeah.
16        VIDEOGRAPHER:  -- share the audio at the
17  top.
18        MR. HUBERT:  Yes.  Let's see.
19        MR. SENN:  I mean, we -- we can hear --
20        (Simultaneous speakers - unclear.)
21        MR. HUBERT:  Hold on.
22        MR. SENN:  -- video audio.
23        MR. HUBERT:  How do I do this again?
24  Remember, anyone?
25        VIDEOGRAPHER:  Would you like to go off

Page 89

1  record, Counsel?
2        MR. HUBERT:  Yeah.  Let's go off the
3  record for a sec.
4        VIDEOGRAPHER:  Okay.  The time is
5  3:15 p.m.  We're off the record.
6        (Off the record.)
7        VIDEOGRAPHER:  The time is -- the time is
8  3:16 p.m.  We're on the record.
9  BY MR. HUBERT:
10    Q.  Dr. Eshraghi, I'm going to play the video
11  for a few seconds and then I -- I'll stop it.  And
12  my question to you is do you hear any hissing -- a
13  hissing sound?
14        (Video played.)
15    Q.  Did you hear the hissing sound?
16    A.  Yeah.  I don't know what that sound is.
17    Q.  Okay.  Does steam make a hissing sound as
18  it escapes from pressure cooker?
19    A.  It will, yes.
20    Q.  And was there steam escaping from the
21  float valve or the side of the pressure cooker when
22  you approached the unit?
23    A.  No.
24    Q.  So no steam according to you, but we did
25  hear a hissing sound which steam makes; right?

23 (Pages 86 - 89)

Soheil Eshraghi , PhD, PE                    January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 94

1 control.
2    Q.   Your -- your thumb is on the lid; true?
3    A.   My whole hand is.  Yes.
4    Q.   Your whole hand -- you have both hand --
5 you have -- your -- your right hand is on the lid
6 with your -- with your thumb on the lid as well;
7 true?
8    A.   Yeah.  That's how I hold it, yes.
9    Q.   Okay.  And then you have your left hand on
10 the lid as well; true?
11    A.   Yes.  I'm -- I'm holding it from turning
12 from me, yes.
13    Q.   Was there any testimony in this case that
14 the plaintiff used two hands to open the pressure
15 cooker?
16    A.   I -- I saw that Sheryl wasn't sure, at the
17 last questions they were asking her, she wasn't sure
18 where the other hand was.
19    Q.   Didn't she testify that only his right
20 hand was grasping the lid?
21    A.   At the beginning I think she said that.
22    Q.   So there's no evidence in this case that
23 Mr. Copeland was using two hands to open the lid in
24 the manner in which you are attempting to do in this
25 video; right?

Page 95

1    A.   Yes.  And as I mentioned before, the way
2 these handles are designed, some -- some don't have
3 the side handle, so you can't hold it anyway.  Some
4 have something to hold onto to make sure you don't
5 turn it or rotate it.  And probably for these
6 designs of PPC780, I would say majority will use two
7 hands to make sure it doesn't turn from them.
8    Q.   My question is, simply, there's no
9 testimony or evidence in this case that Mr. Copeland
10 was using two hands to open the pressure cooker like
11 we see you using in the video; right?
12    A.   No.  The only thing was, as I mentioned,
13 that she didn't know where the other hand was.
14       (Video played.)
15    Q.   Now, you just had the lid move -- you --
16 we just saw the lid move; correct?
17    A.   Yes, yes.
18    Q.   And -- and so at that point in time --
19 now, no water came out when you did that; right?
20    A.   No.  Because it's halfway up the tab --
21 sorry.  That's what I was mentioning.  I didn't want
22 it to push all the way.  I wanted to be in control
23 so I can hold the lid down and it doesn't jump on
24 me.
25    Q.   And so now you know that the unit is

Page 96

1 partially unlocked or unlocked; right?
2    A.   Yes, yes.
3    Q.   And so you were able to unlock it without
4 any water coming out; right?
5    A.   Yeah.  Because I didn't open it.
6       (Video played.)
7    Q.   You tried to open it just then when I --
8 when I played it again.  You couldn't; right?
9       And so that's why you -- with only one
10 hand, so you had to bring your second hand back in,
11 right, to hold it down, the whole unit down?
12    A.   So -- so what happened was, it's
13 already -- the lock is already moved up to the tab.
14 But as you know, it's pressurized.  So I thought it
15 was going to open, but because it's turning, to stop
16 the turning, we have to hold it somehow.
17    Q.   Are you saying at that point in time, the
18 locking pin had already gone over that locking tab?
19    A.   Yes.
20    Q.   And -- and even with that pin past the
21 locking tab, you still needed two hands to
22 eventually open it; right?
23    A.   Yeah.  I had to keep it from rotating.
24    Q.   In order -- you had to keep it from
25 rotating in order to open it; right?

Page 97

1    A.   Yes.
2       (Video played.)
3    Q.   All right.  And then you opened it; right?
4    A.   Yes.
5    Q.   All right.  So that test, the test that
6 you performed, where you use -- the way you use your
7 hands and what you did isn't recognized in the -- by
8 UL; right?
9    A.   No.
10    Q.   In -- in other words, what we saw in the
11 video is not a UL 136; true?
12    A.   No, not at all.
13    Q.   And so that test that you performed on
14 the -- on that second video we just watched is not
15 recognized by the pressure cooker industry; correct?
16    A.   I don't know that part.  I think pressure
17 cooker manufacturers probably do these kinds of
18 tests to see what is the capability of normal people
19 opening their pressure cookers.
20    Q.   You don't know what manufacturing --
21 manufacturers do or don't do because you've never
22 worked for one, employed by one, or been consulted
23 by one; right -- or consulted for one?
24    A.   That's not -- I am suggesting that that
25 could be used as a method of getting firsthand

25 (Pages 94 - 97)

Soheil Eshraghi , PhD, PE
January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 102

1  format you can send them to me.
2      THE WITNESS:  I have to export them to
3  JPEG.  I can send you.
4      MR. SENN:  Yeah, I think you have to
5  download them.  And once you get that link,
6  Ted, I think you have to then download the
7  files from the link.
8      MR. HUBERT:  Okay.
9      MR. SENN:  Then they should -- they should
10  pop up, or you should be able to open them
11  after that.
12      MR. HUBERT:  All right.  I'll look into
13  that.
14      Stop share.
15  BY MR. HUBERT:
16  Q.  All right.  In your -- okay.  In your
17  report you mentioned some alternative designs that
18  was on a different Tristar pressure cooker.
19      Why do you mention those?
20  A.  I have to look at it.  Did -- did I give
21  you alternative designs?
22  Q.  Sure.
23      So on page 6 of your report, you say you
24  searched the Internet for the 780.  Couldn't find
25  it.  You say the model was discontinued and replaced

Page 103

1  with an improved version, the PPC772.  And you
2  mention the 772 has a magnetic sensor to make sure
3  the lid is in the proper locked position, and it
4  also has a red pressure indicated -- indicator pin.
5      And then you conclude that the designs
6  were implemented to improve the safety of the
7  pressure cooker.
8  A.  So I didn't propose these things.  I
9  reported them.  When I looked at the PPC772, I
10  noticed these upgrades to the design.  And these are
11  additional features that can make the pressure
12  cooker safer for the consumer.
13  Q.  Are -- are you opining that the -- that
14  the acts and -- would not have occurred if these
15  alternative designs were implemented in the 780?
16  A.  No, I'm not saying that.  I'm saying that
17  each design, as it goes through usage, there are
18  additional safety and ease-of-use features that are
19  added to it to make it better.  And these are --
20  these are going to make it better.
21      But -- but these additional features
22  cannot compensate if the locking system is not
23  properly designed.  So that's a separate thing.
24      But, for example, if I can see the
25  floating valve more clearly, if it is up or down,

Page 104

1  then as a consumer, I may not try to open it versus
2  a design that I don't know if it is up or down
3  because it's buried in the handle.  So that helps.
4      Like the magnetic sensor will guarantee
5  that it's in the proper location to start.  So these
6  are all good things.
7  Q.  Page 6, you say "The design updates were
8  implemented to improve the safety of the pressure
9  cooker."
10      What's the basis for that statement?
11  A.  The understanding of the functions.
12  Q.  You don't -- you don't -- you don't
13  actually know -- you're not aware of any statements
14  that Tristar has made as to why those design
15  features were implemented, do you?
16  A.  Well, I -- I am sure because the -- there
17  are other manufacturers who have done the same
18  things to improve their safety.
19  Q.  So the basis for the statement that the
20  designs were implemate- -- implemented to improve
21  the safety of the pressure cooker is an assumption
22  on your part; true?
23  A.  I -- I go based on function and
24  performance and I form my opinion, because if it was
25  just for beauty -- because what is this for?  Is it

Page 105

1  cost reduction?  Is it cosmetic for people to buy it
2  because it looks better?
3      It's for safety.
4  Q.  You're not basing that statement that the
5  design updates were implemented to improve the
6  safety of the pressure cooker on any statements that
7  Tristar has made; true?
8  A.  I have not seen any statement from Tristar
9  that talks about this.
10  Q.  All right.  In your reports you don't
11  opine how the lock should be designed; true?
12  A.  True.
13  Q.  Okay.  So you're opining a design defect
14  in this case, but you don't opine what the
15  alternative design should be; true?
16  A.  True.
17  Q.  I want to show you what we'll mark as
18  Eshraghi 4 in a second.
19      Before I do that, all your opinions in
20  this case involve defects while -- a defect while
21  the unit is pressurized with the float valve up;
22  correct?
23  A.  Yes.
24  Q.  All right.  And this alleged defect can
25  only manifest if someone forces open or -- or

27 (Pages 102 - 105)

Soheil Eshraghi , PhD, PE
January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 106

1 attempts to open the pressure cooker while still
2 pressurized; right?
3    A.  Correct.
4    Q.  And so your opinion in this case is
5 dependent upon the float valve being up; correct?
6    A.  Yes.
7    Q.  And your opinion is dependent upon the
8 float valve -- excuse me, on the unit being
9 pressurized?
10    A.  Okay.  We have to separate the float valve
11 performance versus the pressure that could cause
12 harm.  I know they are related to some -- at some
13 ranges, but as we discussed before, if the pressure
14 is very high, probably nobody can open the lid.  And
15 if the pressure is very low, there may not be an
16 explosion.  So there is a range that these two will
17 have a potential for harming people.
18    Q.  All I'm -- all I'm saying is that your
19 opinions are dependent on the unit being
20 pressurized?
21    A.  For the float valve to be up, there has to
22 be --
23    Q.  No, no.
24    A.  -- some pressure.
25    Q.  Yeah.  And -- and what I'm -- yeah, right.

Page 107

1      And what I'm saying is, for the defect to
2 have caused the injury in this case, the unit had to
3 be under pressure?
4    A.  Yes.
5    Q.  So you have no opinions that there is a
6 defect which -- strike that.
7      In other words, all your opinions are
8 dependent upon a user attempting to remove the lid
9 while the unit is pressurized; right?
10    A.  Yes.
11    Q.  Okay.  I'm showing you what we'll mark as
12 Eshraghi 4.
13      (Defendants' Exhibit 4 was marked for
14 identification.)
15 BY MR. HUBERT:
16    Q.  These are Plaintiffs' Responses to
17 Tristar's Request for Admissions.
18      Can you see my screen?
19    A.  Yes.
20    Q.  All right.  So we asked the plaintiff to
21 admit or deny various facts in the case.  You'll see
22 Number 2 -- Number 1 -- we'll start with 1.  One is
23 "The accident occurred on July 18, 2020.  Admit."
24      Number 2 is "On July 18, 2020, they were
25 using the 780 pressure cooker."

Page 108

1      And it was admitted.
2      Do you see that?
3    A.  Yes.
4    Q.  So coming down to Number 15 here, it says
5 "Plaintiff waited until the float valve dropped
6 before attempting to remove the lid."
7      And it says "Admitted."
8      Do you see that?
9    A.  Yes.
10    Q.  All right.  So you've confirmed for us
11 already today, right, that if the float valve is
12 down, there is no pressure in the unit; correct?
13    A.  Correct.
14    Q.  So according to this, according to
15 Number 15, when plaintiff opened the pressure
16 cooker, there was no pressure in the unit; correct?
17    A.  Not correct.  Because they say when they
18 try to open it, it exploded.  So there was pressure
19 in the cooker.
20    Q.  Right.  No.
21      But in Number 15, it says that the float
22 valve was down; correct?
23    A.  Yes, that's what they say.  But I don't
24 know if they know what they are talking about or if
25 they could see it well.  I don't know any of that.

Page 109

1    Q.  All right.  But you see that it's admitted
2 here; true?
3    A.  Yes, of course.
4    Q.  Okay.  And Number 14 establishes --
5 Number 14 says "Plaintiff turned the pressure
6 release valve to release the steam inside the
7 pressure cooker..."
8      True?
9    A.  True.
10    Q.  And Number 13 says that they "placed the
11 lid on the pressure cooker... depicted in the
12 general operating instructions section of the
13 owner's manual."
14      And it says "No exhibit was attached but
15 admitted as pled."
16      True?
17    A.  That's what I see, yes.
18    Q.  And you understand that the plaintiffs
19 used the pressure cooker about 40 or 50 times before
20 the accident occurred?
21    A.  Yes, yes.
22    Q.  All right.  And you don't explain in your
23 reports how it is that the pressure cooker was able
24 to be used 40 to 50 times without any type of
25 incident; right?

28 (Pages 106 - 109)

Soheil Eshraghi , PhD, PE                    January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 118

1 there's two of them, show -- show that in more
2 detail with some other damage in closer detail;
3 true?
4     A.  Yes.  It's very difficult to photograph
5 these conditions because of reflection.  So we have
6 to take pictures from different angles to show it.
7     Q.  And this -- then we have the float valve
8 here at the bottom; true?
9     A.  Yes.
10    Q.  And it also shows multiple scratch marks;
11 true?
12    A.  Yes.
13    Q.  And all those markings to the tab and --
14 the locking tab and the float valve are from someone
15 trying to open it while it's under pressure;
16 correct?
17    A.  Yes.  I would say while it's locked.
18    Q.  While it's locked.  All right.
19        And so now I want to ask -- I'm going to
20 ask you a few questions.  I want to know if you
21 agree or disagree with -- with some of
22 Dr. Giachetti's opinions; all right?
23    A.  Okay.
24    Q.  Dr. Giachetti opines that the float valve
25 on the unit -- or strike that.

Page 119

1        Dr. Giachetti opines that the lid had been
2 forcefully opened at least one time.
3        Do you agree with that?
4     A.  Yes.
5     Q.  He also opines that there were multiple
6 instances of attempted forced openings.
7        Do you agree with that?
8     A.  It could be.  We don't know.
9     Q.  So in your mind --
10    (Simultaneous speakers - unclear.)
11    Q.  In your mind, it's at least once, not sure
12 if it's more?
13    A.  But it could be, yes.
14    Q.  Right.  Could be.  All right.
15        And that's -- and it could be because you
16 see those multiple marks on the float valve; right?
17    A.  Yeah.  I -- I suggest that when someone
18 opens a locked lid, they assume that's a normal
19 force, and they may do it again and again.
20    Q.  Okay.  And is it true that we can't tell
21 if the forced openings, or opening, was successful?
22    A.  Well, for that long scratch to happen, it
23 was a successful opening.
24    Q.  All right.  So you think -- you think the
25 long scratch on the locking tab establishes it was

Page 120

1 successfully opened at some point in time?
2     A.  Yes.  Especially the last time.
3     Q.  Even though you were able to get -- on the
4 video, you were able to get the pin over the locking
5 tab's hump without it opening?
6     A.  You -- you have to -- that -- that's a --
7 so let me say this way.  Most of the load is going
8 over the first angle to the tab.  After it goes over
9 the first few degrees, the remaining is just going
10 for the ride.  So if you can come up to the top, you
11 can open it.
12    Q.  Is it true you don't have an opinion if --
13 when the -- I think we already covered this, but I
14 know you're saying it was forced open on the day of
15 the accident.
16        You don't know if it was forced open
17 before the date of the accident; right?
18    A.  No, I don't know.
19    Q.  If it was forced open before the date of
20 the accident, the forcing it open would degrade the
21 locking mechanism; true?
22    A.  It could.  But I don't know by how much.
23    Q.  In your report you don't give any opinions
24 about whether the lock was degraded and, if so, by
25 how much; right?

Page 121

1     A.  No, I don't.
2     Q.  And you testified earlier today that you
3 didn't test any exemplars; right?
4     A.  That's correct.
5     Q.  So you don't know if -- you don't know if
6 the reason why you got this unit to open at, say, 40
7 to 45 pounds versus 100 pounds is because the unit
8 had already been degraded to some degree; correct?
9     A.  Yes.  But I read the deposition from the
10 design engineer of Tristar, and I saw somewhere that
11 he mentions these units are designed to carry 40 to
12 50 pounds.  So maybe that's the design parameter.
13        MR. HUBERT:  Sorry.  Can the court
14 reporter repeat the witness' answer?
15        COURT REPORTER:  One moment, please.
16        (Whereupon, the record was read by the
17 reporter as follows:
18        "Answer:  Yes.  But I read the
19 deposition from the design engineer of Tristar,
20 and I saw somewhere that he mentions these
21 units are designed to carry 40 to 50 pounds.
22 So maybe that's the design parameter.")
23 BY MR. HUBERT:
24    Q.  Didn't -- you're talking about the
25 deposition of Alex Losano; correct?

31 (Pages 118 - 121)

Soheil Eshraghi , PhD, PE                    January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 122

1    A.  Yes.
2    Q.  Didn't Alex Losano testify that the unit
3 is tested to UL 136?
4    A.  Yes.
5    Q.  Yeah.
6        Wasn't he shown by Mr. Senn the
7 Certificate of Compliance by UL 136 that we looked
8 at today?
9    A.  Yes.  Maybe I misread it, but it's in --
10 in there.  You can check.
11    Q.  All right.  Dr. Giachetti says that "The
12 locking pin of the pressure cooker was not within
13 the same tolerances as the exemplar that he
14 reviewed."
15        You don't have any opinion on that because
16 you didn't analyze the effect that the locks -- you
17 didn't -- you didn't -- you didn't analyze the
18 effect of the forced opening played on the ability
19 of the lock on the subject unit; true?
20    A.  That's true.  But if there are variations
21 from part to part, that could be variations from the
22 manufacturing process also.
23    Q.  Right.
24        But Dr. Giachetti makes that opinion --
25 makes that state- -- makes that opinion in the

Page 123

1 context of that the locking mechanism on the
2 incident unit was degraded.
3        Did you make any opinions that the locking
4 unit was degraded, or did you just generically --
5 just generically agree with me that because it was
6 forced open, it would have some -- some limited
7 ability to lock the unit, but you don't know how
8 much?
9    A.  Yeah.  So my -- my opinion is that at any
10 point, there is a first to open that lock under
11 locked condition.  And if that was opened by a
12 normal person, that lock was faulty.
13    Q.  Right.
14        My question, though, is you didn't perform
15 any measurements -- you didn't perform any
16 measurements or do any comparison with other
17 exemplar units to determine the tolerances or the
18 impact that the forced opening on the unit would
19 have on the tolerance of the locking pin and locking
20 mechanism; true?
21    A.  That's true.
22    Q.  All right.  And Dr. Giachetti opined that
23 45 pounds -- using 45 pounds to open the -- lid
24 is significant effort.
25        Do you agree that that is significant

Page 124

1 effort?
2    A.  No.  Because I opened it with very minimal
3 effort.
4    Q.  Okay.  But he -- I'm -- I'm asking you
5 about 45 pounds.  He measured 45 pounds.
6        So is 45 pounds of force significant
7 effort -- significant effort?
8    A.  Depends how it's applied.  No.
9    Q.  You say it depends how it's applied?
10    A.  Yes.  So if -- if you --
11    Q.  How you -- how you position your hands?
12 Is that what you're saying?
13    A.  How you position your hands, how the
14 handle shape is, how you hold it.
15    Q.  So -- so how -- so it could be significant
16 force is your opinion; true?
17    A.  Depends -- again, depends on the design of
18 the cooker and the way we open it.  If you don't
19 allow for the hands to be so close and be separated,
20 maybe it needs more force to open.  And if they
21 are -- can be close together and separate -- not
22 separated, maybe not.  Maybe it's not -- not a force
23 at all.
24    Q.  Do you agree that -- well, let me ask --
25 let me rephrase the question.

Page 125

1        Dr. Giachetti says "Because tolerances are
2 small and material is lost on the locking tab when
3 the lock is forcefully overcome plowing material
4 from the locking tab, the loss in the distance the
5 locking pin needs to travel around the locking tab
6 also reduces the ability of the lock to withstand
7 external opening force."
8        Do you agree with that statement?
9    A.  Can you read it one more time?
10    Q.  Sure.
11        "Because tolerances are small and material
12 is lost on the locking tab when the lock is
13 forcefully overcome plowing material from the
14 locking tab, the loss in the distance the locking
15 pin needs to travel around the locking tab also
16 reduces the ability of the lock to withstand
17 external opening force."
18    A.  I don't know that.
19    Q.  So you have -- you have no opinion on that
20 statement?
21    A.  No.
22    Q.  If Mr. Copeland only had one hand on the
23 lid holding the handle, would it -- would
24 significant force be needed to get up to 45 pounds?
25    A.  Probably.

32 (Pages 122 - 125)

Soheil Eshraghi , PhD, PE                      January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 126

1    Q.   Did you say "probably"?
2    A.   Yes.
3    Q.   Mr. -- Dr. Giachetti says "If Mr. Copeland
4  only had one hand on the lid holding the handle,
5  consistent with Mrs. Copeland's testimony, it would
6  require more than 45 pounds because the lid handle
7  has approximately 5/6 of the mechanical advantage
8  for lid turning as compared to the lid edge."
9        Do you agree with that opinion?
10   A.   So I say that if you want to rotate the
11  handle and not the base, you probably need two
12  hands.
13   Q.   But you did admit earlier today that when
14  the unit is not pressurized, the lid rotates freely
15  and easily with just two to three fingers; correct?
16   A.   Yes.
17   Q.   So back to my original question.
18       Do you agree with Dr. Giachetti's opinion
19  here where he says if you only use one hand "...it
20  would require more than 45 pounds because the lid
21  handle has approximately 5/6 of the mechanical
22  advantage for lid turning as compared to the lid
23  edge"?
24   A.   So I -- I see it differently.  I -- I
25  don't say you need more load.  I'm saying you need a

Page 127

1  counteracting load.
2        So if you don't stop the base from
3  turning, you still need 45 pounds, but that
4  45 pounds can turn it.  So it becomes a rotating
5  part.  So we are going to -- we are just needing
6  something to stop the base from rotating.
7        For example, if -- if I had a fixture on
8  the countertop stopping the base from to move, you
9  could do it with 40 -- 45 pounds and open it.  But
10  just lack of that stop -- stopping point for
11  rotation is the issue.
12   Q.   All right.  Dr. Giachetti gives an opinion
13  as to the -- what the burn patterns mean in terms of
14  how plaintiff was holding the unit.
15       Is it true that you have no opinions
16  regarding burn patterns?
17   A.   Not -- not to the degree of doing finite
18  element analysis or what.  But if -- if the lid
19  explodes, as we saw in the video, the water is kind
20  of exploding in all directions at the level of the
21  lid.  So you will have a lot of area of exposure.
22   Q.   Right.
23       But in your opinion -- in your reports,
24  you don't provide any analysis of the burn patterns;
25  true?

Page 128

1    A.   That's true.
2    Q.   All right.  Do you know how many Tristar
3  units of the 780 were sold versus the amount of
4  complaints?
5    A.   No.  I have no idea.
6        MR. HUBERT:  All right.  Let me just --
7  why don't we take five minutes.  I'm going to
8  review my notes and might be done.
9        VIDEOGRAPHER:  Okay.  The time is
10  4:12 p.m.  We're off the record.
11       (Off the record.)
12       VIDEOGRAPHER:  The time is 4:19 p.m.
13  We're on the record.
14  BY MR. HUBERT:
15   Q.   Dr. Eshraghi, on page 8 of your first
16  report, you say you'll -- "We will perform the
17  following tests."
18       And the first thing you noted -- note is
19  "Opening the lid when locked with no pressure inside
20  the cooker and measuring the force to open it."
21       Did you ever do that test?
22   A.   No.
23   Q.   And any -- any particular reason why not?
24   A.   Because when we were doing it together, we
25  decided, instead of pulling it up, we just

Page 129

1  pressurize it for it to go up and would be the same.
2  It would be similar test.
3    Q.   And then the third one says -- you have
4  three bullet points on page 8.  And then on the
5  third one, it says "Checking the placement of the
6  lid to see if it is possible for it to start heating
7  and pressurizing when the lid is not locked
8  properly."
9        I think you told me you didn't do that;
10  right?
11   A.   No, I didn't.  Because the -- that wasn't
12  the scenario they were talking about.
13   Q.   All right.  Doctor, I don't have any other
14  questions for you.  Thank you.
15   A.   Okay.
16       MR. SENN:  I don't have anything either.
17  We haven't discussed reading and signing.
18       Dr. Eshraghi, you can -- you have the
19  right to read this deposition and check it for
20  accuracy.  You can make changes to things like
21  spelling, dates, but you can't change anything
22  substantively, or you can waive that right.
23       Do you want to read the transcript and
24  sign off on it or do you want to waive that?
25       THE WITNESS:  What do you suggest?

33 (Pages 126 - 129)