# Exhibit C

**R E P O R T**

|  |  |
|---|---|
| Edward Copeland and Sheryl Copeland | ) |
|  | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| TRISTAR PRODUCTS, INC., | ) |
| A Florida Corporation | ) |
|  | ) |
|  | ) |
| Defendant | ) |
|  | ) |

SE-0002

EXPERT REPORT OF DR. SOHEIL ESHRAGHI REGARDING
DEFECTIVE TRISTAR PRESSURE COOKER
MODEL PPC780

| Prepared for: | Reynolds, Horne & Survant |
|---|---|
| Author: | Soheil Eshraghi, Ph.D., P.E. |
| Date: | November 21, 2022 |



## Table of Contents

I.      ASSIGNMENT ........................................................................................................... 3

II.     QUALIFICATIONS ................................................................................................... 3

III.    COMPENSATION .................................................................................................... 3

IV.     DOCUMENTS RELIED UPON ................................................................................. 4

V.      PRIOR TESTIMONY ............................................................................................... 4

VI.     INTRODUCTION ..................................................................................................... 4

VII.    PRESSURE COOKER SAFETY FEATURES ............................................................ 4

VIII.   INSPECTION OF THE ACCIDENT COOKER .......................................................... 5

IX.     SUMMARY OF OPINIONS ..................................................................................... 9

X.      DECLARATION ....................................................................................................... 9

EXHIBITS ........................................................................................................................ 10

A.      Curriculum Vitae .............................................................................................. 10

B.      Materials and Things Reviewed ...................................................................... 15

C.      Prior Testimony ................................................................................................ 17

D.      Fee Schedule .................................................................................................... 19

I.   ASSIGNMENT

I was engaged by Reynolds, Horne & Survant to determine whether a Tristar pressure cooker owned by Edward Copeland and Sheryl Copeland contained defects that led to their injuries while using the cooker in a foreseeable manner. This report details the findings from my visual examination of the accident cooker, the information in pressure cooker's Owner's Manual and my experience testing other similar pressure cookers.

II.   QUALIFICATIONS

I have a Bachelor of Science degree in Mechanical Engineering from the University of California Los Angeles and a Master of Science degree in Mechanical Engineering and a Ph.D. in Materials Science from the University of California, Irvine.

I have worked on the development of fasteners, mechanisms, and related tooling and equipment, for the aerospace and automotive industries from July 1982 through the present. I am a named inventor on twelve United States patents. As the senior engineering executive for two medium-sized aerospace hardware companies from early 2000 through 2015, I was responsible for reviewing the work of the design and product development engineers and overseeing the design reviews.

As an engineer, I was involved in designing products, tooling, and machines, including performing kinematics and stress analysis. I was also responsible for overseeing the development of MIL-HDBK-5 design allowables for fasteners for military and commercial aircraft.

As the Engineering Executive, I oversaw and managed the operations of the R&D Test Laboratory at Cherry Aerospace. This included static and dynamic testing of parts, testing pressurized pneumatic and hydraulic power tools and metallurgical evaluation and inspection.

Recently I entered into private practice to provide litigation consulting for intellectual property and products liability matters. A copy of my CV is attached as Exhibit 1.

III.   COMPENSATION

My billing rate for this case is $350.00 per hour for litigation consulting, and deposition or trial testimony. Long-distance travel after the first three hours is billed at $175.00 per hour.

3

## IV.    DOCUMENTS RELIED UPON

A list of all documents and things I relied upon in forming my opinions is attached as Exhibit 2.

## V.    PRIOR TESTIMONY

A list of my prior testimony is attached as Exhibit 3.

## VI.    INTRODUCTION

I understand that the plaintiffs Edward and Sheryl Copeland had used the subject cooker several times before the accident. On the day of the accident (July 18, 2020) the Copelands were cooking boneless chuck roast, quartered onion, salt, pepper, and Italian seasoning, one quart beef broth and water to just below the maximum fill line. The cooker was set to for 45 minutes and upon completion of the cooking cycle the cooker was allowed to sit undisturbed for 45 minutes to an hour. At that time, I understand that no steam was observed to vent when the manual steam release valve was opened so Mr. Copeland rotated the lid toward the open position whereupon the contents were explosively expelled onto both him and Mrs. Copeland.

## VII.    PRESSURE COOKER SAFETY FEATURES

Pressure cookers need to pressurize to perform their cooking operation as intended.  In order to pressurize, the lid must be connected to the base in a secure manner so it will not be possible for it to disengage under pressure. To do this the lid has six outwardly extending protrusions ("lugs") on its periphery that can engage with the six inwardly extending protrusions on the periphery of the base.

There are at least three safety considerations for the proper operation of the pressure cooker so that it can never hurt the user by its potential explosion:

- Proper engagement of the lid and the base – The design must eliminate any potential misplacement of the lid on the base to assure proper engagement and locking

4

- Heating and pressurization should not occur if the lid is not properly secured in the correct locked position
- The consumer should not be able to defeat the lid lock mechanism to remove the lid if the cooker is pressurized

## VIII.    INSPECTION OF THE ACCIDENT COOKER

I visually examined and photographed the subject cooker and documented my observations. I found the cooker to be in good condition with fat/oil and food residues on all surfaces including the lid gasket and base locking lugs (FIG 1).



**Figure 1: Pressure Cooker Components (Copeland Subject Cooker)**

5

The owner's manual has a section about the cooker's built in safety features [1:3].  Some of the features that relate to this case are:

*"Lid Safety Device: Prevents pressure build-up if lid is not closed properly and prevents lid from opening until all pressure is released."*

*"Clog Resistant Feature: Prevents food from blocking the steam release port."*

The lid of the incident pressure cooker was easily opened when it was under pressure.

I searched the internet for PPC780.  I could not find any major store (Amazon, Target, Walmart, Lowes, etc.) that sells this model.  Apparently, that model was discontinued and replaced with an improved version PPC772.

The improved version has an added magnetic sensor to make sure the lid is in the proper locked position before it can turn on and get pressurized.

It also has an added 'red pressure indicator' pin for a positive indication of knowing if the cooker is still pressurized or not.  The floating valve that is hidden in the lid handle was never very visible to be used as such.

These design updates were implemented to improve the safety of the pressure cooker.

I could not find a major store that carries the new updated version either.

6



**Figure 2: Added Safety Features (PPC772) [2:8]**

I also viewed the Tristar website [3].  Under the tab 'Products' they still show a pressure cooker; however, there is no mention of where you can purchase one.



**Figure 3: Tristar's Current Product**

7

A similar pressure cooker manufactured by Crock-Pot model # SCCPPC600-V1 was a popular pressure cooker that sold more than 900,000 units from its initial production date until its recall on November 24, 2020.

The product had caused multiple injuries that finally caused the manufacturer to notify US Consumer Product Safety Commission on August 6, 2018.

They had proposed similar design changes such as adding magnetic sensors and red color indicator and more; however, they had to issue the recall after over 100 incidents.

I checked the US Consumer Product Safety website [4] and did not see a recall notice for the Tristar pressure cookers.

To investigate further the root cause for this accident we need to review the following documents:

- Qualification and Quality Conformance test results
- UL certification test results
- Design and Manufacturing Failure Mode and Effects Analysis (Design FMEA & Manufacturing FMEA) documents
- History of design revisions
- List of customer complaints, returns and accidents

We will perform the following tests:

- Opening the lid when locked with no pressure inside the cooker and measuring the force to open it.
- Opening the lid under pressure and measuring the force to open it.
- Checking the placement of the lid to see if it is possible for it to start heating and pressurizing when the lid is not locked properly.

## IX.    SUMMARY OF OPINIONS

Based upon the foregoing analysis it is my opinion within a reasonable degree of scientific and engineering certainty that Mr. & Mrs. Copeland's Tristar PPC780 pressure cooker had design flaws that allowed its lid to open under pressure to cause the injuries.

A Pressure Cooker that can be opened while still pressurized is unreasonably dangerous and cannot be used safely for the purpose for which it is intended.

## X.    DECLARATION

A.    For all the opinions expressed in this report I have relied upon exhibits, product information and personal experience created, or referenced, in part, in this legal proceeding. I reserve the right to amend or supplement my analysis and conclusions should new information become available.

B.    All my opinions contained herein are based on a reasonable degree of engineering and scientific certainty.

C.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 21, 2022

Soheil A Eshraghi, PH.D., P.E.

9

# EXHIBITS

## A.   Curriculum Vitae

**SUMMARY:**

I have 40 years of experience designing and testing many products.
I have been involved in multiple product failure investigations.
I have been in charge of testing laboratories for mechanical performance tests and metallurgical evaluations.

**SKILLS:**

Engineering management; Quality management; Organization development; Project management; Process optimization; Lean manufacturing; Continuous improvement; Root cause analysis; Design of experiments; DMAIC; Six sigma; New product development; Intellectual property management, Test laboratory management; Failure investigation.

**REGISTRATION:**    Registered Professional Mechanical Engineer in California

**PATENTS**:    7823262, 7802952, 7575404, 6898918, 6746192, 6171038, 5569006, 5429464
5378098, 5333980, 5286151, 4936725

**CAD:**    Solid Works, Pro-Engineer, AutoCAD

**FEA:**    DEFORM, MSC/Nastran, MARC, NIKE, ANSYS

**AWARDS:**    Recipient of 2005 Textron Fastening System Innovation Award
Recipient of 2003 Textron Innovation Award

**IFI:**    Board of Directors Representative 2006-2009
Chairman Division II 2003-2005

**EDUCATION:**

Ph.D. - Materials Science and Engineering - University of California Irvine - 2005

Certificate, Executive Leadership Program, Thunderbird International School of Management - 2002

Certificate, Engineering Management, California Institute of Technology, Industrial Relations Center - 1989

M.S.M.E. - University of California Irvine - 1987

B.S.M.E. - University of California Los Angeles - 1981

**Technical Membership:**

11

ASME
ASM

**EXPERIENCE:**

2018-2022    **New Product Development Manager – RBC (Sonic)**

Product Design & Development
Process Improvement/Cost Reduction
Test & Qualification
Root Cause & Corrective Actions
Rejection Reduction
Training new engineers

2015-2018    **Consulting Engineer**

Product Design & Development
Automation
Process Improvement/Cost Reduction
Test & Qualification
Root Cause & Corrective Actions
Design of Experiments - Factorial & Taguchi (training & implementation)
Project Management
Organization Development
Quality Management

2013-2015    **Director, Engineering – Sargent Aerospace (Sonic)**

Provided technical leadership in areas of manufacturing, product development, process improvement and testing/qualification.

Worked directly with customers to define the requirements of the new products.

Coordinated continuous improvement efforts with rejection reduction and cost reduction targets.

Developed systems to manage documents, prints and certifications.

Created standards for manufacturing critical parts.

2000-2012    **Director, Product Engineering - Cherry Aerospace, SPS Fasteners (PCC)**

Responsible for development of new products, maintenance and improvement of existing products, project/program management, product liability management, developing specifications, qualification tests, preparing reports for certifications and document control.

Coordinated efforts between different functions (Manufacturing, Sales, Marketing, Quality,

Supply Chain, Six Sigma and Product Engineering) and apply Design for Six Sigma methodology and processes to assure successful products to satisfy customers' needs and to increase revenue and profit margins.

Actively participated in technical committees such as IFI (Executive Chairman), MMPDS and NAS.

1993-2000    **Chief Engineer, Manufacturing and R&D - Cherry Aerospace, TEXTRON**

Responsible for all engineering functions such as product and tooling prints and documents, specifications, customer inquiries, quality system, plant layout, capital expenditure requests, new equipment purchases, new product design.

Responsible for development of new aerospace and commercial fasteners and design of precision multi component mechanical devices, using experimental theoretical and methods including different finite element software for analysis and optimization.

1982-1993    **Project Engineer, R&D - Cherry Aerospace, TEXTRON**

Responsible for specifying materials, heat-treat and surface finishing processes to meet Military and National Aerospace Standards. Worked with CO2 lasers for material processing such as cutting and heat-treating and used strain-gages to make variety of load cells and linear transducers for automated data collection.

Also responsible for instrumentation and development of new equipment and processes such as automated laser annealing system, automated induction annealing system, compression molding press for plastic fasteners, automated laser cutting system, and a unique tensile testing machine with computerized data acquisition capability.

1996-1998    **CALIFORNIA STATE UNIVERSITY, Fullerton, CA.**
Instructor for Beginning Pro-Engineer

**CERTIFICATES:**

Six Sigma Black Belt – PCC Company
Green Belt (Design for Six Sigma) –Textron Company
Developing Leadership Excellence
Successful Project Management
Design of Experiments

13

Quality Engineering - Taguchi Methods
Implementing Statistical Process Control
Effective Problem-Solving Techniques
Fundamentals and Applications of Lasers
Induction Heating - Basic Principles
Fundamentals of Plastics
Dale Carnegie Course
Heat Treatment of Steels
Weibull Log Normal Analysis
Metal Cutting Technology

# EXHIBITS

## B.    Materials and Things Reviewed

1.  Owner's Manual (PPC780)
2.  Owner's Manual (PPC772)
3.  Tristar Webpage ([https://www.tristarproductsinc.com](https://www.tristarproductsinc.com))
4.  Consumer Product Safety Commission ([https://www.cpsc.gov/Recalls](https://www.cpsc.gov/Recalls))

# EXHIBITS

## C.    Prior Testimony

Type of Matter:      Products Liability (Pressure Cooker)
Venue:               District of Colorado Case No. 606CD40E3497C
Law Firm:            Burg Simpson Eldredge Hersh & Jardine, P.C.
Case Name:           Georgina Perez v Sunbeam, Newell, and Target
Services Provided:   Lit. Consulting, Inspection, Expert Witness, Depo. (10/14/22 & 10/31/22)
Disposition:         Active
Date:                April 2022 - Present

# EXHIBITS

## D.   Fee Schedule

Soheil Eshraghi, Ph.D., P.E.
Forensic Engineer
949-439-7166
soheil.eshraghi@gmail.com

Federal Tax ID # 47-4988949

Fee Schedule Rates:

Retainer …………………………………………………………………………… $3000

Consultation/Investigation/Testing/Analysis ………………… $350/hour

Travel ……………………………………………………………………………. $350/hour

Non-working air travel for the first 3 hours …………………. $350/hour

Non-working air travel after the first 3 hours ………………. $175/hour

Deposition and Courtroom Testimony ………………………… $350/hour

Equipment Rental and Outside Services …….. Billed at cost plus 20%

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Plaintiffs' Rule 26 Disclosure of Experts* upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, and electronically addressed to counsel of record as follows:

Sanjay Ghosh, Esq.
Steven H. Campbell, Esq.
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St., Suite 1700
Atlanta, GA 30363
Sanjay.ghosh@nelsonmullins.com
Steven.campbell@nelsonmullins.com

This 21st day of November, 2022.

_____
MARTY K. SENN
Georgia Bar No. 513896
*Attorney for Plaintiffs*

REYNOLDS, HORNE & SURVANT
P.O. Box 26610
Macon, Georgia 31221-6610
(478) 405-0300

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDWARD A. COPELAND AND SHERYL COPELAND, | |
| Plaintiffs, | CIVIL ACTION NO. 5:22-cv-00212-CAR |
| vs. | |
| TRISTAR PRODUCTS, INC., and ABC, INC., | |
| Defendants. | |

---

**PLAINTIFFS' SUPPLEMENTAL RULE 26 EXPERT REPORT**

---

COME NOW the Plaintiffs, by and through their attorneys and, pursuant to Federal Rule of Civil Procedure 26(e), and supplements Dr. Soheil Eshraghi's expert report as follows:

1.

Dr. Eshraghi has previously been identified as a Forensic Engineer. Dr. Eshraghi's supplemental report is attached hereto as Exhibit "A".

This 15th day of November, 2023.

[Signature on Following Page]

**REYNOLDS, HORNE & SURVANT**
6320 Peake Road
P.O. Box 26610
Macon, Georgia 31210
Telephone: (478) 405-0300
Facsimile: (478) 405-0550
msenn@reynoldsinjurylaw.com

*/s/ Marty K. Senn*
MARTY K. SENN
Georgia Bar No.: 513896
*Attorney for Plaintiff Edward A. Copeland and Sheryl Copeland*

**R E P O R T**

| | |
|---|---|
| Edward Copeland and Sheryl Copeland | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| TRISTAR PRODUCTS, INC., | ) |
| A Florida Corporation | ) |
| | ) |
| | ) |
| Defendant | ) |

SE-0002 REVISION A
EXPERT REPORT OF DR. SOHEIL ESHRAGHI REGARDING
DEFECTIVE TRISTAR PRESSURE COOKER
MODEL PPC780

| | |
|---|---|
| *Prepared for:* | Reynolds, Horne & Survant |
| *Author:* | Soheil Eshraghi, Ph.D., P.E. |
| *Date:* | October 29, 2023 |



1

## Table of Contents

I.      ASSIGNMENT ...............................................................................................................3

II.     QUALIFICATIONS.......................................................................................................3

III.    COMPENSATION..........................................................................................................3

IV.     DOCUMENTS RELIED UPON ...................................................................................4

V.      PRIOR TESTIMONY ...................................................................................................4

VI.     INTRODUCTION..........................................................................................................4

VII.    PRESSURE COOKER SAFETY FEATURES ...........................................................4

VIII.   INSPECTION OF THE ACCIDENT COOKER........................................................5

IX.     TESTING AND EVALUATION ...................................................................................8

X.      SUMMARY OF OPINIONS........................................................................................10

XI.     DECLARATION..........................................................................................................10

EXHIBITS...............................................................................................................................11

A.      Curriculum Vitae..........................................................................................................11

B.      Materials and Things Reviewed ..................................................................................16

C.      Prior Testimony ............................................................................................................18

D.      Fee Schedule..................................................................................................................20

## I.     ASSIGNMENT

I was engaged by Reynolds, Horne & Survant to determine whether a Tristar pressure cooker owned by Edward Copeland and Sheryl Copeland contained defects that led to their injuries while using the cooker in a foreseeable manner. This report details the findings from my visual examination of the accident cooker, the information in pressure cooker's Owner's Manual and my experience testing other similar pressure cookers.

## II.    QUALIFICATIONS

I have a Bachelor of Science degree in Mechanical Engineering from the University of California Los Angeles and a Master of Science degree in Mechanical Engineering and a Ph.D. in Materials Science from the University of California, Irvine.

I have worked on the development of fasteners, mechanisms, and related tooling and equipment, for the aerospace and automotive industries from July 1982 through the present. I am a named inventor on twelve United States patents. As the senior engineering executive for two medium-sized aerospace hardware companies from early 2000 through 2015, I was responsible for reviewing the work of the design and product development engineers and overseeing the design reviews.

As an engineer, I was involved in designing products, tooling, and machines, including performing kinematics and stress analysis. I was also responsible for overseeing the development of MIL-HDBK-5 design allowables for fasteners for military and commercial aircraft.

As the Engineering Executive, I oversaw and managed the operations of the R&D Test Laboratory at Cherry Aerospace. This included static and dynamic testing of parts, testing pressurized pneumatic and hydraulic power tools and metallurgical evaluation and inspection.

Recently I entered into private practice to provide litigation consulting for intellectual property and products liability matters. A copy of my CV is attached as Exhibit 1.

## III.    COMPENSATION

My billing rate for this case is $350.00 per hour for litigation consulting, and deposition or trial testimony. Long-distance travel after the first three hours is billed at $175.00 per hour.

3

## IV.   DOCUMENTS RELIED UPON

A list of all documents and things I relied upon in forming my opinions is attached as Exhibit 2.

## V.   PRIOR TESTIMONY

A list of my prior testimony is attached as Exhibit 3.

## VI.   INTRODUCTION

I understand that the plaintiffs Edward and Sheryl Copeland had used the subject cooker several times before the accident. On the day of the accident (July 18, 2020) the Copelands were cooking boneless chuck roast, quartered onion, salt, pepper, and Italian seasoning, one quart beef broth and water to just below the maximum fill line. The cooker was set to for 45 minutes and upon completion of the cooking cycle the cooker was allowed to sit undisturbed for 45 minutes to an hour. At that time, I understand that no steam was observed to vent when the manual steam release valve was opened so Mr. Copeland rotated the lid toward the open position whereupon the contents were explosively expelled onto both him and Mrs. Copeland.

## VII.   PRESSURE COOKER SAFETY FEATURES

Pressure cookers need to pressurize to perform their cooking operation as intended.  In order to pressurize, the lid must be connected to the base in a secure manner so it will not be possible for it to disengage under pressure. To do this the lid has six outwardly extending protrusions ("lugs") on its periphery that can engage with the six inwardly extending protrusions on the periphery of the base.

There are at least three safety considerations for the proper operation of the pressure cooker so that it can never hurt the user by its potential explosion:

☐   Proper engagement of the lid and the base – The design must eliminate any potential misplacement of the lid on the base to assure proper engagement and locking

4

□   Heating and pressurization should not occur if the lid is not properly secured in the correct locked position

□   The consumer should not be able to defeat the lid lock mechanism to remove the lid if the cooker is pressurized

## VIII.    INSPECTION OF THE ACCIDENT COOKER

I visually examined and photographed the subject cooker and documented my observations. I found the cooker to be in good condition with fat/oil and food residues on all surfaces including the lid gasket and base locking lugs (FIG 1).



**Figure 1: Pressure Cooker Components (Copeland Subject Cooker)**

5

The owner's manual has a section about the cooker's built in safety features [1:3]. Some of the features that relate to this case are:

*"Lid Safety Device: Prevents pressure build-up if lid is not closed properly and prevents lid from opening until all pressure is released."*

*"Clog Resistant Feature: Prevents food from blocking the steam release port."*

The lid of the incident pressure cooker was easily opened when it was under pressure.

I searched the internet for PPC780.  I could not find any major store (Amazon, Target, Walmart, Lowes, etc.) that sells this model.  Apparently, that model was discontinued and replaced with an improved version PPC772.

The improved version has an added magnetic sensor to make sure the lid is in the proper locked position before it can turn on and get pressurized.

It also has an added 'red pressure indicator' pin for a positive indication of knowing if the cooker is still pressurized or not.  The floating valve that is hidden in the lid handle was never very visible to be used as such.

These design updates were implemented to improve the safety of the pressure cooker.

I could not find a major store that carries the new updated version either.

6



**Figure 2: Added Safety Features (PPC772) [2:8]**

I also viewed the Tristar website [3].  Under the tab 'Products' they still show a pressure cooker; however, there is no mention of where you can purchase one.



**Figure 3: Tristar's Current Product**

7

## IX.     TESTING AND EVALUATION

On May 2, 2023, Dr. Robert Giachetti (Tristar's expert) and I tested the incident pressure cooker at my residence in Also Viejo, California. We observed a scratch mark on one of the pot's protrusions that interacts with the locking pin of the lid. This shows that lid was opened in the locked position in the past.



**Figure 4: Locking Pin Scratch Mark**

Locking test requirement of UL136 specification applies to any pressure cooker that is provided with a mechanical locking device (stovetop or electric). The minimum load requirement is 100 pounds which is higher than a force that an ordinary user can apply to force the lid open under pressure.

We tested the incident pressure cooker by turning it on and allowing it to heat up and raise the floating valve up to the locked position and then turning off the cooker (per UL136 section 9.5):

"If the pressure cooker is provided with a mechanical lock device (e.g., a locking pin) that prevents the opening of the cover under pressure, then the source of the heat may be turned off as soon as the activation of the locking device can be detected."

We performed the opening of the lid by two different gages, one with a force gage attached to a strap that was secured to the perimeter of the lid and one with a torque wrench that that was centered on the lid's handle to rotate it open. We calculated the following loads for the two methods:

| | |
|---|---|
| Load Cell: | 45 pounds |
| Torque Wrench: | 40 pounds |

Both numbers are less than 50% of the minimum requirement and show that the locking mechanism failed to meet the UL136's minimum requirement of 100 pounds. These results show how an ordinary person was able to force open a locked lid (locking pin scratch on the pot).

The mechanical lock is the only safety feature that protects the user from opening the pressure cooker under pressure. If this safety mechanism is not working properly the user can potentially open the lid under pressure and get hurt.  I performed one more test to see how easy it was to open the locked lid. I consider myself an ordinary user, so I filled the cooker with water and turned it on and waited for the floating valve to move up to the locked position. After a few seconds I turned off the cooker and was able to open the locked lid with minimal effort. The lid opened and hot water splashed all over the place (video file IMG_5239).

Based upon the foregoing analysis it is my opinion within a reasonable degree of scientific and engineering certainty that Mr. & Mrs. Copeland's Tristar PPC780 pressure cooker had design flaws that allowed its lid to open under pressure to cause their injuries.

9

## X.    SUMMARY OF OPINIONS

Based upon the foregoing analysis it is my opinion within a reasonable degree of scientific and engineering certainty that Mr. & Mrs. Copeland's Tristar PPC780 pressure cooker had design flaws that allowed its lid to open under pressure to cause the injuries.

A Pressure Cooker that can be opened while still pressurized is unreasonably dangerous and cannot be used safely for the purpose for which it is intended.

## XI.    DECLARATION

A.    For all the opinions expressed in this report I have relied upon exhibits, product information and personal experience created, or referenced, in part, in this legal proceeding. I reserve the right to amend or supplement my analysis and conclusions should new information become available.

B.    All my opinions contained herein are based on a reasonable degree of engineering and scientific certainty.

C.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 29, 2023

_S. Eshraghi_

Soheil A Eshraghi, PH.D., P.E.

10

# EXHIBITS

## A.    Curriculum Vitae

**SUMMARY:**

I have 40+ years of experience designing and testing many products.
I have been involved in multiple product failure investigations.
I have been in charge of testing laboratories for mechanical performance tests and metallurgical evaluations.
I have investigated design and manufacturing failures of multiple pressure cookers.

**SKILLS:**

Engineering management; Quality management; Organization development; Project management; Process optimization; Lean manufacturing; Continuous improvement; Root cause analysis; Design of experiments; DMAIC; Six sigma; New product development; Intellectual property management, Test laboratory management; Failure investigation.

**REGISTRATION:**    Registered Professional Mechanical Engineer in California

**PATENTS**:    12 patents

**CAD:**    Solid Works, Pro-Engineer, AutoCAD

**FEA:**    DEFORM, MSC/Nastran, MARC, NIKE, ANSYS

**AWARDS:**    Recipient of 2005 Textron Fastening System Innovation Award
Recipient of 2003 Textron Innovation Award

**IFI:**    Board of Directors Representative 2006-2009
Chairman Division II 2003-2005

**Associations**:    ASM, ASME, NAFE

**EDUCATION:**

Ph.D. - Materials Science and Engineering - University of California Irvine - 2005

Certificate, Executive Leadership Program, Thunderbird International School of Management - 2002

12

Certificate, Engineering Management, California Institute of Technology, Industrial Relations Center - 1989

M.S.M.E. - University of California Irvine - 1987

B.S.M.E. - University of California Los Angeles - 1981

**EXPERIENCE:**

2018-2023    **New Product Development Manager – RBC (Sonic)**

Product Design & Development
Process Improvement/Cost Reduction
Test & Qualification
Root Cause & Corrective Actions
Rejection Reduction
Training new engineers

2015-2018    **Consulting Engineer**

Product Design & Development
Automation
Process Improvement/Cost Reduction
Test & Qualification
Root Cause & Corrective Actions
Design of Experiments - Factorial & Taguchi (training & implementation)
Project Management
Organization Development
Quality Management

2013-2015    **Director, Engineering – Sargent Aerospace (Sonic)**

Provided technical leadership in areas of manufacturing, product development, process improvement and testing/qualification.

Worked directly with customers to define the requirements of the new products.

Coordinated continuous improvement efforts with rejection reduction and cost reduction targets.

Developed systems to manage documents, prints and certifications.

Created standards for manufacturing critical parts.

13

2000-2012     **Director, Product Engineering - Cherry Aerospace, SPS Fasteners (PCC)**

Responsible for development of new products, maintenance and improvement of existing products, project/program management, product liability management, developing specifications, qualification tests, preparing reports for certifications and document control.

Coordinated efforts between different functions (Manufacturing, Sales, Marketing, Quality, Supply Chain, Six Sigma and Product Engineering) and apply Design for Six Sigma methodology and processes to assure successful products to satisfy customers' needs and to increase revenue and profit margins.

Actively participated in technical committees such as IFI (Executive Chairman), MMPDS and NAS.

1993-2000     **Chief Engineer, Manufacturing and R&D - Cherry Aerospace, TEXTRON**

Responsible for all engineering functions such as product and tooling prints and documents, specifications, customer inquiries, quality system, plant layout, capital expenditure requests, new equipment purchases, new product design.

Responsible for development of new aerospace and commercial fasteners and design of precision multi component mechanical devices, using experimental theoretical and methods including different finite element software for analysis and optimization.

1982-1993     **Project Engineer, R&D - Cherry Aerospace, TEXTRON**

Responsible for specifying materials, heat-treat and surface finishing processes to meet Military and National Aerospace Standards.  Worked with CO2 lasers for material processing such as cutting and heat-treating and used strain-gages to make variety of load cells and linear transducers for automated data collection.

Also responsible for instrumentation and development of new equipment and processes such as automated laser annealing system, automated induction annealing system, compression molding press for plastic fasteners, automated laser cutting system, and a unique tensile testing machine with computerized data acquisition capability.

14

1996-1998     **CALIFORNIA STATE UNIVERSITY, Fullerton, CA.**
              Instructor for Beginning Pro-Engineer

**CERTIFICATES:**

Six Sigma Black Belt – PCC Company
Green Belt (Design for Six Sigma) –Textron Company
Developing Leadership Excellence
Successful Project Management
Design of Experiments
Quality Engineering - Taguchi Methods
Implementing Statistical Process Control
Effective Problem-Solving Techniques
Fundamentals and Applications of Lasers
Induction Heating - Basic Principles
Fundamentals of Plastics
Dale Carnegie Course
Heat Treatment of Steels
Weibull Log Normal Analysis
Metal Cutting Technology

# EXHIBITS

## B.    Materials and Things Reviewed

1. Owner's Manual (PPC780)
2. Owner's Manual (PPC772)
3. Tristar Webpage (https://www.tristarproductsinc.com)
4. Consumer Product Safety Commission (https://www.cpsc.gov/Recalls)
5. UL136

# EXHIBITS

## C.    Prior Testimony

| | |
|---|---|
| Type of Matter: | Products Liability (Pressure Cooker) |
| Venue: | **District of Colorado Case No.** 606CD40E3497C |
| Law Firm: | Burg Simpson Eldredge Hersh & Jardine, P.C. |
| Case Name: | Georgina Perez v Sunbeam, Newell, and Target |
| Services Provided: | Lit. Consulting, Inspection, Expert Witness, Depo. (10/14/22 & 10/31/22) |
| Disposition: | Active |
| Date: | April 2022 - Present |

# EXHIBITS

## D.   Fee Schedule

Soheil Eshraghi, Ph.D., P.E.
Forensic Engineer
949-439-7166
soheil.eshraghi@gmail.com

Federal Tax ID # 47-4988949

Fee Schedule Rates:

Retainer ................................................................................. $3000

Consultation/Investigation/Testing/Analysis ................... $350/hour

Travel ................................................................................. $350/hour

Non-working air travel for the first 3 hours ..................... $350/hour

Non-working air travel after the first 3 hours ................... $175/hour

Deposition and Courtroom Testimony .............................. $350/hour

Equipment Rental and Outside Services ....... Billed at cost plus 20%

21

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Plaintiffs'*

*Supplemental Rule 26 Expert Report* upon all parties to this matter by depositing a true copy of

same in the U.S. Mail, proper postage prepaid, and electronically addressed to counsel of record

as follows:

Sanjay Ghosh, Esq.
Steven H. Campbell, Esq.
Nelson, Mullins, Riley & Scarborough LLP
201 17th St., Suite 1700
Atlanta, GA 30363
Sanjay.ghosh@nelsonmullins.com
Steven.campbell@nelsonmullins.com

This 15th day of November, 2023.

/s/ Marty K. Senn
MARTY K. SENN
Georgia Bar No. 513896
*Attorney for Plaintiffs*

REYNOLDS, HORNE & SURVANT
P.O. Box 26610
Macon, Georgia 31221-6610
(478) 405-0300