# Exhibit H

Page 1

1         IN THE UNITED STATES DISTRICT COURT
2         FOR THE MIDDLE DISTRICT OF GEORGIA
3                   MACON DIVISION
4
5    CIVIL ACTION NUMBER:  5:22-CV-00212-TES
6    EDWARD A. COPELAND
7    and SHERYL COPELAND,
8              Plaintiff(s),
9                vs.
10   TRISTAR PRODUCTS, INC.,
11   and ABC, INC.,
12             Defendant(s).
13
14
15         DEPOSITION TESTIMONY OF:
16              SHERYL COPELAND
17               June 6, 2023
18        VIA REMOTE VIDEO-CONFERENCE
19
20
21
22
23   COURT REPORTER:
24   Angela Smith McGalliard,
25   RPR, CRR, CCR

Case 5:22-cv-00212-CAR   Document 27-9   Filed 02/20/24   Page 3 of 5
Sheryl Copeland                                                June 6, 2023
Copeland, Edward A. Vs. Tristar Products, Inc.

Page 50

1  pressure cooker?
2      A.   That's correct.
3      Q.   And what was he doing with his
4  hands?
5      A.   He reached up, turned the valve
6  like we always do, make sure all the steam
7  was out, and then he one-handedly grabbed
8  ahold of it (indicating).  And when he went
9  to just barely turn the lid, which turned
10 freely, it blew off.
11     Q.   So you demonstrated with your
12 right hand?
13     A.   Yes.
14     Q.   Were you demonstrating to me that
15 he used his right hand --
16     A.   Yes.
17     Q.   -- to open the valve?
18     A.   Yes.  He was right-handed.
19          MR. OSTERMAN:  Okay.  Counsel,
20 can you position the pressure cooker back
21 in front of the witness?
22          MR. SENN:  Sure.
23     Q.   And do you have a recollection of
24 how the pressure cooker was oriented?  In
25 other words, was the LED screen facing out

Page 51

1  so that he could read it?
2      A.    Yes.
3      Q.    Okay.  And is that how it's
4  positioned in front of you right now?
5      A.    Yes.
6      Q.    Okay.  And demonstrate for me, if
7  you would, what you recall seeing Edward do
8  when he released the steam.
9      A.    Okay.  Reached over, released the
10 steam, there was nothing there, nothing
11 really came out, he waited a moment, put
12 his hand on the top, started to turn the
13 handle, and the -- and it blew off.
14     Q.    So, again, you demonstrated both
15 using your right hand.  Is it your
16 recollection that he used his right hand
17 to --
18     A.    Most definitely.
19     Q.    Okay.  And could you see what he
20 was doing with his left hand?
21     A.    I don't remember what he was
22 doing with his left hand.
23     Q.    Do you remember if he was holding
24 anything in his left hand?
25     A.    No.  He might have had it on the

Case 5:22-cv-00212-CAR   Document 27-9   Filed 02/20/24   Page 5 of 5
Sheryl Copeland
Copeland, Edward A. Vs. Tristar Products, Inc.
June 6, 2023

Page 52

1  counter or next to his side.  I'm not
2  positive.
3      Q.   Do you recall his placing his
4  left hand on the -- any of the side handle
5  of the pressure cooker?
6      A.   No, I don't.
7      Q.   Do you believe he was gripping
8  the side handle in order to get some extra
9  leverage as he twisted the top open?
10     A.   No.
11     Q.   Do you believe that he knew not
12 to force the lid open?
13     A.   Yes.  He knew.
14     Q.   And certainly you knew not to try
15 to do that; correct?
16     A.   That's correct.
17     Q.   And you knew from experience that
18 when the pressure is released, you could
19 literally open it with one hand and you
20 wouldn't feel any resistance?
21     A.   That's correct.
22     Q.   Did you ever, in all the times
23 you've ever used the pressure cooker, did
24 you ever have to use two hands to open that
25 -- the lid?