# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| EDWARD A. COPELAND AND SHERYL COPELAND, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TRISTAR PRODUCTS, INC., and ABC, INC., | ) ) ) ) |
| Defendants. | ) |

Case No: 5:22-cv-00212-CAR

## DEFENDANT TRISTAR PRODUCTS, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Tristar Products, Inc. ("Tristar"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rules 7.1 and 56, hereby moves this Honorable Court to enter summary judgment in its favor. Summary judgment is appropriate in Tristar's favor on all claims brought by Plaintiffs Edward Copeland and Sheryl Copeland because "there is no genuine issue as to any material fact" and Tristar "is entitled to judgment as a matter of law." *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). In support of this Motion, Tristar relies on the accompanying Brief in Support of its Motion for Summary Judgment and Statement of Material Facts in Support of its Motion for Summary Judgment.

Respectfully submitted, this 20th day of February, 2024.

*/s/ Sanjay Ghosh*
Sanjay Ghosh
Georgia Bar No. 141611
Steven H. Campbell
Georgia Bar No. 161457
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW | Suite 1700
Atlanta, GA 30363
(404) 322-6000

(404) 322-6050 (fax)
sanjay.ghosh@nelsonmullins.com
steven.campbell@nelsonmullins.com

David S. Osterman
Thaddeus J. Hubert, IV
GOLDBERG SEGALLA
301 Carnegie Center Drive | Suite 200
Princeton, NJ 08540
(609) 986-1386
(609) 986-1301 (fax)
dosterman@goldbergsegalla.com
thubert@goldbergsegalla.com

*Attorneys for Defendant Tristar Products, Inc.*

**CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the within and foregoing **DEFENDANT TRISTAR PRODUCTS, INC.'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court utilizing the CM/ECF electronic filing system which will automatically send notification of such filing to all attorneys of record listed below, who are registered participants in the Court's electronic notice and filing system.

W. Carl Reynolds, Esq.
creynolds@rmtriallaw.com
Marty K. Senn, Esq.
msenn@reynoldsinjurylaw.com
Michael G. Horner, Esq.
mhorner@reynoldsinjurylaw.com
REYNOLDS, HORNE & SURVANT
6320 Peake Road
P.O. Box 26610
Macon, GA 31210

*Attorneys for Plaintiffs Edward A. Copeland
and Sheryl Copeland*

This 20th day of February, 2024.

*/s/ Sanjay Ghosh*
Sanjay Ghosh
Georgia Bar No. 141611
Steven H. Campbell
Georgia Bar No. 161457
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW | Suite 1700
Atlanta, GA 30363
(404) 322-6000
(404) 322-6050 (fax)
sanjay.ghosh@nelsonmullins.com
steven.campbell@nelsonmullins.com

*Attorneys for Defendant Tristar Products, Inc.*