# Exhibit B

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

EDWARD A. COPELAND AND
SHERYL COPELAND,

         Plaintiffs,

                                    CIVIL ACTION NO.
vs.                                 5:22-cv-00212-CAR

TRISTAR PRODUCTS, INC.,
and ABC, INC.,
         Defendants.

VIRTUAL
DEPOSITION OF:    ALEX LOZANO
DATE:             Wednesday, October 4, 2023
TIME:             10:35 a.m. through 3:29 p.m.
TAKEN BY:         Attorneys for the Plaintiff(s)
COURT REPORTER:   MADONNA M. FARRELL
                  Registered Professional Reporter
                  Certified Livenote Reporter
                  CaseViewNet Realtime Reporter




                  Magna Legal Services
                    866-624-6221
                   www.MagnaLS.com



Page 19

1    A.  I went because I had a job in quality

2  assurance and quality inspections.

3    Q.  Who was that with?

4    A.  Pro QC.

5    Q.  What does Pro QC do?                          11:01AM

6    A.  They do engineering services for different

7  industries, always consumer products.  Basically

8  one of the main jobs they do is preshipment

9  inspections.

10   Q.  Okay.  Preshipment inspections looking for    11:01AM

11  what?

12   A.  Well, one of the tools that most importers

13  and distributors use.  So where you have a

14  specification and you verify that it specs before

15  loading a container of any goods.                  11:01AM

16   Q.  Okay.  So the importer would set the

17  criteria or the specs, and then the Pro QC would

18  check packages before they're exported to make sure

19  they comply with that?

20   A.  Pretty much, yeah.                            11:02AM

21   Q.  Is that compliance from an aesthetics

22  standard or from a functionality standard?

23   A.  Both.

24   Q.  Okay.  So you would actually be testing

25  products to make sure they work?                   11:02AM



Page 20

1    A.  Yeah.

2    Q.  Okay.  What kind of products did you handle,

3   was it a specific type or was it all over the

4   board?

5    A.  No, I was in consumer products.  Basically I    11:02AM

6   was managing three accounts.  They do a lot of,

7   like, promotional items like calculators and, like,

8   pencil sharpers.

9    Q.  Okay.

10   A.  And then I move into, like, customer    11:02AM

11  products, and it was more like vacuum cleaners,

12  pressure washers.

13   Q.  Okay.

14   A.  Steamers.

15   Q.  All right.  Did you ever do any of that work    11:02AM

16  for Pro QC, inspecting pressure cookers?

17   A.  Yes.

18   Q.  Okay.  Is that pressure cooker for Tristar

19  or for somebody else?

20   A.  Somebody else.    11:03AM

21   Q.  Which pressure cooker company was that?

22   A.  I think it was Betty Crocker.

23   Q.  Okay.  Tell me what kind of test you would

24  do on the, say, a standard shipment comes in, you

25  get your specs and criteria on a pressure cooker;    11:03AM



Page 32

1   quality.

2      Q.  Tell me about that perspective of it.

3         What does that mean when you say "quality

4   assurance"?

5      A.  Parts of any -- bringing any product to        11:23AM

6   market is to verify what standards are applicable

7   to that, making sure that they comply with those

8   standards.  Then drafting a criteria for

9   inspections, coordinating inspections, making sure

10  that you have your AQLs and quality assurance       11:23AM

11  levels and all that.

12     Q.  It looks like between '7 and '13 when you

13  were working at Tristar, before you went into

14  Mr. Prats' role, when you would do this quality

15  assurance, how would you determine what the         11:24AM

16  standards were to be tested?

17     A.  Well, you need to present that to a

18  third-party evaluating company.  Like, Pro QC, they

19  will tell you, like ITS, Intertek --

20     Q.  Okay.                                          11:24AM

21     A.  -- or any other consulting company at DB --

22     Q.  Did they tell you what the quality?

23         COURT REPORTER:  DB?  I'm sorry, I

24         didn't hear you.  DB?

25         THE DEPONENT:  DB.  Yeah.  Bureau --          11:24AM



Page 34

1   final word is the third-party lab.

2       Q.   Is that who gives you the mark to --

3       A.   Yeah.  The ATM, the Authorization to Mark.

4       Q.   Okay.  So you, a third-party lab like

5   Intertek, somebody like that, to give you the          11:26AM

6   third-party Authorization to Mark -- to use their

7   brand?

8       A.   Correct.

9       Q.   But you also do your own testing.

10          Why do you do your own testing if Intertek       11:26AM

11   is doing testing as well?

12      A.   Just to verify, just to make sure that

13   everything is -- double-checking is just part of

14   your daily operations.

15      Q.   Okay.  During this time period, '7 to '13,      11:26AM

16   where were you physically located?

17      A.   Between China and here in New Jersey.

18      Q.   Okay.  So Tristar had a facility in China

19   and a facility in New Jersey?

20      A.   Not a facility.  We have people in China,       11:26AM

21   and I managed that team.

22      Q.   Okay.

23      A.   But we work out of New Jersey in Fairfield.

24      Q.   Where did you have -- was that in Hong Kong,

25   in China?                                               11:27AM



Page 49

1    Q.  I'm assuming the 770 was first; is that

2    right?

3    A.  Yes, that is correct.

4    Q.  Okay.  Tell me how that happened.  Tell me

5    how the 770 came into existence.                    11:42AM

6    A.  It was presented by a vendor called Cheer

7    Master.  They present -- they told us that they

8    have a much better product, that they have a much

9    better factory.  We went and validated the factory,

10   went through their compliance.  We presented that   11:42AM

11   unit.  We thought it had great value, has very good

12   features, so we did new infomercial to refresh, and

13   we started marketing basically at retail mostly.

14   Q.  Meaning you placed with retailers?

15   A.  Yeah, Walmart, Target.                          11:43AM

16   Q.  Let me back up a little bit.

17   So Cheer Master is your vendor, right?

18   A.  Yes.

19   Q.  And you said they approached you and said

20   you had -- they had a much better, what, factory or  11:43AM

21   product or what?

22   A.  Well, usually in any -- like in any

23   industry, they know what you're doing, and they

24   want to present alternatives to what you were

25   doing.  We were doing the pressure cooker.  We were  11:43AM



Page 50

```
 1   having some success with it, and then they want to

 2   present a new pressure cooker.

 3      Q.  This would have been when y'all were doing,

 4   like, the WAL1, WAL2?

 5      A.  Correct.                                    11:43AM

 6      Q.  And you were all doing that and approached

 7   you guys about the other pressure cooker?

 8      A.  Correct.

 9      Q.  So correct me if I'm wrong, but I'm sure you

10   may have way more knowledge than I do.  But as I     11:44AM

11   understand the supply chain businesses like this

12   Cheer Master, as the vendor, doesn't have a

13   factory, right, doesn't actually make the product?

14      A.  No.

15      Q.  It's teamed up with a factory?               11:44AM

16      A.  Yes.

17      Q.  So Cheer Master approached Tristar about

18   this pressure cooker?

19      A.  That is correct.

20      Q.  And initially that was just the 770?         11:44AM

21      A.  Yes.

22      Q.  All right.  Which factory were they working

23   with?

24      A.  They were working with a factory called

25   Blossom.                                             11:44AM
```



Page 51

1     Q.  Is that also known as Jin- --

2     A.  Jinhua.

3     Q.  Okay.  I was about to say I'm going to

4  butcher that name.

5            (Reporter asks for clarification.)        11:44AM

6            THE DEPONENT:  J-i-n-h-w-a [sic].

7  BY MR. SENN:

8     Q.  Those are the same thing, Blossom and

9  Jinhua, so we'll just call them "Blossom" then.

10    A.  Well, that's what literally that --        11:45AM

11            (Indiscernible crosstalk.)

12            THE DEPONENT:  -- wise flower and

13            Jinhua is opening.

14  BY MR. SENN:

15    Q.  So Blossom, is that Mandarin?              11:45AM

16    A.  Yeah.

17    Q.  Okay.  Jinhua, Blossom, was manufacturing

18  the 770?

19    A.  Correct.

20    Q.  Okay.  Now, walk me through, tell me      11:45AM

21  initially how this happened.  Did Cheer Master get

22  Blossom to make a model, a prototype for you guys

23  to look at, and then text it to you, or tell me

24  after Cheer Master contacted you, tell me what

25  happened next in that process.                   11:45AM



Page 52

1     A.  Well, Cheer Master had an engineering team,

2  and they have their own people at the factory.

3  They have their own resources.  So they engage with

4  us, basically me, telling me what they're doing at

5  the factory.  I go and basically run an audit and     11:45AM

6  make sure that the factory is capable of making

7  this type of product.  And we make an assessment.

8         And then from there on we go through a

9  compliance process which is applying for the UL.

10 Then we go into the other parts of this, which is     11:46AM

11 writing the instruction manuals, testing it, doing

12 the recipe books, making sure that the recipes

13 relate to the function of the unit, cooking times,

14 all that.

15    Q.  Okay.  Let me back up and walk through it a     11:46AM

16 little bit.

17         So when they initially approached you, they

18 didn't have a model -- they hadn't already produced

19 one of these pressure cooker?

20    A.  Well, they have the 780.                        11:46AM

21    Q.  Okay.

22    A.  And that was the model that they present to

23 us.

24    Q.  So that's when you went over to the factory,

25 that's what you were looking at?                        11:47AM



Page 53

1    A.  Correct.

2    Q.  And that was your job on behalf of Tristar

3    to go look at this product.

4        You mentioned an audit.  Is that an audit of

5    the factory?                                        11:47AM

6    A.  Yes.

7    Q.  Of Blossom?

8    A.  Yes.

9    Q.  Tell me what audit consists of.

10   A.  Like I mentioned before, we looked at the      11:47AM

11   quality management systems.

12   Q.  Okay.

13   A.  Making sure that they have the right

14   manufacturing practices and best practices.

15   Q.  Okay.                                           11:47AM

16   A.  For example, incoming inspection procedures,

17   warehouse management, testing procedures,

18   equipment, calibration records, all that kind of

19   thing.

20   Q.  And these would be all policies and            11:47AM

21   procedures that you're looking for to make sure

22   that Blossom has in place and follows?

23   A.  Correct.

24   Q.  Who sets those policies and procedures,

25   Blossom?                                            11:47AM



Page 54

1    A.  Well, they're ISO compliant.

2    Q.  Okay.

3    A.  So you verify that the quality manual

4    matched their operations.

5    Q.  Okay.                                        11:48AM

6    A.  So basically that's what a quality

7    management system is.

8    Q.  Okay.

9    A.  To verify that their manual actually

10   coexists with what they do, right?               11:48AM

11   Q.  Okay.  So when you went in, this would have

12   been around 2011?

13   A.  Yeah.

14   Q.  Okay.  How long does that process -- that

15   audit take?  Is it like a day or is that a week   11:48AM

16   or --

17   A.  No, that goes on for a while.  You offer

18   initial assessment which goes from, like, three,

19   four days of auditing, then you go into corrective

20   actions, then you give them a period of time to   11:48AM

21   implement those corrective actions, and then you

22   verify the effectiveness of those corrective

23   actions, you verify that the issues that you can

24   easily highlight were corrected and addressed, and

25   then you offer a second assessment, and then you  11:49AM



Page 56

1    A.   No, actually, the reason we went with them

2    is because they were only manufacturing pressure

3    cookers and they were part of a program for the

4    development of a standards for the China Institute

5    of Standards for pressure cookers.  So they were        11:50AM

6    the pilot company who made pressure cooker.

7    Q.   Were they making pressure cookers for other

8    people too?

9    A.   Yeah, they were making pressure cookers for

10   Europe and local market.                                11:50AM

11   Q.   Okay.  So in this initial visit when you're

12   doing the audit and looking at the compliance

13   process, they're not making the 770 for you guys

14   yet, they're making other pressure cookers you're

15   watching?                                               11:50AM

16   A.   Correct.

17   Q.   Okay.  And then at some point you decided --

18   did you go look at other factories for this, too,

19   or did you just check out --

20   A.   No, we went to three different factories.         11:51AM

21   Q.   And you decided on Blossom?

22   A.   Yes.

23   Q.   At some point you gave Blossom the go-ahead

24   to start manufacturing the 770s?

25   A.   Yes.                                               11:51AM



Page 59

1    They made some of the 780s.

2       Q.   Leeper made some of the 780s?

3       A.   Yeah.

4       Q.   Okay.  Did Blossom also make some of the

5    780s?                                                11:53AM

6       A.   Blossom made the majority of the 780s.

7       Q.   Why did Leeper make some of them?

8       A.   It was a factory that would validate,

9    because usually for DR and direct response, you

10   need to produce a large number of units during a     11:54AM

11   short period of a time and we needed a different

12   manufacturing.

13      Q.   Okay.  Did you do the same thing with Leeper

14   that you did with Blossom, the audit and the --

15           (Indiscernible crosstalk.)                   11:54AM

16           THE DEPONENT:  The exact same

17        procedures.

18   BY MR. SENN:

19      Q.   Okay.  Is there a way, looking at the pot,

20   that you can tell if Leeper or Blossom made it?       11:54AM

21      A.   Yeah, there is a number, if you look at it,

22   the registration number on the writing.

23      Q.   Okay.

24      A.   Right here (indicating).

25      Q.   On the Intertek?                              11:54AM



Page 61

1  made it?

2      A.  No.

3      Q.  Okay.

4      A.  I looked at the expert report, but I didn't

5  look at the samples.  I don't remember.                    11:56AM

6      Q.  So as you sit here right now, you're not

7  sure if Blossom or Leeper made it?

8      A.  No.  If I see the rating label, I can tell.

9      Q.  Okay.  But regardless of whether Blossom or

10 Leeper made it, you would have done this initial          11:56AM

11 audit, compliance check, all that stuff for both

12 factories, right?

13     A.  That is correct, yeah.

14     Q.  Okay.  As the pressure cookers are getting

15 made, do you continue to do cross-process checks          11:56AM

16 periodically?

17     A.  Yeah.  We do a lot of other testing that we

18 engaged with the factory.  For example, we do

19 ongoing reliability testing.  That means that we

20 verified the live service of the unit.  Any cooking       11:56AM

21 device has digital and mechanical means of control.

22     Q.  Uh-huh.

23     A.  Meaning that thermostat, those thermostats

24 have certain lifespan.  So you run multiple cycles

25 to make sure that the unit won't have a failure           11:57AM



Page 62

1  before the estimated failure point.

2     Q.  Okay.  Is Tristar running those tests or is

3  Blossom and Leeper running those tests?

4     A.  The manufacturer that run the tests, but we

5  supervise that.                                    11:57AM

6     Q.  Your own staff?

7     A.  Yeah, we basically sign off on the samples

8  and we know when they start and when they finish,

9  and we periodically inspect the samples.

10     Q.  Okay.                                      11:57AM

11     A.  I mean, that was one of the tests that we

12  do.  They are other destructive tests that we do at

13  the factory which is taking samples apart and

14  making sure that the BOM, the bill of materials is

15  identical to the certificate.                      11:58AM

16     Q.  Okay.  What certificate?

17     A.  The Intertek.

18     Q.  Intertek.

19     A.  What I told you, once we approve a sample --

20     Q.  Uh-huh.                                     11:58AM

21     A.  -- you've got to list bill of materials --

22     Q.  Uh-huh.

23     A.  -- with all the components, and they're

24  traceable.

25     Q.  Okay.                                       11:58AM



Page 63

1    A.  So when you open one of these things, you

2  can verify that they are the right spec.

3    Q.  So you would go into the factory, pull a

4  random pressure cooker and check to see if it

5  complies?                                        11:58AM

6    A.  Yeah.

7    Q.  Would you yourself do that?

8    A.  Sometimes, yes.

9    Q.  Okay.  Would some of your engineers on your

10  Asian team do that?                             11:58AM

11    A.  Yes.

12    Q.  Okay.  And that's to make sure the pressure

13  cooker is in compliance with Intertek's list of

14  requirements be able to use their mark, correct?

15    A.  Yeah.  Throughout the manufacturing process,  11:58AM

16  there are a lot of steps for quality assurance.

17    Q.  Okay.

18    A.  Like I told you, the incoming inspection is

19  where the factory receives all the components and

20  materials necessary to make this.               11:59AM

21    Q.  Uh-huh.

22    A.  We make sure that the factory is doing that.

23  Like, for example, just out of the top of my head,

24  like the mouth needs to be certain weight with a

25  tolerance.  The factory must inspect those and    11:59AM



Page 68

1     A.  Oh, that's a model.  Yeah.  We ask them,

2  like, can you make a bigger unit?  And they offered

3  the 80 and the 90.

4     Q.  You didn't have to go back and do the audit

5  and all that again because you had already done          12:04PM

6  that, you were just making a bigger pot, right?

7     A.  You do.

8     Q.  You do?

9     A.  You need to retest and recertify each model

10 and each size, but you have the certification and       12:04PM

11 performance.  The factory part, we already knew --

12    Q.  Yeah.

13    A.  -- so that --

14    Q.  When you say "verification," are you talking

15 about, like, Intertek --                                 12:04PM

16    A.  Yeah.

17    Q.  -- to use their mark?

18    A.  Yes.

19    Q.  You have to go through that same process

20 with the 80 and the 90?                                  12:04PM

21    A.  Correct.

22    Q.  And then you have to make sure that Blossom

23 and Leeper are following those guidelines imposed

24 by Intertek; is that right?

25    A.  Yeah.                                             12:04PM



Page  69

1    Q.  And that's part of what you did for Tristar?

2    A.  Yeah.

3    Q.  Okay.  And, again, just so I understand it,

4  the way you did that was to go in and do your own

5  independent testing periodically to make sure they        12:04PM

6  were following these guidelines?

7    A.  Correct.

8    Q.  Okay.  I'm going to show you another exhibit

9  really just to make sure that I understand this.

10  I'm just showing this on my computer screen, but        12:05PM

11  just so you guys know, this is what was produced in

12  discovery Bates-stamped 0001538 and 1539.

13            COURT REPORTER:  Are we marking this?

14            MR. SENN:  Yeah.  I'm going to mark

15         this as P3.                                        12:05PM

16            (EXHIBIT 3, Bates 0001538-1539, was

17             marked for identification.)

18  BY MR. SENN:

19    Q.  All right.  Can you see that?

20    A.  Yeah.                                               12:06PM

21    Q.  You can scroll up and down, if you need to.

22         Is that -- to me that looks like a

23  Certificate of Compliance from Intertek; is that

24  what that is?

25    A.  No, that's from UL.                                12:06PM



Page 70

1    Q.  From UL?

2    A.  Directly, yeah.

3    Q.  What's the difference in the Certificate of

4  Compliance from UL and Intertek?

5    A.  Just the body, the body who is issuing          12:06PM

6  the --

7    Q.  The governing body?

8    A.  Yes.

9    Q.  Okay.

10   A.  UL is UL, and Intertek is adding some          12:06PM

11 testing lab.

12   Q.  So did y'all do both for the pressure

13 cookers, UL and Intertek?

14   A.  Correct.

15   Q.  Okay.  Did y'all use the UL mark on them?     12:06PM

16   A.  Depending on like -- I think that one is for

17 Leeper.  Maybe, I don't know if that -- but we use

18 it interchangeably, yeah.

19   Q.  Okay.  Now, it says that Certificate of

20 Compliance issued to Cheer Master Trading.           12:06PM

21       Why would it be issued to Cheer Master?

22   A.  Because they were the ones who applied for

23 it.

24   Q.  Okay.  Why did they apply for it, as opposed

25 to Tristar or Blossom?                                12:07PM



Page 76

```
 1          Is this kind of the -- we talked earlier
 2   about when you worked at Pro QC.  Are these the
 3   type of reports -- this is the report issued for
 4   pressure cookers.  Is this the type of report y'all
 5   would issue after inspections?  Is that what that      12:13PM
 6   is?
 7      A.  Yeah, if you look there where it says "type
 8   of service" --
 9      Q.  Okay.  I'm going to --
10      A.  Right there it says --                          12:13PM
11      Q.  Do you mind if I come around behind you?
12      A.  No, no.  Sorry about that.
13              (Off-the-record conference.)
14   BY MR. SENN:
15      Q.  Okay.  So what -- explain to me what this       12:14PM
16   sheet is showing me.
17      A.  First, the type of service, which is final
18   preshipment inspection, meaning that there are
19   goods that are finished, ready to shipped, and
20   purchaser goes there to verify the spec.             12:14PM
21      Q.  Okay.  The purchaser would actually go into
22   Blossom or Leeper to do this?
23      A.  Yes.
24      Q.  This is Blossom, right?
25      A.  Yes.                                            12:14PM
```



Page 77

1    Q.  And so is this -- these numbers right here,

2  you see a 1302.  1302, is that how many were to be

3  tested or is that how many were --

4    A.  No, those are how many were to be shipped

5  out.  That's a container.                          12:14PM

6    Q.  That's a cargo shipment?

7    A.  Yeah.

8    Q.  What is this, the 120 and the 12 right

9  there?

10   A.  Spare parts.                                  12:14PM

11   Q.  Okay.

12   A.  Usually we include, with any purchase order,

13 a number of spare parts.

14   Q.  Okay.

15   A.  Like gaskets and valves, in case the         12:15PM

16 customer required, like I need a new gasket or...

17   Q.  Okay.  What about here, the 1708?

18   A.  This is for 770, and this is for the 780.

19 So there's two different --

20   Q.  Gotcha.                                       12:15PM

21   A.  Two different models.

22   Q.  Can you tell from this page how many units

23 were tested?

24   A.  I tell you right now.  Oops, sorry.

25   Q.  May be test screen.  I'm not sure.           12:15PM



Page 78

1    A.  Yeah, it is a test screen.  I used to have

2    one of those.

3              (Indiscernible crosstalk.)

4    BY MR. SENN:

5    Q.  I didn't know if it was in this mode.  I          12:15PM

6    knew it was, like, in tablet mode.

7    A.  Right here, this area, they did through

8    the --

9    Q.  You're at the top of Page 498 now.

10   A.  Correct.                                           12:15PM

11   Q.  I understand that.  It was a matter for the

12   record.

13   A.  Okay.  So if you look at that, it tells you

14   the standard that you're following, correct, which

15   is an ANSI C14.  The type, the type of procedure is   12:15PM

16   a single normal, meaning that it's just a single

17   sampling, and then --

18   Q.  As opposed to?

19   A.  Double.  Double is like when you find

20   certain number.  There are different types of         12:16PM

21   inspections.  There's the inspection by attributes,

22   and this is an inspection by attributes, meaning

23   you're counting defects.

24   Q.  Okay.

25   A.  Regardless of whether the defect is within        12:16PM



Page 79

1    the same unit.

2        Q.  Okay.

3        A.  You're not counting defective units.

4        Q.  Okay.  Gotcha.  And normal means as opposed

5    to abnormal testing?                                    12:16PM

6        A.  Correct.

7        Q.  Just making sure it works like it's supposed

8    to?

9        A.  Right.

10       Q.  Okay.                                            12:16PM

11       A.  For example, you set up your sampling plan

12   which is a general level 2.  There is a -- within

13   the inspection standard there is a sampling table

14   and it tells you that you need to inspect 125.

15       Q.  As determined by that level 2?                   12:16PM

16       A.  Yes.

17       Q.  Okay.

18       A.  And at special level 3, you need to check

19   13.

20       Q.  And is that one for the 80 and one for the       12:17PM

21   70?

22       A.  No.  This is for -- all this block, it only

23   details the inspections for the eight quart.

24       Q.  Okay.

25       A.  Right here.  The sampling plan 2 for the         12:17PM



Page 80

1   special -- a special level --

2       Q.   Uh-huh.

3       A.   -- indicates that you're doing different

4   type of testing.

5       Q.   Okay.                                    12:17PM

6       A.   The general level is for cosmetic, on/off,

7   things like that.

8       Q.   Uh-huh.

9       A.   The special level is performance and

10  destructive test.                                 12:17PM

11      Q.   Still under normal testing, though, right?

12      A.   Yeah, but in here, for example, you run the

13  unit, you make sure that it gets to the operating

14  pressure.

15      Q.   Okay.                                     12:17PM

16      A.   You make sure that the controlling system is

17  correct and then you open it, you do the drop test,

18  you do all the other stuff.

19      Q.   Does Tristar or does Pro QC set the testing

20  level?                                            12:17PM

21      A.   They propose it and we approve it.

22      Q.   Pro QC proposes what needs to be done and

23  you say, okay, I do that?

24      A.   Well, I, me personally, select the critical

25  levels.                                           12:18PM



Page 81

1    Q.  Okay.

2    A.  If you look in here you have a critical and

3  then your minor, right?

4    Q.  Uh-huh.

5    A.  We qualify what is a critical defect, what      12:18PM

6  is a major defect, and what is a minor defect.

7    Q.  Tristar qualifies that or Pro QC?

8    A.  Yeah, we qualify that.

9    Q.  Okay.

10    A.  So we say like anything that is safety or       12:18PM

11  operation related that might render the sample

12  unusable or would pose a risk is 0.65.

13    Q.  Okay.  What does that mean, 0.65?

14    A.  That means that the acceptance level for

15  defect is below zero.  So meaning one sample that     12:18PM

16  is found having a defect on that category, we'll

17  reject the whole batch.

18    Q.  Okay.

19    A.  Here you see accept, this is accept, reject?

20    Q.  Uh-huh.                                         12:19PM

21    A.  That means zero is accepted, one is

22  rejected.  A measure that you have three

23  acceptable, four for rejected.

24        (Indiscernible crosstalk.)

25  BY MR. SENN:                                          12:19PM



Page 110

1           force the lid open, that's what we see, we

2           just see like one line.

3   BY MR. SENN:

4       Q.   Okay.  So if you forced the lid open on

5   y'all's testing, what you've seen is if you're able    12:48PM

6   to force the lid open, there's not enough pressure

7   inside to expel the contents.

8           Is that what I understand?

9       A.   That's what I've seen, yeah.

10      Q.   Okay.  Do you know -- have y'all done any    12:48PM

11  tests on what pressure inside the pot is required

12  to cause a forceful -- I don't know if explosion is

13  the right word -- but expelling of the liquid

14  inside the pot or ejection of the liquids?

15          COURT REPORTER:  I didn't get your    12:48PM

16          objection.  I'm sorry.

17          MR. GHOSH:  Form.  Foundation.

18          THE DEPONENT:  Yeah, you will need to,

19          like, create a lot of force to open it, and

20          most of the time, we never get to the point    12:48PM

21          where we can open it without damaging the

22          lid.

23  BY MR. SENN:

24      Q.   Okay.

25      A.   So at the point that we tend -- like the    12:48PM



Page 111

1    pressure comes down and we can get it to open --

2        Q.   Uh-huh.

3        A.   -- you're talking about, like, 1.2, 1.3 psi.

4        Q.   And now Tristar has run those tests?

5        A.   At the factory, I've seen them.            12:49PM

6        Q.   You saw them do that?

7        A.   Yeah.

8        Q.   That's one of the tests you supervised?

9        A.   Yeah.

10       Q.   And at that level when they get it down low   12:49PM

11   enough to open it without damaging the lid, 1 psi,

12   does the contents expel, or is that back to what

13   you were saying --

14               (Indiscernible crosstalk.)

15               THE DEPONENT:  It has to be higher than   12:49PM

16       1 psi.  It has to be like 1.5, 1.3 psi.

17   BY MR. SENN:

18       Q.   Okay.  And the tests you've seen, they

19   haven't been able to open the pressure cooker at

20   that level -- at that level of psi without damaging   12:49PM

21   the handle; is that right?

22       A.   Correct.

23       Q.   And that test is done with the float-valve

24   locking mechanism, right?

25       A.   Correct.                                     12:49PM



Page 128

```
 1   issue an order and say, This is okay.  They will

 2   review that they have an okay to ship, and they

 3   book the vessel and all that.

 4      Q.  So Tristar tells Cheer Master how many

 5   pressure cookers they want, Cheer Master gets it        01:15PM

 6   from Blossom, and then Cheer Master arranges a

 7   shipment to you guys?

 8      A.  Correct.

 9      Q.  So is Tristar an importer?

10      A.  Yeah.                                            01:15PM

11      Q.  Is Cheer Master an exporter?

12      A.  I believe they export.  On record, it's

13   Blossom, I think, but I'm not sure.

14      Q.  During any of the testing for these pots,

15   did y'all ever use a third party --                     01:15PM

16           COURT REPORTER:  A third party?  I'm

17        sorry.  I still didn't hear you.

18           MR. SENN:  A third party named FEA.

19        The letter's F, E, and A.

20   BY MR. SENN:                                            01:15PM

21      Q.  I'm sorry.  What was your answer?

22      A.  Yes.

23      Q.  Okay.  Did they do independent testing on

24   the pressure cookers?

25      A.  Correct.                                         01:15PM
```



Page 129

1    Q.  Did they find that there was an issue with

2    the lid opening under pressure?

3    A.  No.

4    Q.  On any of the pressure cookers?

5    A.  No.                                        01:16PM

6    Q.  So you were never alerted of any kind of

7    failure regarding the lid opening under pressure?

8    A.  No.  Basically, what we did with FEA was

9    engage in, like, testing because we start getting

10   customer feedback saying that, oh, this happened to  01:16PM

11   me or, like, I got burned.  So we tried to figure

12   out what was going on a -- like on a deeper level

13   of -- like -- having to, like, what's going on?

14   Because we don't see any defect.  We don't see any

15   reason for the system to malfunction.               01:16PM

16       So they -- we engaged with FEA, and after

17   that, we couldn't come up with a definitive theory

18   of what people are doing.

19   Q.  Did FEA issue you guys a report?

20   A.  Yeah.                                        01:16PM

21   Q.  Do you know if that's been turned over to

22   your attorneys?

23   A.  I believe they are, yeah.

24   Q.  Okay.  And the customer complaints that you

25   mentioned, was that complaints of the lid coming    01:17PM



Page 156

1  department; is that right?

2      A.  Yeah.

3      Q.  Okay.  Any report made by engineering

4  department about an incident like that the customer

5  has sent would be found in one of these reports?    01:47PM

6      A.  Yeah.

7      Q.  Okay.  On any of the reports regarding,

8  like, an explosion or a lid separation, was Tristar

9  ever able to recreate the incident?

10     A.  No.  We -- I -- to this point, we're not    01:48PM

11 able to recreate any of the descriptions that we

12 got --

13     Q.  Okay.

14     A.  -- from customer service.

15     Q.  As far as explosions or lid separations,    01:48PM

16 does Tristar attribute that to user negligence?

17     A.  We don't know what happened.  Like I say, to

18 this point, I still baffled by all this.

19     Q.  Okay.

20     A.  Most of the time when you go into one of    01:48PM

21 these investigations, you first -- I mean, for me,

22 my first obligation is to listen to what the

23 customer is telling you.  Many times you find

24 yourself with conflicting information, and we go

25 into all our type of testings and see what's going    01:48PM



Page 157

1    on.  But most of the time, we cannot figure out

2    what the user is really doing.

3        Q.  Okay.  So is it accurate to say that

4    Tristar's position on any reports of lid separation

5    or explosion is that you couldn't make a                    01:49PM

6    determination as to what happened?

7                MR. GHOSH:  Objection.

8                COURT REPORTER:  I didn't get your full

9           objection.

10               MR. GHOSH:  I said, "Objection.  You        01:49PM

11          can answer."

12               THE DEPONENT:  Yeah.  It's our

13          conclusion that we don't see a defect in the

14          unit, the unit worked as intended when used

15          as per the instruction manual, and what it's      01:49PM

16          supposed to be doing --

17   BY MR. SENN:

18       Q.  Okay.

19       A.  -- done with the unit.

20       Q.  Does Tristar have a position on -- let me        01:49PM

21   back up and ask this.

22           Is Tristar aware that -- that people have

23   alleged that the lid had separated, and they

24   suffered burns because of that?

25       A.  Yes.                                              01:49PM



Page 158

1    Q.  Does Tristar have a position on how that

2  happened?

3            MR. GHOSH:  Objection.  Calls for --

4            THE DEPONENT:  Like I --

5            COURT REPORTER:  I'm sorry.  Calls for        01:50PM

6        what?

7            MR. GHOSH:  Speculation.

8            Go ahead.

9            THE DEPONENT:  Like, we couldn't find a

10       defect.  We couldn't find a problem with the     01:50PM

11       unit.  We think the unit is reasonably safe,

12       so we don't know how people are getting

13       burned.

14  BY MR. SENN:

15    Q.  Okay.  Does Tristar have an opinion or a        01:50PM

16  position on whether these instances involve

17  negligence on the part of the users or --

18    A.  Like I say -- sorry.  Like I said, we don't

19  know what the user is doing with the unit, but it's

20  our position that the unit worked as intended and   01:50PM

21  as designed and with -- when you use it, as per the

22  instruction manual, it's a safe product.

23            MR. SENN:  Okay.  Sanjay, I'm not

24       trying to argue with you.  I'm just trying

25       to make sure I have a clear record here.       01:50PM



Page 185

1    Q.  Would he get involved in any

2  decision-making, or would you just have to report

3  your findings to him?

4    A.  No, I report my findings.  He really only

5  cares about creative and marketing.                    02:22PM

6    Q.  So it's kind of on you to make decisions

7  about the audits and the factories and things like

8  that?

9    A.  Yeah.

10    Q.  Okay.  To your knowledge when y'all applied    02:22PM

11  for and got the authority to mark for Intertek, did

12  they do any lock-and-load testing on the lid?

13    A.  It's my understanding that they do, yeah.

14    Q.  Okay.  Did you -- did you see that yourself,

15  or is that just your understanding of what they        02:23PM

16  said?

17    A.  No, I didn't see it, but I know they -- they

18  apply it.

19    Q.  How do you know that?

20    A.  Because you talk to the evaluators, they        02:23PM

21  have periodic audits to the factory, and they go

22  and review, like, what the factory is doing and --

23    Q.  Is that -- I'm sorry, I didn't mean to

24  interrupt you.

25    A.  No, they never provide testing data.            02:23PM



Page 213

1    understand your testimony as you just stated it,

2    that the lid can be forced open as the pressure

3    dissipates when there's a nominal amount of

4    pressure left in the unit?

5        A.  Yes.                                        03:15PM

6        Q.  And do the Tristar warnings that accompany

7    the unit tell people not to force the lid open?

8        A.  Yes.

9        Q.  Do you know where that warning is located?

10       A.  I think it's on Page 3 under "Safeguards."    03:15PM

11       Q.  Okay.  And, again, your recollection is that

12   the plaintiff read the warning, or testified that

13   he -- sorry -- stated in discovery that he read the

14   warning -- the warnings?

15       A.  Yes.                                        03:15PM

16       Q.  Okay.  You guys had talked a little bit

17   about some safety standards earlier, and you had

18   mentioned that the PPC780 meets the UL136 standard.

19           And I wanted to ask you if you could walk us

20   through that UL136 test, just so the jury          03:16PM

21   understands what the components of the test entail.

22       A.  It's basically getting the unit to working

23   pressure at a closed position with a constant force

24   of 100 pounds of applied to one side of the lid.

25           And -- the lid should only detach or come to  03:16PM



Page 215

1  before -- is it fair to say that before sending

2  these products to market that Tristar did its own

3  internal safety checks and worked with third-party

4  laboratories to ensure that they're satisfying

5  those standards as well?                          03:18PM

6      A.  Yes.  Yes.

7      Q.  All right.  Does Tristar expect consumers to

8  follow the instructions and warnings in the user

9  manual?

10     A.  That's our expectation, yeah.             03:18PM

11     Q.  Okay.  And would Tristar expect consumers to

12 try and forcefully open the lid in contravention of

13 the instructions?

14     A.  No.

15     Q.  Okay.  So is a consumer forcefully opening   03:19PM

16 the lid in contravention of the instructions

17 foreseeable to Tristar?

18     A.  No.

19          MR. GHOSH:  Okay.  I think that's about

20      all that I've got.  I might have a little     03:19PM

21      bit of redirect if Marty has some more, but

22      thank you for your testimony, Mr. Lozano.

23          THE DEPONENT:  No problem.

24          MR. SENN:  I have just a few follow-up.

25          EXAMINATION                              03:19PM

