# Exhibit E



# UL 136

## STANDARD FOR SAFETY

Pressure Cookers

SPI 000054

Document Was Downloaded By Ivo Marrachinho  For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS  Marrachinho, Ivo : 2/12/2016 - 1:26 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

SPI 000055

Document Was Downloaded By Ivo Marrachinho   For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS   Marrachinho, Ivo : 2/12/2016 - 1:26 PM

UL Standard for Safety for Pressure Cookers, UL 136

Eighth Edition,  Dated  June 16, 2009

**Summary of Topics**

***This revision to ANSI/UL 136 is being issued to reflect the reaffirmation of the ANSI approval of the Standard. No technical changes have been made to the document.***

Text that has been changed in any manner or impacted by UL's electronic publishing system is marked with a vertical line in the margin.

The revisions are substantially in accordance with Proposal(s) on this subject dated January 16, 2015.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form by any means, electronic, mechanical photocopying, recording, or otherwise without prior permission of UL.

UL provides this Standard "as is" without warranty of any kind, either expressed or implied, including but not limited to, the implied warranties of merchantability or fitness for any purpose.

In no event will UL be liable for any special, incidental, consequential, indirect or similar damages, including loss of profits, lost savings, loss of data, or any other damages arising out of the use of or the inability to use this Standard, even if UL or an authorized UL representative has been advised of the possibility of such damage. In no event shall UL's liability for any damage ever exceed the price paid for this Standard, regardless of the form of the claim.

Users of the electronic versions of UL's Standards for Safety agree to defend, indemnify, and hold UL harmless from and against any loss, expense, liability, damage, claim, or judgment (including reasonable attorney's fees) resulting from any error or deviation introduced while purchaser is storing an electronic Standard on the purchaser's computer system.

The requirements in this Standard are now in effect, except for those paragraphs, sections, tables, figures, and/or other elements of the Standard having future effective dates as indicated in the note following the affected item. The prior text for requirements that have been revised and that have a future effective date are located after the Standard, and are preceded by a "SUPERSEDED REQUIREMENTS" notice.

*UL COPYRIGHTED MATERIAL –*
*NOT AUTHORIZED FOR FURTHER REPRODUCTION OR*
*DISTRIBUTION WITHOUT PERMISSION FROM UL*

SPI 000056

No Text on This Page

Document Was Downloaded By Ivo Marrachinho  For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS  Marrachinho, Ivo : 2/12/2016 - 1:26 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Ivo Marrachinho  For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS  Marrachinho, Ivo : 2/12/2016 - 1:26 PM

**JUNE 16, 2009**
(Title Page Reprinted: April 14, 2015)



**ANSI/UL 136-2010 (R2015)**

1

**UL 136**

**Standard for Pressure Cookers**

First Edition – March, 1948
Second Edition – December, 1966
Third Edition – May, 1973
Fourth Edition – September, 1979
Fifth Edition – October, 1990
Sixth Edition – November, 1995
Seventh Edition – December, 2002

**Eighth Edition**

**June 16, 2009**

This ANSI/UL Standard for Safety consists of the Eighth Edition including revisions through April 14, 2015.

The most recent designation of ANSI/UL 136 as a Reaffirmed American National Standard (ANS) occurred on April 14, 2015. ANSI approval for a standard does not include the Cover Page, Transmittal Pages, Title Page, or effective date information.

Comments or proposals for revisions on any part of the Standard may be submitted to UL at any time. Proposals should be submitted via a Proposal Request in UL's On-Line Collaborative Standards Development System (CSDS) at http://csds.ul.com.

UL's Standards for Safety are copyrighted by UL. Neither a printed nor electronic copy of a Standard should be altered in any way. All of UL's Standards and all copyrights, ownerships, and rights regarding those Standards shall remain the sole and exclusive property of UL.

**COPYRIGHT © 2015 UNDERWRITERS LABORATORIES INC.**

*UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL*

No Text on This Page

Document Was Downloaded By Ivo Marrachinho  For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS  Marrachinho, Ivo : 2/12/2016 - 1:26 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

# CONTENTS

## INTRODUCTION

1 Scope ...........................................................................4
2 General .........................................................................4
    2.1 Components ...............................................................4
    2.2 Units of measurement .....................................................5
    2.3 Instructions ..............................................................5
    2.4 Undated references .......................................................5

## CONSTRUCTION

3 Materials .......................................................................5
4 Assembly .......................................................................5
5 Pressure Reliefs ................................................................6
6 Pressure Gauges ...............................................................6

## PERFORMANCE

7 Maximum and Normal Operating Pressure and Leakage Test ................................6
8 Pressure-Relief Operation Tests ................................................7
    8.1 Pressure-relief valves ....................................................7
    8.2 Secondary or emergency relief devices .....................................8
9 Cover Opening Test ............................................................8
10 Locking Mechanism Operation Test .............................................8B
11 Hydrostatic Strength Test .....................................................8B

## MANUFACTURING AND PRODUCTION TESTS

12 General .......................................................................10

## MARKINGS

13 General .......................................................................10

## INSTRUCTION MANUAL

14 General .......................................................................11
15 Important Safeguards .........................................................12

*UL COPYRIGHTED MATERIAL –*
*NOT AUTHORIZED FOR FURTHER REPRODUCTION OR*
*DISTRIBUTION WITHOUT PERMISSION FROM UL*

Document Was Downloaded By Ivo Marrachinho  For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS  Marrachinho, Ivo : 2/12/2016 - 1:26 PM

Document Was Downloaded By Ivo Marrachinho   For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS   Marrachinho, Ivo : 2/12/2016 - 1:26 PM

## INTRODUCTION

## 1  Scope

1.1  These requirements cover household-type cooking utensils known as pressure cookers or pressure sauce pans which operate at a nominal pressure of 15 psig (103 kPa) or less. They are intended for use over gas- or electric-top burners of residential-type cooking ranges.

1.2  These requirements do not cover pressure cookers intended for pressure frying with oil.

1.3  These requirements do not evaluate the toxicity of coatings or the physiological effects of consuming food prepared by use of these appliances.

1.3 added June 16, 2009

1.4  These requirements do not evaluate the operation or use of removable or replaceable parts.

1.4 added June 16, 2009

## 2  General

## 2.1  Components

2.1.1  Except as indicated in 2.1.2, a component of a product covered by this standard shall comply with the requirements for that component.

2.1.2  A component is not required to comply with a specific requirement that:

    a)  Involves a feature or characteristic not required in the application of the component in the product covered by this standard, or

    b)  Is superseded by a requirement in this standard.

2.1.3  A component shall be used in accordance with its rating established for the intended conditions of use.

2.1.4  Specific components are incomplete in construction features or restricted in performance capabilities. Such components are intended for use only under limited conditions, such as certain temperatures not exceeding specified limits, and shall be used only under those specific conditions.

*UL COPYRIGHTED MATERIAL –*
*NOT AUTHORIZED FOR FURTHER REPRODUCTION OR*
*DISTRIBUTION WITHOUT PERMISSION FROM UL*

SPI 000061

Document Was Downloaded By Ivo Marrachinho  For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS  Marrachinho, Ivo : 2/12/2016 - 1:26 PM

## 2.2  Units of measurement

2.2.1  Values stated without parentheses are the requirement. Values in parentheses are explanatory or approximate information.

## 2.3  Instructions

2.3.1  A copy or draft of the manufacturer's instructions covering care and use of the pressure cooker (that shall accompany each product as produced) is to be furnished with the sample submitted for investigation. These instructions are to be used as a guide in the examination and test of the product. For this purpose, a printed edition is not required. See Instruction Manual, General, Section 15, for details.

## 2.4  Undated references

2.4.1  Any undated reference to a code or standard appearing in the requirements of this standard shall be interpreted as referring to the latest edition of that code or standard.

2.4.1 added June 16, 2010

## CONSTRUCTION

## 3  Materials

3.1  Pressure-holding parts, or parts of relief mechanisms or pressure-relief devices, shall comply with the requirements in this standard and shall have corrosion resistance.

3.1 revised June 16, 2009

3.2  A gasket or seal used as a pressure-holding part shall be configured so that a substitute part is not capable of being fabricated using ordinary gasket materials available in sheet form.

3.3  *Deleted June 16, 2009*

## 4  Assembly

4.1  The product shall be constructed so that an ordinary user is capable of assembling it as intended in a manner to reduce the risk of injury.

4.1 revised June 16, 2010

4.2  *Deleted June 16, 2009*

4.3  The cover shall be constructed to comply with one of the following:

a)  When the cover is opened the maximum normal operating pressure shall be released before the fastening means is fully disengaged;

b)  The cover shall be removable only after the pressure within the cooker is zero (0) psig; or

c)  The opening of the cover when the cooker is under pressure shall not result in hazardous displacement of the cover or escape of steam or water.

*UL COPYRIGHTED MATERIAL –*
*NOT AUTHORIZED FOR FURTHER REPRODUCTION OR*
*DISTRIBUTION WITHOUT PERMISSION FROM UL*

SPI 000062

Document Was Downloaded By Ivo Marrachinho  For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS  Marrachinho, Ivo : 2/12/2016 - 1:26 PM

## 5  Pressure Reliefs

5.1  A pressure vessel shall be provided with a reliable pressure-relief valve of the spring- or weight-loaded type. It shall be located in the cover of the cooker.

5.1 revised June 16, 2010

5.2  A pressure-vessel cover shall also be provided with a secondary or emergency pressure-relief device (such as a replaceable blowout or fusible plug) or with an arrangement of a clamped and/or gasketed cover to effectively limit pressure in the vessel and prevent distortion of the vessel when the cooker is tested in accordance with these requirements.

## 6  Pressure Gauges

6.1  A pressure-indicating device, if provided, shall have a range and dial indicator that is capable of indicating pressures at least 50 percent in excess of the maximum pressure allowed by the operation of the pressure-relief valve.

6.1 revised June 16, 2009

6.2  The dial is not required to be capable of indicating pressures above the maximum operating range, when the dial is marked ″CAUTION″ or the equivalent in the areas of excess pressure.

## PERFORMANCE

## 7  Maximum and Normal Operating Pressure and Leakage Test

7.1  The maximum operating pressure of a cooker shall be the maximum pressure allowed by the operation of the pressure-relief valve under conditions described in 7.5. No leakage of steam or water shall occur at the joint between the body and cover at the maximum operating pressure determined during the test.

7.1 revised June 16, 2009

7.2  The normal operating pressure of a pressure cooker is the maximum pressure allowed by the operation of the pressure-relief valve under normal heat supply.

7.2 revised June 16, 2009

7.3  Each size and type of pressure vessel is to be tested with at least two samples of the relief valve designated for its protection.

*Exception:  When a series of pressure cookers is to be investigated in which the body height is the only difference, two representative samples of the largest size cooker shall be tested.*

7.3 revised June 16, 2009

7.4  A calibrated pressure-indicating device is to be mounted to indicate pressures developed within the vessel. The pressure-indicating device shall comply with one of the following:

   a) An analog gauge having a pressure range of at least 150 percent of the anticipated maximum working pressure;

   b) A digital pressure transducer, or other digital gauge, that is calibrated over a range of pressure that includes the test pressure; or

*UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL*

SPI 000063

Document Was Downloaded By Ivo Marrachinho   For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS   Marrachinho, Ivo : 2/12/2016 - 1:26 PM

c) Other device that is equivalent to the devices in (a) or (b).

7.4 revised June 16, 2009

7.5  The relief valve is to be adjusted to its maximum setting. The pressure cooker is to be half filled with water and heated with cover in place and in the closed position on a burner. The burner is to be adjusted to liberate approximately 12,000 Btu per hour for gas burners or 3516 W for electric burners, for cookers that have a nominal inside bottom diameter of 12 inches (305 mm) or less. If the inside diameter exceeds 12 inches, larger inputs are to be delivered proportional to the actual inside area in square inches versus 113 square inches (729 cm$^2$).

7.5 revised June 16, 2009

7.6  The application of heat is to be continued until the relief valve has opened and no further increase in the maximum pressure has occurred over a 5-minute period. The heat is to be reduced until the relief valve operates in accordance with the operating instructions.

7.7  The maximum or normal operating pressure is to be the highest of those pressures occurring in the test of at least two relief valves. If the maximum pressures in tests of two or more relief valves vary from one sample valve to another by more than 10 percent, the total number of samples tested is to be increased to six. The maximum operating pressure is to be the highest observed. In such a case, the lowest operating pressure of any sample is to be at least 85 percent of the maximum operating pressure determined by the above procedure.

## 8  Pressure-Relief Operation Tests

### 8.1  Pressure-relief valves

8.1.1  A pressure-relief valve shall not open initially to relieve steam at a pressure less than 80 percent of its maximum operating pressure as determined under conditions described in 7.5.

8.1.1 revised June 16, 2009

8.1.2  Each pressure-relief valve subjected to the test for maximum operating pressure is to be tested in a similar manner. The initial pressure that occurs at the first release of steam is to be compared to the maximum operating pressure that occurs with this particular sample.

8.1.3  Observations for this test are to be recorded during the tests for maximum operating pressure as required.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Ivo Marrachinho  For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS  Marrachinho, Ivo : 2/12/2016 - 1:26 PM

## 8.2  Secondary or emergency relief devices

8.2.1  Under conditions described in 7.5 and with the primary pressure-relief valve opening plugged, the secondary or emergency relief device or arrangement shall effectively operate to limit pressure in the vessel to not more than 40 percent of the pressure obtained in the Hydrostatic Strength Test, Section 11.

8.2.1 revised June 16, 2009

8.2.2  Each size and type of pressure vessel is to be tested with at least two samples of the emergency relief device or the device used to relieve excessive pressures.

*Exception:  When a series of pressure cookers is to be investigated in which the body height is the only difference, two representative samples of the largest size cooker shall be tested.*

8.2.2 revised June 16, 2009

8.2.3  The sample to be tested is to be equipped with a calibrated pressure-indicating device. The test is to be conducted in the manner described in 7.5.

8.2.3 revised June 16, 2010

8.2.4  The application of heat is to be continued until the relief valve has fully opened.

8.2.4 added June 16, 2010

8.2.5  The secondary or emergency relief pressure is to be the highest of those pressures occurring in the test of at least two of the same secondary or emergency relief devices. If the secondary or emergency relief device pressures of two or more devices being tested vary from one sample device to another by more than 10 percent, the total number of samples tested is to be increased to six. The maximum pressure is to be the highest observed during the testing of the six samples. In such a case, the lowest pressure of any of the six samples is to be at least 85 percent of the maximum pressure determined by the above procedure.

8.2.5 added June 16, 2010

## 9  Cover Opening Test

9.1  An ordinary user shall not be capable of manually defeating the holding action of the clamping device when the pressure in the cooker reaches a value that creates a risk of injury to persons. The propelling of a loosened cover and the escape of steam or hot water are examples of this risk.

9.1 revised June 16, 2010

9.2  One sample of each size and type of cooker is to be subjected to this test. The pressure cooker shall be opened as described in the manufacturer's instruction manual. The sample to be tested is to be equipped with a calibrated pressure-indicating device as described in 7.4.

*Exception:  When a series of pressure cookers is to be investigated in which the body height is the only difference, one representative sample of any size cooker shall be tested.*

9.2 revised June 16, 2009

9.3  When the cover is secured by a twist-lock arrangement requiring a rotating force exerted between the vessel and its cover, the vessel is to be clamped so as to be held stationary. The outermost point of any cover or cover handle is to be attached by a suitable means (such as a spring scale, calibrated weights) to 100 pounds (45.4 kg). The arrangement shall provide the application of a line of force of 100 pounds (445 N), maintained at 90 degrees to the handle point of attachment The test is to be conducted in a chamber, or a remote or protected location.

Revised 9.3 effective February 11, 2013

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Ivo Marrachinho   For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS   Marrachinho, Ivo : 2/12/2016 - 1:26 PM

9.3.1  Care needs to be given when attaching the load so that the handles are kept in the normal operating position as the load is applied. The attachment to the handle is to be done by a cord, rope, cable, adapter on the handle, hole drilled through the handle or other means as long as the load is attached to the outermost point.

Added 9.3.1 effective February 11, 2013

9.4  If the cover is secured by a clamping device requiring manual turning or manipulation of a threaded part or other mechanism, it shall be constructed so that the intended manual operation of the mechanism does not result in risk of injury to persons.

9.4 revised June 16, 2010

9.5  The sample cooker is to be half filled with water and heated with cover in place and in the closed position until the maximum operating pressure is attained. If the pressure cooker is provided with a mechanical locking device (e.g. a locking pin) that prevents the opening of the cover under pressure, then the source of heat may be turned off as soon as the activation of the locking device can be detected.

9.5 revised June 16, 2009

9.6   When the force is being applied with a pull of 100 pounds (445 N), the force is to be applied gradually so that there will be no sudden application of force or jerking during the test. The force is to be maintained while the pressure in the vessel is to be gradually reduced until the cover rotates to the unlocked position or the pressure reduces to zero psig. Freeing of a cover to rotate shall not result in any displacement of the cover or escape of steam or water that would result in a risk of injury to persons. The 100 pounds is to be carefully applied so that the weight does not touch a supporting surface before the lid fully rotates to the unlocked position. If the handle breaks while the 100 pounds (445 N) is applied, the results are considered nonconforming and the test is stopped.

Revised 9.6 effective February 11, 2013

9.7   When the cover is secured by a clamping device requiring manual turning or manipulation of a threaded part or other mechanism, the action is to be performed as rapidly as possible. As a result of this manipulation, the pressure in the vessel is to be reduced automatically to zero prior to the time required by the operator to remove the means for clamping the cover to its vessel. During the period of manipulation, there shall not be a displacement of the cover or escape of steam or water that would result in a risk of injury to persons.

Revised 9.7 effective February 11, 2013

9.8  If the pressure cooker is provided with a mechanical locking device (e.g. a locking pin) that prevents the opening of the cover under pressure, it shall not be defeated during the cover opening test.

9.8 added June 16, 2009

9.9  While conducting the cover opening test, the pressure within the cooker may be reduced by following the instructions in the instruction manual, lifting the primary relief device, having a fan blow air onto it or any other method as long as the safety features of the cooker are not defeated causing the cover to open.

9.9 added June 16, 2009

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Ivo Marrachinho  For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS  Marrachinho, Ivo : 2/12/2016 - 1:26 PM

## 10  Locking Mechanism Operation Test

10.1  A pressure cooker, if constructed as described in 9.3, is to be subjected to the cycling described in 10.2. Before and after the cycling, the samples shall comply with the requirements in the Cover Opening Test, Section 9.

10.2  The cover locking mechanism is to be operated through 6000 cycles. Each cycle shall completely lock and unlock the cover.

## 11  Hydrostatic Strength Test

11.1  An assembled pressure cooker is to be prepared with all openings for safety relief devices, pressure-indicating devices, and similar parts effectively closed or blocked to prevent leakage. This pressure cooker shall withstand without rupture of the body or cover, or displacement of the cover (leakage is permissible), an internal hydrostatic pressure equal to the highest of the following:

> a) 5 times the maximum operating pressure or
>
> b) 2-1/2 times the release pressure of the emergency relief devices.
>
> 11.1 revised June 16, 2009

11.2  Two samples of each size and type pressure cooker are to be subjected to this test.

*Exception:   When a series of pressure cookers is to be investigated in which the body height is the only difference, two samples of the largest size cooker shall be tested.*

*UL COPYRIGHTED MATERIAL –*
*NOT AUTHORIZED FOR FURTHER REPRODUCTION OR*
*DISTRIBUTION WITHOUT PERMISSION FROM UL*

SPI 000067

Case 5:22-cv-00212-CAR   Document 28-7   Filed 02/20/24   Page 16 of 23

No Text on This Page

Document Was Downloaded By Ivo Marrachinho  For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS  Marrachinho, Ivo : 2/12/2016 - 1:26 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

SPI 000068

Document Was Downloaded By Ivo Marrachinho   For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS   Marrachinho, Ivo : 2/12/2016 - 1:26 PM

11.3 Covers having clamping or gasketed arrangements for emergency relief are to be provided with supplementary means if needed, to enable the maximum test pressure to be exerted on the vessel and its cover.

11.3 revised June 16, 2009

11.4 Each sample for test is to have the cover attached and closed as intended. Each sample is to be filled with water so as to exclude all air, and is to be connected to a hydraulic pump that can reach and hold the required test pressure. A calibrated pressure-indicating device is to be connected in the piping system. The pressure-indicating device shall comply with one of the following:

a) An analog gauge having a pressure range of at least 150 percent of the anticipated maximum working pressure;

b) A digital pressure transducer, or other digital gauge, that is calibrated over a range of pressure that includes the test pressure; or

c) Other device that is equivalent to the devices in (a) or (b).

11.4 revised June 16, 2009

11.5 The hydrostatic pressure is to be increased at a uniform rate until the pressure as outlined in 11.1 is reached and held at the required pressure for a period of 1 minute.

## MANUFACTURING AND PRODUCTION TESTS

### 12 General

12.1 The manufacturer shall provide the necessary production control, inspection, and tests to assure compliance with these requirements in production.

## MARKINGS

### 13 General

13.1 A pressure cooker shall be legibly and permanently marked, where it will be plainly visible, with:

a) The manufacturer's or private labeler's name, identifying symbol, trade name, trademark, or other descriptive marking by which the organization responsible for the product may be identified;

b) The date or other dating period of manufacture not exceeding any three consecutive months. These may be abbreviated or in a code affirmed by the manufacturer. The date code repetition time cycle shall not be less than 10 years; and

c) A distinctive catalog, type, or model number.

13.2 If a manufacturer produces pressure cookers at more than one factory, each cooker shall have a distinctive marking to identify it as the product of a particular factory.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Ivo Marracinho  For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS  Marracinho, Ivo : 2/12/2016 - 1:26 PM

**INSTRUCTION MANUAL**

## 14  General

14.1  An instruction manual shall be provided with each pressure cooker. The manual shall specifically warn the user against each potential risk of injury to persons; and state the precautions that should be taken to reduce each risk. The safety instructions shall be a permanent part of the manual, but separated in format from the other instructions. They shall appear before the operating instructions in the manual.

14.1 revised June 16, 2010

14.2  The instruction manual shall include instructions or illustrations to identify features intended to reduce the risk of injury to persons.

14.2 revised June 16, 2010

14.3  In the text and illustrations of the safety instructions:

a)  Upper case letters shall not be less than 5/64 inch (2.0 mm) in height,

b)  Lower case letters shall not be less than 1/16 inch (1.6 mm) in height, and

c)  The phrases ″IMPORTANT SAFEGUARDS″ and ″SAVE THESE INSTRUCTIONS″ shall be in letters not less than 3/16 inch (4.8 mm) in height.

14.4  The instruction manual shall include the text specified in Important Safeguards, Section 15.

14.5  Unless otherwise indicated, the text of the instructions shall be verbatim, or in equally definitive terminology, as specified in Important Safeguards, Section 15, except where specific conflict in the application of the text to a product exists or the risk alluded to has been reduced. The items may be numbered. In a list of items, the phrases ″Read all Instructions″ and ″SAVE THESE INSTRUCTIONS″ shall be first and last, respectively. Other important and safeguard items are not prohibited from being inserted if considered appropriate by the manufacturer.

14.6  The instruction manual shall include instructions and caution statements for cleaning, user maintenance (such as lubrication or nonlubrication), operations recommended by the manufacturer, and shall warn a user that any other servicing shall be performed by an authorized service representative.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

Document Was Downloaded By Ivo Marrachinho  For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS  Marrachinho, Ivo : 2/12/2016 - 1:26 PM

## 15  Important Safeguards

15.1  The instruction manual shall include the following:

When using pressure cookers, basic safety precautions should always be followed:

1. Read all instructions.

2. Do not touch hot surfaces. Use handles or knobs.

3. Close supervision is necessary when the pressure cooker is used near children.

4. Do not place the pressure cooker in a heated oven.

5. Extreme caution must be used when moving a pressure cooker containing hot liquids.

6. Do not use pressure cooker for other than intended use.

7. This appliance cooks under pressure. Improper use may result in scalding injury. Make certain unit is properly closed before operating. See ″Operating Instructions.″ (Such instructions shall appear elsewhere in the manual as noted in Instruction Manual, General, Section 14.)

8. Do not fill the unit over 2/3 full. When cooking foods that expand during cooking such as rice or dried vegetables, do not fill the unit over 1/2 full. Over filling may cause a risk of clogging the vent pipe and developing excess pressure. See ″Food Preparation Instructions.″(Such instructions shall appear elsewhere in the manual as noted in Instruction Manual, General, Section 14.)

9. Be aware that certain foods, such as applesauce, cranberries, pearl barley, oatmeal or other cereals, split peas, noodles, macaroni, rhubarb, or spaghetti can foam, froth, and sputter, and clog the pressure release device (steam vent). These foods should not be cooked in a pressure cooker.

10. Always check the pressure release devices for clogging before use.

11. Do not open the pressure cooker until the unit has cooled and all internal pressure has been released. If the handles are difficult to push apart, this indicates that the cooker is still pressurized – do not force it open. Any pressure in the cooker can be hazardous. See ″Operating Instructions.″ (Such instructions shall appear elsewhere in the manual as noted in Instruction Manual, General, Section 14.)

12. Do not use this pressure cooker for pressure frying with oil.

13. When the normal operating pressure is reached, turn the heat down so all the liquid, which creates the steam, does not evaporate.

14. SAVE THESE INSTRUCTIONS.

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

SPI 000071

15.2 For pressure cookers employing detachable handles, the precaution "Be sure that handles are assembled and fastened properly before each use. Cracked, broken or charred handles should be replaced." shall be included in the Important Safeguards. Instructions detailing correct assembly of the handles, and an explanation of the means to determine incorrect assembly of the handles, shall also be incorporated in the Instruction Manual. These instructions shall directly follow the precaution statement or shall be located elsewhere in the Instruction Manual if a specific reference is made following the precautionary statement.

Document Was Downloaded By Ivo Marrachinho  For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS  Marrachinho, Ivo : 2/12/2016 - 1:26 PM

*UL COPYRIGHTED MATERIAL –*
*NOT AUTHORIZED FOR FURTHER REPRODUCTION OR*
*DISTRIBUTION WITHOUT PERMISSION FROM UL*

SPI 000072

No Text on This Page

*UL COPYRIGHTED MATERIAL –*
*NOT AUTHORIZED FOR FURTHER REPRODUCTION OR*
*DISTRIBUTION WITHOUT PERMISSION FROM UL*

Document Was Downloaded By Ivo Marrachinho  For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS  Marrachinho, Ivo : 2/12/2016 - 1:26 PM

SPI 000073

sr1

**Superseded requirements for
the Standard for
Pressure Cookers**

**UL 136,   Eighth Edition**

The requirements shown are the current requirements that have been superseded by requirements in revisions issued for this Standard. To retain the current requirements, do not discard the following requirements until the future effective dates are reached.

9.3  If the cover is secured by a twist-lock arrangement requiring a rotating force exerted between the vessel and its cover, the vessel is to be clamped so as to be held stationary. The outermost point of any cover or cover handle is to be attached by a cable to a spring scale capable of being used in the range of 100 pounds (45.4 kg). The arrangement shall provide the application of a line of force of 100 pounds (445 N), maintained at 90 degrees to the radius of the point of attachment, from a remote or protected location.

9.6  If the force is to be applied using the spring scale, a pull of 100 pounds (445 N) is to be maintained while the pressure in the vessel is to be gradually reduced until the cover rotates to the unlocked position. Freeing of a cover to rotate shall not result in any displacement of the cover or escape of steam or water that would result in a risk of fire, electric shock, or injury to persons.

9.7  If a threaded part or other mechanism is to be manipulated, the action is to be performed as rapidly as possible. As a result of this manipulation, the pressure in the vessel is to be reduced automatically to zero prior to the time required by the operator to remove the means for clamping the cover to its vessel. During the period of manipulation, there shall not be a displacement of the cover or escape of steam or water that would result in a risk of electric shock, fire, or injury to persons.

Document Was Downloaded By Ivo Marrachinho  For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS  Marrachinho, Ivo : 2/12/2016 - 1:26 PM

*UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL*

SPI 000074

No Text on This Page

Document Was Downloaded By Ivo Marrachinho  For Use By SUNBEAM PRODUCTS INC DBA JARDEN CONSUMER SOLUTIONS  Marrachinho, Ivo : 2/12/2016 - 1:26 PM

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL