# Exhibit J

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE MIDDLE DISTRICT OF GEORGIA

3                  MACON DIVISION

4

5     CIVIL ACTION NUMBER:   5:22-CV-00212-TES

6     EDWARD A. COPELAND

7     and SHERYL COPELAND,

8               Plaintiff(s),

9               vs.

10    TRISTAR PRODUCTS, INC.,

11    and ABC, INC.,

12              Defendant(s).

13

14

15          DEPOSITION TESTIMONY OF:

16              SHERYL COPELAND

17              June 6, 2023

18     VIA REMOTE VIDEO-CONFERENCE

19

20

21

22

23    COURT REPORTER:

24    Angela Smith McGalliard,

25    RPR, CRR, CCR

Page 50

1    pressure cooker?

2         A.    That's correct.

3         Q.    And what was he doing with his

4    hands?

5         A.    He reached up, turned the valve

6    like we always do, make sure all the steam

7    was out, and then he one-handedly grabbed

8    ahold of it (indicating).  And when he went

9    to just barely turn the lid, which turned

10   freely, it blew off.

11        Q.    So you demonstrated with your

12   right hand?

13        A.    Yes.

14        Q.    Were you demonstrating to me that

15   he used his right hand --

16        A.    Yes.

17        Q.    -- to open the valve?

18        A.    Yes.  He was right-handed.

19             MR. OSTERMAN:  Okay.  Counsel,

20   can you position the pressure cooker back

21   in front of the witness?

22             MR. SENN:  Sure.

23        Q.    And do you have a recollection of

24   how the pressure cooker was oriented?  In

25   other words, was the LED screen facing out

Sheryl Copeland                                    June 6, 2023
Copeland, Edward A. Vs. Tristar Products, Inc.

Page 51

1    so that he could read it?

2         A.    Yes.

3         Q.    Okay.  And is that how it's

4    positioned in front of you right now?

5         A.    Yes.

6         Q.    Okay.  And demonstrate for me, if

7    you would, what you recall seeing Edward do

8    when he released the steam.

9         A.    Okay.  Reached over, released the

10   steam, there was nothing there, nothing

11   really came out, he waited a moment, put

12   his hand on the top, started to turn the

13   handle, and the -- and it blew off.

14        Q.    So, again, you demonstrated both

15   using your right hand.  Is it your

16   recollection that he used his right hand

17   to --

18        A.    Most definitely.

19        Q.    Okay.  And could you see what he

20   was doing with his left hand?

21        A.    I don't remember what he was

22   doing with his left hand.

23        Q.    Do you remember if he was holding

24   anything in his left hand?

25        A.    No.  He might have had it on the

Page 52

1    counter or next to his side.   I'm not

2    positive.

3         Q.    Do you recall his placing his

4    left hand on the -- any of the side handle

5    of the pressure cooker?

6         A.    No, I don't.

7         Q.    Do you believe he was gripping

8    the side handle in order to get some extra

9    leverage as he twisted the top open?

10        A.    No.

11        Q.    Do you believe that he knew not

12   to force the lid open?

13        A.    Yes.  He knew.

14        Q.    And certainly you knew not to try

15   to do that; correct?

16        A.    That's correct.

17        Q.    And you knew from experience that

18   when the pressure is released, you could

19   literally open it with one hand and you

20   wouldn't feel any resistance?

21        A.    That's correct.

22        Q.    Did you ever, in all the times

23   you've ever used the pressure cooker, did

24   you ever have to use two hands to open that

25   -- the lid?

Sheryl Copeland                                June 6, 2023
Copeland, Edward A. Vs. Tristar Products, Inc.

Page 87

1      Q.      As far as you know, when you
2   delivered the pressure cooker to your
3   attorney, it was in the same condition as
4   it was when you first put it in the sink;
5   correct?
6      A.      That's correct.
7      Q.      Did you ever -- You told me
8   before that when you got it you read a
9   product manual that came with it; correct?
10     A.      Yes.
11     Q.      Did you save that product manual?
12     A.      Yes.
13     Q.      And where is that product manual
14  today?
15     A.      The attorney has it.
16     Q.      Did you at any point call or
17  communicate with Tristar about your
18  accident?
19     A.      No.
20                          (Defendant's Exhibit
21                           1 was marked for
22                           identification.)
23     Q.      I have marked as an exhibit, I
24  just want to show it to you, so let me
25  share my screen here.

Page 88

1            I've put up on my screen, are you

2    able to see this document?

3         A.    Yes.

4         Q.    And it's labeled Defendant's

5    Exhibit 1, and it's a copy of a pressure

6    cooker for model PPC780.  Does this

7    generally look like the manual for the

8    pressure cooker that you received with the

9    product?

10        A.    Yes, it does.

11        Q.    Okay.  And inside on what's

12   labeled page one, there's a page here, and

13   I'll zoom in on the top, it says:

14   Important Safeguards.  When using

15   electrical appliances, basic safety

16   precautions should always be followed,

17   including the following.  Then it has a

18   bunch of instructions there, and bullet

19   points.

20        A.    Yes.

21        Q.    Do you remember reading this page

22   of the instructions?

23        A.    I do.

24        Q.    Did you have any problem

25   understanding any of them?

Sheryl Copeland                              June 6, 2023
Copeland, Edward A. Vs. Tristar Products, Inc.

Page 89

1       A.      No.

2       Q.      They, for the most part, seemed

3    like common sense to you?

4       A.      Yes.

5       Q.      There's -- In the first column

6    down here, third bullet point from the

7    bottom, it says, and I can zoom in on that:

8    This appliance cooks under pressure.

9    Improper use may result in scalding injury.

10   Make certain unit is properly closed before

11   operating.  See instructions for use.

12              Do you remember reading that?

13      A.      Yes.

14      Q.      And then the next one is an

15   instruction about never fill the unit above

16   the max line in the inner pot.

17              You had -- You had read that and

18   you understood that and you followed that

19   instruction; correct?

20      A.      That's correct.

21      Q.      And then second column, second

22   bullet point, says:  Do not open the

23   Pressure Cooker XL unit.  The unit -- I'm

24   sorry, until the unit has cooled and all

25   internal pressure has been released.  If

Veritext Legal Solutions

Sheryl Copeland                                June 6, 2023
Copeland, Edward A. Vs. Tristar Products, Inc.

Page 90

1    the unit is difficult to open, this

2    indicates that the pressure cooker is still

3    pressurized.  Do not force it open.  Any

4    pressure in the cooker can be hazardous.

5    See instructions for use.

6              Do you remember reading that one?

7        A.    Yes.

8        Q.    And that, again, was something

9    you knew and understood from your years of

10   using the old stovetop pressure cooker; is

11   that correct?

12       A.    That's correct.  Yes.

13       Q.    And then down here, it looks like

14   fourth from the bottom on the right, in all

15   capital letters, it says:  Never force open

16   the Power Pressure Cooker XL.  If you need

17   to open the Power Pressure Cooker XL, press

18   the keep warm/cancel button, and using

19   tongs or a kitchen tool, rotate the

20   pressure valve to the open position to

21   fully release the building pressure inside

22   the cooker.  Make sure all steam has

23   dissipated from the cooker.  Carefully turn

24   the handle clockwise to open.  Always open

25   the lid away from you to avoid skin contact

Page 91

1   with any remaining heat or steam.

2            You had read that?

3        A.    Yes.

4        Q.    And you understood that?

5        A.    Yes.

6        Q.    And again from your prior

7   experience, that was common sense to you;

8   correct?

9        A.    That's correct.

10       Q.    Okay.  I'll take that down.  And

11   the -- I think you told me -- I apologize

12   if you said this before, I just don't

13   remember.  Your general practice was to

14   clean the unit, including the lid liner,

15   each time -- after each time you used it?

16       A.    That's correct.

17       Q.    So on the day of the accident,

18   when you went to use it, it was -- it was

19   clean; correct?

20       A.    That's correct, yes.

21       Q.    The lid liner inside was not

22   clogged, it was not dirty, it was clean;

23   correct?

24       A.    That's correct.

25       Q.    And, in fact, the last time you