# Houston Healthcare
## Medical Records Certificate

Pursuant to the evidentiary provisions of the Official Code of Georgia, including O.C.G.A. § 24-9-902 (11), I hereby certify, as the Medical Records Custodian for Houston Healthcare, that the documents attached to this certificate are true and correct reproductions of the medical records of **Edward Copeland**, maintained by Houston Healthcare and that these records: (a) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of such matters; (b) were kept in the course of the regularly conducted activity of the hospital; and (c) were made by the regularly conducted activity as a regular practice of the hospital, all in accordance with the provisions of O.C.G.A. § 24-8-803(6). I further certify that these documents include all such medical records with the exception of: (1) materials which are privileged or otherwise not subject to production; (2) materials not requested by the subpoena, request, or other instrument seeking production; (3) materials not yet scanned or complete; and/or (4) materials which Houston Healthcare has received from other third parties.

This **10** day of **February**, 20 **21**.

_____
Medical Records Custodian
Houston Healthcare

Sworn to and subscribed before me
this **10** day of **February**, 20 **21**.

**Rosalia Ciuffetelli**
Notary Public

My Commission expires: **August 4, 2024**

NOTE: Houston Healthcare is providing this Certificate in accordance with the Self-authentication requirements of O.C.G.A. § 24-9-902(11) in lieu of incurring the unnecessary time and expense of having its Medical Records Custodian appear in Court. The statute specifically imposes an obligation on any party intending to offer these records into evidence to provide written notice of such intention to all adverse parties and to make the records and this Certificate available for inspection sufficiently in advance of the offer to provide an adverse party with a fair opportunity to challenge the records and the Certificate.

Exhibit G

# Houston HealthCare

Patient Name: COPELAND,EDWARD A
Patient Account Number: Y1361300
Patient Medical Record Number: P0047692
Attending Physician:
Treating Provider: Gadhok,Karan MD
Co-Signing Provider:

Patient Location: PED
Patient Date of Birth:
Gender: Male
Primary Care Physician: Lomboy,Joseph MD
Date: 07/20/20  Time: 1125

## ED Physician Documentation

### Hx of Present Illness/Injury

**- General**
**Time Seen by Provider:** 07/20/20 09:59
**Nursing Triage:**

#### Nursing Triage

| Chief Complaint Comments | Pt reported a pressure cooker exploded yesterday scolding him with hot water. Burns noted to chest, abd, face and bilat arms. No airway comp noted at this time, first and second degree burns noted. |
|---|---|

**Chief Complaint:** burn
**Comments:**

07/20/20 11:19
Patient is a 59-year-old male with history of hypertension, diabetes, chronic obstructive pulmonary disease on 2 L nasal cannula presenting today because of a burn to the chest abdomen and upper extremities as well as a little bit to the face. Patient states that this happened Saturday evening when patient was cooking with an instant pot with his wife. Apparently the pot "exploded" with liquid covering his chest face and upper extremities. Patient did go and clean the burns with cold water extensively afterwards. He has no new difficulty breathing or changes in voice.

### Review of Systems

**- Constitutional**
**Symptoms:** denies: chills, fever

**- Head/Face**
**Symptoms:** denies: sinus pressure/tenderness

**- Nose**
**Symptoms:** denies: congestion

1 of 9

Patient: **Edward Copeland**   Medical Record Number: **G000975457**

Facility: **Doctors Hospital of Augusta**   Phone Number: **706-651-6277**

Address: **3651 Wheeler Road**   City/State: **Augusta, Georgia**   Zip: **30909**

### CERTIFICATION OF MEDICAL RECORDS

To the best of my knowledge, the copied documents, records and other items enclosed are true and correct copies of all original records identified and described in the subpoena duces tecum, patient authorization, or court order made by or at the direction of the custodian of records. The original records were prepared in the ordinary course of the facility's regularly conducted business at or near the time of the act, condition, or event by persons with knowledge of the facts recorded, and the records have been maintained in the ordinary course of the facility's regularly conducted business according to all confidentiality and security requirements of law. This certification is given by the custodian of records instead of the custodian's personal appearance.

We are not aware of any omissions; however, due to the timing of this request it is possible that a portion of the medical record may be incomplete and/or preliminary at this time.

The recipient of these records agrees to maintain their confidentiality and permit further disclosure only as authorized by law.

**Select Only One:**

- ☐ The complete records consisting of _____ pages.
- ☒ The complete records for the time period beginning **07/20/2021** and ending **Present** consists of **452** pages.
- ☐ The copied records consist of _____ pages per your request for specific portions of the medical record.
- ☐ The copied records consist of _____ pages. They are incomplete in the following: _____

### CERTIFICATION OF NO RECORDS

- ☐ A thorough search of requested information carried out under my direction and control revealed that this facility does not have the records described in the patient authorization or the subpoena duces tecum.

### DECLARATION OF CUSTODIAN OF RECORDS

I, **Cynthia R. Crabtree**, am the duly authorized Custodian of Records of the above named facility. I am familiar with the mode of preparation of, and have the authority to certify, the facility record. I declare under penalty of perjury under the laws of the State of **Georgia**, County of **Richmond**, that the foregoing is true and correct.

_Cynthia R. Crabtree, RHIA_   **July 13, 2021**
Signature   Date

*********************************************************************

Subscribed and sworn to me, a notary public in MCBYoDavid County, this **13th** Day of **July**, 20**21**.

_Lacey Do_
Notary Public
My commission expires: _5/6/23_   (Seal)

In states where a Notary is not required, this form will only include signature and date of the medical record custodian.

DOCTORS HOSPITAL

NAME: COPELAND, EDWARD ALLAN
UNIT #: G000975457
ACC #: G00568117331

Pt Type: DIS IN

Adm Date: 07/20/20
D/C Date: 07/23/20

DICTATED BY: Fagan, Shawn P  MD

REPORT NAME: HISTORY AND PHYSICAL

DATE OF ADMISSION: 07/20/2020

CHIEF COMPLAINT:
Burn injury.

HISTORY OF PRESENT ILLNESS:
Mr. Copeland is a 59-year-old Caucasian male, presenting to debridement room with burns to the anterior torso, abdomen, face, and bilateral upper extremities. The patient reports cooking with a pressure cooker, when it "exploded" on Saturday 8:00 p.m. The patient initially treated his burns conservatively with aloe vera, but woke up on Sunday morning with blistering and increased pain. Therefore, he took himself to Perry Hospital emergency Department, who transferred him to our services for definitive treatment. The patient was transferred via ambulance and Dr. Gadnok from Perry Hospital was the referring physician. The patient was at home when injury occurred. He was given 4 mg of morphine prior to arrival. He currently denies any recent nausea, vomiting, fever, chills, night sweats, shortness of breath, or chest pain.

PAST MEDICAL HISTORY:
[redacted]

PAST SURGICAL HISTORY:
[redacted]

MEDICATIONS:
Rosuvastatin, Tirosint, buspirone, gabapentin, alprazolam, ProAir HFA, daily aspirin 81 mg, metoprolol, Plavix 75 mg daily, nitroglycerin, budesonide, Perforomist, Brovana, Spiriva, Respimat, telmisartan, glimepiride, Trulicity, fenofibrate, Toprol.

SOCIAL HISTORY:
No illicit drug use, tobacco use, or alcohol abuse. Tetanus is up to date.

FAMILY HISTORY:
Noncontributory.

REVIEW OF SYSTEMS:
Negative, otherwise see HPI.

ALLERGIES:

Patient Name: COPELAND, EDWARD ALLAN        Account #: G00568117331

# Houston Healthcare
## Medical Records Certificate

Pursuant to the evidentiary provisions of the Official Code of Georgia, including O.C.G.A. § 24-9-902 (11), I hereby certify, as the Medical Records Custodian for Houston Healthcare, that the documents attached to this certificate are true and correct reproductions of the medical records of **Sheryl Copeland**, maintained by Houston Healthcare and that these records: (a) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of such matters; (b) were kept in the course of the regularly conducted activity of the hospital; and (c) were made by the regularly conducted activity as a regular practice of the hospital, all in accordance with the provisions of O.C.G.A. § 24-8-803(6). I further certify that these documents include all such medical records with the exception of: (1) materials which are privileged or otherwise not subject to production; (2) materials not requested by the subpoena, request, or other instrument seeking production; (3) materials not yet scanned or complete; and/or (4) materials which Houston Healthcare has received from other third parties.

This **20** day of **May**, 20 **21**.

_____
Medical Records Custodian
Houston Healthcare

Sworn to and subscribed before me this **20** day of **May**, 20 **21**.

_____
Notary Public

My Commission expires: **August 4, 2024**

NOTE: Houston Healthcare is providing this Certificate in accordance with the Self-authentication requirements of O.C.G.A. § 24-9-902(11) in lieu of incurring the unnecessary time and expense of having its Medical Records Custodian appear in Court. The statute specifically imposes an obligation on any party intending to offer these records into evidence to provide written notice of such intention to all adverse parties and to make the records and this Certificate available for inspection sufficiently in advance of the offer to provide an adverse party with a fair opportunity to challenge the records and the Certificate.

```
                                                                          Page: 11
COPELAND,SHERYL A
Fac: Perry Hospital              Loc: Perry Emergency Department    Bed:-
56 F                      Med Rec Num: P1006851                     Visit: Y1361302
      Complaint
      Protocol:  ED.ESI
       Priority                                    3
       Chief Complaint                             Burns
       Reason for Visit                            Pt stated a pressure cooker
                                                   exploded scolding her with hot
                                                   water yesterday. 1st and 2nd
                                                   degree burns noted to chest
                                                   and face, no airway comp noted
                                                   at this time.
       Patient Sent                                Direct to ED
       Pain Level (0-10)                           6
       Did Patient Arrive by EMS                   No
       Did the patient arrive from a nursing       No
        home, assisted living,
      Suspected Infection
      Protocol:  INFECTSCRN
       Suspected Infection                         No
       Have You Traveled Outside the               No
        Continental US in last 90 days
       COVID-19                                    No
       Do you have a Fever, Cough or SOB           None
       Have you been tested for COVID-19 prior     Yes
        to this visit
       Where was the COVID-19 Test done.           Dr. Lomboy
07/20/20 10:09
ED Vital Signs                                          Start:  07/20/20 09:39
Freq:   Q2H                                             Status: Discharge
Protocol:  ED.FEVER
 Frequency      NDJ   (Rec: 07/20/20 10:09   NDJ   GVZVH02)
ED Vital Signs                                          Start:  07/20/20 09:39
Freq:   Q2H                                             Status: Discharge
Protocol:  ED.FEVER
 Document       MKL   (Rec: 07/20/20 10:12   MKL   HHC-PROD-070)
 Vital Signs
      Vital Signs
      Protocol:  ED.NFEVERP
       Temperature (96.6 F-100 F)                  97.5 F
       Temperature Source                          Tympanic
07/20/20 10:19
ED Med/Surg/Social Hx.                                  Start:  07/20/20 09:39
Freq:                                                   Status: Discharge
Protocol:
 Document       RAL   (Rec: 07/20/20 10:27   RAL   MXL63845FF)
 ED Med/Surg/Social History
      Social History
       Smoking Status                              Never smoked tobacco
       Do You Vape?                                No
       Does Anyone in Household Smoke              No
       Hx Alcohol Use                              No
        Query Text:Indicate how much alcohol is
         consumed daily
       Hx Chemical Dependency                      No
      Vaccines
                         Continued on Page 12
                          Archived Record
```

# Houston HealthCare

Patient Name: COPELAND,SHERYL A
Patient Account Number: Y1361302
Patient Medical Record Number: P1006851
Attending Physician:
Treating Provider: Gadhok,Karan MD
Co-Signing Provider:

Patient Location: PED
Patient Date of Birth: ▮▮▮▮▮▮
Gender: Female
Primary Care Physician: Lomboy,Joseph MD
Date: 07/20/20  Time: 1022

## ED Physician Documentation

### Hx of Present Illness/Injury

**- General**
**Time Seen by Provider:** 07/20/20 09:47
**Nursing Triage:**

#### Nursing Triage

| Chief Complaint Comments | Pt stated a pressure cooker exploded scolding her with hot water yesterday. 1st and 2nd degree burns noted to chest and face, no airway comp noted at this time. |
|---|---|

**Chief Complaint:** Burn
**Comments:**

07/20/20 10:11
Patient 56-year-old female with history of AFib on anticoagulation and hypertension presenting today because of burn to the chest and upper abdomen. Patient states that she was cooking Saturday night with an instant pot with her husband and hit exploded with liquid splashing on her chest and upper abdomen. Patient did wash off the area extensively with cool water. Patient has mild pain at this time. Burn appears about 4-5% of TBSA, primarily superficial with one small area of blistering.

### Review of Systems

**- Constitutional**
**Symptoms:** denies: chills, fever

**- Head/Face**
**Symptoms:** denies: sinus pressure/tenderness

**- Nose**
**Symptoms:** denies: congestion

1 of 8

## Houston HealthCare

Patient Name: COPELAND,SHERYL A  
Patient Account Number: Y1361302  
Patient Medical Record Number: P1006851  
Attending Physician:  
Treating Provider: Karan Gadhok MD  
Co-Signing Provider:

Patient Location: PED  
Patient Date of Birth:  
Gender: Female  
Primary Care Physician: Lomboy,Joseph MD  
Date: 07/20/20  Time: 1022

### - Instructions
**Provider Instructions:**
Please follow up with the burn center outpatient. Return to the emergency room if your symptoms significantly worsen or you develop new symptoms.
**Referrals:**
Lomboy,Joseph, MD [Primary Care Provider] -
**M*Modal Statement:**

"Parts of this Medical Record work may have been completed using voice recognition technology. Due to inherent limitations of this process occasional similar sounding words substitutions occur. Please review documentation for context."

**ED Scribe Statement:**
*This documentation is recorded by Y0-B20200720101044354acting as a Scribe under the direction and presence of*

**ED Provider Scribe Statement:**
*I personally performed the services recorded by the scribe~in my presence. I confirm the scribe's documentation has been reviewed by me to accurately and completely record my work, treatment, procedures, and medical decision making.*

Report Status: Signed

Electronically Signed By: Gadhok MD,Karan  
Signature Date and Time: 07/21/20 0817

Patient: **Sheryl Copeland**  Medical Record Number: **G000975518**

Facility: **Doctors Hospital of Augusta**  Phone Number: **706-651-6277**

Address: **3651 Wheeler Road**  City/State: **Augusta, Georgia**  Zip: **30909**

## CERTIFICATION OF MEDICAL RECORDS

To the best of my knowledge, the copied documents, records and other items enclosed are true and correct copies of all original records identified and described in the subpoena duces tecum, patient authorization, or court order made by or at the direction of the custodian of records. The original records were prepared in the ordinary course of the facility's regularly conducted business at or near the time of the act, condition, or event by persons with knowledge of the facts recorded, and the records have been maintained in the ordinary course of the facility's regularly conducted business according to all confidentiality and security requirements of law. This certification is given by the custodian of records instead of the custodian's personal appearance.

We are not aware of any omissions; however, due to the timing of this request it is possible that a portion of the medical record may be incomplete and/or preliminary at this time.

The recipient of these records agrees to maintain their confidentiality and permit further disclosure only as authorized by law.

**Select Only One:**

- ☐ The complete records consisting of _____ pages.
- ☒ The complete records for the time period beginning **07/21/2020** and ending **Present** consists of **126** pages.
- ☐ The copied records consist of _____ pages per your request for specific portions of the medical record.
- ☐ The copied records consist of _____ pages. They are incomplete in the following: _____

## CERTIFICATION OF NO RECORDS

☐ A thorough search of requested information carried out under my direction and control revealed that this facility does not have the records described in the patient authorization or the subpoena duces tecum.

## DECLARATION OF CUSTODIAN OF RECORDS

I, **Cynthia R. Crabtree**, am the duly authorized Custodian of Records of the above named facility. I am familiar with the mode of preparation of, and have the authority to certify, the facility record. I declare under penalty of perjury under the laws of the State of **Georgia**, County of **Richmond**, that the foregoing is true and correct.

Signature: *Cynthia R. Crabtree, RHIA*  Date: **January 5, 2021**

*******************************************************************

Subscribed and sworn to me, a notary public in and for said County, this **5th** Day of **January** 20 **21**.

Notary Public: *[signature]*

My commission expires: _____  (Seal)

In states where a Notary is not required, the County will only include signature and date of the medical record custodian.



Burn Physical Medicine
3651 Wheeler Road
Augusta, GA 30909

Joseph M. Still Burn Center

Phone: 706-651-6685
Fax: 706-651-6693

| Physical Therapy | **Initial Evaluation / Examination** | Page 1 of 3 |

**Patient Name:** COPELAND, SHERYL ASHMORE  **Date:** 8/6/2020 09:11 AM
**Medical Record #:** G000975518  **DOB:** ███
**Account #:** G00568172541  **SOC Date:** 8/6/2020
**Provider:** Burn Center
**Provider #:**
**Treating Clinician:** Katherine Hall Dowless, PT, DPT
**Referring Physician:** Shawn P Fagan, MD, NPI #1265448500

### Patient Information

**Address:** ███
**City, State, Zip:** ███
**Physician:** Shawn P Fagan, MD, NPI #1265448500
**Physician #:**

**Occupation:** Unknown
**Gender:** Female
**Contact Person:** EDWARD COPELAND
**# of Approved Visits:** 0

### Rehabilitation Information / History

| | Onset Date | Code | Description |
|---|---|---|---|
| **Primary Diagnosis:** | 7/18/2020 | L90.5 | scar conditions and fibrosis of skin |
| **Other Diagnosis:** | 8/2/2020 | T20.20XS | Burn of second degree of head, face, and neck, unspecified site, sequela |
| | 7/31/2020 | T23.202A | Burn of second degree of left hand, unspecified site, initial encounter |
| | 7/31/2020 | T21.21XA | Burn of second degree of chest wall, initial encounter |
| | 8/2/2020 | T22.20XS | Burn of second degree of shoulder and upper limb, except wrist and hand, unspecified site, sequela |
| | 8/2/2020 | T21.20XS | Burn of second degree of trunk, unspecified site, sequela |
| | 7/31/2020 | T23.201A | Burn of second degree of right hand, unspecified site, initial encounter |
| | 7/31/2020 | T20.00XA | Burn of unspecified degree of head, face, and neck, unspecified site, initial encounter |
| | 8/2/2020 | X19.XXXS | Contact with other heat and hot substances, sequela |
| | 7/31/2020 | I10 | Essential (primary) hypertension |
| | 7/31/2020 | T31.0 | Burns involving less than 10% of body surface |
| | 7/31/2020 | W38.XXXA | Explosion and rupture of other specified pressurized devices, initial encounter |

**Subjective Comments:** Pt presents alone on this date with generally healed burn scars to chest, bilateral breasts, Right hand and face.

### Rehabilitation Information / History

**Preferred Practice Pattern:** Integumentary C: Impaired integumentary integrity associated w/partial-thickness skin involvement/scar formation

**Systems Review, History:** Burn to face, chest, bilateral breasts, and Right hand from a pressure cooker that exploded onto her and her husband; 6.5% Total body surface area scattered partial thickness burns

**Known Significant Past** Hypertension, atrial fibrillation, and seasonal allergies.