Ex. I – Video of Dr. Eshraghi Test