| Model Number | Mfg Date | Desk case # | Date of Incident | Consumer's Report |
|---|---|---|---|---|
| PPC780/780P | | 4788 | 5/13/2017 | While cooking soup the pressure cooker opened and exploded, burning her torso and upper extremities. |
| PPC780/780P | | 915 | 3/17/2017 | The unit exploded causing the scalding contents to be dispelled upon the consumer. |
| PPC780/780P | No date code on ID plate | | | No details obtained. |
| PPC780/780P | C UL US Listed | 7901 | 11/26/2016 | While using the Pressure Cooker to prepare a meal, it suddenly and without warning exploded, causing scalding hot liquid, contents and steam to fly out of the Pressure Cooker and onto the Plaintiffs. |
| PPC780/780P | | 11733 | 5/6/2017 | Vm claims that her upperbody was burned when her PPC exploded Without warning, the lid blew off of the unit and the contents burst out of the cooker onto the consumer resulting in burn to his body. |
| PPC780/780P | 1502 | 212 | 5/20/2016 | Cooking chicken when the cooker exploded and burned him. |
| PPC780/780P | Unknown | 8828 | 10/10/2016 | 2nd degree burns - to his left and right biceps, left forearm, chest and toes. Photos of injuries in file. Property damage claim. |
| PPC780/780P | | 467 | 3/20/2017 | The customer decided to use the unit for the first time. She followed the instructions in the manual for running the canning cycle. After 10 minutes, the unit blew up while pressurizing and the lid flew off and damaged her cabinet. Requesting a refund and compensation for damage to cabinet. |
| PPC780/780P | Unknown | 4256 | 2/12/2017 | "severly injured while using the Tristar Pressure Cooker XL, when it exploded, covering her in hot liquid and steam" |



EXHIBIT P-7

Exhibit J

| Model | Number | Date | Description |
|---|---|---|---|
| PPC780/780P | 6479 | 4/24/2017 | Injured by pressure cooker, no exact injuries given. links to medical records and photos<br><br>Prater:<br>https://www.dropbox.com/sh/zvbixa035t1snq/AADp5yhN66GrUa2tjxrZll7Fa?dl=0<br><br>Lester |
| PPC780/780P | | | "While using the Pressure Cooker to preapre a meal, it suddenly without warning exploded, causing scalding hot liquid, contents, and steam to fly out of the Pressure Cooker" |
| PPC780/780P | 38 | | Pressure cooker exploded while cooking chicken cream soup injuring Ms. Steinmetz and her daughter.<br><br>Claim reported by Bed Bath and Beyond to Tristar |
| PPC780/780P | 522 | | Customer opens the lid on her unit and the water exploded and she suffered second-degree burns. |
| PPC780/780P | 1505 | 2/1/2017 | "I have a customer who just returned a 8qt Pressure Cooker XL $119.99 sku number 44305550 that exploded causing a hole out the bottom of it while cooking. They ordered it from us off our website…. they stated no one was injured and there was no damage other than just the unit." |
| PPC780/780P | 3907 | before - - -<br>12/3/15 | Cooker exploded, causing burns, injuries not detailed in letter |
| PPC780/780P | 4078 | Before<br>6-5-17 | Customer was cooking chicken. He added a little water. He said that while the unit was pressurizing the chicken blew out of the unit in about 3 to 4 min. He said the chicken got underneath the unit after it blew up. |

| Model | ID | Date | Description |
|---|---|---|---|
| PPC780/780P | 36 | 2/8/2016 | Cooking pot roast following recipe on YouTube on - iPad nearby. Son following - recipe adding - water & beef broth, 1.5 cups. - Locked it and set for pressure cooker setting, set to Beef setting (1 hr), push start button and unit began process and built pressure and timer went down. Unit beeped, son - moved lever to release pressure and heard noise, short time frame and noise stopped. Video shows that it is ok to unlock when noise stops. When he turned handle, which turned without a problem, at certain point the lid started to shoot/jump up. Liquid started to spray out. He pushed it back down as hard as he could to avoid family from getting hit. Liquid went all over him and he then slipped, hit his head and liquid all over floor. Took shower to get rid of liquid. Counter covered in liquid and iPad ruined from liquid and clean up. No medical help necessary for his burns, no insurance at the time. No scars. When they called QVC someone suggested that something was done wrong, but that - it shouldn't unlock when under pressure. Father and son wanted to retest so they put ribs or ham in the unit - 2 days later. Meat with 1.5 cup liquid, unit - did pressurize, set to release and heard noise for - 30-45 seconds. When they went to release and turn the handle, the handle jumped/blew off as if there was still a lot of pressure. |
| PPC780/780P | 14460 | | Cm said his wife was cooking a roast beef with the PPC in her back porch. He doesn't remember what setting were used. Cm said his wife heard a whistling noise so she went to check on the unit. He said she screamed because the unit had a 5ft high gusher of steam coming out of the lid. He said she unplugged the unit until the unit cooled down. Cm stated that the float valve blew off the unit. |
| PPC780/780P | 5648 | 6/27/2017 | Customer was cooking stew beef and vegetable. Walked away from the unit and as she went back to the kitchen she herd a whistle. She then herd the power cooker explode and the lid burst off the unit hitting the bottom of her cabinet. Also the unit blew her circuit-breaker in her home. The customer was burned from the incident and has burns and blisters. Did not go to the hospital. |
| PPC780/780P | 20301 | | The glass lid blew off and ended up with burns on customers arms, stomach and leg. |
| PPC780/780P | 21212 | | Cm said the lid blew up and injured her husband. Cm wants compensation for her husband's medical bills |

| Model | Code/Date info | ID# | Date | Description |
|---|---|---|---|---|
| PPC780/780P | | 17999 | 3/17/2018 | Cm said that he was cooking beef ribs on the PPC. Cm said that he was sitting in the living room when the incident happened. He said he noticed smoke coming from the PPC. When he went back into the kitchen he unplugged the PPC. Cm said he removed the inner pot looking for the smoke. He said that he then looked underneath the unit and noticed that there was a hole. Cm said he heard a pop noise. He said the unit blew up. |
| PPC780/780P | No date code on ID Plate | 4272 | 11/16/2016 | Claimant states she was injured by an explosion by PPC780. No details obtained. |
| PPC780/780P | No date code on ID plate | 8753 | 11/6/2016 | No details obtained. |
| | ETL listed | | | "involved the explosion of a Pressure Cooker XL" |
| PPC780/780P | 1506 | 8830 | 12/28/2016 | No details obtained. |
| | | | | "Injuries sustained on 12/28.2017 that involved the explosion of a Pressure Cooker XL" |
| PPC780/780P | | 8840 | 8/24/2016 | No details obtained. |
| | | | | "involved the explosion of a Pressure Cooker XL" |

| Model | ORDER | DATE | TIME | OPERATOR | NOTE | ORDER NUMBER | CITY | STATE | ZIP CODE | ITEM |
|---|---|---|---|---|---|---|---|---|---|---|
| PPC780/780P | 215862015431570002 # | | | | | 215862015431570002 | FORT WHIT | FL | 32038 | PPC780/780P 4-00367-9001 |
| | 215862015431570002 # | 10-19-2015 | 01:15 | e | ZZInfo Sent Ord Ack HTML Data Feed | | | | | |
| | 215862015431570002 # | 10-19-2015 | 02:15 | e | XXCustomer was calling to check on the status of her order, | | | | | |
| | 215862015431570002 # | 10-19-2015 | 09:05 | L65 | XXExpect your delivery by UPS GROUND on 10/26/15. | | | | | |
| | 215862015431570002 # | 10-19-2015 | 09:05 | L65 | ZZInfo Sent Ship Notice HTML Data Feed | | | | | |
| | 215862015431570002 # | 10-20-2015 | 01:16 | e | XXEmail Invoice Sent. | | | | | |
| | 215862015431570002 # | 10-22-2015 | 22:42 | e | XX - Session Id#: | | | | | |
| | 215862015431570002 # | 03-03-2017 | 09:56 | M67 | XXCCI TO SAY THAT HER MOTHER WAS COOKING FOOD YESTERDAY AND | | | | | |
| | 215862015431570002 # | 03-03-2017 | 09:56 | M67 | XXHER COOKER EXPLODED......SHE GOT BURNT IN THE NECK AND THE | | | | | |
| | 215862015431570002 # | 03-03-2017 | 09:56 | M67 | XX CHEST...WANTS A REFUND......TRANSFERRING TO THE PARTS SUP | | | | | |
| | 215862015431570002 # | 03-03-2017 | 09:56 | M67 | XXFOR THE NEEDFUL.....MAX | | | | | |
| | 215862015431570002 # | 03-03-2017 | 10:04 | t22 | ZZ - SUPERVISOR'S NOTES | | | | | |
| | 215862015431570002 # | 03-03-2017 | 10:04 | t22 | XX - Session Id#: | | | | | |
| | 215862015431570002 # | 03-03-2017 | 10:04 | t22 | XXINCIDENT- ONLY WANTS REFUND NOTHING MORE, SENDING LABEL TO | | | | | |
| | 215862015431570002 # | 03-03-2017 | 10:04 | t22 | XX RECEIVE UNIT IN NJ WAREHOUSE. | | | | | |
| | 215862015431570002 # | 03-03-2017 | 18:33 | L79 | XXSending Merchandise Return Letter | | | | | |
| | 215862015431570002 # | 03-03-2017 | 18:33 | L79 | ZZ - SUPERVISOR'S NOTES | | | | | |
| | 215862015431570002 # | 03-03-2017 | 18:33 | L79 | XX - Session Id#: | | | | | |
| | 215862015431570002 # | 03-03-2017 | 18:33 | L79 | XX*** CX STATED THAT PPC BLEW UP AND HER MOM GOT BURNT...ED | | | | | |
| | 215862015431570002 # | 03-03-2017 | 18:33 | L79 | XXCX TO CALL BACK ON MONDAY SINCE PARTS (CORPORATE)). | | | | | |
| | 215862015431570002 # | 03-03-2017 | 18:35 | L79 | XXMERCHANDISE RETURN LETTER EMAILED | | | | | |
| | 215862015431570002 # | 03-21-2017 | 12:12 | t22 | ZZ - SUPERVISOR'S NOTES | | | | | |
| | 215862015431570002 # | 03-21-2017 | 12:12 | t22 | XX - Session Id#: | | | | | |
| | 215862015431570002 # | 03-21-2017 | 12:12 | t22 | XXISSUING REFUND THROUGH BILLING. | | | | | |
| | 215862015431570002 # | 03-22-2017 | 09:48 | A02 | ZZREFUNDED UNDER ORDER # 21586-2017-12301-001 | | | | | |
| PPC780/780P | 215862015493532270 # | | | | | 215862015493532270 | SEATTLE | WA | 98144 | PPC780/780P 4-00367-9001 VOE01 |
| | 215862015493532270 # | 12-07-2015 | 16:41 | e | XXREVERSE AUTH ATTEMPT AUTH: 464019 120215 | | | | | |
| | 215862015493532270 # | 12-07-2015 | 16:44 | e | CC Authorization Reversal: 000 Approved | | | | | |
| | 215862015493532270 # | 12-14-2015 | 10:23 | M23 | 51 - CHECK TRANSACTION STATUS | | | | | |
| | 215862015493532270 # | 12-14-2015 | 10:23 | M23 | XX*SC* 51A - CHECK ORDER STATUS - EXISTING ORDERS | | | | | |
| | 215862015493532270 # | 12-14-2015 | 10:23 | M23 | XXOrder status.......jack | | | | | |
| | 215862015493532270 # | 12-17-2015 | 16:02 | L27 | XXCHECK UP ON STATUS Scheduled Delivery Updated To: Thursda | | | | | |
| | 215862015493532270 # | 12-17-2015 | 16:02 | L27 | XXy, 12/17/2015 | | | | | |
| | 215862015493532270 # | 09-14-2016 | 13:19 | P03 | XXthe item blew up | | | | | |
| | 215862015493532270 # | 09-14-2016 | 13:24 | t52 | ZZ - SUPERVISOR'S NOTES | | | | | |
| | 215862015493532270 # | 09-14-2016 | 13:24 | t52 | XXcustomer claims that she was cooking black eyed peas (bean | | | | | |
| | 215862015493532270 # | 09-14-2016 | 13:24 | t52 | XXs) and the unit blew up on her mother without her touching | | | | | |
| | 215862015493532270 # | 09-14-2016 | 13:24 | t52 | XX the unit: she claims the only used the unit once but when | | | | | |
| | 215862015493532270 # | 09-14-2016 | 13:24 | t52 | XX i mention if it blew up on her while opening the lid she | | | | | |
| | 215862015493532270 # | 09-14-2016 | 13:24 | t52 | XXmade it seem as she is very experience using the unit yet | | | | | |
| | 215862015493532270 # | 09-14-2016 | 13:24 | t52 | XX"they only used it once" i will send her out the claim for | | | | | |
| | 215862015493532270 # | 09-14-2016 | 13:24 | t52 | XXm and a label for her to send the product back for a refun | | | | | |
| | 215862015493532270 # | 09-14-2016 | 13:24 | t52 | XXd check. | | | | | |
| | 215862015493532270 # | 01-26-2017 | 15:03 | t08 | XX - Session Id#: | | | | | |
| | 215862015493532270 # | 01-26-2017 | 15:03 | t08 | XXRECEIVED THE UNIT BACK TODAY TO FURTHER INSPECT. | | | | | |
| | 215862015493532270 # | 01-31-2017 | 12:20 | M87 | XX - Session Id#: 2128962496 | | | | | |
| | 215862015493532270 # | 01-31-2017 | 12:20 | M87 | XXcust said she is waiting for the REPLACEMENT and does not | | | | | |
| | 215862015493532270 # | 01-31-2017 | 12:20 | M87 | XXwant refund.........product received by us ......transferre | | | | | |
| | 215862015493532270 # | 01-31-2017 | 12:20 | M87 | XXd to supervisor.....Ryan | | | | | |
| | 215862015493532270 # | 01-31-2017 | 12:20 | M87 | XX - Session Id#: 2128962496 | | | | | |
| | 215862015493532270 # | 01-31-2017 | 12:20 | M87 | XX......call is transferred to parts......Ryan | | | | | |
| | 215862015493532270 # | 02-02-2017 | 13:03 | t52 | ZZ - SUPERVISOR'S NOTES | | | | | |
| | 215862015493532270 # | 02-02-2017 | 13:03 | t52 | XX - Session Id#: | | | | | |
| | 215862015493532270 # | 02-02-2017 | 13:03 | t52 | XXnew incident form created. | | | | | |
| | 215862015493532270 # | 02-02-2017 | 14:29 | t08 | XX - Session Id#: | | | | | |
| | 215862015493532270 # | 02-02-2017 | 14:29 | t08 | XXsent an email to Joy requesting to send out a refund check | | | | | |
| | 215862015493532270 # | 02-02-2017 | 14:29 | t08 | XX. | | | | | |
| | 215862015493532270 # | 02-03-2017 | 10:55 | A02 | ZZREFUNDED UNDER VOID ORDER # 21586-2017-05501-001 $ 159.95 | | | | | |
| | 215862015493532270 # | 02-06-2017 | 11:15 | L25 | XX - Session Id#: | | | | | |
| | 215862015493532270 # | 02-06-2017 | 11:15 | L25 | XXcci to check on status for a replacement, cx had an emerge | | | | | |



EXHIBIT P-8

| ID # | Date | Time | Code | Note |
|---|---|---|---|---|
| 21586201549353270 # | 02-06-2017 | 11:15 | L25 | XXncy and will be calling back. |
| 21586201549353270 # | 02-06-2017 | 11:38 | L80 | XX - Session Id#: |
| 21586201549353270 # | 02-06-2017 | 11:38 | L80 | XXCx called to check what happened with her replacement I tr |
| 21586201549353270 # | 02-06-2017 | 12:15 | t52 | XXansferred to parts |
| 21586201549353270 # | 02-06-2017 | 12:15 | t52 | ZZ - SUPERVISOR'S NOTES |
| 21586201549353270 # | 02-06-2017 | 12:15 | t52 | XX - Session Id#: |
| 21586201549353270 # | 02-06-2017 | 12:15 | t52 | XXcustomer called to check the status of her order, we sent |
| 21586201549353270 # | 02-09-2017 | 17:43 | M67 | XXher a refund check on on 2/3/17 |
| 21586201549353270 # | 02-09-2017 | 17:43 | M67 | XX - Session Id#: |
| 21586201549353270 # | 02-09-2017 | 17:43 | M67 | XXREFUND STATUS....MAX |
| 21586201549353270 # | 02-14-2017 | 14:42 | 725 | ZZVOID ORDER 21586217072017001 AMT 159.95 |
| 21586201604156176 # | 01-25-2016 | 04:17 | e | ZZInfo Sent Ord Ack HTML Data Feed |
| 21586201604156176 # | 01-27-2016 | 06:15 | e | ZZInfo Sent Ord Ack HTML Data Feed |
| 21586201604156176 # | 01-28-2016 | 01:18 | e | ZZInfo Sent Ship Notice HTML Data Feed |
| 21586201604156176 # | 01-30-2016 | 22:58 | e | XXEmail Invoice Sent. |
| 21586201604156176 # | 01-31-2016 | 15:05 | L12 | XXcx called in to ask about the replacement |
| 21586201604156176 # | 04-02-2018 | 17:02 | NX6 | 60 - UNHAPPY WITH ORDER - NOT SATISFIED |
| 21586201604156176 # | 04-02-2018 | 17:02 | NX6 | XX*5C* 60G - UNHAPPY WITH ORDER- INCIDENT REPORT |
| 21586201604156176 # | 04-02-2018 | 17:02 | NX6 | XX - Session Id#: |
| 21586201604156176 # | 04-02-2018 | 17:02 | NX6 | XX443S4S327, cx stated PPC lid on 10 qt exploded while in us |
| 21586201604156176 # | 04-02-2018 | 17:02 | NX6 | XXe, no injuries CCS closed, did not transfer, provided emai |
| 21586201604156176 # | 04-03-2018 | 11:34 | N28 | XXl address |
| 21586201604156176 # | 04-03-2018 | 11:34 | N28 | ZZ - SUPERVISOR'S NOTES |
| 21586201604156176 # | 04-03-2018 | 11:34 | N28 | XX - Session Id#: |
| 21586201604156176 # | 04-03-2018 | 11:34 | N28 | XXOpened ticket #18723 - Customer states the PPC 10 qt explo |
| 21586201604156176 # | 04-03-2018 | 11:34 | N28 | XXded while cooking in it. |
| 21586201604156176 # | 04-11-2018 | 14:16 | t49 | ZZ - SUPERVISOR'S NOTES |
| 21586201604156176 # | 04-11-2018 | 14:16 | t49 | XX - Session Id#: |
| 21586201604156176 # | 04-11-2018 | 14:16 | t49 | XXCCS called cm Michael re: incident w/ PPC 10 QT. Cm was ma |
| 21586201604156176 # | 04-11-2018 | 14:16 | t49 | XXking meat and the lid blew off. Case# 18723. |
| 21586201604156176 # | 04-11-2018 | 14:16 | t49 | ZZ - SUPERVISOR'S NOTES |
| 21586201604156176 # | 04-11-2018 | 14:16 | t49 | XX - Session Id#: |
| 21586201604156176 # | 04-11-2018 | 14:16 | t49 | XXCm stated that 8 QT unit no longer works. Cm will follow t |
| 21586201604156176 # | 04-11-2018 | 14:16 | t49 | XXhe Protection Plan procedure for a replacement. - CCS |
| 21586201621152408 # | 05-23-2016 | 04:18 | e | ZZInfo Sent Ord Ack HTML Data Feed |
| 21586201621152408 # | 05-23-2016 | 07:16 | e | ZZInfo Sent Ord Ack HTML Data Feed |
| 21586201621152408 # | 05-24-2016 | 01:27 | e | ZZInfo Sent Ship Notice HTML Data Feed |
| 21586201621152408 # | 05-24-2016 | 17:20 | B45 | 51 - CHECK TRANSACTION STATUS |
| 21586201621152408 # | 05-24-2016 | 17:20 | B45 | XX*5C* 51A - CHECK ORDER STATUS - EXISTING ORDERS |
| 21586201621152408 # | 05-24-2016 | 17:20 | B45 | XXccl sd ws charged twice....apologize to cus....advise cus |
| 21586201621152408 # | 05-24-2016 | 17:20 | B45 | XXof precharge authorization advise cus that one of the char |
| 21586201621152408 # | 05-24-2016 | 17:20 | B45 | XXge will be reversed in 24 to 48hrs..... |
| 21586201621152408 # | 05-26-2016 | 23:13 | e | XXEmail Invoice Sent. |
| 21586201621152408 # | 09-28-2016 | 10:32 | M67 | 68 - LOOK UP ERROR - ACCESSED WRONG ACCOUNT |
| 21586201621152408 # | 09-28-2016 | 14:58 | P66 | XXSending Merchandise Return Letter |
| 21586201621152408 # | 09-28-2016 | 14:58 | P66 | XX'Reship Upon Return' added by P66. |
| 21586201621152408 # | 09-28-2016 | 14:58 | P66 | XXcx is calling to get a replacement because the item explo |
| 21586201621152408 # | 09-28-2016 | 15:03 | P66 | XXde on the cx |
| 21586201621152408 # | 10-11-2016 | 18:17 | L24 | XXMERCHANDISE RETURN LETTER EMAILED |
| 21586201621152408 # | 10-11-2016 | 18:17 | L24 | XXOrder Replacement Requested |
| 21586201621152408 # | 10-11-2016 | 18:17 | L24 | XXOrder Replacement Requested |
| 21586201621152408 # | 10-11-2016 | 18:17 | L24 | XXCancelled Pending Replacements for Line Items |
| 21586201621152408 # | 10-13-2016 | 00:06 | e | XXOrder Replacement Requested |
| 21586201621152408 # | 11-28-2016 | 17:00 | e | YYReplacement Status Email Sent brittany.cardamone@gmail.com |
| 21586201621152408 # | 11-28-2016 | 17:05 | R92 | XXNO ACTION TAKEN ON RETURN. WARRANTY EXPIRED. |
| 21586201621152408 # | 11-28-2016 | 17:05 | R92 | XXRETURN CODE X 33: No Longer Wanted - ITEM# NBPPX8 |
| 21586201647320008 # | 11-23-2016 | 05:15 | e | XXRETURN CODE K 33: No Longer Wanted - ITEM# 4-00404-08 |
| 21586201647320008 # | 11-26-2016 | 01:19 | e | ZZInfo Sent Ord Ack HTML Data Feed |
| 21586201647320008 # | 11-30-2016 | 23:12 | e | ZZInfo Sent Ship Notice HTML Data Feed |
| | | | | XXEmail Invoice Sent. |

Markers visible:
- PPC780/780P    21586201621152408    CLEVELAND OH    44125    PPC780/780P    4-00367-9001    V0E04
- PPC780/780P    21586201647320008    GADSDEN AL    35901    PPC780/780P

| ID | Date | Time | Code | Note |
|---|---|---|---|---|
| 21586201647320008 # | 01-12-2017 | 00:55 | e | XXInstallment Reject Transferred to Mantec. |
| 21586201647320008 # | 01-17-2017 | 13:26 | CS7 | XXCredit Card Number changed; Order Reactivated |
| 21586201647320008 # | 01-17-2017 | 13:26 | CS7 | XXSold-to information changed; Email information changed |
| 21586201647320008 # | 11-22-2017 | 09:19 | t49 | 68 - LOOK UP ERROR - ACCESSED WRONG ACCOUNT |
| 21586201647320008 # | 11-22-2017 | 09:19 | t49 | XX - Session Id#: |
| 21586201647320008 # | 12-13-2017 | 14:52 | B33 | 51 - CHECK TRANSACTION STATUS |
| 21586201647320008 # | 12-13-2017 | 14:52 | B33 | XX*SC* 51C - CHECK STATUS OF REFUND - ORDER OR ITEM |
| 21586201647320008 # | 12-13-2017 | 14:52 | B33 | XX - Session Id#:322448305 |
| 21586201647320008 # | 12-13-2017 | 14:52 | B33 | XXms young said the cooker blow up on her she had a case wit |
| 21586201647320008 # | 12-13-2017 | 14:52 | B33 | XXh cooperate which she return the unti an is excepting a re |
| 21586201647320008 # | 12-13-2017 | 14:52 | B33 | XXfund which she havent yet received advise we will have to |
| 21586201647320008 # | 12-13-2017 | 14:52 | B33 | XXconnect her to the cooperate office which that dept. is cl |
| 21586201647320008 # | 12-13-2017 | 14:52 | B33 | XXosed but she can call back tomorrow, request sup |
| 21586201647320008 # | 12-13-2017 | 15:04 | B78 | ZZ - SUPERVISOR'S NOTES |
| 21586201647320008 # | 12-13-2017 | 15:04 | B78 | 51 - CHECK TRANSACTION STATUS |
| 21586201647320008 # | 12-13-2017 | 15:04 | B78 | XX*SC* 51C - CHECK STATUS OF REFUND - ORDER OR ITEM |
| 21586201647320008 # | 12-13-2017 | 15:04 | B78 | XX - Session Id#:322449215 |
| 21586201647320008 # | 12-13-2017 | 15:04 | B78 | XXMs.Marie Young called said she return cooker because it al |
| 21586201647320008 # | 12-13-2017 | 15:04 | B78 | XXmost blew up on her..customer said she was send a label bu |
| 21586201647320008 # | 12-13-2017 | 15:04 | B78 | XXt have not receive credit as yet..customer verify info but |
| 21586201647320008 # | 12-13-2017 | 15:04 | B78 | XX not able to find order in system...customer was transfer f |
| 21586201647320008 # | 12-13-2017 | 15:04 | B78 | XXor further assistant.. |
| 21586201647320008 # | 12-29-2017 | 18:42 | NXU | 51 - CHECK TRANSACTION STATUS |
| 21586201647320008 # | 12-29-2017 | 18:42 | NXU | XX*SC* 51C - CHECK STATUS OF REFUND - ORDER OR ITEM |
| 21586201647320008 # | 12-29-2017 | 18:42 | NXU | XX - Session Id#:339049712 |
| 21586201647320008 # | 12-29-2017 | 18:42 | NXU | XXYOUNG,D E calling today bc shes asking about a refund on |
| 21586201647320008 # | 12-29-2017 | 18:42 | NXU | XXher PPC that blew up on her not seeing any notes in regard |
| 21586201647320008 # | 12-29-2017 | 18:42 | NXU | XXs to the original PPC that blew up on her but see others n |
| 21586201647320008 # | 12-29-2017 | 18:42 | NXU | XXotes on it that she was sent a label.  She can't find her |
| 21586201647320008 # | 12-29-2017 | 18:42 | NXU | XXcase number with CCS she lost it. Xfr to sup |
| 21586201647320008 # | 12-29-2017 | 18:51 | L87 | ZZ - SUPERVISOR'S NOTES |
| 21586201647320008 # | 12-29-2017 | 18:51 | L87 | 51 - CHECK TRANSACTION STATUS |
| 21586201647320008 # | 12-29-2017 | 18:51 | L87 | XX*SC* 51A - CHECK ORDER STATUS - EXISTING ORDERS |
| 21586201647320008 # | 12-29-2017 | 18:51 | L87 | XX - Session Id#:339200331 |
| 21586201647320008 # | 12-29-2017 | 18:51 | L87 | XXcci Marie cause she send back the ppc cause it blow, cx sa |
| 21586201647320008 # | 12-29-2017 | 18:51 | L87 | XXy she has a case number with CCS but nothing in the notes, |
| 21586201647320008 # | 12-29-2017 | 18:51 | L87 | XX cx doesn't have a tracking number or add info, cx will ca |
| 21586201647320008 # | 12-29-2017 | 18:51 | L87 | XXll on Tuesday please transfer to CCS |
| PPC780/780P 21586201708253092 # | 02-21-2017 | 12:15 | e | ZZInfo Sent Ord Ack HTML Data Feed  21586201708253092  FRACKVILLI PA  17931  4-00438-10  4-00443-01  PPC780/780P WARRANTY3 |
| 21586201708253092 # | 02-23-2017 | 01:28 | e | ZZInfo Sent Ship Notice HTML Data Feed |
| 21586201708253092 # | 02-25-2017 | 23:23 | e | XXEmail Invoice Sent. |
| 21586201708253092 # | 03-01-2017 | 09:59 | M26 | 51 - CHECK TRANSACTION STATUS |
| 21586201708253092 # | 03-01-2017 | 09:59 | M26 | XX*SC* 51A - CHECK ORDER STATUS - EXISTING ORDERS |
| 21586201708253092 # | 03-01-2017 | 09:59 | M26 | XX - Session Id#:31515029 |
| 21586201708253092 # | 04-03-2017 | 09:35 | P45 | XX - Session Id#: |
| 21586201708253092 # | 04-03-2017 | 09:35 | P45 | XXCustomer needs prepaid label because her power pressure co |
| 21586201708253092 # | 04-03-2017 | 09:35 | P45 | XXoker is not working properly since is showing E3 on the di |
| 21586201708253092 # | 04-03-2017 | 09:35 | P45 | XXsplay, please send the prepaid label as soon as possible ( |
| 21586201708253092 # | 04-03-2017 | 09:35 | P45 | XXEsc created) |
| 21586201708253092 # | 04-03-2017 | 13:38 | L65 | XX'Reship Upon Return' added by L65. |
| 21586201708253092 # | 04-03-2017 | 13:38 | L65 | ZZ - SUPERVISOR'S NOTES |
| 21586201708253092 # | 04-03-2017 | 13:38 | L65 | XX - Session Id#: |
| 21586201708253092 # | 04-03-2017 | 13:38 | L65 | XXESCALATED LABEL REQUEST FOR REPLACEMENT. |
| 21586201708253092 # | 04-05-2017 | 14:08 | t75 | XX - Session Id#: |
| 21586201708253092 # | 04-05-2017 | 14:08 | t75 | XXMR Label mailed out |
| 21586201708253092 # | 04-25-2017 | 17:03 | R13 | XXRETURN CODE X 33: No Longer Wanted - ITEM# NBPPX8 |
| 21586201708253092 # | 04-25-2017 | 17:03 | R13 | XXRETURN CODE K 33: No Longer Wanted - ITEM# 4-00404-18 |
| 21586201708253092 # | 04-27-2017 | 00:07 | e | YYReplacement Status Email Sent wroblewskisylvia449@gmail.co |
| PPC780/780P 21586201711553064 # | 03-17-2017 | 15:17 | e | ZZInfo Sent Ord Ack HTML Data Feed  21586201711553064  POUND  WI  54161  A-00438-03  4-00443-01  PPC780/780P PPXACCPAK |
| 21586201711553064 # | 03-21-2017 | 01:31 | e | ZZInfo Sent Ship Notice HTML Data Feed |

| Account | Date | Time | Code | Note |
|---|---|---|---|---|
| 21586201711553064 # | 03-23-2017 | 23:06 | e | XXEmail Invoice Sent. |
| 21586201711553064 # | 03-24-2017 | 12:33 | P98 | XX - Session Id#: |
| 21586201711553064 # | 03-24-2017 | 12:33 | P98 | XXcci to know why he didn't receive the cookbook, edu that i |
| 21586201711553064 # | 03-24-2017 | 12:33 | P98 | XXt was in another package and he its going to receive it ne |
| 21586201711553064 # | 03-24-2017 | 12:33 | P98 | XXxt week |
| 21586201711553064 # | 04-11-2017 | 18:24 | M72 | XX - Session Id#:72339045 |
| 21586201711553064 # | 04-11-2017 | 18:24 | M72 | XXPROD INQ..CHARLIE |
| 21586201711553064 # | 09-29-2017 | 15:52 | P68 | 68 - LOOK UP ERROR - ACCESSED WRONG ACCOUNT |
| 21586201711553064 # | 09-29-2017 | 15:52 | P68 | XX - Session Id#: |
| 21586201711553064 # | 09-29-2017 | 15:53 | P68 | 60 - UNHAPPY WITH ORDER - NOT SATISFIED |
| 21586201711553064 # | 09-29-2017 | 15:53 | P68 | XX"SC" 60N - UNHAPPY WITH ORDER - DEFECTIVE PRODUCT |
| 21586201711553064 # | 09-29-2017 | 15:53 | P68 | XX - Session Id#:242146043 |
| 21586201711553064 # | 09-29-2017 | 15:53 | P68 | XXMr WASHULESKI called because he wanted to order parts for |
| 21586201711553064 # | 09-29-2017 | 15:53 | P68 | XX his ppc because it exploded so I transferred him to CCS f |
| 21586201711553064 # | 09-29-2017 | 15:53 | P68 | XXor further assistance. |
| 21586201711553064 # | 10-02-2017 | 13:14 | P81 | 60 - UNHAPPY WITH ORDER - NOT SATISFIED |
| 21586201711553064 # | 10-02-2017 | 13:14 | P81 | XX"SC" 60N - UNHAPPY WITH ORDER - DEFECTIVE PRODUCT |
| 21586201711553064 # | 10-02-2017 | 13:14 | P81 | XX - Session Id#: |
| 21586201711553064 # | 10-02-2017 | 13:14 | P81 | XX244539481. SW Lynn. CCI because he says he wants a replace |
| 21586201711553064 # | 10-02-2017 | 13:14 | P81 | XXment of the plate and the rubber gasket for the lid, custo |
| 21586201711553064 # | 10-02-2017 | 13:14 | P81 | XXmer claims that the PPC exploded, transferred over to Corp |
| 21586201711553064 # | 10-02-2017 | 13:14 | P81 | XXorate CS for further assistance. |
| 21586201711553064 # | 10-02-2017 | 13:24 | t49 | ZZ - SUPERVISOR'S NOTES |
| 21586201711553064 # | 10-02-2017 | 13:24 | t49 | XX - Session Id#: |
| 21586201711553064 # | 10-02-2017 | 13:24 | t49 | XXTRANSFER TO CCS - Cm Lynn called re: incident w/ PPC. Unit |
| 21586201711553064 # | 10-02-2017 | 13:24 | t49 | XX exploded. Cm burned. Wants replacement. Case# 10165. |
| 21586201711553064 # | 10-02-2017 | 14:00 | t40 | ZZ - SUPERVISOR'S NOTES |
| 21586201711553064 # | 10-02-2017 | 14:00 | t40 | XX - Session Id#: |
| 21586201711553064 # | 10-02-2017 | 14:00 | t40 | XXIncident Report Audit - case 10165 |
| 21586201711553064 # | 10-03-2017 | 09:30 | L59 | ZZ - SUPERVISOR'S NOTES |
| 21586201711553064 # | 10-03-2017 | 09:30 | L59 | XX - Session Id#: |
| 21586201711553064 # | 10-03-2017 | 09:30 | L59 | XXACCOUNT AUDITED BY QA |
| 21586201711553064 # | 10-10-2017 | 11:03 | t51 | ZZ - SUPERVISOR'S NOTES |
| 21586201711553064 # | 10-10-2017 | 11:03 | t51 | XX - Session Id#: |
| 21586201711553064 # | 10-10-2017 | 11:03 | t51 | XX"TRANSFER TO CCS - Items received   processing req  Case |
| 21586201711553064 # | 10-10-2017 | 11:03 | t51 | XX10165  CCS" |
| 21586201711553064 # | 10-30-2017 | 14:32 | t08 | XXReplacement Item(s) Requested |
| 21586201711553064 # | 11-01-2017 | 00:05 | e | YYReplacement Status Email Sent lynnwashuleski@yahoo.com - 1 |
| 21586201717553291 # | 04-28-2017 | 19:24 | e | XX CODE A: ORDER APPROVED BASED ON KOUNT REVIEW   21586201717553291  MOUNT JO PA  17552  A-00438-03  4-00365-9601  PPC780/780P |
| 21586201717553291 # | 04-28-2017 | 19:24 | e | XXORDER ON TEMPORARY HOLD DUE TO POSSIBLE DUPLICATE |
| 21586201717553291 # | 05-02-2017 | 15:24 | e | XXREVERSE AUTH ATTEMPT AUTH: 084921 042817 |
| 21586201717553291 # | 05-02-2017 | 15:41 | e | CC Authorization Reversal: 000 Approved |
| 21586201717553291 # | 05-02-2017 | 18:01 | web | XX WEBSITE Accessed by customerstatus. |
| 21586201717553291 # | 05-02-2017 | 18:01 | web | XX WEBSITE Accessed by customerstatus. |
| 21586201717553291 # | 05-02-2017 | 18:01 | web | XX IVR WEBSITEEMAIL INFO CHANGED |
| 21586201717553291 # | 05-02-2017 | 18:01 | web | XX WEBSITE Accessed by customerstatus. |
| 21586201717553291 # | 05-02-2017 | 18:01 | web | XX WEBSITE Accessed by customerstatus. |
| 21586201717553291 # | 05-02-2017 | 18:01 | web | XX WEBSITE Accessed by customerstatus. |
| 21586201717553291 # | 05-02-2017 | 18:01 | web | XX IVR WEBSITEEMAIL INFO CHANGED |
| 21586201717553291 # | 05-02-2017 | 18:02 | web | XX WEBSITE Accessed by customerstatus. |
| 21586201717553291 # | 05-05-2017 | 01:21 | e | ZZInfo Sent Ship Notice HTML Data Feed |
| 21586201717553291 # | 05-07-2017 | 23:03 | e | XXEmail Invoice Sent. |
| 21586201717553291 # | 06-11-2017 | 14:01 | F25 | XX - Session Id#: |
| 21586201717553291 # | 06-11-2017 | 14:01 | F25 | XXcs emailed that she recei e a dented 6 Quarts power pressur |
| 21586201717553291 # | 06-11-2017 | 14:01 | F25 | XXe cooker. Issue already reported since there is no option |
| 21586201717553291 # | 06-11-2017 | 14:01 | F25 | XXto replaced the inner pot F32. |
| 21586201717553291 # | 06-12-2017 | 09:18 | t22 | ZZ - SUPERVISOR'S NOTES |
| 21586201717553291 # | 06-12-2017 | 09:18 | t22 | XX - Session Id#: |
| 21586201717553291 # | 06-12-2017 | 09:18 | t22 | XXTHIS ACCOUNT IS LOCKED, DUE TO THE SECOND PAYMENT BEING IN |
| 21586201717553291 # | 06-12-2017 | 09:18 | t22 | XXCOMPLETE, ONCE THEY MAKE THE SECOND PAYMENT WE CAN EASILY |

| Account | Date | Time | Code | Notes |
|---|---|---|---|---|
| 215862017175532 91 # | 06-12-2017 | 09:18 | t22 | XXMAKE THE REPLACEMENT. |
| 215862017175532 91 # | 06-20-2017 | 00:55 | e | XXInstallment Reject Transferred to Mantec. |
| 215862017175532 91 # | 07-03-2017 | 00:36 | e | XXTRANSFERRED TO SKO BRENNER. C/S PHONE # 866-441-4728 |
| 215862017175532 91 # | 08-03-2017 | 14:18 | F25 | XX - Session Id#: |
| 215862017175532 91 # | 08-03-2017 | 14:18 | F25 | XXCs emailed and asking regarding on her/his replacement cs |
| 215862017175532 91 # | 08-03-2017 | 14:18 | F25 | XXhas 2 issues and 2 different order number .. asked cs to c |
| 215862017175532 91 # | 08-03-2017 | 21:43 | F08 | XXlarify what she was asking for a replacement. F3 |
| 215862017175532 91 # | 08-03-2017 | 21:43 | F08 | XX - Session Id#: |
| 215862017175532 91 # | 08-03-2017 | 21:43 | F08 | XXCS chatted about the replacement. Informed that replacemen |
| 215862017175532 91 # | 08-03-2017 | 21:43 | F08 | XXt was not yet issued due to the remaining balance of her o |
| 215862017175532 91 # | 08-03-2017 | 21:43 | F08 | XXrder. Advised to call SKO Brenner at (800)557-2114 for ass |
| 215862017175532 91 # | 08-03-2017 | 21:43 | F08 | XXistance. |
| 215862017175532 91 # | 09-12-2017 | 19:23 | F20 | XX - Session Id#: |
| 215862017175532 91 # | 09-12-2017 | 19:23 | F20 | XXEmailed that cs asking for a replacement for the inner pot |
| 215862017175532 91 # | 09-12-2017 | 19:23 | F20 | XX that was damaged due to cs unit exploded. Advised to call |
| 215862017175532 91 # | 09-12-2017 | 19:23 | F20 | XX SKO brenner to pay his balance first. |
| 215862016514530 59 # | 12-22-2016 | 15:15 | e | ZZInfo Sent Ord Ack HTML Data Feed  [PPC780/780P  4-00438-06  215862016514530 59  DETROIT  MI  48205  WARRANTY3] |
| 215862016514530 59 # | 12-24-2016 | 01:28 | e | ZZInfo Sent Ship Notice HTML Data Feed |
| 215862016514530 59 # | 12-25-2016 | 22:58 | e | XXEmail Invoice Sent. |
| 215862016514530 59 # | 02-22-2017 | 17:51 | M77 | XXSending Return Instructions (Not Satisfied) Letter |
| 215862016514530 59 # | 02-22-2017 | 17:51 | M77 | XX - Session Id#:25190080 |
| 215862016514530 59 # | 02-22-2017 | 17:51 | M77 | XXCx called to return the product for refund said her husban |
| 215862016514530 59 # | 02-22-2017 | 17:51 | M77 | XXd dont want her to use this because they worried it could |
| 215862016514530 59 # | 02-22-2017 | 17:51 | M77 | XXbe blewed up..sts declined..informed to send back will get |
| 215862016514530 59 # | 02-22-2017 | 17:51 | M77 | XX the merchandise refund less S&H..Alvin |
| 215862016514530 59 # | 02-22-2017 | 17:51 | STS | XXCustomer declined Save the Sale.(1) |
| 215862016514530 59 # | 02-22-2017 | 17:52 | STS | XXCustomer declined a Save the Sale credit of $40.00.(2) |
| 215862016514530 59 # | 02-22-2017 | 17:52 | STS | XXCustomer declined a Save the Sale credit of $60.00.(3) |
| 215862016514530 59 # | 02-22-2017 | 17:52 | STS | XX RMA#: 215862016514530 59 |
| 215862016514530 59 # | 02-22-2017 | 17:54 | M77 | XXRETURN INSTRUCTIONS (NOT SATISFIED) LETTER EMAILED |
| 215862017114521 52 # | 05-16-2017 | 19:19 | M52 | XX - Session Id#:104964940 |
| 215862017114521 52 # | 05-16-2017 | 19:19 | M52 | XX....escalated to sheet to send a manual for the 10qt...kevi |
| 215862017114521 52 # | 05-16-2017 | 19:19 | M52 | XXn |
| 215862017114521 52 # | 05-19-2017 | 08:46 | t75 | XX - Session Id#: |
| 215862017114521 52 # | 05-19-2017 | 08:46 | t75 | XXManual mailed out |
| 215862017114521 52 # | 06-06-2017 | 18:36 | M76 | XX - Session Id#:124968769 |
| 215862017114521 52 # | 06-06-2017 | 18:36 | M76 | XXCustomer informed that due to the legal notice they want t |
| 215862017114521 52 # | 06-06-2017 | 18:36 | M76 | XXo return both the PPC back to us & want the refund.....Inf |
| 215862017114521 52 # | 06-06-2017 | 18:36 | M76 | XXormed 60 days money back guarantee is already over......Cu |
| 215862017114521 52 # | 06-06-2017 | 18:36 | M76 | XXstomer stating about the Lawsuit regarding the same......he |
| 215862017114521 52 # | 06-06-2017 | 18:36 | M76 | XXnce giving option to callback tom. for the CCS dep. or els |
| 215862017114521 52 # | 06-06-2017 | 18:36 | M76 | XXe want to arrange the callback......Customer want herself t |
| 215862017114521 52 # | 06-06-2017 | 18:36 | M76 | XXo callback tom. regarding the same......Victor |
| 215862017114521 52 # | 06-07-2017 | 09:10 | G72 | 60 - UNHAPPY WITH ORDER - NOT SATISFIED |
| 215862017114521 52 # | 06-07-2017 | 09:10 | G72 | XX*SC* 60B - UNHAPPY WITH QUALITY OF MERCHANDISE |
| 215862017114521 52 # | 06-07-2017 | 09:10 | G72 | XX - Session Id#:125349277 |
| 215862017114521 52 # | 06-07-2017 | 09:10 | G72 | XXMs PHILLIPS call to say she want to return her power press |
| 215862017114521 52 # | 06-07-2017 | 09:10 | G72 | XXure cookers because she received a card in the mail from C |
| 215862017114521 52 # | 06-07-2017 | 09:10 | G72 | XXHAPMAN regarding a law suite where the cook was not closed |
| 215862017114521 52 # | 06-07-2017 | 09:10 | G72 | XX properly and it exploded and gave the person 3rd degree |
| 215862017114521 52 # | 06-07-2017 | 09:10 | G72 | XXburnt............please assist her |
| 215862017114521 52 # | 06-07-2017 | 09:19 | t52 | XX - Session Id#: |
| 215862017114521 52 # | 06-07-2017 | 09:19 | t52 | XXThe customer wants to send the product back for a refund. |
| 215862017114521 52 # | 06-07-2017 | 09:19 | t52 | XXShe said she does not feel safe using the product. |
| 215862017114521 52 # | 06-07-2017 | 09:19 | t52 | XXEmail information changed |
| 215862017114521 52 # | 06-07-2017 | 09:19 | t52 | XX - Session Id#: |
| 215862017114521 52 # | 06-07-2017 | 09:19 | t52 | XXPlease see case# 4352 |
| 215862017114521 52 # | 06-12-2017 | 11:09 | G89 | 60 - UNHAPPY WITH ORDER - NOT SATISFIED |
| 215862017114521 52 # | 06-12-2017 | 11:09 | G89 | XX*SC* 60B - UNHAPPY WITH QUALITY OF MERCHANDISE |
| 215862017114521 52 # | 06-12-2017 | 11:09 | G89 | XX - Session Id#:129815491 |

[margin markers: PPC780/780P ; PPC780/780P]

| Session ID | Date | Time | Code | Notes |
|---|---|---|---|---|
| 21586201711452152 # | 06-12-2017 | 11:09 | G89 | XXsw-PHILLIPS,ALBERTA. cci said that she called last week an |
| 21586201711452152 # | 06-12-2017 | 11:09 | G89 | XXd she wanted to return the pressure cooker cci said that s |
| 21586201711452152 # | 06-12-2017 | 11:09 | G89 | XXhe is out of her 60 day money back but she receive a lette |
| 21586201711452152 # | 06-12-2017 | 11:09 | G89 | XXr in the mail about a law suit a number was provided |
| 21586201711452152 # | 06-16-2017 | 11:16 | P98 | XX - Session Id#:134365774 |
| 21586201711452152 # | 06-16-2017 | 11:16 | P98 | XXALBERTA call in because she want to return the ppc (she no |
| 21586201711452152 # | 06-16-2017 | 11:16 | P98 | XXw that she its out of the 60 MBW) she receive a notice tha |
| 21586201711452152 # | 06-16-2017 | 11:16 | P98 | XXt we have a lawsuit and she want to talk with a sup, she a |
| 21586201711452152 # | 06-16-2017 | 11:16 | P98 | XXsk twice proceed to transfer |
| 21586201711452152 # | 06-16-2017 | 11:23 | L76 | ZZ - SUPERVISOR'S NOTES |
| 21586201711452152 # | 06-16-2017 | 11:23 | L76 | XX - Session Id#: |
| 21586201711452152 # | 06-16-2017 | 11:23 | L76 | XX134366247 issue: alberta ci because she wants to return th |
| 21586201711452152 # | 06-16-2017 | 11:23 | L76 | Xe PPC because she receive a law suit letter stating that t |
| 21586201711452152 # | 06-16-2017 | 11:23 | L76 | XXhe PPC is dangerous and she would like to have an exceptio |
| 21586201711452152 # | 06-16-2017 | 11:23 | L76 | XXn for 60 days money back warranty resolution: edu alberta |
| 21586201711452152 # | 06-16-2017 | 11:23 | L76 | XX that according to the system the 60 days warranty policy |
| 21586201711452152 # | 06-16-2017 | 11:23 | L76 | XXhave expire so she won t be abble to send it back and edu |
| 21586201711452152 # | 06-16-2017 | 11:23 | L76 | XXher to call the 9737575400 for a better assistance. |
| 21586201711452152 # | 06-19-2017 | 18:54 | r41 | XXSending Merchandise Return Letter |
| 21586201711452152 # | 06-19-2017 | 18:54 | r41 | ZZ - SUPERVISOR'S NOTES |
| 21586201711452152 # | 06-19-2017 | 18:54 | r41 | XX - Session Id#: |
| 21586201711452152 # | 06-19-2017 | 18:54 | r41 | XXemailed cm and informed she can return and refund items- c |
| 21586201711452152 # | 06-19-2017 | 18:56 | r41 | XXcs, desk 4352 |
| 21586201711452152 # | 07-07-2017 | 16:58 | e | XXMERCHANDISE RETURN LETTER EMAILED |
| 21586201711452152 # | 07-07-2017 | 16:59 | R92 | XXNO ACTION TAKEN ON RETURN. WARRANTY EXPIRED. |
| 21586201711452152 # | 07-07-2017 | 16:59 | R92 | XXRETURN CODE X 33: No Longer Wanted - ITEM# NBPPX8B |
| 21586201711452152 # | 07-07-2017 | 16:59 | R92 | XXRETURN CODE K 33: No Longer Wanted - ITEM# 4-00404-18 |
| 21586201711452152 # | 07-11-2017 | 16:58 | R92 | XXRETURN CODE X 33: No Longer Wanted - ITEM# NBPPX10 |
| 21586201711452152 # | 07-11-2017 | 16:58 | R92 | XXRETURN CODE K 33: No Longer Wanted - ITEM# 4-00418-11 |
| 21586201711452152 # | 07-11-2017 | 16:58 | e | XXNO ACTION TAKEN ON RETURN. WARRANTY EXPIRED. |
| 21586201711452152 # | 07-13-2017 | 16:13 | 725 | ZZVOID ORDER 21586201728402001 FOR THE AMT 357.04 |
| 21586201711452152 # | 09-28-2017 | 11:37 | t41 | 68 - LOOK UP ERROR - ACCESSED WRONG ACCOUNT |
| 21586201711452152 # | 09-28-2017 | 11:37 | t41 | XX - Session Id#: |
| 21586201708141187 # | 02-18-2017 | 13:50 | e | XXORDER ON TEMPORARY HOLD DUE TO ORDER TOTAL EXCEED 21586201708141187  BAY SHORE NY  11706  4-00438-06  4-00443-01  PPC780/780P SHIPSAFE |
| 21586201708141187 # | 06-24-2017 | 15:04 | G38 | 60 - UNHAPPY WITH ORDER - NOT SATISFIED |
| 21586201708141187 # | 06-24-2017 | 15:04 | G38 | XX*SC* 60B - UNHAPPY WITH QUALITY OF MERCHANDISE |
| 21586201708141187 # | 06-24-2017 | 15:04 | G38 | XX - Session Id#:142199374 |
| 21586201708141187 # | 06-24-2017 | 15:04 | G38 | XXSW: VELLECCA,PATRICE called to say that she is not happy w |
| 21586201708141187 # | 06-24-2017 | 15:04 | G38 | XXith her unitsays that hissing at her and wabbles all over |
| 21586201708141187 # | 06-24-2017 | 15:04 | G38 | XXher counter and said that it burns her food... wants to re |
| 21586201708141187 # | 06-24-2017 | 15:04 | G38 | XXturn for a refund, call was transferred to sup for further |
| 21586201708141187 # | 06-24-2017 | 15:04 | G38 | XX assistance. |
| 21586201708141187 # | 06-24-2017 | 15:08 | B18 | ZZ - SUPERVISOR'S NOTES |
| 21586201708141187 # | 06-24-2017 | 15:08 | B18 | XX - Session Id#:142246853 |
| 21586201708141187 # | 06-24-2017 | 15:08 | B18 | XXSPOKE WITH PATRICE BUT SHE IS WAY OUT OF THE REFUND RETURN |
| 21586201708141187 # | 06-24-2017 | 15:08 | B18 | XXHE CALLED BACK. SHE IS SCARED OF COOKER AND WISH TO HAVE A |
| 21586201708141187 # | 06-24-2017 | 15:08 | B18 | XX REFUND PROCESS.....SHE WILL HAVE TO PAY HER OWN SHIPPING |
| 21586201708141187 # | 06-24-2017 | 15:08 | B18 | XXED AND WANTED TO SEND COOKER BACK BECAUSE SHE THINKS IT WI |
| 21586201708141187 # | 06-24-2017 | 15:08 | B18 | XXLL EXPLODE WAS TOLD WE CAN EXCHANGE SAID SHE WANTS HER MON |
| 21586201708141187 # | 06-24-2017 | 15:08 | B18 | XXEY BACK SHE HANGS UP RIGHT AS I WAS ABOUT TO MAKE AN EXCEP |
| 21586201708141187 # | 06-24-2017 | 15:08 | B18 | XXTION AND WAS CALLING HER BUT NO ANSWER. |
| 21586201708141187 # | 06-24-2017 | 15:08 | B18 | ZZ - SUPERVISOR'S NOTES |
| 21586201708141187 # | 06-24-2017 | 15:08 | B18 | XX - Session Id#: |
| 21586201708141187 # | 06-24-2017 | 15:08 | B18 | XXPLEASE HAVE PATRICE SEND HER COOKER BACK FOR REFUND WHEN S |
| 21586201708141187 # | 06-24-2017 | 15:08 | B18 | XXBACK, THE SHIPPING SHE PAID TO GET THIS ISNT REFUNDABLE |
| 21586201708141187 # | 06-26-2017 | 15:18 | P87 | XX - Session Id#:143762964 |
| 21586201708141187 # | 06-26-2017 | 15:18 | P87 | XXPatrice, Cci about getting full refund, Edu customer she w |
| 21586201708141187 # | 06-26-2017 | 15:18 | P87 | XXill be receiving full refund on items on order + proportio |
| 21586201708141187 # | 06-26-2017 | 15:18 | P87 | XXnal amount of taxes, Edu she wont be refunded for P&H and |
| 21586201708141187 # | 06-26-2017 | 15:18 | P87 | XXthat she will have to cover return. She got upset and will |

PPC780/780P

| Account | Date | Time | Code | Notes |
|---|---|---|---|---|
| 215862017081411187 # | 06-26-2017 | 15:18 | P87 | XX file chargeback with AMEX |
| 215862017081411187 # | 06-27-2017 | 18:56 | L82 | XX - Session Id#: |
| 215862017081411187 # | 06-27-2017 | 18:56 | L82 | XX145280253 Patrice called cus she want the refund edu she h |
| 215862017081411187 # | 06-27-2017 | 18:56 | L82 | XXas to pay for the shipping to send it back she got mad and |
| 215862017081411187 # | 06-27-2017 | 18:56 | L82 | XX she will contact American express to get the money back e |
| 215862017081411187 # | 06-27-2017 | 18:56 | L82 | XXdu she will be contact by CCS so we can help her she got m |
| 215862017081411187 # | 06-28-2017 | 18:56 | L82 | XXad and hang up I sent a esc to contact with her |
| 215862017081411187 # | 06-28-2017 | 10:23 | L65 | ZZ - SUPERVISOR'S NOTES |
| 215862017081411187 # | 06-28-2017 | 10:23 | L65 | XX - Session Id#: |
| 215862017081411187 # | 06-28-2017 | 10:23 | L65 | XXEscalated callback- |
| 215862017081411187 # | 06-29-2017 | 10:26 | t04 | CB - CHARGEBACK |
| 215862017081411187 # | 06-29-2017 | 10:26 | t04 | XX*SC* CBF - DOC REQUEST |
| 215862017081411187 # | 06-29-2017 | 10:26 | t04 | XX - Session Id#: |
| 215862017081411187 # | 06-29-2017 | 10:26 | t04 | XXMLA7698 info sent |
| 215862017081411187 # | 06-30-2017 | 09:12 | t04 | CB - CHARGEBACK |
| 215862017081411187 # | 06-30-2017 | 09:12 | t04 | XX*SC* CBF - DOC REQUEST |
| 215862017081411187 # | 06-30-2017 | 09:12 | t04 | XX - Session Id#: |
| 215862017081411187 # | 06-30-2017 | 09:12 | t04 | XX MLA7742 info sent |
| 215862017081411187 # | 07-07-2017 | 09:32 | t04 | CB - CHARGEBACK |
| 215862017081411187 # | 07-07-2017 | 09:32 | t04 | XX*SC* CBF - DOC REQUEST |
| 215862017081411187 # | 07-07-2017 | 09:32 | t04 | XX - Session Id#: |
| 215862017081411187 # | 07-07-2017 | 09:32 | t04 | XX MLA7742 info sent |
| 215862017081411187 # | 07-13-2017 | 10:50 | t04 | CB - CHARGEBACK |
| 215862017081411187 # | 07-13-2017 | 10:50 | t04 | XX*SC* CBF - DOC REQUEST |
| 215862017081411187 # | 07-13-2017 | 10:50 | t04 | XX - Session Id#: |
| 215862017081411187 # | 07-13-2017 | 10:50 | t04 | XX MMF4245 info sent |
| 215862017081411187 # | 07-17-2017 | 15:14 | M72 | 51 - CHECK TRANSACTION STATUS |
| 215862017081411187 # | 07-17-2017 | 15:14 | M72 | XX*SC* 51A - CHECK ORDER STATUS - EXISTING ORDERS |
| 215862017081411187 # | 07-17-2017 | 15:14 | M72 | XX - Session Id#:164219002 |
| 215862017081411187 # | 07-17-2017 | 15:14 | M72 | XXVELLECCA,PATRICE CALLED TO RETURN THE MERCHANDISE...AND T |
| 215862017081411187 # | 07-17-2017 | 15:14 | M72 | XXHE ORDER SHOWS ...CHARGEBACK...HENCE TRANSFERING IT TO THE |
| 215862017081411187 # | 07-17-2017 | 15:14 | M72 | XX CCS FOR FURTHER ASST ....CHARLIE |
| 215862017081411187 # | 07-17-2017 | 16:05 | t49 | ZZ - SUPERVISOR'S NOTES |
| 215862017081411187 # | 07-17-2017 | 16:05 | t49 | XX - Session Id#: |
| 215862017081411187 # | 07-17-2017 | 16:05 | t49 | XXCm called re: incident w/ PPC. Unit bouncing around on the |
| 215862017081411187 # | 07-17-2017 | 16:05 | t49 | XX counter. Cm wants to return for a refund. RT Label emaile |
| 215862017081411187 # | 07-17-2017 | 16:05 | t49 | XXd. Case# 5699. Note: Advised cm to contact financial insti |
| 215862017081411187 # | 07-17-2017 | 16:05 | t49 | XXtution. - CCS |
| 215862017081411187 # | 08-01-2017 | 09:05 | t49 | ZZ - SUPERVISOR'S NOTES |
| 215862017081411187 # | 08-01-2017 | 09:05 | t49 | XX - Session Id#: |
| 215862017081411187 # | 08-01-2017 | 09:05 | t49 | XXReturn received. Emailed about CB. - CCS |
| 215862017081411187 # | 08-01-2017 | 09:05 | t51 | XXRefund entered |
| 215862016383533095 # | 09-21-2016 | 17:24 | e | XXORDER ON TEMPORARY HOLD DUE TO ADDRESS   215862016383533095   MIAMI   FL   33169   PPC780/780P |
| 215862016383533095 # | 09-21-2016 | 18:15 | e | ZZInfo Sent Ord Ack HTML Data Feed |
| 215862016383533095 # | 10-08-2016 | 01:21 | e | ZZInfo Sent Ship Notice HTML Data Feed |
| 215862016383533095 # | 10-12-2016 | 22:48 | e | XXEmail Invoice Sent. |
| 215862016383533095 # | 01-03-2018 | 13:17 | G72 | 60 - UNHAPPY WITH ORDER - NOT SATISFIED |
| 215862016383533095 # | 01-03-2018 | 13:17 | G72 | XX*SC* 60B - UNHAPPY WITH QUALITY OF MERCHANDISE |
| 215862016383533095 # | 01-03-2018 | 13:17 | G72 | XX - Session Id#:343458351 |
| 215862016383533095 # | 01-03-2018 | 13:17 | G72 | XXEVERETT,ALLISON CALL TO say she was using her cook and the |
| 215862016383533095 # | 01-03-2018 | 13:17 | G72 | XX hear an loud sound as if pressure was escaping and the co |
| 215862016383533095 # | 01-03-2018 | 13:17 | G72 | XXoker was going explode .......the cooker did not explode an |
| 215862016383533095 # | 01-03-2018 | 13:17 | G72 | XXd  her pressure valve and float valve work fine ......... |
| 215862016383533095 # | 01-03-2018 | 13:17 | G72 | XX.she is not comfortable using back the cooker .....explain |
| 215862016383533095 # | 01-03-2018 | 13:17 | G72 | XX to her she can return it with a check of $24.99 but she |
| 215862016383533095 # | 01-03-2018 | 13:17 | G72 | XXrefuse  pay that amount and P&H to return it herself ...sh |
| 215862016383533095 # | 01-03-2018 | 13:17 | G72 | XXe request to speak with sup |
| 215862016383533095 # | 01-03-2018 | 13:38 | L27 | ZZ - SUPERVISOR'S NOTES |
| 215862016383533095 # | 01-03-2018 | 13:38 | L27 | 60 - UNHAPPY WITH ORDER - NOT SATISFIED |
| 215862016383533095 # | 01-03-2018 | 13:38 | L27 | XX*SC* 60G - UNHAPPY WITH ORDER- INCIDENT REPORT |

| Account | Date | Time | Code | Note |
|---|---|---|---|---|
| 2158620163835309S # | 01-03-2018 | 13:38 | L27 | XX - Session Id#: 343459664 |
| 2158620163835309S # | 01-03-2018 | 13:38 | L27 | XXAllison called in because she was using her PPC and out of |
| 2158620163835309S # | 01-03-2018 | 13:38 | L27 | XX a sudden a lot a steam started to come out of unit and sh |
| 2158620163835309S # | 01-03-2018 | 13:38 | L27 | XXe tough it was about to explode and ran away from kitchen |
| 2158620163835309S # | 01-03-2018 | 13:38 | L27 | XXshe said she could have been injured badly, she states tha |
| 2158620163835309S # | 01-03-2018 | 13:38 | L27 | XXt she is afraid to use it and wants her unit to be taken c |
| 2158620163835309S # | 01-03-2018 | 14:50 | L65 | XXare of. Transfer to CCS for further assistance. |
| 2158620163835309S # | 01-03-2018 | 14:50 | L65 | 68 - LOOK UP ERROR - ACCESSED WRONG ACCOUNT |
| 2158620163835309S # | 01-03-2018 | 16:14 | t52 | XX - Session Id#: |
| 2158620163835309S # | 01-03-2018 | 16:14 | t52 | ZZ - SUPERVISOR'S NOTES |
| 2158620163835309S # | 01-03-2018 | 16:14 | t52 | XX - Session Id#: |
| 2158620163835309S # | 01-03-2018 | 16:14 | t52 | XXTransfer to CCS. Cm called re: Random steam release. CASE |
| 2158620163835309S # | 01-03-2018 | 16:14 | t52 | XX#13473 |
| 2158620163835309S # | 01-04-2018 | 16:01 | L59 | ZZ - SUPERVISOR'S NOTES |
| 2158620163835309S # | 01-04-2018 | 16:01 | L59 | XX - Session Id#: |
| 2158620163835309S # | 01-04-2018 | 16:01 | L59 | XXAccount accessed by QA |
| 2158620163835309S # | 02-15-2018 | 12:29 | M79 | 51 - CHECK TRANSACTION STATUS |
| 2158620163835309S # | 02-15-2018 | 12:29 | M79 | XX*SC* 51D - CHECK STATUS OF REPLACEMENT |
| 2158620163835309S # | 02-15-2018 | 12:29 | M79 | XX - Session Id#: 392600768 |
| 2158620163835309S # | 02-15-2018 | 12:29 | M79 | XXEVERETT,ALLISON called and inquired abt the status of the |
| 2158620163835309S # | 02-15-2018 | 12:29 | M79 | XX Replacement .....as she already sent the PPC back to us w |
| 2158620163835309S # | 02-15-2018 | 12:29 | M79 | XXhich she sent back to us through fedex..as Pick up was arr |
| 2158620163835309S # | 02-15-2018 | 12:29 | M79 | XXnged by CCS and the tracking#.790760700505 shows it was de |
| 2158620163835309S # | 02-15-2018 | 12:29 | M79 | XXlivered on Jan 25th 2018.as discussed with SUP.Transferred |
| 2158620163835309S # | 03-06-2018 | 12:35 | M79 | XX the call to CCS for further assistance..brian |
| 2158620163835309S # | 03-06-2018 | 12:35 | M79 | 68 - LOOK UP ERROR - ACCESSED WRONG ACCOUNT |
| 2158620163835309S # | 03-06-2018 | 12:35 | M79 | XX - Session Id#: 413997505 |
| 2158620163835309S # | 03-06-2018 | 12:35 | M79 | XX. |
| 2158620155125325O # | 02-05-2016 | 18:15 | G90 | 51 - CHECK TRANSACTION STATUS  |  21586201551253250  WOODLAN CA  95695  PPC780/780P  WARRANTY6  4-00367-9001 VOE01 |
| 2158620155125325O # | 02-05-2016 | 18:15 | G90 | XX*SC* 51A - CHECK ORDER STATUS - EXISTING ORDERS |
| 2158620155125325O # | 02-05-2016 | 18:15 | G90 | XXcustomer called to speak somone in the parts department be |
| 2158620155125325O # | 02-09-2016 | 15:16 | L30 | XXcause the cooker blew up her socket.. |
| 2158620155125325O # | 02-09-2016 | 15:16 | L30 | ZZ - SUPERVISOR'S NOTES |
| 2158620155125325O # | 02-09-2016 | 15:16 | L30 | XXESC INFO. WHEN PPC BLOW UP WE TRANSFER TO PARTS / ESCALATI |
| 2158620180342706S # | 02-14-2018 | 17:21 | G71 | XXONS  |  21586201803427065  YOUNGSTO OH  44515  4-00438-9006  PPC780/780P |
| 2158620180342706S # | 02-14-2018 | 17:21 | G71 | 65 - QUESTIONS ABOUT PRODUCT/OFFER/WEBSITE |
| 2158620180342706S # | 02-14-2018 | 17:21 | G71 | XX*SC* 65E - QUESTIONS ABOUT SIZE OR PRODUCT |
| 2158620180342706S # | 02-14-2018 | 17:21 | G71 | XX - Session Id#:391730044 |
| 2158620180342706S # | 02-14-2018 | 17:21 | G71 | XXPATRICK called to get float valve with seal,cus was transf |
| 2158620180342706S # | 02-14-2018 | 17:27 | G58 | XXerred |
| 2158620180342706S # | 02-14-2018 | 17:27 | G58 | XX - Session Id#:391730841 |
| 2158620180342706S # | 02-14-2018 | 17:27 | G58 | XXHUGHES,PATRICK said the float valve blew out and got los |
| 2158620180342706S # | 02-14-2018 | 17:27 | G58 | XXt. Want replacement. Please send replacement of float valv |
| 2158620180342706S # | 02-17-2018 | 09:26 | G75 | XXae |
| 2158620180342706S # | 02-17-2018 | 09:26 | G75 | XXAdditional Replacement Item(s) Requested |