Ex. H – Video of Dr. Eshraghi Test