### 8.2 Secondary or emergency relief devices

8.2.1 Under conditions described in 7.5 and with the primary pressure-relief valve opening plugged, the secondary or emergency relief device or arrangement shall effectively operate to limit pressure in the vessel to not more than 40 percent of the pressure obtained in the Hydrostatic Strength Test, Section 11.

8.2.1 revised June 16, 2009

8.2.2 Each size and type of pressure vessel is to be tested with at least two samples of the emergency relief device or the device used to relieve excessive pressures.

*Exception: When a series of pressure cookers is to be investigated in which the body height is the only difference, two representative samples of the largest size cooker shall be tested.*

8.2.2 revised June 16, 2009

8.2.3 The sample to be tested is to be equipped with a calibrated pressure-indicating device. The test is to be conducted in the manner described in 7.5.

8.2.3 revised June 16, 2010

8.2.4 The application of heat is to be continued until the relief valve has fully opened.

8.2.4 added June 16, 2010

8.2.5 The secondary or emergency relief pressure is to be the highest of those pressures occurring in the test of at least two of the same secondary or emergency relief devices. If the secondary or emergency relief device pressures of two or more devices being tested vary from one sample device to another by more than 10 percent, the total number of samples tested is to be increased to six. The maximum pressure is to be the highest observed during the testing of the six samples. In such a case, the lowest pressure of any of the six samples is to be at least 85 percent of the maximum pressure determined by the above procedure.

8.2.5 added June 16, 2010

### 9 Cover Opening Test

9.1 An ordinary user shall not be capable of manually defeating the holding action of the clamping device when the pressure in the cooker reaches a value that creates a risk of injury to persons. The propelling of a loosened cover and the escape of steam or hot water are examples of this risk.

9.1 revised June 16, 2010

9.2 One sample of each size and type of cooker is to be subjected to this test. The pressure cooker shall be opened as described in the manufacturer's instruction manual. The sample to be tested is to be equipped with a calibrated pressure-indicating device as described in 7.4.

*Exception: When a series of pressure cookers is to be investigated in which the body height is the only difference, one representative sample of any size cooker shall be tested.*

9.2 revised June 16, 2009

9.3 When the cover is secured by a twist-lock arrangement requiring a rotating force exerted between the vessel and its cover, the vessel is to be clamped so as to be held stationary. The outermost point of any cover or cover handle is to be attached by a suitable means (such as a spring scale, calibrated weights) to 100 pounds (45.4 kg). The arrangement shall provide the application of a line of force of 100 pounds (445 N), maintained at 90 degrees to the handle point of attachment The test is to be conducted in a chamber, or a remote or protected location.

Revised 9.3 effective February 11, 2013

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL

SPI 000065



9.3.1 Care needs to be given when attaching the load so that the handles are kept in the normal operating position as the load is applied. The attachment to the handle is to be done by a cord, rope, cable, adapter on the handle, hole drilled through the handle or other means as long as the load is attached to the outermost point.

Added 9.3.1 effective February 11, 2013

9.4 If the cover is secured by a clamping device requiring manual turning or manipulation of a threaded part or other mechanism, it shall be constructed so that the intended manual operation of the mechanism does not result in risk of injury to persons.

9.4 revised June 16, 2010

9.5 The sample cooker is to be half filled with water and heated with cover in place and in the closed position until the maximum operating pressure is attained. If the pressure cooker is provided with a mechanical locking device (e.g. a locking pin) that prevents the opening of the cover under pressure, then the source of heat may be turned off as soon as the activation of the locking device can be detected.

9.5 revised June 16, 2009

9.6 When the force is being applied with a pull of 100 pounds (445 N), the force is to be applied gradually so that there will be no sudden application of force or jerking during the test. The force is to be maintained while the pressure in the vessel is to be gradually reduced until the cover rotates to the unlocked position or the pressure reduces to zero psig. Freeing of a cover to rotate shall not result in any displacement of the cover or escape of steam or water that would result in a risk of injury to persons. The 100 pounds is to be carefully applied so that the weight does not touch a supporting surface before the lid fully rotates to the unlocked position. If the handle breaks while the 100 pounds (445 N) is applied, the results are considered nonconforming and the test is stopped.

Revised 9.6 effective February 11, 2013

9.7 When the cover is secured by a clamping device requiring manual turning or manipulation of a threaded part or other mechanism, the action is to be performed as rapidly as possible. As a result of this manipulation, the pressure in the vessel is to be reduced automatically to zero prior to the time required by the operator to remove the means for clamping the cover to its vessel. During the period of manipulation, there shall not be a displacement of the cover or escape of steam or water that would result in a risk of injury to persons.

Revised 9.7 effective February 11, 2013

9.8 If the pressure cooker is provided with a mechanical locking device (e.g. a locking pin) that prevents the opening of the cover under pressure, it shall not be defeated during the cover opening test.

9.8 added June 16, 2009

9.9 While conducting the cover opening test, the pressure within the cooker may be reduced by following the instructions in the instruction manual, lifting the primary relief device, having a fan blow air onto it or any other method as long as the safety features of the cooker are not defeated causing the cover to open.

9.9 added June 16, 2009

UL COPYRIGHTED MATERIAL –
NOT AUTHORIZED FOR FURTHER REPRODUCTION OR
DISTRIBUTION WITHOUT PERMISSION FROM UL