

FUSION ENGINEERING
1804 CENTRE POINT CIRCLE
SUITE 112
NAPERVILLE, IL 60563
WWW.FUSIONENG.COM | 630-466-4065

June 28, 2023


Via e-mail: Thubert@goldbergsegalla.com

Thaddeus Hubert, IV , Esq.
301 Carnegie Center Drive, Suite 200
Princeton, NJ 08540 6587


Subject:   Copeland v Tristar
           Fusion Engineering Project No. 11942

Dear Mr. Hubert:

Per your request, Fusion Engineering ("Fusion") has performed an analysis of the July 18, 2020, incident involving the injury of Mr. Edward Copeland, who was injured in his home on July 18, 2020, while he was using his pressure cooker.  Fusion was asked to examine the available information, review case documents, and to perform analysis regarding the pressure cooker in relation to Mr. and Mrs. Copeland's injuries.

This letter report presents Fusion's findings to date. All opinions in this report are stated to a reasonable degree of engineering certainty based on the information available at this time.

## Background

On July 18, 2020, Mr. Copeland and his wife were cooking chuck roast in their Tristar "Power Pressure Cooker XL model PPC-780" pressure cooker (the "pressure cooker"). They had owned the pressure cooker for approximately 4 years at the time of the injury and they had used it 40 to 50 times previously.  According to the Plaintiff's Responses to Requests for Admissions, after the cook cycle for the chuck roast was completed, the pressure cooker was vented and the float valve dropped before the pressure cooker was opened.  According to the complaint "…as soon as he [Mr. Copeland] moved the lid, the contents explosively expelled onto both Mr. and Mrs. Copeland."  Mr. Copeland sought medical care two days later for burn injuries to both arms, his chest, his left hand, and portions of his face.  Mrs. Copeland also sought medical care and her testimony indicates that she was burned on her chest, face, hands, and abdomen.

Exhibit G

June 28, 2023
Page 2

# Materials Received

1. Summons and Complaint
2. Edward Copeland's Responses to Interrogatories
3. Edward Copelands' Responses to Requests for Admissions
4. Edward Copeland's Responses to Requests for Production of Documents
5. Plaintiff's rule 26 disclosure of experts
6. E. Copeland Medical Records
   1) ACS Primary bill.pdf
   2) Anesthesia Consultants of Augusta billing statement to client.pdf
   3) Anesthesia Consultants of GA billing 7.21.20 to present.PDF
   4) Coast to Coast Med Transport cert trip report & bills.pdf
   5) Doctors Hosp bill (via fax 1 of 2).pdf
   6) Doctors Hosp bill (via fax 2 of 2).pdf
   7) Doctors Hospital bills.pdf
   8) Doctors Hospital recs 7.20.20-7.23.20.pdf
   9) Doctors Hospital recs.pdf
   10) Hospital Physician Services SE bills.pdf
   11) Houston County ER Group bill.pdf
   12) Perry Hospital bills.pdf
   13) Perry Hospital cert med recs.pdf
   14) Pharmacy billing recs - E Copeland.PDF
   15) Still Burn Ctr physician bills.pdf
   16) Anesthesia Consultants of GA billing 7.21.20 to present.PDF
   17) Coast to Coast Med Transport cert report & bill for DOS 7.20.20 to present.PDF
   18) DH bills.PDF
   19) Doctors Hospital recs 7.20.20-7.23.20 07.30.20 08.06.20 08.24.20 & 09.22.20.PDF
   20) HCEG bill E Copeland.PDF
   21) Hospital Physician Services SE bills only.PDF
   22) Manual for Power Pressure Cooker XL (Model #PPC780).PDF
   23) Perry Hospital bills 7.20.20 to present.PDF
   24) Perry Hospital cert med recs.PDF
   25) Pharmacy billing recs - E Copeland.PDF
   26) Still Burn Ctr physician bills 7.20.20 to present.PDF
7. 66 jpg/png photos
8. Deposition of Sheryl Copeland and exhibits
9. S. Copeland injury photos (32)
10. S. Copeland Medical records:
    1) Doctors Hospital bills.pdf
    2) Doctors Hospital recs.pdf



June 28, 2023
Page 3

       3)  Still Burn Center physician bills.pdf
       4)  Dr Lomboy bills.pdf
       5)  Dr Lomboy med recs.pdf
       6)  Houston County ER Group bill.pdf
       7)  Perry Hosp bills dos 7.20.20 and 10.20.20 to 10.23.20.pdf
       8)  Perry Hospital 08.03.2020.pdf
       9)  Perry Hospital billing for DOS 08.03.2020.pdf
      10) Perry Hospital bills.pdf
      11) Perry Hospital cert med recs.pdf
      12) Perry Hospital recs.pdf
    11. Pharmacy billing recs - S Copeland.PDF
    12. Manual for Power Pressure Cooker XL (Model #PPC780).PDF
    13. Sheryl Copeland's Resps to Interrogatories.PDF
    14. Sheryl Copeland's Resps to RPDs.PDF

I traveled to Aliso Viejo, California to the home of Dr. Eshraghi where I was able to review the incident pressure cooker on May 2, 2023.  Based on the shipping label in the pressure cooker, it had originally been shipped to John Pratt by UPS from Reynolds, Horne & Survant in Macon, Georgia. It is unknown if John Pratt performed any testing on the pressure cooker before transferring possession to Dr. Eshraghi.  In addition to the review and testing of the incident unit, I also performed testing on an exemplar at Fusion's facility. The tests were photodocumented and/or video recorded.



June 28, 2023
Page 4



Figure 1. Image of the incident Power Pressure Cooker XL PPC780.

## Pressure Cooker Functionality

The pressure cooker has a three-piece design, which includes the following primary components: a base, a pot, and a lid. See Figure 2. The base contains the electronics, heating element and a set of metal locking tabs. The pot fits inside of the base. The lid has an internal circumferential gasket, two valves, and a set of metal locking tabs. The base has two small handles, while the lid has one handle across the center. The circumferential gasket in the lid makes a seal with the pot, while the locking tabs on the lid interface with locking tabs on the base to keep the lid on the base while cooking under pressure. The pot is supported from below by the heating element.

The cooker can heat both with and without the lid on the device; the lid can have several states: off, on and open; on and fully closed; and on and partially closed. The lid becomes fully closed through a rotation of the lid after it has been placed on the base in the open position. In the partially closed state, the locking tabs on the lid and base have partial overlap, and the float valve is mechanically confined to its open position. There is a label on one of the handles of the base that indicates full closure when the locking pin that protrudes from the side of the lid aligns with the word "lock" on the label. See figure 3.



June 28, 2023
Page 5



Figure 2. Excerpt from the Power Pressure Cooker XL PPC780 adopted from the Power Pressure Cooker XL Owner's Manual for the PPC780 showing the components of the pressure cooker.



June 28, 2023
Page 6











Figure 3.  Top views of a PPC780.  **Top left:** Excerpt from the Power Pressure Cooker XL PPC780 adopted from the Power Pressure cooker XL Owner's Manual for the PPC780 showing the lid in the open position. The curved arrow indicates the direction of rotation required to close the lid. **Bottom left:** Text on an exemplar lid and base. The handle has a graphic indicating the appropriate open-close directions. **Right top**: lid in the on and open position. **Right bottom**: Incident unit in the fully closed position.



June 28, 2023
Page 7



Figure 4. **Left:** close-up of the float valve and silicone gasket taken from the owner's manual (left) and the exemplar (inset) that are shown from the lid underside. **Right top:** the incident pressure cooker lid underside showing the float valve and manual release valve. **Right bottom:** the incident lid with the disc-shaped screen in place covering the valves.

There are four mechanical safety mechanisms incorporated into the pressure cooker. There are two independent valves in the lid, a valve and lid locking mechanism in the lid, and there is an overpressure relief mechanism that allows the inner pot to break the lid seal should the other safeties fail. In addition to the mechanical safeties, there are sensors and other switches in the pressure cooker that monitor and regulate the temperature.

The two valves described above serve different purposes. The first valve is called the float valve. The float valve is open when the unit is not under pressure, remaining open through its own weight. When it is open, it is also referred to as being in the down position. The float valve closes automatically by the action of the steam pressurizing the pressure cooker. When the internal pressure of the pressure cooker is sufficient to overcome the weight of the valve and attached silicone gasket, the float valve rises up and seals against the underside of the lid via the silicone gasket. The float valve remains in the up, or closed, position until the internal pressure abates and it opens by falling to the down, or open, position by its own weight. The instructions on the lid state that "Once the Floating Valve has dropped, the Lid may be removed." See Figure 4.

The second valve, called the release valve, is normally closed, unlike the float valve, and remains closed through its own weight unless the user rotates it to the open position. Because this valve remains closed through its own weight, it can automatically relieve internal pressure by getting



June 28, 2023
Page 8

pushed open without user interaction if the pressure inside the pressure cooker becomes great enough.

The lid in this pressure cooker has a disc shaped screen that covers all of the valves and the majority of the inside of the lid.  There is a silicone circumferential gasket around the edge of this screen that serves to maintain the seal between the pot and the lid during cooking.  The screen is perforated, and its primary purpose is to resist the valves from becoming clogged during cooking. See figure 4.



Figure 5. Simplified graphic indicating the relationship of the components within the lid and the base in the on and fully open position shown from the top down (left).  On the right is a side view showing the relationship between the cam and cam follower components (i.e. pin, spring, plate, and float valve w/gasket) when the lid is in the partially closed position (right-bottom) and when it is in the fully opened/closed position (right – top).

1804 CENTRE POINT CIRCLE, SUITE 112, NAPERVILLE, IL 60563

WWW.FUSIONENG.COM | 630-466-4065



June 28, 2023
Page 9

When the lid is in the partially closed state, the pressure cooker lid has a safety mechanism intended to prevent the pressure cooker from becoming fully pressurized. The safety mechanism uses a spring biased cam and cam follower mechanism to actuate. The follower, comprised of a pin and plate, rides on the locking tab on the base that functions as the cam so that the rotation of the lid from open to closed automatically causes the plate to interfere with the closing action of the float valve, allowing pressure to vent through a small hole in the float valve itself. When in the open and fully closed position, the plate does not interfere with the closing action of the float valve. See figures 4 and 5.

When the lid is in the fully closed position, and pressure has closed the float valve, the float valve then interferes with the cam follower's ability to move around the locking tab. This configuration is intended to resist the inadvertent rotation of the pressure cooker lid from closed to open when there is pressure remaining in the pressure cooker. At cooking pressures, the substantial clamping force between the lid and the base generated by the internal pressure is sufficient to resist inadvertent rotation of the lid through friction alone. See Figure 5.

To operate the pressure cooker, the user plugs in the unit and selects the cooking mode by pressing the corresponding button on the control panel, then by repeatedly pressing the "time adjust" button or the appropriate cooking mode button, the cook timer will incrementally increase, wrapping back to the minimum when it passes the maximum value. Once the cooking mode and time have been set as desired, the control panel and display work together to indicate the state of the device. When the unit achieves the designated pressure, the four (4), 7 segment LEDs change to show a timer that begins to count down.

The meat cooking mode, when the medium time setting is selected, causes the pressure cooker to cook under pressure for 40 minutes before beeping and entering the keep warm mode.

## Mr. Copeland's Injury Narrative and Medical Records

According to the Plaintiff's Responses to Interrogatories, the pressure cooker was purchased in 2016. The Copelands had used the pressure cooker 40 to 50 times prior to the incident. Mr. Copeland stated in the Responses to Interrogatories that he had thoroughly read the Owner's Manual prior to the injury. On the day of the injury, they were preparing a boneless chuck roast that included a quartered onion, seasoning, approximately 1 quart of beef broth, and water which was added to just below the fill line in the pot of the pressure cooker. The pressure cooker was placed in the meat setting and adjusted to medium, after which the pressure cooker performed a cooking cycle for 40-45 minutes. At the completion of the cook cycle, the pressure cooker was allowed to sit for 45-60 more minutes. At this time, Mr. Copeland actuated the pressure valve to release any remaining internal pressure, and no steam was observed. According to the Interrogatory, Mr. Copland viewed the side of the pressure cooker to determine if the safety pin



June 28, 2023
Page 10

was visible. The safety pin was not visible so he proceeded to remove the lid of the pressure cooker. When he turned the pressure cooker lid in the opening direction the contents came out of the pressure cooker.

According to the Interrogatories, the pressure cooker was on the kitchen counter at the time of the injury.

According to the Responses to Requests for Admissions, the pressure cooker had been maintained and cleaned in accordance with the Owner's manual. At the time of the injury, the gaskets and screen in the lid were installed as directed and the contents of the pressure cooker were below the maximum fill line.  Prior to the initiation of the cook cycle, Mr. Copeland admitted that lid was placed on the pressure cooker in accordance with the Owner's Manual and that after the cook cycle he turned the pressure release valve to release pressure before attempting to open the pressure cooker.  Mr. Copeland admitted that he waited until the float valve to drop before attempting to open the pressure cooker.

Mr. Copeland's medical records from Doctors Hospital in Augusta Georgia, where he was admitted on July 20, 2020, show him as 59 years old.  The medical records indicate the injury occurred on July 18, 2020.


## Testimony and Medical Records of Sheryl Copeland

After having owned a Presto stovetop pressure cooker from approximately 1985 to early 2000s (S. Copeland @ 16, 18) and Mrs. Copland's family had a Presto while she was growing up (S. Copeland @ 19).  Mrs. Copeland knew when the Presto was depressurized because there was a jigger on top and if there was no steam coming out when you jiggled it, then it was depressurized (S. Copeland @ 19).

The Copeland's purchased their PPC 780 from the Power XL website in 2016 (S. Copeland @ 15). According to her testimony, she and her husband read the manual for it (S. Copeland @ 23). She used their PPC 780 less than once a month to make roast, stew (S. Copeland @ 17).  Mrs. Copeland testified that she understood the instructions and that there was nothing that seemed different or unusual about the pressure cooker based on her experience (S. Copeland @ 23-24). Over the course of owning it, it was used 40 to 50 times by the Copelands, a little less than once a month with more usage in the cooler months (S. Copeland @ 24-25).  Mrs. Copeland understood how to remove the lid liner to clean it, and she understood how to put it back in the lid in the correct orientation (S. Copeland @ 25-26). Her usual cleaning of the unit also included removal of the manual release valve to clean it (S. Copeland @ 92).  She knew and understood that the pressure cooker used pressure and can be hazardous if forced open (S. Copeland @ 90-91).



June 28, 2023
Page 11

In her deposition Mrs. Copeland demonstrated on an exemplar how she closed the lid using just her fingers of one hand to rotate the lid closed (S. Copeland @ 30, 32). According to her testimony, her usual protocol for cooking involved putting the lid on, rotating to the locked position, and then pressing the cook button and then use cook time setting button to change to medium or high. (S. Copeland @ 31) Mrs. Copeland testified that she would do this while standing at her counter (S. Copeland @ 32). Mrs. Copeland testified that she would always unplug it after it completed the cook cycle; an old habit from her Presto stove top model (S. Copeland @ 34) and the first thing they would do before opening the lid was to open up the valve to let out any leftover steam, which would be audible and visible when it exited (S. Copeland @ 35-36). After that, she could open the lid easily (S. Copeland @ 37).

The recipe Mrs. Copeland cooked the day of the incident was 4.5 pounds of roast, a quartered onion, salt, pepper, Italian seasoning, a carton of beef broth, and then filling it with water to approximately one inch below the maximum fill line (S. Copeland @ 30, 39-40). She used the clean pressure cooker on her kitchen counter (S. Copeland @ 44, 92). The lid was not difficult to put on and she could see that it was in the locked position before she set the pressure cooker to the meat mode using the medium time setting (S. Copeland @ 31, 41). While the pressure cooker was heating/cooking, she went and watched Netflix with Mr. Copeland; when she heard the pressure cooker beep she went and unplugged it and then went back to watching Netflix (S. Copeland @ 42). After approximately forty-five minutes both Mr. and Mrs. Copeland went to the pressure cooker on the kitchen counter, checking the release valve (S. Copeland @ 43, 46-47).

When they knew there was no more pressure in the pressure cooker Mr. Copeland opened the pressure cooker while she was standing at the left side of the sink, kind of facing him (S. Copeland @ 47-48). Mr. Copeland was standing in front of the pressure cooker, and he was close enough to her that she could easily touch him (S. Copeland @ 48-49). Mrs. Copeland testified that she was not touching the pressure cooker or holding it; she does not exactly recall what she was doing with her hands (S. Copeland @ 49). Mrs. Copeland does not believe that Mr. Copeland had his left hand on the pressure cooker (S. Copeland @ 52).

She said that Mr. Copeland knew not to force the pressure cooker open (S. Copeland @ 52). According to her testimony, Mr. Copeland turned the valve and nothing came out; he then waited a moment. Then, with his only his right hand grasping the lid, he barely turned the lid, which turned freely and came off (S. Copeland @ 50-51, 52, 53). The lid came out of Mr. Copeland's hand and went up while the contents of the pot came out and contacted both of them (S. Copeland @ 54).

Mrs. Copeland was contacted by the contents on her right temple, her hands, abdomen, but mostly her breasts (S. Copeland @ 54). Her thumb was not burned, although all her fingers were (S. Copeland @ 72). She testified that nothing contacted her below the waist and that there was a wet mark on the ceiling; the roast came out onto the floor and countertop (S. Copeland @ 57).



June 28, 2023
Page 12

They ran to the shower to arrest the burns and afterward the uncleaned pressure cooker was placed in the kitchen sink (S. Copeland @ 59, 61).

Mrs. Copeland described Mr. Copeland's injured areas as to above the lip, the lips, chin, under the chin, his arms, chest and stomach below the navel (S. Copeland @ 65).

Neither of the Copeland's cleaned the pressure cooker after the accident (S. Copeland @ 62). She put it in a garbage bag later in the week (S. Copeland @ 75). The pressure cooker was not ever cleaned before it was delivered to her attorney and it was in the same condition as when it first went into her sink (S. Copeland @ 86-87).

According to her interrogatories, Mrs. Copeland is 5'4" tall and weighs 270 pounds.

Mrs. Copeland's medical records show that she was initially treated for her burns on July 21st of 2020. Her admission assessment at Doctors Hospital of Augusta lists her age as 56 years, her height at 5'4" and her weight at 282 pounds. Dr. Shawn Fagan assessed her injuries that day as partial-thickness in all areas where they identified burns: face and neck, torso, bilateral upper extremities and hands.

## Anthropometry and Geometry

Mr. Copeland's injuries cover portions of his chest, portions of both arms, portions of his face and neck and portions of his hands. Photographs and medical records were provided in support of these injuries.

In an effort to map Mr. Copeland's injuries, a computer model surrogate was constructed that corresponds to his stature (5' 10", 263 lbs) as found in the medical records produced for July 2020. See figure 5.

Mrs. Copeland's injuries cover portions of her chest, portions of both arms, portions of her face and neck and portions of her hands. Photographs and medical records were provided in support of these injuries.

In an effort to map Mrs. Copeland's injuries, a computer model surrogate was constructed that corresponds to his stature (5' 4", 284 lbs) as found in the medical records produced. See figure 6.



June 28, 2023
Page 13



Figure 5. Simplified graphic indicating the approximate locations of the burns sustained by Mr. Copeland. A photograph was provided of the Copeland kitchen, and the pressure cooker was on the countertop at the time of the injury.



June 28, 2023
Page 14



Figure 6. Simplified graphic indicating the approximate locations of the burns sustained by Mrs. Copeland as found in her photographs. A photograph was provided of the Copeland kitchen, and the pressure cooker was on the countertop at the time of the injury. Mrs. Copeland's photos were not clear regarding injuries to her abdomen, and right and left hands as indicated in the medical records and testimony.

## Incident Pressure Cooker

I reviewed the incident pressure cooker at the home of Dr. Eshraghi. I was able to confirm during this review that the pressure cooker's locking mechanism had been forcefully overcome at least once with evidence that it had been attempted to be overcome in at least one other incidence. The damage observed on the locking tab provided this evidence, see figure 7.  While examining the pressure cooker Dr. Eshraghi commented to me that he also recognized the damage on the locking tab to be evidence of opening the lid with the lock engaged.  Upon review of the valve in the lid, I confirmed that neither of the valves in the lid were clogged, nor did they contain any foreign material within them. I also confirmed that the float valve was able to move freely. The float valve of the incident unit also showed scoring and damage, indicating that it had been



June 28, 2023
Page 15

subject to at least three forceful opening attempts, but I am not able to discern which one(s) of the attempts were successful. See figure 7.

While reviewing the lid, I also measured the excursion of the locking pin from fully retracted to fully extended/abutting the raised float valve. The fully retracted dimension was 0.27 inches, while the fully extended dimension was 0.10 inches, as measured from the inner surface of the lid.

Due to limitations in the equipment available, Dr. Eshraghi and myself were unable to follow the protocol agreed on, and, instead overcame the locking mechanism by rotating the lid of the pressure cooker to an intermediate position while it was under pressure from internal heat. A small key was used to prevent the lid from rotating to all the way to the on and open position, keeping it from coming off completely. Dr. Eshraghi performed tests using a torque wrench to exert the opening forces on the lid, just after the internal pressure raised the float valve, a condition that is not consistent with cooking pressures within the unit. I also performed testing using a force gauge attached to a strap wrench while the pressure cooker was at approximately the same, low, internal pressure.

The forces exerted using the strap wrench were exerted tangentially to the lid at a distance of 8¼ inches from the edge of the lid in the radial direction, while the radius of the lid is 5.6 inches.

The torque wrench method exerted approximately 18.7 foot-pounds of torque to overcome the lock, equivalent to 39.9 pounds of tangential force applied to the lid edge. The strap wrench method yielded a force of 18.0 pounds of tangential force applied to the strap wrench to overcome the lock, equivalent to 44.4 pounds of tangential force applied at the lid edge when accounting for the mechanical advantage afforded by the strap wrench.

The strap wrench method of applying force to the lid is more consistent with the methodology outlined within UL136 since it is also involves applying a tangential force, which is visibly observable at the force gauge/wrench interface. The only difference in this technique as compared to the standard is that the strap wrench provides mechanical advantage, whereas the torque wrench may impart other forces to the lid and the directions of these other forces are not observable.



June 28, 2023
Page 16



Figure 7. Photos of the incident pressure cooker prior to joint testing.  Top, middle: photos of the locking tab with witness marks indicated by red arrows. Bottom: float valve with witness marks indicated by red arrows, the witness marks on the large end of the float valve are caused by contact with the locking plate when opening/attempting to open the lid with the lock engaged.



June 28, 2023
Page 17

# Exemplar Pressure Cooker

Fusion was able to acquire a used PPC 780 on Ebay. No new units were located to use as an exemplar. This unit arrived at Fusion and was photographed, measured, and tested.



Figure 8. The as-received condition of the exemplar pressure cooker acquired by Fusion.

## Exemplar Testing

Testing was performed on the exemplar pressure cooker in a similar way as the incident unit, however, it was pressurized with regulated compressed air with cold water inside it. With the regulated air, pressure was set to fixed levels, and the forces required to overcome the lock at several low pressure levels was recorded. Additionally, after these tests were performed, an exact UL 136 test was performed, where a 102 pound weight was hung from a pully and exerted the force tangentially at the lid edge while pressure abated from a cooking level pressure, i.e. the unit was filled half way with water, a cook cycle was activated, and when the countdown timer began the load was gently applied. Once the load was gently applied, the manual release valve was opened.



June 28, 2023
Page 18

Finally, the exemplar was used to cook 4.5 pounds of boneless chuck roast according to Mrs. Copeland's recipe[1] using the meat mode's medium time setting.  After the beep at the completion of the cook cycle, the unit was unplugged. 45 minutes later the manual release valve was rotated but no steam vented. The lid was then opened without event.



Figure 9. Exemplar testing at Fusion's lab.  Left, center: exemplar is pressurized by air and regulated at a set pressure, indicated by a pressure gauge, while tangential force is applied via strap wrench and force gauge. Right: 102 pound deadweight is applied via pulley to the edge of the lid while pressure cooker is vented, consistent with UL 136. Weight is initially supported by a hydraulic jack that provides a gradual lowering of the lid (visible in photo).

**Test results**
The excursion of the locking pin on the exemplar was 0.18 inches fully extended, and 0.26 inches fully retracted, as measured to the inside edge of the lid. Test results using compressed air are shown in Table 1, below.

UL136 test results: the lid did not turn until the unit ceased venting. After the unit had completely vented, the lid rotated open.  There was no vertical displacement of the lid when it opened, although the rope attached to the 100 pound weights pulled the lid forward so that it slightly hung over the front of the base. As the lid opened, the plexiglass shield in place steamed up and water drained from the lid. This constitutes a pass to UL 136 because the lid did not open while there was pressure in the unit: UL 136 (2019) Section 9.6: "The force is to be maintained

---

[1] 4.5 pounds of boneless chuck roast, 1 quartered onion, 1 carton of beef broth, add salt/pepper/spices, top off with water to one inch below the fill line.



June 28, 2023
Page 19

while the pressure in the vessel is to be gradually reduced until the cover rotates to the unlocked position or the pressure reduces to zero psig."

Table 1. Testing with regulated, compressed air

| Pressure (Psi) | Force (lb) at wrench | Force at lid edge (lb) |
|---|---|---|
| 2 | 42 | 104 |
| 2 | 45 | 111 |
| 1 | 35 | 86 |
| 1 | 40 | 99 |
| 1 | 42 | 104 |

After the forced opening tests were performed, the fully extended distance of the locking pin decreased to approximately 0.14 inches.

# Comments on UL 136

The UL 136 voluntary standard does not apply to the Copeland self-heating pressure cooker because the scope of UL 136 specifically states that it is for pressure cookers that "are intended for use over gas- or electric-top burners of residential-type cooking ranges" (UL 136 October 29, 2019, page 5). UL 136's scope notwithstanding, the cover opening test section (9.1) states that "An ordinary user shall not be capable of manually defeating the holding action of the clamping device…" Accordingly, the test is only intended to prevent one person from opening it by hand, the standard is silent regarding the usage of tools or assistance from other persons to open the lid.

# Analysis

**The narrative and admissions establish the pressure cooker was depressurized when it was opened.**

The testimony and admissions in this matter all state that the float valve on the unit was down and the float valve was open when the pressure cooker was opened in the Copeland's kitchen. Because the pressure cooker had not been cleaned I was able to determine that there were no clogged valves in the unit that would cause the unit to retain pressure if the valve were open. This is consistent with my test where I cooked 4.5 pounds of boneless chuck roast according to the Copeland recipe and found that the unit had completely depressurized 45 minutes after the cook cycle had competed and was unplugged.

**The pressure cooker contains witness marks, indicating opening under pressure.**

Physical evidence on the pressure cooker itself indicates that the lid had been forcefully opened at least one time. Multiple instances of attempted forced openings were also visible. There was not enough evidence on the pressure cooker to determine if the attempted forced opening instances were successful. The locking pin of the pressure cooker was not within the same



June 28, 2023
Page 20

tolerances as the exemplar that I reviewed, and also not within the tolerances of PPC 770s that I have also encountered. I reviewed the locking mechanism on the incident unit and found that it was degraded. However, even though the locking mechanism had degraded, it still took a significant effort to open the lid, 45 pounds, in testing after the fact, in comparison to approximately 100 pounds on the exemplar. Also, because tolerances are small and material is lost on the locking tab when the lock is forcefully overcome plowing material from the locking tab, the loss in the distance the locking pin needs to travel around the locking tab also reduces the ability of the lock to withstand external opening force.

**Opening the pressure cooker while under pressure requires forceful effort to overcome the lock.**

Contrary to the testimony and the admissions, if the pressure cooker were opened with a small amount of pressure in the pressure cooker, I found approximately 45 pounds of force at the lid edge would be required to overcome the lock.  45 pounds of force is a significant amount of force to apply, and if Mr. Copeland only had one hand on the lid holding the handle, consistent with Mrs. Copeland's testimony, it would require more than 45 pounds because the lid handle has approximately 5/6th of the mechanical advantage for lid turning as compared to the lid edge. 45 pounds represents a substantial effort to generate, this amount of force represents approximately 58% of the mean maximum effort of one-handed pushing ability of 23 year old males when pushing at elbow height, and 66% of the mean maximum effort in pushes exerted at shoulder height.[2]  Increases in internal pressure is also expected to increase the amount of effort required to open the lid.

This also does not account for the likelihood that this push would likely push the pressure cooker away from Mr. Copeland.  If the testimony regarding Mr. Copeland's hand position is mis-remembered, the burns to his right arm and hand appear consistent with holding on to the handle or having his hand over the top edge of the handle while the burns to his left hand appear to be consistent with that hand grasping the handle on the base at the time the contents came out of the pressure cooker.

---

[2] Daams BJ, 1993. Static force exertion in postures with different degrees of freedom. Ergonomics, 36, 397–406

1804 CENTRE POINT CIRCLE, SUITE 112, NAPERVILLE, IL 60563

WWW.FUSIONENG.COM | 630-466-4065



June 28, 2023
Page 21

## Opinions

I hold the following opinions to a reasonable degree of engineering certainty. The opinions are based on my review of the materials above, the analysis provided herein, and my education, training, and experience.

1) When I recreated the Copeland recipe and cooldown protocol per Mrs. Copeland's testimony and the admissions, no contents were ejected from the exemplar pressure cooker when I opened it.
   - The exemplar was unplugged upon completion of the cook cycle and was completely depressurized 45 minutes later.

2) The narrative of the usage of the pressure cooker on the day of the accident is consistent with a completely vented and depressurized unit.
   - The uncleaned float valve and manual release valve were both found to be free of clogs.
   - The narrative of the usage of the pressure cooker is inconsistent with a pressurized expulsion of contents from the pressure cooker.
   - Testing of the exemplar and the incident unit are inconsistent with the narrative presented.

3) There is no evidence that the pressure cooker is defective or that the condition of the pressure cooker as sold was unreasonably dangerous.
   - The pressure cooker shows signs that it had been forcefully opened at least one time and that attempts had been exerted to open it while under pressure in several instances.
   - The pressure cooker, as tested at low pressure, well below cooking pressure, showed a large resistance to opening force: 45 pounds. 45 pounds is not consistent with easy or effortless opening force.
   - The exemplar pressure cooker reviewed by Fusion conformed to voluntary standards for over-the-stove pressure cooker pressurized lid removal force. That is, the exemplar passed UL 136 cover opening test requirements.
   - A reduction in lock performance is consistent with a plastically deformed (i.e. stretched out) locking plate and a deep cut groove in the locking tab and float valve.



June 28, 2023
Page 22

    4)    The burns observed on Mr. Copeland's arms are consistent with forcing open the pressure cooker lid while there was pressure inside of it.

- The burns on his right hand and arm are consistent with the right hand on the lid's handle.
- The burns on the left arm are consistent with his left hand holding onto the base's handle.
- In this posture, Mr. Copeland would be looking downward at the pressure cooker thereby exposing his chin and only portions of his neck to the escaping contents while his arms would serve to funnel exiting contents onto his chest.

I reserve the right to modify these opinions if more information becomes available.

Sincerely,

Robert S. Giachetti, Ph.D.
Director of Mechanical Engineering