Ex. F – Video of Dr. Eshraghi Test