Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

EDWARD A. COPELAND AND
SHERYL COPELAND,

        Plaintiffs,

                              CIVIL ACTION NO.
vs.                           5:22-cv-00212-CAR

TRISTAR PRODUCTS, INC.,
and ABC, INC.,
        Defendants.

VIRTUAL
DEPOSITION OF:   ALEX LOZANO
DATE:            Wednesday, October 4, 2023
TIME:            10:35 a.m. through 3:29 p.m.
TAKEN BY:        Attorneys for the Plaintiff(s)
COURT REPORTER:  MADONNA M. FARRELL
                 Registered Professional Reporter
                 Certified Livenote Reporter
                 CaseViewNet Realtime Reporter




                 Magna Legal Services
                    866-624-6221
                   www.MagnaLS.com




Exhibit G

Page 2

```
 1            VIRTUAL APPEARANCES OF COUNSEL
 2   REPRESENTING THE PLAINTIFF:
 3   REYNOLDS HORNE & SURVANT
     BY:  MARTY K. SENN, ESQUIRE
 4   6320 Peake Road
     Macon, GA 31210
 5   478.405.0300
     Msenn@reynoldsinjurylaw.com
 6
     REPRESENTING THE DEFENDANT:
 7
     NELSON MULLINS RILEY & SCARBOROUGH LLP
 8   BY:  SANJAY GHOSH, ESQUIRE
     201 17th Street, NW, Suite 1700
 9   Atlanta, GA 30363
     404.322.6000
10   sanjay.ghosh@nelsonmullins.com
11   LAW OFFICES OF GOLDBERG SEGALLA
     BY:  THADDEUS J. HUBERT, IV, ESQUIRE
12   301 Carnegie Center Drive, Suite 200
     Princeton, NJ 08540-6587
13   609.986.1386
     Thubert@goldbergsegalla.com
14
15   ALSO PRESENT:  Heather L. Ashton-Chee Wah, CCR
                    Certificate # 30X100-936000
16
17
18
19
20
21
             (REPORTER'S NOTE: All quotations from
22       exhibits are reflected in the manner in
         which they were read into the record and do
23       not necessarily denote an exact quote from
         the document.)
24
25
```



Page 3

```
 1                       INDEX
 2    EXAMINATION                        PAGE      LINE
 3    ALEJANDRO LOZANO                      6        13
 4    BY MR. SENN                          6        16
 5    BY MR. GHOSH                       200        17
 6    BY MR. SENN                        216         1
 7    CERTIFICATE OF REPORTER            224         1
 8    VERIFICATION OF DEPONENT           225         1
 9    ERRATA PAGE                        226         1
10
11
                          PLAINTIFF
12                   E X H I B I T S
                                        PAGE      LINE
13
      EXHIBIT 1      Notice of Deposition   11        8
14
      EXHIBIT 2      Intertek label         60        5
15
      EXHIBIT 3      Bates 0001538-1539     69       16
16
      EXHIBIT 4      Bates 497-529          75       19
17
      EXHIBIT 5      Change Request        137       23
18
      EXHIBIT 6      Manual                138       11
19
      EXHIBIT 7      Excel Spreadsheet 1   144        1
20
      EXHIBIT 8      Excel Spreadsheet 2   147       10
21
      EXHIBIT 9      Excel Spreadsheet 3   149       22
22
      EXHIBIT 10     Bates 2202-2228       151       18
23
      EXHIBIT 11     CPSC Report Number 1  170        5
24
      EXHIBIT 12     Bates 1299-1307       191        6
25
```



```
                                                 Page 4
 1              P R O C E E D I N G S

 2  * * * * * * * * * * * * * * * * * * * * * * *

 3            MR. SENN:  This will be the 30(b)(6)

 4       deposition of Tristar Products Inc. taken

 5       pursuant to the Federal Rules of Civil        10:35AM

 6       Procedure.

 7            Alejandro -- is that how you say your

 8       name?

 9            THE DEPONENT:  Yes.

10            MR. SENN:  -- Lozano has been            10:35AM

11       identified as the person to answer questions

12       on behalf of Tristar Products Inc.

13            I would make two proposals:  One, that

14       we reserve all objections except for form of

15       the question and responsiveness of the        10:35AM

16       answer, if that's agreeable.

17            MR. GHOSH:  Yes.

18            MR. SENN:  Okay.  Secondly, I would

19       propose that for the purposes of discovery

20       and this deposition that we allow the         10:35AM

21       deposition to be used for both Edward

22       Copeland and Cheryl Copeland -- I'm sorry,

23       forget that, because they're combined

24       already, so strike that.

25            Okay.  Would you go ahead and swear the  10:36AM
```



Page 5

1    witness, please.

2        Oh, yeah.  And so we're going to

3    stipulate we are going to have two

4    swearings, the court reporter that was here

5    this morning is going to swear Mr. Lozano        10:36AM

6    in, and then Ms. Farrell -- I'm sorry, I

7    didn't catch your last name --

8        MS. ASHTON-CHEE WAH:  Ashton Chee Wah.

9        MR. SENN:  Ashton --

10       MS. ASHTON-CHEE WAH:  Chee Wah.          10:36AM

11       MR. SENN:  -- Chee Wah, okay, is going

12   to swear in here, and then Ms. Farrell is

13   going to swear in remotely.  And we've

14   stipulated that everybody is in agreement

15   with this, if we can confirm that.          10:36AM

16       MR. GHOSH:  Yes, that's agreeable.

17       MR. SENN:  Okay.

18       MS. ASHTON-CHEE WAH:  So if you'd raise

19   your right hand for me, please.

20       Do you solemnly swear or affirm that        10:36AM

21   the testimony you're about to give will be

22   the truth, the whole truth, and nothing but

23   the truth?

24       THE DEPONENT:  I do.

25       MS. ASHTON-CHEE WAH:  Please state your        10:36AM



Page 6

1          full legal name for the record, please.

2               THE DEPONENT:  Alejandro Lozano.

3               MS. ASHTON-CHEE WAH:  Thank you, sir.

4               THE DEPONENT:  Thank you.

5               COURT REPORTER:  And raise your right

6          hand one more time, please.

7               Do you solemnly swear or affirm the

8          testimony you're about to give in this case

9          shall be the truth, the whole truth, and

10         nothing but the truth so help you God?

11              THE DEPONENT:  I do.

12              COURT REPORTER:  Thank you.

13              ALEJANDRO LOZANO, being first duly

14         sworn, testified as follows:

15                     EXAMINATION

16   BY MR. SENN:

17     Q.  Good morning, Mr. Lozano.  My name is Marty

18   Senn, I represent Edward Copeland and Cheryl

19   Copeland in a case we're here about today.  You

20   were identified as a person best to answer        10:37AM

21   questions that we sent over to Tristar in a list

22   for your deposition.

23         Have you looked at that list?

24     A.  Yes.

25              (Off-the-record conference.)          10:38AM



Page 7

1   BY MR. SENN:

2      Q.  Mr. Lozano, have you looked at the list of

3   questions that we sent over?

4      A.  Yes, I have.

5      Q.  Okay.  I'm just going to run through these     10:38AM

6   with you to make sure we're all on the same page

7   since we did get some objections yesterday.

8          Number 1, the first topic you were asked to

9   testify about is the corporate structure --

10          COURT REPORTER:  I'm sorry.  I hate to      10:38AM

11       interrupt you again.  Could you put the mic

12       closer to you?  I'm having difficulty

13       hearing you.

14          (Off-the-record conference.)

15  BY MR. SENN:                                          10:39AM

16     Q.  Do you understand that?

17     A.  Yes.

18     Q.  Okay.  The second topic that you were asked

19  to testify about is, "Testify about any complaints

20  made by customers regarding pressure cooker model     10:39AM

21  as the subject of this litigation or other models

22  manufactured or marketed by defendant, including

23  defense policies and procedures for handling such

24  complaints."

25          Would you be the person best to answer those  10:39AM



Page 8

1    questions?

2        A.  Yes.

3                (Off-the-record conference.)

4    BY MR. SENN:

5        Q.  Okay.  All right.  Right before the break,    10:49AM

6    Mr. Lozano, I'd asked you about Topic Number 2,

7    complaints made by customers.  You said that Rosa,

8    who we're deposing tomorrow, is the best person

9    answer to those.

10            Do you have any knowledge about              10:49AM

11   complaints -- investigations into those complaints

12   from customers?

13       A.  That I got from customer service.

14       Q.  Well, I'll ask her about that, and I may ask

15   you just a little bit about what you know about it.   10:50AM

16            So Topic Number 3 is, "The testing and

17   examination method used to evaluate the safety of

18   the subject pressure cooker and related models,

19   including but not limited to lid removal or

20   separation from the base."                           10:50AM

21            Are you the best person at Tristar to speak

22   about that?

23       A.  Yes.

24       Q.  Okay.  Number 4 is, "Efforts to identify

25   potential defects of problems with the subject       10:50AM



Page 9

1    pressure cooker."

2         Are you the best person at Tristar to talk

3    about that?

4       A.  Yes.

5       Q.  All right.  Number 5:  "Any changes to          10:50AM

6    design and production of the subject pressure

7    cooker and other pressure models manufactured or

8    marketed by Tristar, as well as the similarities

9    and differences between those cookers."

10        Are you the best person to testify about        10:50AM

11   that?

12      A.  Yes.

13      Q.  All right.  Number 6:  "Any design changes

14   and policies and procedures regarding implements of

15   those changes."                                       10:50AM

16        Are you the best person at Tristar to speak

17   about that?

18      A.  Yes.

19      Q.  Number 7:  "Manufacturing and supply chain

20   regarding defendant's business and business model."  10:51AM

21        Are you the best person at Tristar to speak

22   about that?

23      A.  Yes.

24      Q.  Okay.  Number 8 is, "Defendant's marketing

25   and promotional processes regarding subject          10:51AM



Page 10

1   pressure cooker and other pressure-cooker models

2   manufactured and marketed by defendant; the

3   complete process from design to manufacturing of

4   the pressure cookers and other pressure-cooker

5   models manufactured and marketed by defendant."          10:51AM

6         Are you the best person to talk about that?

7   A.  Yes.

8   Q.  Okay.  Number 9:  "Warranty information

9   related to the subject cooker."

10        Are you the best person to talk about that?     10:51AM

11  A.  Yes.

12  Q.  All right.  Number 10:  "As third-party

13  manufacturers or suppliers."

14        Are you the best person to speak about that?

15  A.  Yes.                                               10:51AM

16  Q.  And then finally, Number 11:  "Defendant's

17  profits and revenues from the subject pressure

18  cooker."

19        Are you the best person to talk about that?

20  A.  Yes.                                               10:51AM

21  Q.  Okay.

22        MR. GHOSH:  We actually have someone to

23        talk about that.

24        MR. SENN:  All right.  Have y'all

25        identified him?                                  10:52AM



Page 11

```
 1              MR. GHOSH:  No, because that's one of
 2         the new topics.
 3              (Off-the-record conference.)
 4    BY MR. SENN:
 5      Q.  I'm going to mark the notice as Exhibit 1.    10:52AM
 6    I'm going to put P-1.
 7              (EXHIBIT 1, Notice of Deposition, was
 8               marked for identification.)
 9    BY MR. SENN:
10              MR. SENN:  Madam Court Reporter, since    10:52AM
11         you're remote, I'm going to mark these and
12         keep them and then I'll get them to you.
13              COURT REPORTER:  Okay.
14              MR. SENN:  Some of the things I'm just
15         going to show him on my computer, and I'll    10:52AM
16         keep track of it, they're all marked by
17         Bates numbers, and then I'll forward it to
18         you.  But if you can kind of help me keep
19         track of the numbers I enter, that will help
20         me as well.                                    10:52AM
21              COURT REPORTER:  Okay.  I'll try.
22    BY MR. SENN:
23      Q.  I know we kind of are already into this a
24    little bit, but can you state your full name for
25    the record, please?                                10:52AM
```



Page 12

```
 1     A.   Alejandro Lozano.

 2     Q.   Okay.  Due you go by Alex?

 3     A.   Yeah.

 4     Q.   Where were you born, Mr. Lozano?

 5     A.   Cali, Colombia.                          10:53AM

 6          (Reporter asks for clarification.)

 7          THE DEPONENT:  Cali, C-a-l-i.

 8  BY MR. SENN:

 9     Q.   Did you finish high school there?

10     A.   Yes, I did.                              10:53AM

11     Q.   Did you do any schooling after high school

12  in Colombia?

13     A.   Yeah, I went to university.

14     Q.   Okay.  Which university?

15     A.   University del Valle.                    10:53AM

16     Q.   What did you study there?

17     A.   Mechanical engineering.

18     Q.   Did you get your mechanical engineering

19  degree from there?

20     A.   Yes.                                     10:53AM

21     Q.   What year did you get that?

22     A.   1999, and I presented my thesis in 2000.

23     Q.   Okay.  I didn't ask you:  What's your date

24  of birth?

25     A.   1976.                                    10:53AM
```



Page 13

```
 1                  (Off-the-record conference.)

 2   BY MR. SENN:

 3      Q.   Okay.  Other than your mechanical

 4   engineering degree, have you gotten any other

 5   degrees?                                           10:54AM

 6      A.   Yes.

 7      Q.   Okay.  Tell me about those.

 8      A.   I went to the Taiwan National University.

 9      Q.   What did you study there?

10           COURT REPORTER:  I'm sorry?  I cannot      10:54AM

11      hear him.  I apologize.

12           (Off-the-record conference.)

13   BY MR. SENN:

14      Q.   So you were saying you went to University in

15   Taiwan?                                            10:55AM

16      A.   Yes.

17      Q.   And tell me that degree again.

18      A.   I did study first in statistical control

19   analysis and quality assurance.

20      Q.   Was that actually a degree obtained, or is  10:55AM

21   that a course of study?

22      A.   It's a course.

23      Q.   Okay.  Tell me what that was -- what that

24   entailed, or describe that topic to me, what is

25   that?                                              10:55AM
```



Page 14

1    A.  Oh, it's basically the use of mathematical

2  tools --

3    Q.  Uh-huh.

4    A.  -- to draw conclusions.

5        It's basically -- it's the statistical        10:55AM

6  control, which is the basis for quality control.

7    Q.  So statistical control can be applied to any

8  widget or anything?

9    A.  Anything that has an output --

10   Q.  Okay.                                          10:56AM

11   A.  Yeah.

12   Q.  How long did you do that course?

13   A.  Six months.

14   Q.  Okay.  Any other education or training?

15   A.  Yeah.  Chinese Mandarin as a second           10:56AM

16 language, the Chinese Culture University.

17   Q.  Okay.  You say Mandarin as a second

18 language?

19   A.  Yeah.

20   Q.  Any other training or education?              10:56AM

21   A.  Different courses in tooling and molding,

22 plastic molding and tooling.

23   Q.  Where did you do those?

24   A.  In Taiwan as well.

25   Q.  That same university?                          10:56AM



Page 15

1    A.  No, at the Taiwan Institute of Technology

2  and the Taiwan Electronic Testing Center.

3    Q.  Okay.  Is that -- were those degree programs

4  or courses of study?

5    A.  Courses.                                    10:57AM

6    Q.  Okay.  Anything else we haven't talked about

7  as far as education or training?

8    A.  Core courses, Six Sigma and ISO auditing.

9    Q.  What is Six Sigma?

10    A.  It's a quality management system.           10:57AM

11    Q.  Where did you learn that?

12    A.  Motorola Learning Center in Taiwan.

13    Q.  Motorola?

14    A.  Yes.

15    Q.  Did you work for Motorola, or did you just    10:57AM

16  go to --

17    A.  No, that's a learning center.  It's --

18    Q.  Okay.

19    A.  -- like a pilot center.

20    Q.  And then you said ISO audits?               10:57AM

21    A.  Yes.

22    Q.  Tell me what that is.

23    A.  The international institute of spenders,

24  organization of spenders.  It's basically

25  management systems, quality management systems.     10:57AM



Page 16

1    Q.  Okay.  What do you learn there?

2    A.  About ISO 9000, 9002, and different quality

3  management systems.

4    Q.  That ISO 9000 is the standard?

5    A.  Yeah.                                        10:58AM

6    Q.  What do you apply their standards to?

7  Again, could that be anything?

8    A.  Any industry, yeah.

9    Q.  Okay.  Tell me, give me an example of like

10  practically how you would use those standards.      10:58AM

11    A.  Any -- a law firm, and use best practices by

12  writing a quality manual, stating your objective,

13  and then measuring the output of those processes

14  that you write.

15    Q.  Okay.  And this is the kind of program that   10:58AM

16  teaches you to set criteria parameters?

17    A.  Yeah.

18    Q.  Make an action plan of how to stay within

19  those or achieve it?

20    A.  Yeah.                                        10:58AM

21    Q.  And then how to measure that success?

22    A.  Correct.

23    Q.  Okay.  Does that cover all of your education

24  and training?

25    A.  Yeah.                                        10:58AM



Page 17

1    Q.  Okay.  Tell me -- I'm sorry, where did you

2  get your mechanical engineering degree?

3    A.  In Cali, Colombia.

4    Q.  Okay.  So did you -- strike that.

5        After high school, when you went into        10:59AM

6  university, did you work in any kind of mechanical

7  engineering fields while you were getting that

8  degree?

9    A.  Yeah.

10    Q.  Okay.  Tell me about that.                    10:59AM

11    A.  I worked at Quaker Oats.

12    Q.  Okay.

13    A.  As a service engineer.

14    Q.  Okay.

15    A.  Doing welding and repair.                     10:59AM

16    Q.  On machines?

17    A.  Yeah.

18    Q.  Okay.  How long did you do that?

19    A.  Two years.

20    Q.  Okay.  And that was during your study at the  10:59AM

21  university?

22    A.  Yes.

23    Q.  And then what did you do after -- did you

24  work anywhere else during university?

25    A.  I worked as a contractor at Colgate.         10:59AM



Page 18

1    Q.  Colgate, like toothpaste?

2    A.  Correct.

3    Q.  What did you do for them?

4    A.  Welding, metal construction, repairs.

5    Q.  So were you actually using your mechanical    11:00AM

6    engineering studies at that time or was that just a

7    job you had to get while you were in school?

8    A.  No, I used my --

9    Q.  You did?

10   A.  Yeah.                                          11:00AM

11   Q.  Okay.  But as you said, that was two years

12   at Colgate?

13   A.  No, that was -- Quaker was two years and at

14   Colgate was, like, a year.

15   Q.  Any other jobs while you were getting your     11:00AM

16   mechanical engineering degree?

17   A.  No.

18   Q.  What was the - I guess at some point you

19   moved to Taiwan.  Did you do that, move after you

20   got your mechanical engineering degree?           11:00AM

21   A.  Yes.

22   Q.  Okay.  What year was that?

23   A.  2000.

24   Q.  Did you move to Taiwan to go to the school

25   you went to there?                                11:00AM



Page 19

1      A.   I went because I had a job in quality

2   assurance and quality inspections.

3      Q.   Who was that with?

4      A.   Pro QC.

5      Q.   What does Pro QC do?                          11:01AM

6      A.   They do engineering services for different

7   industries, always consumer products.  Basically

8   one of the main jobs they do is preshipment

9   inspections.

10     Q.   Okay.  Preshipment inspections looking for    11:01AM

11  what?

12     A.   Well, one of the tools that most importers

13  and distributors use.  So where you have a

14  specification and you verify that it specs before

15  loading a container of any goods.                     11:01AM

16     Q.   Okay.  So the importer would set the

17  criteria or the specs, and then the Pro QC would

18  check packages before they're exported to make sure

19  they comply with that?

20     A.   Pretty much, yeah.                            11:02AM

21     Q.   Is that compliance from an aesthetics

22  standard or from a functionality standard?

23     A.   Both.

24     Q.   Okay.  So you would actually be testing

25  products to make sure they work?                      11:02AM



Page 20

1    A.  Yeah.

2    Q.  Okay.  What kind of products did you handle,

3  was it a specific type or was it all over the

4  board?

5    A.  No, I was in consumer products.  Basically I    11:02AM

6  was managing three accounts.  They do a lot of,

7  like, promotional items like calculators and, like,

8  pencil sharpers.

9    Q.  Okay.

10    A.  And then I move into, like, customer    11:02AM

11  products, and it was more like vacuum cleaners,

12  pressure washers.

13    Q.  Okay.

14    A.  Steamers.

15    Q.  All right.  Did you ever do any of that work    11:02AM

16  for Pro QC, inspecting pressure cookers?

17    A.  Yes.

18    Q.  Okay.  Is that pressure cooker for Tristar

19  or for somebody else?

20    A.  Somebody else.    11:03AM

21    Q.  Which pressure cooker company was that?

22    A.  I think it was Betty Crocker.

23    Q.  Okay.  Tell me what kind of test you would

24  do on the, say, a standard shipment comes in, you

25  get your specs and criteria on a pressure cooker;    11:03AM



Page 21

1    tell me what you would test for.

2        A.   When I was at the consumer product division,

3    I was more on a product evaluation which is more,

4    like more in-depth analysis, so you review

5    construction requirements, performance                    11:03AM

6    requirements, safety requirements, and usually you

7    use the guidelines of the UL Standards.

8        Q.   Okay.  Are you actually physically testing

9    the products or were you just looking to see if the

10   standards that they had were in compliance with UL?   11:04AM

11       A.   Well, at that time, during purchasing, I was

12   physically testing the product.

13       Q.   Okay.  So what kind of test would you run on

14   a pressure cooker that came through Pro QC?

15       A.   Maximum withstanding and performance, which   11:04AM

16   is, like, operating safety pressures and, like,

17   pressure curve and means of control, meaning like

18   what systems control the pressure, safety release.

19   And also we will do the construction, verify the

20   construction requirements with the abuse and            11:04AM

21   destructive test.

22       Q.   Were you also checking for aesthetics and

23   things like that or was that somebody else that did

24   that?

25       A.   No, we do that too.                             11:05AM



Page 22

1       Q.   Okay.  Do you ever do any kind of, like,

2   load-locking tests or things like that?

3       A.   Yeah.

4       Q.   You would do that?

5       A.   Uh-huh.                                      11:05AM

6       Q.   Okay.  Does that involve like actually

7   putting something in the pressure cooker and

8   bringing it to pressure or how would you do those

9   tests?

10      A.   The loading tests?                           11:05AM

11      Q.   Yes.

12      A.   Which -- I mean, there's different parts of

13  a test.

14      Q.   Uh-huh.

15      A.   There's the static load test and the safety 11:05AM

16  mechanism test, so it depends on what tests you're

17  doing.

18      Q.   Okay.

19      A.   Usually there is maximum withstanding

20  pressure, which is taking the unit to five times    11:05AM

21  the operating pressure.  You apply an external

22  source of pressure to get it to that, make sure

23  that there is no -- that the unit doesn't

24  compromise --

25      Q.   Okay.                                        11:06AM



Page 23

```
1      A.   -- its structure integrity.

2      Q.   Okay.  And would that be just logistically

3  or practically how that happens, would that come

4  in, some would come in to Pro QC and then y'all

5  would test a certain amount of the product and          11:06AM

6  then --

7      A.   No.  At that time Pro QC is -- you get a

8  batch of samples that are provided by the customer

9  and then you want to verify compliance.

10     Q.   Okay.                                           11:06AM

11     A.   Once you verify the compliance, what you

12  produce, in most cases, is a list of critical

13  components.

14     Q.   Okay.

15     A.   So when you have the list of critical          11:06AM

16  components, when you go to the inspections, you

17  provide that information to inspectors and you see

18  that there is no deviation from the actual shipment

19  to what the unit is supposed to be.

20     Q.   Okay.  So the models y'all were testing were   11:06AM

21  never going to be shipped; they were samples pulled

22  out of the shipment --

23     A.   Yeah, that's usually a product evaluation.

24     Q.   -- and they're discarded, and the shipment

25  that sample came out of then gets shipped?            11:07AM
```



Page 24

```
 1      A.  Correct.
 2      Q.  All right.  How long did you work for Pro
 3 CQ?
 4      A.  From 2000 to 2006, 2007.
 5      Q.  All in that same capacity, inspecting      11:07AM
 6 product?
 7      A.  Well, then I was a technical supervisor.
 8      Q.  What does that mean, you were supervising a
 9 team of inspectors?
10      A.  Yeah.                                       11:07AM
11      Q.  How did you come about getting the job at
12 Pro QC out of the university in Colombia?
13      A.  I applied.  I saw the opening and applied.
14      Q.  Okay.  Do you know anybody who was involved
15 with pro CQ?                                          11:07AM
16      A.  Yeah, the owner.
17      Q.  You did know the owner?
18      A.  Yeah.
19      Q.  How did you know him?
20      A.  He's cousin.                                11:07AM
21      Q.  So when you moved over there to work for Pro
22 QC, during this time you took these additional
23 courses?
24      A.  Yeah.
25      Q.  Okay.  So all of those courses were taken   11:08AM
```



Page 25

1  during the time you were at Pro QC?

2     A.  Yeah.

3     Q.  And I'm assuming all those courses were to

4  help you kind of further your understanding and

5  your job at Pro QC?                                    11:08AM

6     A.  Yeah.

7     Q.  Okay.  While you were at Pro QC, did you

8  ever do any work inspecting anything for Tristar?

9     A.  Yes.

10    Q.  Ok what did you inspect for them?             11:08AM

11    A.  There was a product called the Steam Buggy,

12  it was a steamer, a handheld steamer.

13    Q.  For clothes?

14    A.  Yeah.

15    Q.  Okay.  Anything else you inspected for them?  11:08AM

16    A.  Then there was a product called the Air

17  Grinder, it's a stepper, like the steppers that you

18  use for exercise.

19    Q.  Anything else for Tristar?

20    A.  I can't remember, but -- or a step like a    11:09AM

21  lateral thigh master, like exercise equipment.

22    Q.  Okay.  And when you're doing these jobs or

23  when you were doing them for Pro QC, did all of the

24  products that y'all tested come into the Pro QC

25  facility or would you go to outside facilities to    11:09AM



Page 26

1   test?

2      A.   Well, there's different purchases and

3   engineering firm.  So there are different types of

4   jobs.  So one is a product evaluation where you

5   take samples that the customer offered and you          11:09AM

6   offer an opinion on that sample, which is saying

7   this complies, we have this possible tolerance, and

8   then you draft whatever conclusions from that.

9          There is a criteria and a specification

10  draft, where you produce like what it's supposed to     11:09AM

11  be, and there is the inspection, the actual field

12  inspection.

13     Q.   Okay.

14     A.   So they were usually the jobs I used to do

15  for Tristar.                                             11:10AM

16     Q.   Okay.  Would you actually test the product

17  at Pro QC's facilities, or would you test them at

18  the --

19     A.   Both.

20     Q.   You did?                                         11:10AM

21     A.   Depending on the job, yeah.

22     Q.   If you weren't at Pro QC's facility, you

23  would be at the manufacturing facility?

24     A.   Correct.

25     Q.   So when you were testing these products for      11:10AM



Page 27

1  Tristar, which manufacturing facility would you do

2  that at?

3     A.  That was -- well, the steamer was Taiwan.  I

4  believe the name of the company was Dinjia,

5  D-i-n-j-i-a, Manufacturing.                        11:10AM

6     Q.  Okay.  What about the other two?

7        (Indiscernible crosstalk.)

8           THE DEPONENT:  Huh?

9  BY MR. SENN:

10    Q.  What about the two other?                   11:10AM

11    A.  One -- one of those products was done

12  through a vendor in Taichung.

13        COURT REPORTER:  Can you spell that?

14        THE DEPONENT:  -- the center city of Taiwan.

15  Taichung.  T-, as in tomorrow, a-i-c-h-u-n-g.  That  11:11AM

16  vendor was cable -- Cable Enterprises.

17           MR. SENN:  Okay.  Guys, I know we've

18           only been going for about 45 minutes, but

19           we've been sitting here about an hour and

20           15, and I drank a lot of coffee.  So can we  11:11AM

21           take like a five-, ten-minute break.

22           MR. GHOSH:  Sure.

23           (A recess transpired from 11:11 a.m.

24            through 11:19 a.m.)

25  BY MR. SENN:                                       11:19AM



Page 28

1    Q.  So, Mr. Lozano, right before we took the

2    break, we were talking about your employment with

3    Pro QC.  I think you told me you worked there until

4    2006?

5    A.  That's correct.                                    11:19AM

6    Q.  Okay.  What did you do after 2006 for work?

7    A.  In 2007, I tried to develop some products on

8    my own.

9    Q.  Okay.

10   A.  And I stayed in Asia.  And then after I         11:19AM

11   reconnect with people that I know that are Tristar,

12   and I start working for them.

13   Q.  Okay.  You left Pro QC to try to develop

14   some products on your own?

15   A.  Yes.                                              11:19AM

16   Q.  I don't think I asked you this.  When you

17   were with Pro QC, where were you physically

18   located?

19   A.  In Taipei.

20   Q.  Okay.  When you were trying to develop these    11:19AM

21   products, was that in Taipei?

22   A.  Yeah, I moved to Hong Kong.  I was in Hong

23   Kong -- between Hong Kong and Taipei.

24   Q.  What kind of products were you trying to

25   develop?                                              11:20AM



Page 29

```
 1      A.   It was a GPS system for taxis.

 2      Q.   Okay.

 3      A.   And an MP3 player --

 4      Q.   Okay.

 5      A.   -- for, like, airports.                    11:20AM

 6      Q.   Gotcha.  Did any of that come to fruition?

 7      A.   No.

 8      Q.   Okay.  Do you hold any patents, or did you

 9   hold any patents on any of those?

10      A.   I applied, but I never went through --     11:20AM

11           (Reporter asks for clarification.)

12           THE DEPONENT:  I never actually went

13        through the entire process of patenting the

14        product.

15   BY MR. SENN:                                       11:20AM

16      Q.   Okay.  Was that because you then went on

17   with Tristar or --

18      A.   No, because they were hard to market, and

19   they were totally too ambitious for...

20      Q.   You've got to shoot high, right?           11:20AM

21      A.   Yeah, well...

22      Q.   How did it come about with Tristar?  Did

23   they reach out to you, or did you reach out to

24   them?

25      A.   Well, at that time the director of product 11:21AM
```



Page 30

1   development, Jorge Prats, he knew me, and he asked

2   me if I was there, and I started doing some

3   consulting work for them.

4        Q.   Okay.

5        A.   Then later on they -- he asked me just to      11:21AM

6   work for him.

7        Q.   What did you say his title was?

8        A.   He was the director of product development.

9        Q.   Okay.

10            (Reporter asks for clarification.)               11:21AM

11   BY MR. SENN:

12       Q.   Okay.  Is he still with the company?

13       A.   No.

14       Q.   When you were -- started out doing

15   consulting for them, were you still in Hong Kong?      11:21AM

16       A.   Yeah.

17       Q.   What kind of consulting were you doing?

18       A.   Like sourcing, manufacturer validation,

19   like, feasibility.

20       Q.   When you say "sourcing," do you mean            11:21AM

21   sourcing a product that's developed by Tristar to a

22   manufacturer to build, or what do you mean by that?

23       A.   Well, when I say manufacturer validation, is

24   they already have a product, I can find whether

25   that factory that they went is qualified to make      11:22AM



Page 31

```
 1   the product --

 2       Q.  Okay.

 3       A.  -- or if they need somebody else.

 4       Q.  Okay.  What do you mean by "sourcing"?

 5       A.  Sourcing products, like, for example, they      11:22AM

 6   want to get into garments, which we did.  And so I

 7   go to cities where have a lot of garment

 8   manufacturing and, like, search different factories

 9   and their capacities and capabilities.

10       Q.  You're looking for a factory to make that --   11:22AM

11       A.  Yeah.

12       Q.  -- product for you.  Okay.

13           How long has Jorge Prats been gone from the

14   company?

15       A.  2013.                                          11:22AM

16       Q.  Did you take his position?

17       A.  Yeah.

18       Q.  Okay.  But you worked under him for a

19   certain amount of years?

20       A.  From 2007, 2008 to 2013.                       11:23AM

21       Q.  Okay.  And your capacity with Tristar from

22   2007-ish until 2013, were you doing basically what

23   you just told me, sourcing and manufacturer

24   validation, things like that?

25       A.  Yeah, and quality.  Quality assurance and     11:23AM
```



Page 32

1  quality.

2     Q.  Tell me about that perspective of it.

3         What does that mean when you say "quality

4  assurance"?

5     A.  Parts of any -- bringing any product to          11:23AM

6  market is to verify what standards are applicable

7  to that, making sure that they comply with those

8  standards.  Then drafting a criteria for

9  inspections, coordinating inspections, making sure

10 that you have your AQLs and quality assurance          11:23AM

11 levels and all that.

12    Q.  It looks like between '7 and '13 when you

13 were working at Tristar, before you went into

14 Mr. Prats' role, when you would do this quality

15 assurance, how would you determine what the           11:24AM

16 standards were to be tested?

17    A.  Well, you need to present that to a

18 third-party evaluating company.  Like, Pro QC, they

19 will tell you, like ITS, Intertek --

20    Q.  Okay.                                            11:24AM

21    A.  -- or any other consulting company at DB --

22    Q.  Did they tell you what the quality?

23        COURT REPORTER:  DB?  I'm sorry, I

24        didn't hear you.  DB?

25        THE DEPONENT:  DB.  Yeah.  Bureau --           11:24AM



Page 33

```
 1          Bureau Veritas.  V-e-r-i-t-a-s.

 2               Can you hear me?

 3               COURT REPORTER:  Very difficult, I'm

 4          sorry.

 5               MR. GHOSH:  Okay.  It's Bureau Veritas.   11:24AM

 6  BY MR. SENN:

 7     Q.  So they would give you -- you the criteria.

 8  They would tell you what criteria and what the

 9  standards were for that product?

10     A.  Yeah.  Basically, they tell you what it       11:25AM

11  needs to comply to.

12     Q.  And then what do you do?  Let's say we're

13  still in the '7 to '13 timeframe with Tristar, what

14  do you do to make sure that happens?

15     A.  You go through an evaluation process and      11:25AM

16  compliance which requires testing of samples,

17  getting ATM, Authorization to Mark --

18     Q.  Okay.

19     A.  -- and providing all the other parts of the

20  specification that you -- that the product           11:25AM

21  requires.

22     Q.  Okay.  So you or somebody else at Tristar

23  was testing the products to make sure they comply

24  with the standards?

25     A.  We do testing, but in reality, who -- who     11:25AM
```



Page 34

1   final word is the third-party lab.

2       Q.   Is that who gives you the mark to --

3       A.   Yeah.  The ATM, the Authorization to Mark.

4       Q.   Okay.  So you, a third-party lab like

5   Intertek, somebody like that, to give you the          11:26AM

6   third-party Authorization to Mark -- to use their

7   brand?

8       A.   Correct.

9       Q.   But you also do your own testing.

10          Why do you do your own testing if Intertek      11:26AM

11  is doing testing as well?

12      A.   Just to verify, just to make sure that

13  everything is -- double-checking is just part of

14  your daily operations.

15      Q.   Okay.  During this time period, '7 to '13,    11:26AM

16  where were you physically located?

17      A.   Between China and here in New Jersey.

18      Q.   Okay.  So Tristar had a facility in China

19  and a facility in New Jersey?

20      A.   Not a facility.  We have people in China,     11:26AM

21  and I managed that team.

22      Q.   Okay.

23      A.   But we work out of New Jersey in Fairfield.

24      Q.   Where did you have -- was that in Hong Kong,

25  in China?                                              11:27AM



Page 35

1     A.   No, we have different people in different

2  locations.

3     Q.   Okay.

4     A.   China is a big place, so we have -- during

5  that time we had three people, three engineers in        11:27AM

6  the south, and two up north in the Shanghai, Nimbo

7  area.

8     Q.   Okay.  Is that the Asian team that you were

9  talking about?

10     A.   Yeah.                                            11:27AM

11     Q.   You headed the Asian team?

12     A.   Yeah, I managed that.

13     Q.   So with the three engineers in the south,

14  two in the north, and then you, when you were in

15  Hong Kong, where would you physically go to work?        11:27AM

16  Did Tristar have an office or would you go into

17  factories?

18     A.   Go to the factories.

19     Q.   You would go into the factories that were

20  making these products?                                   11:27AM

21     A.   (Moves head up and down.)

22     Q.   What about when you were up in New Jersey

23  for Tristar, did they have an office in New Jersey?

24     A.   Yes.

25     Q.   Did they have, like, a facility, a testing    11:28AM



Page 36

1  facility, warehouse or anything like that?

2     A.  Yes.

3     Q.  Where is that located, the office and the

4  warehouse?

5     A.  Fairfield.                                    11:28AM

6     Q.  Fairfield, New Jersey?

7     A.  Correct.

8     Q.  What was the address, do you know?

9     A.  489 46th Route 46 East.

10    Q.  Okay.  How many people in the '7 to '13 time   11:28AM

11 period worked in that office, the New Jersey

12 office?

13    A.  At that time in that office, probably 45, 50

14 people.

15    Q.  Okay.  Who owns Tristar?                       11:28AM

16    A.  Keith Mirchandani.

17    Q.  Can you spell his last name?

18    A.  Keith, his actual name is Kishore.

19 K-i-o-s-h-e -- no, o-r-o, Kishore Mirchandani.

20 M-i-r-c-h-a-i-n-a, Mirchandani.  After the N, a D.   11:29AM

21 Okay.

22          MR. GHOSH:  A-n-i.

23          THE DEPONENT:  Yeah.

24 BY MR. SENN:

25    Q.  That's a mouthful.                            11:29AM



Page 37

```
 1    A.  Yeah, Mirchandani.

 2    Q.  Would he work out of the New Jersey office?

 3    A.  Yes.

 4    Q.  Has Tristar ever had an office down in

 5  Florida?                                          11:29AM

 6    A.  Yes.

 7    Q.  Okay.  What kind of office was down there?

 8    A.  It was just an office for clerical and

 9  receiving packages and mail and things like that.

10    Q.  Why was that down in Florida, do you know?   11:29AM

11    A.  No, I don't know.  Never was there.

12    Q.  After Jorge Prats left the company, I think

13  you said you took his role?

14    A.  Yes.

15    Q.  That would be the director of product        11:30AM

16  development?

17    A.  Yes.

18    Q.  At that point, was your direct reporting to

19  Keith?

20    A.  At that time, I was reporting to the         11:30AM

21  operations manager.

22    Q.  Okay.  Who was that?

23    A.  At that point in time, I have two different

24  persons.  At the very -- at the beginning was Matt

25  Fisher.                                           11:30AM
```



Page 38

```
 1      Q.   Okay.

 2      A.   And then later on, it was Jane Gilmartin.

 3           COURT REPORTER:  What was the last

 4      name?

 5           THE DEPONENT:  G-i-l-m-a-r-t-i-n.        11:30AM

 6  BY MR. SENN:

 7      Q.   They were both in the New Jersey office?

 8      A.   Yes.

 9      Q.   Okay.  Who was their director report, would

10  that be Keith?                                    11:30AM

11      A.   Correct.

12      Q.   Okay.  Were there any other directors of

13  product development, or just you?

14      A.   Oh, that was different -- there was another

15  person sharing my role as well, Paul McGrath.     11:31AM

16      Q.   Paul McGrath?

17      A.   Yes.

18      Q.   You said he was an art person?

19      A.   No, no.  He was sharing my role.

20      Q.   I thought you said "art" at first.  Okay.  11:31AM

21  So he was a director of product development?

22      A.   Yeah.

23      Q.   I'm assuming over something other than the

24  Asian division?

25      A.   Well, I managed Asian division.  He managed 11:31AM
```



Page 39

1    different products other than convenience cooking.

2    He manages consumer products and gadgets.

3    Q.  Okay.

4    A.  Like more as seen on TV.

5    Q.  Okay.  So let's say since your 2007 start    11:31AM

6    with Tristar, have you overseen, I guess you would

7    call it, let's just say overseen any products other

8    than pressure cookers?

9    A.  Yeah.

10   Q.  Okay.  Tell me what other products.  Are    11:31AM

11   there a lot of them?

12   A.  Cookware, exercise equipment, garments,

13   gadgets like little kitchen gadgets, little

14   bathroom accessories.

15   Q.  Okay.  Did anybody other than yourself and    11:32AM

16   Jorge Prats oversee the pressure cooker and their

17   development and marketing or --

18   A.  No.

19   Q.  Just you two?

20   A.  Yes.    11:32AM

21   Q.  After he left, it was just you?

22   A.  Yeah.

23   Q.  Okay.  So you mentioned like 45 to 50 people

24   at the New Jersey office.

25       Other than the directors of development and    11:32AM



Page 40

1    the executives and then some of the engineers, what

2    -- I don't want to know everybody's name, but what

3    kind of jobs would they be doing?  Clerical,

4    accounting, bookkeeping, stuff like that?

5              MR. GHOSH:  Compound.                    11:33AM

6              THE DEPONENT:  Well, most of the

7         building would be busy with the TV

8         production.

9    BY MR. SENN:

10        Q.  Okay.                                     11:33AM

11        A.  And like you have TV producers, script

12   writers, editors, like studio managers, cameramen.

13   You'll also have the sales part.

14        Q.  Okay.

15        A.  Which is, like, all the retail reps and    11:33AM

16   people who sells at retail.

17        Q.  Is that for people who put direct orders

18   into Tristar?

19        A.  No, no.  What I mean retail is, for example,

20   we have a person that manages Target and --          11:33AM

21              (Indiscernible crosstalk.)

22              THE DEPONENT:  And then we have another

23        one for Walmart and so on.

24   BY MR. SENN:

25        Q.  All the TV production people, they were     11:33AM



Page 41

1   employees of Tristar?

2      A.  No, no.  No, no.  I mean, that involves a

3   lot of, like, freelancing and hourly work.

4      Q.  What was that for, like informercials?

5      A.  Yeah.                                    11:34AM

6      Q.  Commercials, things like that?

7      A.  Yeah.

8      Q.  This may be a question you know, it may be a

9   question for somebody else, but do you know what

10  percentage of sales for the pressure cookers were   11:34AM

11  directly from Tristar as opposed to one of the

12  retailers?

13          MR. GHOSH:  Foundation.

14          You can answer.

15          THE DEPONENT:  I don't know the          11:34AM

16      numbers.

17  BY MR. SENN:

18     Q.  Okay.  Do you know when -- strike that.

19         Let me ask you this.  When you came onboard

20  with Tristar, was Tristar already in the pressure   11:34AM

21  cooker business?

22     A.  No.

23     Q.  Okay.  When did Tristar decide to get in the

24  pressure cooker business?

25     A.  Around 2011, 2012.                        11:34AM



Page 42

1    Q.  Okay.  Were you as the head or responsible

2  person for that product, for the pressure cookers?

3    A.  For Tristar?  Yes.

4    Q.  Okay.  Did Jorge Prats work on that with you

5  or was he not involved?                              11:35AM

6    A.  Yes, I reported to Jorge Prats.

7    Q.  Okay.  I understand that what's -- what I

8  call and maybe you call too, the power pressure

9  cookers, that was not the first line of pressure

10  cooker that Tristar was involved in; is that         11:35AM

11  correct?

12    A.  That is correct.

13    Q.  How many previous models were there?

14    A.  There were two, two campaigns.  What I mean

15  by campaigns is like TV campaigns, like marketing    11:35AM

16  campaigns.

17    Q.  Uh-huh.

18    A.  We did one early.  I mean, Tristar did one

19  early in 2004, 2002.

20    Q.  Uh-huh.                                         11:35AM

21    A.  I don't remember the spokesperson, but then

22  we did another one in 2010, something like that.

23  They did one with Montel Williams or something like

24  that.

25    Q.  Okay.  I might have been confused.  I          11:36AM



Page 43

1   thought I heard you to say that Tristar didn't get

2   into the pressure cooker business until 2011?

3       A.  Oh, on the PowerXL.  Sorry.

4              (Reporter asks for clarification.)

5   BY MR. SENN:                                        11:36AM

6       Q.  So they actually got into the pressure

7   cooker business earlier than that?

8       A.  Yeah, but those previous campaigns were

9   successful and the cookers were different and

10  probably they were not even sold.                   11:36AM

11      Q.  Okay.

12      A.  Because usually how it works is that if you

13  don't have a good response on direct-to-consumer

14  channels, you won't sell the product.

15      Q.  Okay.  So the power pressure cookers in     11:36AM

16  about, in 2011, is that what I understand or am I

17  understanding that correctly?

18      A.  Yeah.

19      Q.  Okay.  These previous pressure cookers

20  you're talking about, is that -- I understand there  11:37AM

21  were some that were sold maybe at Walmart and there

22  were some that were sold by Tristar directly.

23          Is that the previous line you're talking

24  about?

25      A.  No, no.                                      11:37AM



Page 44

1    Q.  Okay.

2    A.  The previous lines that I mentioned never

3  really went to market.

4    Q.  Okay.

5    A.  They were just attempts.                    11:37AM

6    Q.  Okay.

7    A.  So probably that's why I didn't clarify.  In

8  2011 is when we got into the market.

9    Q.  What about those two items mentioned, the

10  one that was sold to Walmart had a different model    11:37AM

11  number?

12    A.  The WAL1 and WAL2?

13    Q.  Uh-huh.  And then wasn't there another one

14  sold directly by Tristar called like a TRI,

15  something?                                        11:37AM

16    A.  Oh, the TRI6.

17    Q.  Yeah.  What -- did that precede the power

18  pressure line?

19    A.  No, it was around the same time.

20    Q.  Were they considered a part of that power    11:37AM

21  pressure cooker line?

22    A.  Not really.

23    Q.  Okay.  Are those two models still made?

24    A.  No.

25    Q.  Okay.  Did they save that when the power    11:37AM



Page 45

1  pressure cooker line came into existence?

2    A.  Correct.

3    Q.  Why did Tristar stop making the WAL1, WAL2

4  and the TRI -- whatever --

5    A.  The TRI6?                                    11:38AM

6    Q.  Yeah.

7    A.  Because of the success of the power --

8  PowerXL line --

9         (Indiscernible crosstalk.)

10         COURT REPORTER:  I'm sorry.  Did you        11:38AM

11      object?

12         MR. GHOSH:  Yeah, I just said form,

13      foundation, but he can answer.

14         THE DEPONENT:  I said because of the

15      marketing, we appointed a director of           11:38AM

16      marketing.  I forgot her name, sorry.  She

17      wanted to, like, align all the brands into

18      one brand, and she direct everything to

19      PowerXL.

20  BY MR. SENN:                                        11:38AM

21    Q.  The WAL1, WAL2, and the TRI6, were all three

22  of those, did they have the same design?

23    A.  The same principle, yes.

24    Q.  They were just sold at different places?

25    A.  That is correct, yeah.                        11:38AM



Page 46

```
 1      Q.  What about those three -- the WAL1, the
 2   WAL2, and the TRI6, did they have a different
 3   design than the power pressure cooking line?
 4      A.  Different manufacturer and the components
 5   were different, but the principle in the designs      11:39AM
 6   were very similar.
 7      Q.  Okay.  So would it be fair to say that
 8   design, as far as the lid-locking mechanism, were
 9   they the same as the power pressure cooker line?
10      A.  I would not say the same, but the principles   11:39AM
11   are the same.
12      Q.  Okay.
13      A.  And the functions were the same.
14      Q.  Okay.  The power pressure cooker -- I think
15   it's actually called "Power Pressure Cooker XL,"      11:39AM
16   right?
17      A.  Yeah.
18      Q.  And does that constitute the 770 and 770 --
19   770-1, 780, and 790?
20      A.  That's correct.                                11:39AM
21      Q.  No other models in that?
22      A.  Not that I recall, no.
23      Q.  Okay.  Those four models that I just called
24   it, 770, 770-1, 780, and 790, are those all the
25   same?                                                 11:40AM
```



Page 47

1    A.  Yeah.  Their capacity is different.

2    Q.  Okay.

3    A.  Like, one is six quarts, the other one is

4  eight quarts, and the last one, the 790 is ten

5  quarts.                                         11:40AM

6    Q.  That's the only difference in the pots?

7    A.  Yeah.  The last one has a different

8  mechanism.  It has additional features, but their

9  principles are the same.

10   Q.  Why does the last one have a different --    11:40AM

11  was that developed specifically for a certain

12  retailer or something like that?

13   A.  No, it was just an update.

14   Q.  Okay.  So was the 770-1 a newer version of

15  the 770 or an updated version?                  11:40AM

16   A.  Yeah.

17   Q.  Okay.  As far as when you say had more

18  features, do you mean like on the control panel it

19  had more cook features, or are there other features

20  that it had?                                    11:40AM

21   A.  It had -- it had more features as a like

22  a -- I don't recall if the 70-1 [sic] is the one

23  that has the magnetic readout.

24   Q.  Okay.

25   A.  And is basically a micro switch that reads    11:41AM



Page 48

1   out the position of the lid, and it has different

2   cooking features, yeah.

3      Q.  Okay.  So the 770-1 may have a different

4   lid, is that what you're telling me?

5      A.  Certain components of the lid were            11:41AM

6   different.

7      Q.  Those four models, the way that they were,

8   the way that the lid works, interacts with the body

9   and locks, all that design still be the same --

10     A.  Yes.                                          11:41AM

11     Q.  -- process four models?

12     A.  Yeah.

13     Q.  The main difference we would be talking

14  about in those four models is simply the capacity;

15  is that right?                                       11:41AM

16     A.  Yeah.

17     Q.  Okay.  Were all four of those developed --

18  or you said the 770-1 was an updated version of the

19  770.

20         The 770, 780, 790, were they all developed   11:42AM

21  at the same time?

22     A.  No.  The -- I mean, the -- they were brought

23  to market later on because they were market

24  requested, like bigger capacity, bigger sales.  But

25  they were developed around the same time.           11:42AM



Page 49

1    Q.  I'm assuming the 770 was first; is that

2  right?

3    A.  Yes, that is correct.

4    Q.  Okay.  Tell me how that happened.  Tell me

5  how the 770 came into existence.                    11:42AM

6    A.  It was presented by a vendor called Cheer

7  Master.  They present -- they told us that they

8  have a much better product, that they have a much

9  better factory.  We went and validated the factory,

10 went through their compliance.  We presented that   11:42AM

11 unit.  We thought it had great value, has very good

12 features, so we did new infomercial to refresh, and

13 we started marketing basically at retail mostly.

14   Q.  Meaning you placed with retailers?

15   A.  Yeah, Walmart, Target.                         11:43AM

16   Q.  Let me back up a little bit.

17     So Cheer Master is your vendor, right?

18   A.  Yes.

19   Q.  And you said they approached you and said

20 you had -- they had a much better, what, factory or  11:43AM

21 product or what?

22   A.  Well, usually in any -- like in any

23 industry, they know what you're doing, and they

24 want to present alternatives to what you were

25 doing.  We were doing the pressure cooker.  We were  11:43AM



Page 50

1   having some success with it, and then they want to

2   present a new pressure cooker.

3       Q.  This would have been when y'all were doing,

4   like, the WAL1, WAL2?

5       A.  Correct.                                    11:43AM

6       Q.  And you were all doing that and approached

7   you guys about the other pressure cooker?

8       A.  Correct.

9       Q.  So correct me if I'm wrong, but I'm sure you

10  may have way more knowledge than I do.  But as I     11:44AM

11  understand the supply chain businesses like this

12  Cheer Master, as the vendor, doesn't have a

13  factory, right, doesn't actually make the product?

14      A.  No.

15      Q.  It's teamed up with a factory?              11:44AM

16      A.  Yes.

17      Q.  So Cheer Master approached Tristar about

18  this pressure cooker?

19      A.  That is correct.

20      Q.  And initially that was just the 770?         11:44AM

21      A.  Yes.

22      Q.  All right.  Which factory were they working

23  with?

24      A.  They were working with a factory called

25  Blossom.                                             11:44AM



Page 51

1    Q.  Is that also known as Jin- --

2    A.  Jinhua.

3    Q.  Okay.  I was about to say I'm going to

4    butcher that name.

5            (Reporter asks for clarification.)        11:44AM

6            THE DEPONENT:  J-i-n-h-w-a [sic].

7    BY MR. SENN:

8    Q.  Those are the same thing, Blossom and

9    Jinhua, so we'll just call them "Blossom" then.

10   A.  Well, that's what literally that --          11:45AM

11           (Indiscernible crosstalk.)

12           THE DEPONENT:  -- wise flower and

13           Jinhua is opening.

14   BY MR. SENN:

15   Q.  So Blossom, is that Mandarin?               11:45AM

16   A.  Yeah.

17   Q.  Okay.  Jinhua, Blossom, was manufacturing

18   the 770?

19   A.  Correct.

20   Q.  Okay.  Now, walk me through, tell me        11:45AM

21   initially how this happened.  Did Cheer Master get

22   Blossom to make a model, a prototype for you guys

23   to look at, and then text it to you, or tell me

24   after Cheer Master contacted you, tell me what

25   happened next in that process.                  11:45AM



Page 52

1     A.  Well, Cheer Master had an engineering team,

2   and they have their own people at the factory.

3   They have their own resources.  So they engage with

4   us, basically me, telling me what they're doing at

5   the factory.  I go and basically run an audit and          11:45AM

6   make sure that the factory is capable of making

7   this type of product.  And we make an assessment.

8          And then from there on we go through a

9   compliance process which is applying for the UL.

10  Then we go into the other parts of this, which is          11:46AM

11  writing the instruction manuals, testing it, doing

12  the recipe books, making sure that the recipes

13  relate to the function of the unit, cooking times,

14  all that.

15    Q.  Okay.  Let me back up and walk through it a           11:46AM

16  little bit.

17          So when they initially approached you, they

18  didn't have a model -- they hadn't already produced

19  one of these pressure cooker?

20    A.  Well, they have the 780.                             11:46AM

21    Q.  Okay.

22    A.  And that was the model that they present to

23  us.

24    Q.  So that's when you went over to the factory,

25  that's what you were looking at?                           11:47AM



Page 53

1    A.  Correct.

2    Q.  And that was your job on behalf of Tristar

3   to go look at this product.

4        You mentioned an audit.  Is that an audit of

5   the factory?                                    11:47AM

6    A.  Yes.

7    Q.  Of Blossom?

8    A.  Yes.

9    Q.  Tell me what audit consists of.

10   A.  Like I mentioned before, we looked at the    11:47AM

11  quality management systems.

12   Q.  Okay.

13   A.  Making sure that they have the right

14  manufacturing practices and best practices.

15   Q.  Okay.                                        11:47AM

16   A.  For example, incoming inspection procedures,

17  warehouse management, testing procedures,

18  equipment, calibration records, all that kind of

19  thing.

20   Q.  And these would be all policies and          11:47AM

21  procedures that you're looking for to make sure

22  that Blossom has in place and follows?

23   A.  Correct.

24   Q.  Who sets those policies and procedures,

25  Blossom?                                          11:47AM



Page 54

1    A.  Well, they're ISO compliant.

2    Q.  Okay.

3    A.  So you verify that the quality manual

4  matched their operations.

5    Q.  Okay.                                    11:48AM

6    A.  So basically that's what a quality

7  management system is.

8    Q.  Okay.

9    A.  To verify that their manual actually

10 coexists with what they do, right?             11:48AM

11   Q.  Okay.  So when you went in, this would have

12 been around 2011?

13   A.  Yeah.

14   Q.  Okay.  How long does that process -- that

15 audit take?  Is it like a day or is that a week  11:48AM

16 or --

17   A.  No, that goes on for a while.  You offer

18 initial assessment which goes from, like, three,

19 four days of auditing, then you go into corrective

20 actions, then you give them a period of time to   11:48AM

21 implement those corrective actions, and then you

22 verify the effectiveness of those corrective

23 actions, you verify that the issues that you can

24 easily highlight were corrected and addressed, and

25 then you offer a second assessment, and then you   11:49AM



Page 55

1    continue.

2        Q.  When you say "corrective actions," do you

3    mean corrective actions to modify some of their

4    standards and practices, or to the actual pressure

5    cooker itself?                                    11:49AM

6        A.  Like practices, manufacturing processes.

7    And manufacturing processes, for example, there are

8    different parts of it, like work in progress and

9    how the parts and components are managed on the

10   line.                                             11:49AM

11       Q.  Okay.

12       A.  Easy identification of product, quarantine

13   systems, floor space.

14           (Reporter asks for clarification.)

15   BY MR. SENN:                                       11:49AM

16       Q.  And then you mentioned compliance process,

17   and that's making sure they follow through with

18   these changes as modifications that you guys want

19   in place?

20       A.  Correct.                                  11:49AM

21       Q.  Okay.  At this point that we're talking

22   about now, in this initial stage, are they actually

23   making pressure cookers for you guys, or are you

24   watching their processes as they apply them to some

25   other product?                                    11:50AM



Page 56

1       A.   No, actually, the reason we went with them

2    is because they were only manufacturing pressure

3    cookers and they were part of a program for the

4    development of a standards for the China Institute

5    of Standards for pressure cookers.  So they were          11:50AM

6    the pilot company who made pressure cooker.

7       Q.   Were they making pressure cookers for other

8    people too?

9       A.   Yeah, they were making pressure cookers for

10   Europe and local market.                                  11:50AM

11      Q.   Okay.  So in this initial visit when you're

12   doing the audit and looking at the compliance

13   process, they're not making the 770 for you guys

14   yet, they're making other pressure cookers you're

15   watching?                                                 11:50AM

16      A.   Correct.

17      Q.   Okay.  And then at some point you decided --

18   did you go look at other factories for this, too,

19   or did you just check out --

20      A.   No, we went to three different factories.       11:51AM

21      Q.   And you decided on Blossom?

22      A.   Yes.

23      Q.   At some point you gave Blossom the go-ahead

24   to start manufacturing the 770s?

25      A.   Yes.                                              11:51AM



Page 57

1    Q.  Did Blossom manufacture -- well, let me ask

2  you this.  Are any of these models in the power

3  pressure cooker XL line still in production?

4    A.  With Blossom -- No, no, not for Tristar, no.

5    Q.  Okay.  When did all those get discontinued?    11:51AM

6    A.  We stopped selling in 2015 -- '16, 2016,

7  2015.

8    Q.  Okay.  You stopped selling all of them then?

9    A.  Yes.

10    Q.  Did another model take its place or did    11:51AM

11  Tristar just get out of the pressure cooker

12  business?

13    A.  We had a third attempt into, like, their

14  pressure cooker business, but at that time Instant

15  Pot was too big of a market to compete with them.    11:52AM

16    Q.  Okay.  So you discontinued the Power

17  Pressure Cooker XL line, and then was there a time

18  period when Tristar was not in the pressure cooking

19  business and then tried again, or was that kind of

20  back-to-back?    11:52AM

21    A.  I mean, those are market situations.  I

22  mean, Instant Pot parts grew too fast and captured

23  the market, the largest market share.

24    Q.  Okay.

25    A.  So it was very hard for us to offer value    11:52AM



Page 58

1    and compete with them.

2      Q.   So the attempt after the Power Pressure

3    Cooker line, was that kind of immediately after you

4    stopped production on the power pressure cookers?

5      A.   We went to, like, development, but it took    11:52AM

6    us a while and kind of that category kind of cooled

7    off.

8      Q.   Okay.

9      A.   And it had a resurgence back in 2017, late

10   2016 and we try again.  But we didn't -- we didn't    11:53AM

11   really try hard.

12     Q.   What was that model called?

13     A.   Quick Pot.

14     Q.   Quick Pot?  Okay.  Did Blossom make that

15   too?                                                 11:53AM

16     A.   No.

17     Q.   Who made that?

18     A.   Yalesi.  Y-a-l-e-s-i, Yalesi.  Yeah, that's

19   correct.

20          (Reporter asks for clarification.)           11:53AM

21   BY MR. SENN:

22     Q.   I understand that Blossom might not have

23   made one of these models.  Did somebody else make

24   one of the power pressure cooker?

25     A.   Yeah, there was a company called Leeper.      11:53AM



Page 59

1    They made some of the 780s.

2        Q.   Leeper made some of the 780s?

3        A.   Yeah.

4        Q.   Okay.  Did Blossom also make some of the

5    780s?                                                11:53AM

6        A.   Blossom made the majority of the 780s.

7        Q.   Why did Leeper make some of them?

8        A.   It was a factory that would validate,

9    because usually for DR and direct response, you

10   need to produce a large number of units during a     11:54AM

11   short period of a time and we needed a different

12   manufacturing.

13       Q.   Okay.  Did you do the same thing with Leeper

14   that you did with Blossom, the audit and the --

15            (Indiscernible crosstalk.)                   11:54AM

16            THE DEPONENT:  The exact same

17       procedures.

18   BY MR. SENN:

19       Q.   Okay.  Is there a way, looking at the pot,

20   that you can tell if Leeper or Blossom made it?       11:54AM

21       A.   Yeah, there is a number, if you look at it,

22   the registration number on the writing.

23       Q.   Okay.

24       A.   Right here (indicating).

25       Q.   On the Intertek?                             11:54AM



Page 60

1     A.  Yeah, on the Intertek, on the rating label,

2  if you want to mark that.

3     Q.  Yeah, I'm going to go ahead and mark this as

4  P2.

5              (EXHIBIT P2, Intertek label, was marked    11:55AM

6              for identification.)

7  BY MR. SENN:

8     Q.  So what's been marked on P2, you're pointing

9  to a series of numbers under the logo for Intertek,

10 right?                                                   11:55AM

11    A.  Correct.

12    Q.  And that tells you whether it was made by

13 Leeper or Blossom?

14    A.  Correct.

15    Q.  How do you determine?                             11:55AM

16    A.  With this registration number and, like,

17 this -- like the Leepers have the dash 1.

18    Q.  Okay.

19    A.  Just to identify that the model was made by

20 a different manufacturer.                                11:55AM

21    Q.  Okay.

22    A.  So it was 780-1.

23    Q.  Okay.  The pressure cooker we're here about

24 today, the Copeland's pressure cooker, have you had

25 an opportunity to look and see which manufacturer       11:55AM



Page 61

1    made it?

2      A.  No.

3      Q.  Okay.

4      A.  I looked at the expert report, but I didn't

5    look at the samples.  I don't remember.                11:56AM

6      Q.  So as you sit here right now, you're not

7    sure if Blossom or Leeper made it?

8      A.  No.  If I see the rating label, I can tell.

9      Q.  Okay.  But regardless of whether Blossom or

10   Leeper made it, you would have done this initial       11:56AM

11   audit, compliance check, all that stuff for both

12   factories, right?

13     A.  That is correct, yeah.

14     Q.  Okay.  As the pressure cookers are getting

15   made, do you continue to do cross-process checks       11:56AM

16   periodically?

17     A.  Yeah.  We do a lot of other testing that we

18   engaged with the factory.  For example, we do

19   ongoing reliability testing.  That means that we

20   verified the live service of the unit.  Any cooking    11:56AM

21   device has digital and mechanical means of control.

22     Q.  Uh-huh.

23     A.  Meaning that thermostat, those thermostats

24   have certain lifespan.  So you run multiple cycles

25   to make sure that the unit won't have a failure        11:57AM



Page  62

1   before the estimated failure point.

2       Q.  Okay.  Is Tristar running those tests or is

3   Blossom and Leeper running those tests?

4       A.  The manufacturer that run the tests, but we

5   supervise that.                                          11:57AM

6       Q.  Your own staff?

7       A.  Yeah, we basically sign off on the samples

8   and we know when they start and when they finish,

9   and we periodically inspect the samples.

10      Q.  Okay.                                            11:57AM

11      A.  I mean, that was one of the tests that we

12  do.  They are other destructive tests that we do at

13  the factory which is taking samples apart and

14  making sure that the BOM, the bill of materials is

15  identical to the certificate.                            11:58AM

16      Q.  Okay.  What certificate?

17      A.  The Intertek.

18      Q.  Intertek.

19      A.  What I told you, once we approve a sample --

20      Q.  Uh-huh.                                          11:58AM

21      A.  -- you've got to list bill of materials --

22      Q.  Uh-huh.

23      A.  -- with all the components, and they're

24  traceable.

25      Q.  Okay.                                            11:58AM



Page 63

1    A.   So when you open one of these things, you

2  can verify that they are the right spec.

3    Q.   So you would go into the factory, pull a

4  random pressure cooker and check to see if it

5  complies?                                        11:58AM

6    A.   Yeah.

7    Q.   Would you yourself do that?

8    A.   Sometimes, yes.

9    Q.   Okay.  Would some of your engineers on your

10  Asian team do that?                             11:58AM

11   A.   Yes.

12   Q.   Okay.  And that's to make sure the pressure

13  cooker is in compliance with Intertek's list of

14  requirements be able to use their mark, correct?

15   A.   Yeah.  Throughout the manufacturing process, 11:58AM

16  there are a lot of steps for quality assurance.

17   Q.   Okay.

18   A.   Like I told you, the incoming inspection is

19  where the factory receives all the components and

20  materials necessary to make this.               11:59AM

21   Q.   Uh-huh.

22   A.   We make sure that the factory is doing that.

23  Like, for example, just out of the top of my head,

24  like the mouth needs to be certain weight with a

25  tolerance.  The factory must inspect those and    11:59AM



Page  64

1   actually physically measure that weight.

2       Q.  Okay.

3       A.  So we verify that they do that and just like

4   whether they're deviating or they're in compliance.

5       Q.  So how do you verify they do that, is that      11:59AM

6   when you go in and pull one and test it yourself?

7       A.  Well, everything in the factory has to have

8   a WIP, work-in-progress, tag so you know whether it

9   was inspected or not.  So you basically go and take

10  something from the production line and select your      12:00PM

11  sampling size according to your AQLs.

12      Q.  Okay.

13      A.  And then you verify that all the

14  measurements are correct.

15      Q.  Okay.  Now, you mentioned earlier the          12:00PM

16  compliance process where you're making sure they

17  comply with things you guys want to change during

18  the audit.

19          Did I understand that correctly?

20      A.  Yes.                                            12:00PM

21      Q.  Okay.  So when you went into whether it be

22  Leeper or Blossom and you audited them and you

23  said, hey, we want A, B, C changed, did you

24  actually have to make any changes to be

25  implemented, that Tristar wanted implemented for       12:00PM



Page 65

1    these pots to be -- or the pressure cookers to be

2    produced?

3        A.   Yes.

4        Q.   Do you remember what those were?

5        A.   Additional testing stations in the line for    12:00PM

6    pressure release.

7        Q.   Okay.

8        A.   Additional high pot -- high potency test

9    for diametric properties.

10       Q.   A high potency test?                            12:01PM

11       A.   Yeah.

12       Q.   What is that?

13       A.   High pot.

14       Q.   Or high pot.  Okay.

15       A.   Yeah.  It's just basically making sure that     12:01PM

16   this doesn't have any electric shock hazard.

17       Q.   Okay.

18       A.   Like, you gonna plug it, and you gonna get

19   static or anything else.

20       Q.   Okay.  So they weren't testing for that kind    12:01PM

21   of stuff before you guys came in and said, Hey,

22   you've got to implement this?

23       A.   No.  They were testing, but not to the level

24   that will satisfy our -- the requirements.  So it's

25   like if you're making -- you're making 100 pressure     12:01PM



Page 66

1    cookers per hour, we want to test all of them.

2        Q.  Okay.

3        A.  And they will put more testing --

4        Q.  Okay.

5        A.  -- stations.                                    12:01PM

6        Q.  So they make those changes, you go in and

7    make sure they made them, and then I think I

8    understood you to say that's an ongoing process to

9    make sure they're complying with those changes that

10   you guys wanted?                                        12:01PM

11       A.  That is correct.

12       Q.  Okay.  Now, the 780, 790, those were

13   implemented at some point after the 770, right?

14       A.  Correct.

15       Q.  Do you remember how soon?  Was it pretty       12:02PM

16   soon after the 770?

17       A.  The 780, when -- like, three, four months

18   after the -- I -- they went into production, like,

19   four months, released to market, like six months

20   after that.                                             12:02PM

21       Q.  Okay.  You said that Leeper and Blossom made

22   the 780, and I think I understood you to say that

23   was to fulfill orders --

24       A.  Correct.

25       Q.  -- because they were the most popular size?    12:02PM



Page 67

1      A.   The 770 was the most popular size.

2      Q.   Okay.  So why did you have to use two

3   factories to fill the 780?

4      A.   Well, we had a lot of orders at the

5   beginning.                                          12:02PM

6      Q.   Okay.

7      A.   And we mainly focused on the 780 with

8   Blossom and some of the 780 with Leeper.

9      Q.   Okay.  So how did that work?  Did Tristar --

10  after the 770 got into production, did Tristar say,   12:03PM

11  Hey, guys we want an eight-quart and a ten-quart,

12  can you produce that for us?

13        Is that how that happened?

14     A.   With Blossom or Leeper?

15     Q.   Either.                                     12:03PM

16     A.   No.  We -- we already approve it.  We know

17  that the unit comply with everything we need to

18  comply with.  We know that the unit is safe, and

19  like we verified all the -- all the testing that we

20  want to verify, and then we give them the release    12:03PM

21  to manufacture.

22     Q.   Okay.  So I guess what I am asking is:  Does

23  Tristar -- did Tristar then go to Blossom and say,

24  Hey, we want 770, but we want it in an eight-quart

25  model instead of six as well?                        12:03PM



Page 68

1    A.  Oh, that's a model.  Yeah.  We ask them,

2    like, can you make a bigger unit?  And they offered

3    the 80 and the 90.

4    Q.  You didn't have to go back and do the audit

5    and all that again because you had already done          12:04PM

6    that, you were just making a bigger pot, right?

7    A.  You do.

8    Q.  You do?

9    A.  You need to retest and recertify each model

10   and each size, but you have the certification and       12:04PM

11   performance.  The factory part, we already knew --

12   Q.  Yeah.

13   A.  -- so that --

14   Q.  When you say "verification," are you talking

15   about, like, Intertek --                                12:04PM

16   A.  Yeah.

17   Q.  -- to use their mark?

18   A.  Yes.

19   Q.  You have to go through that same process

20   with the 80 and the 90?                                 12:04PM

21   A.  Correct.

22   Q.  And then you have to make sure that Blossom

23   and Leeper are following those guidelines imposed

24   by Intertek; is that right?

25   A.  Yeah.                                                12:04PM



Page 69

1    Q.  And that's part of what you did for Tristar?

2    A.  Yeah.

3    Q.  Okay.  And, again, just so I understand it,

4  the way you did that was to go in and do your own

5  independent testing periodically to make sure they    12:04PM

6  were following these guidelines?

7    A.  Correct.

8    Q.  Okay.  I'm going to show you another exhibit

9  really just to make sure that I understand this.

10  I'm just showing this on my computer screen, but    12:05PM

11  just so you guys know, this is what was produced in

12  discovery Bates-stamped 0001538 and 1539.

13          COURT REPORTER:  Are we marking this?

14          MR. SENN:  Yeah.  I'm going to mark

15      this as P3.    12:05PM

16          (EXHIBIT 3, Bates 0001538-1539, was

17           marked for identification.)

18  BY MR. SENN:

19    Q.  All right.  Can you see that?

20    A.  Yeah.    12:06PM

21    Q.  You can scroll up and down, if you need to.

22      Is that -- to me that looks like a

23  Certificate of Compliance from Intertek; is that

24  what that is?

25    A.  No, that's from UL.    12:06PM



Page 70

1    Q.  From UL?

2    A.  Directly, yeah.

3    Q.  What's the difference in the Certificate of

4  Compliance from UL and Intertek?

5    A.  Just the body, the body who is issuing       12:06PM

6  the --

7    Q.  The governing body?

8    A.  Yes.

9    Q.  Okay.

10   A.  UL is UL, and Intertek is adding some        12:06PM

11 testing lab.

12   Q.  So did y'all do both for the pressure

13 cookers, UL and Intertek?

14   A.  Correct.

15   Q.  Okay.  Did y'all use the UL mark on them?    12:06PM

16   A.  Depending on like -- I think that one is for

17 Leeper.  Maybe, I don't know if that -- but we use

18 it interchangeably, yeah.

19   Q.  Okay.  Now, it says that Certificate of

20 Compliance issued to Cheer Master Trading.          12:06PM

21       Why would it be issued to Cheer Master?

22   A.  Because they were the ones who applied for

23 it.

24   Q.  Okay.  Why did they apply for it, as opposed

25 to Tristar or Blossom?                              12:07PM



Page 71

1       A.   Because we put the compliance deposit

2    through them because they can be in direct contact

3    with the lab in China and manage that part.

4       Q.   Okay.

5       A.   But it's a certificate that they pass the      12:07PM

6    test.

7       Q.   Okay.

8       A.   So it's either the factory or the vendor.

9       Q.   Okay.  Looks like that's for the 780 model

10   and the -- it says 780 and 780P.                        12:07PM

11          Do you know what 780P is?

12      A.   The 780P, probably different --

13             (Reporter asks for clarification.)

14             THE DEPONENT:  Different colors.

15   BY MR. SENN:                                            12:07PM

16      Q.   And if you scroll down a little bit, there's

17   another one here on 1539, again, for 780 and for

18   780P for Cheer Master, is that a different

19   certificate, or is that just a duplicate?

20          Do you know?                                     12:08PM

21      A.   Can I --

22             (Indiscernible crosstalk.)

23   BY MR. SENN:

24      Q.   Feel free to scroll.

25      A.   5931 -- November 2015, and this one is in       12:08PM



Page 72

1    November 10, 2015.  It's just probably that it was

2    updated.

3        Q.   Okay.

4        A.   Usually if you look at this, 5931 -- 5931 --

5        Q.   Uh-huh.                                    12:08PM

6        A.   -- is the same -- is the same project

7    number.

8             You see the certificate number is the same.

9        Q.   Yeah.

10       A.   It's saying that it was updated.           12:08PM

11       Q.   Okay.

12       A.   Probably they include different component or

13   they include a different marking, or they include

14   something else.

15       Q.   So every time something changes they issue a  12:08PM

16   new --

17       A.   Correct.

18       Q.   Okay.  So if you change something on this --

19   these pressure cookers, you have to get it

20   recertified; is that right?                         12:09PM

21       A.   That is correct.

22       Q.   Do you know what would have been changed to

23   cause those?

24             MR. GHOSH:  Foundation --

25             (Indiscernible crosstalk.)                12:09PM



Page 73

 1          THE DEPONENT:  The way they work is
 2      that the -- for example, include more
 3      components like; for example, that relay, an
 4      electric relay, they do the testing with
 5      this type of relay, and then the              12:09PM
 6      manufacturer might want to include a second
 7      type.  So they need to retest with that
 8      second type to be in the certification.
 9  BY MR. SENN:
10    Q.  Okay.  If a manufacturer, Blossom or Leeper,   12:09PM
11  wanted to do that, if they wanted to change out
12  something like that, like a lead or something,
13  would Tristar be able to say, no, we don't want you
14  to be able to do that?
15    A.  We would be able, but we never run into that   12:09PM
16  case.
17    Q.  Okay.
18    A.  Because, like, you go through an engineering
19  change process.
20    Q.  Okay.                                         12:10PM
21    A.  And I don't -- like with these pressure
22  cookers, we never face where we requested a change
23  in component.
24    Q.  Okay.  But if the factory had wanted to make
25  a change in a component, would Tristar have to be    12:10PM



Page 74

1    the decisionmaker on that?  Tristar could say yes

2    or no?

3        A.  Yeah, we will either order the factory to go

4    through a certification process --

5        Q.  Okay.                                    12:10PM

6        A.  -- or we would just be -- like, they will

7    need to -- every time they want to change anything,

8    they will need to submit an engineering change

9    request, and we will need to go through what is the

10   reason for the change, why would you want to change  12:10PM

11   this, what -- like, what parts of this are affected

12   and --

13       Q.  Okay.  Is that process true the other way

14   too; if Tristar wanted to change something could

15   they submit a change request to the factory?        12:10PM

16       A.  Yes.

17       Q.  What if the factory said no, they're not

18   going to do that change?

19       A.  Well, we will have -- have negotiation.

20       Q.  Okay.                                    12:11PM

21       A.  But most of the time, they will comply with

22   our request because we were the buyer.

23       Q.  Okay.  If they didn't comply with your

24   request, you could just move your business?

25       A.  Yeah.                                    12:11PM



Page 75

1    Q.  Okay.  Right here on 1538, and I'll submit

2  to you that 1539 says the same thing, they have the

3  standards for safety, and they've got UL1026 and

4  UL1036 listed there?

5    A.  Yeah.                                    12:11PM

6    Q.  Are you familiar with those?

7    A.  Yes, I am.

8    Q.  Okay.  And to your knowledge, that was the

9  standard that UL tested the pressure cookers for?

10   A.  Correct.                                 12:11PM

11   Q.  Do you agree that those are the appropriate

12 standards?

13   A.  Yeah.

14   Q.  Okay.  While we're right here, too, I'm

15 going to show you another exhibit.  I'm just going   12:12PM

16 to show you one or two of these because there were

17 a lot of them produced.  But I just want you to

18 explain to me what this is.  I'll mark this as P4.

19          (EXHIBIT 4, Bates 497-529, was marked

20           for identification.)                 12:12PM

21 BY MR. SENN:

22   Q.  This is -- this is Bates Number 497 to 529.

23 I'll show you that that was produced by your

24 attorneys in discovery.  That says Pro QC at the

25 top.                                           12:13PM



Page 76

```
 1        Is this kind of the -- we talked earlier
 2   about when you worked at Pro QC.  Are these the
 3   type of reports -- this is the report issued for
 4   pressure cookers.  Is this the type of report y'all
 5   would issue after inspections?  Is that what that     12:13PM
 6   is?
 7      A.  Yeah, if you look there where it says "type
 8   of service" --
 9      Q.  Okay.  I'm going to --
10      A.  Right there it says --                          12:13PM
11      Q.  Do you mind if I come around behind you?
12      A.  No, no.  Sorry about that.
13            (Off-the-record conference.)
14   BY MR. SENN:
15      Q.  Okay.  So what -- explain to me what this       12:14PM
16   sheet is showing me.
17      A.  First, the type of service, which is final
18   preshipment inspection, meaning that there are
19   goods that are finished, ready to shipped, and
20   purchaser goes there to verify the spec.             12:14PM
21      Q.  Okay.  The purchaser would actually go into
22   Blossom or Leeper to do this?
23      A.  Yes.
24      Q.  This is Blossom, right?
25      A.  Yes.                                           12:14PM
```



Page 77

1       Q.  And so is this -- these numbers right here,

2   you see a 1302.  1302, is that how many were to be

3   tested or is that how many were --

4       A.  No, those are how many were to be shipped

5   out.  That's a container.                          12:14PM

6       Q.  That's a cargo shipment?

7       A.  Yeah.

8       Q.  What is this, the 120 and the 12 right

9   there?

10      A.  Spare parts.                                12:14PM

11      Q.  Okay.

12      A.  Usually we include, with any purchase order,

13  a number of spare parts.

14      Q.  Okay.

15      A.  Like gaskets and valves, in case the         12:15PM

16  customer required, like I need a new gasket or...

17      Q.  Okay.  What about here, the 1708?

18      A.  This is for 770, and this is for the 780.

19  So there's two different --

20      Q.  Gotcha.                                      12:15PM

21      A.  Two different models.

22      Q.  Can you tell from this page how many units

23  were tested?

24      A.  I tell you right now.  Oops, sorry.

25      Q.  May be test screen.  I'm not sure.           12:15PM



Page 78

1    A.  Yeah, it is a test screen.  I used to have

2  one of those.

3           (Indiscernible crosstalk.)

4  BY MR. SENN:

5    Q.  I didn't know if it was in this mode.  I       12:15PM

6  knew it was, like, in tablet mode.

7    A.  Right here, this area, they did through

8  the --

9    Q.  You're at the top of Page 498 now.

10    A.  Correct.                                        12:15PM

11    Q.  I understand that.  It was a matter for the

12  record.

13    A.  Okay.  So if you look at that, it tells you

14  the standard that you're following, correct, which

15  is an ANSI C14.  The type, the type of procedure is   12:15PM

16  a single normal, meaning that it's just a single

17  sampling, and then --

18    Q.  As opposed to?

19    A.  Double.  Double is like when you find

20  certain number.  There are different types of         12:16PM

21  inspections.  There's the inspection by attributes,

22  and this is an inspection by attributes, meaning

23  you're counting defects.

24    Q.  Okay.

25    A.  Regardless of whether the defect is within      12:16PM



Page 79

1    the same unit.

2        Q.   Okay.

3        A.   You're not counting defective units.

4        Q.   Okay.  Gotcha.  And normal means as opposed

5    to abnormal testing?                                    12:16PM

6        A.   Correct.

7        Q.   Just making sure it works like it's supposed

8    to?

9        A.   Right.

10       Q.   Okay.                                          12:16PM

11       A.   For example, you set up your sampling plan

12   which is a general level 2.  There is a -- within

13   the inspection standard there is a sampling table

14   and it tells you that you need to inspect 125.

15       Q.   As determined by that level 2?                 12:16PM

16       A.   Yes.

17       Q.   Okay.

18       A.   And at special level 3, you need to check

19   13.

20       Q.   And is that one for the 80 and one for the     12:17PM

21   70?

22       A.   No.  This is for -- all this block, it only

23   details the inspections for the eight quart.

24       Q.   Okay.

25       A.   Right here.  The sampling plan 2 for the       12:17PM



Page 80

1    special -- a special level --

2        Q.   Uh-huh.

3        A.   -- indicates that you're doing different

4    type of testing.

5        Q.   Okay.                                        12:17PM

6        A.   The general level is for cosmetic, on/off,

7    things like that.

8        Q.   Uh-huh.

9        A.   The special level is performance and

10   destructive test.                                     12:17PM

11       Q.   Still under normal testing, though, right?

12       A.   Yeah, but in here, for example, you run the

13   unit, you make sure that it gets to the operating

14   pressure.

15       Q.   Okay.                                        12:17PM

16       A.   You make sure that the controlling system is

17   correct and then you open it, you do the drop test,

18   you do all the other stuff.

19       Q.   Does Tristar or does Pro QC set the testing

20   level?                                                12:17PM

21       A.   They propose it and we approve it.

22       Q.   Pro QC proposes what needs to be done and

23   you say, okay, I do that?

24       A.   Well, I, me personally, select the critical

25   levels.                                               12:18PM



Page 81

1      Q.   Okay.

2      A.   If you look in here you have a critical and

3   then your minor, right?

4      Q.   Uh-huh.

5      A.   We qualify what is a critical defect, what       12:18PM

6   is a major defect, and what is a minor defect.

7      Q.   Tristar qualifies that or Pro QC?

8      A.   Yeah, we qualify that.

9      Q.   Okay.

10     A.   So we say like anything that is safety or        12:18PM

11  operation related that might render the sample

12  unusable or would pose a risk is 0.65.

13     Q.   Okay.  What does that mean, 0.65?

14     A.   That means that the acceptance level for

15  defect is below zero.  So meaning one sample that      12:18PM

16  is found having a defect on that category, we'll

17  reject the whole batch.

18     Q.   Okay.

19     A.   Here you see accept, this is accept, reject?

20     Q.   Uh-huh.                                          12:19PM

21     A.   That means zero is accepted, one is

22  rejected.  A measure that you have three

23  acceptable, four for rejected.

24              (Indiscernible crosstalk.)

25  BY MR. SENN:                                            12:19PM



Page 82

1    Q.  01 means --

2    A.  1 percent.

3    Q.  Once you get one, then you reject and hold

4  batch?

5    A.  No, if you get four, you will reject.        12:19PM

6    Q.  No, I mean on here.  Zero and 1?

7    A.  Yes.

8    Q.  If you get one critical, then you reject the

9  whole 1300 or whatever it was?

10    A.  Correct.                                      12:19PM

11    Q.  Okay.

12    A.  This means that you will allow three.  These

13  were minor, you are allowed 10 to 11.

14    Q.  If you get 11 then you start a batch?

15    A.  Correct.                                      12:19PM

16    Q.  Okay.  Where can you see the results of that

17  testing?

18    A.  Right -- I'm sorry, right here.  If you go

19  -- if you go here, and this is the actual

20  description of every test.                          12:20PM

21    Q.  Okay.

22    A.  And the samples and whether it pass or not.

23  That means that they were below the acceptance or

24  rejection level, right.

25    Q.  Okay.                                         12:20PM



Page 83

1    A.  So they will pass.  There's other different

2    tests.  So, for example, this was internal check.

3    Critical component and PCV and controls, and then

4    they verify that they meet the sample and the

5    standard.                                        12:20PM

6    Q.  Okay.

7    A.  And they pass.  And this is -- these are the

8    descriptions of all the tests and whether they pass

9    or fail.

10   Q.  Okay.                                        12:20PM

11   A.  And in here you can see what the actual

12   defects were.

13   Q.  Now you're on Page 500?

14   A.  Yeah, if you look at in here, you go...

15       Here.  You see like a scratch on the case,  12:20PM

16   that's probably something like that.

17   Q.  Okay.

18   A.  Extra film on the case.  Sometimes the

19   stainless steel have like wrap and then they have

20   -- they left it there.                           12:21PM

21   Q.  Okay.

22   A.  Flash on the lid.  It might be something

23   that is like a plastic flashing here on the parting

24   line.  It's scratched on the lid, it's like a

25   scratch like that.                               12:21PM



Page 84

1    Q.   Okay.

2    A.   There was no -- nothing functional --

3    Q.   Okay.

4    A.   -- discovered.  And here's a summary of your

5    defects.  So you have, like, 1.6 of like cosmetic    12:21PM

6    and things like that, and then you have nothing on

7    the critical.

8    Q.   Okay.

9    A.   And this is the -- this is part of the

10   testing supporting data and what the actual    12:21PM

11   measurements were.

12   Q.   Okay.

13   A.   And that's the same for the 770s.

14   Q.   Okay.  Do they -- do they actually do

15   functional testing in these?    12:22PM

16   A.   Yes.

17   Q.   Okay.  Do you know what that consists of?

18   A.   Yeah.  You run -- there is a --

19        COURT REPORTER:  I'm sorry?  But can

20        you have the witness turn to me.  I cannot    12:22PM

21        hear him again.

22        MR. SENN:  I'm sorry.

23        THE DEPONENT:  Sorry.

24        COURT REPORTER:  Thank you.

25   BY MR. SENN:    12:22PM



Page 85

1    Q.  Okay.  You were -- you were explaining the

2 functional testing?

3    A.  Oh, that functional test for preshipment

4 inspections requires two RMS, like a reliable power

5 source.                                            12:22PM

6    Q.  Uh-huh.

7    A.  Meaning that it's voltage control and

8 current control.

9    Q.  Uh-huh.

10   A.  So you know there's no variation, and then   12:22PM

11 timers, power analyzor, pressure gauges, and some

12 pull gauges.

13   Q.  Do they actually pressurize the pot?

14   A.  Yes.

15   Q.  Okay.  Do they do any kind of abnormal      12:23PM

16 testing that you know of?

17   A.  Well, when it gets -- when it gets to

18 operating pressure, they just verify that there's

19 no leakage and that the gasket is not giving.

20   Q.  Okay.                                        12:23PM

21   A.  And that's about it.

22   Q.  Okay.  Do you know if they ever tested,

23 like, load locking?

24   A.  Yeah.  Well, like, they verify the parts and

25 the components, so they do make sure that they --   12:23PM



Page 86

1   the valve is traveling freely.

2      Q.   Okay.  By "load locking," I mean -- well,

3   let me ask a better question.

4         Do you know if during this testing or this

5   type of testing if they pressurize it and see if          12:23PM

6   the handle can be turned under pressure?

7      A.   During that test, no, because what you --

8   how you verify that with that inspection is just

9   making sure that components are the correct ones.

10     Q.   Okay.                                              12:24PM

11     A.   We already know the measurements and

12  dimensions and weights and performance of a unit.

13     Q.   Okay.

14     A.   So you can equate that if the components

15  don't change, the performance won't change.  We         12:24PM

16  periodically do opening and, like, force test with

17  the factory, just to make sure that that is --

18  nothing has changed, and we do that all the time.

19     Q.   That's something Tristar does, not Pro QC?

20     A.   The factory.                                      12:24PM

21     Q.   The factory does it, yeah?

22     A.   Yeah.

23     Q.   Okay.  Are you usually there when they do

24  stuff like that?

25     A.   Correct.                                          12:24PM



Page 87

1    Q.  Supervising the test --

2    A.  Yeah.

3    Q.  And seeing the results and stuff?

4    A.  Correct.

5    Q.  Pro QC would not do that kind of testing,     12:24PM

6    right?

7    A.  They're involved, yeah, sometimes.

8    Q.  Where do y'all do that, in the factory?

9    A.  Yeah.

10   Q.  But in this, what I just showed you,         12:24PM

11   Plaintiff 4, they wouldn't do that in the

12   preshipment-type testing, right?

13   A.  No.  They wouldn't do -- they wouldn't do a

14   lid-removal test, that's what you're referring to?

15   Q.  So they're -- so the Pro QC shipment         12:25PM

16   testing, they're basically looking at -- to make

17   sure that the components that were used were right,

18   making sure there's not major cosmetic issues that

19   all the parts in there, things like that.

20        Is that pretty much what they're looking    12:25PM

21   for?

22        COURT REPORTER:  Sorry.  I didn't get

23        your objection.

24        MR. GHOSH:  I said "form."

25        You can answer.                             12:25PM



Page 88

1           THE DEPONENT:  To me, it's really

2       important because, like I say, we constantly

3       verify the performance of the unit.  And if

4       there's no deviation on the spec, there

5       should be no deviation on performance.    12:25PM

6  BY MR. SENN:

7     Q.  Okay.

8     A.  So when we determine what tests have to be

9  done at the preshipment inspection, what we're

10 trying to do is minimize the number of units that    12:25PM

11 you actually have to inspect to verify that they

12 meet the spec.

13    Q.  Okay.  Let me ask a different question.

14        When Pro QC is doing a test like we just

15 looked at in Plaintiff's 4, are they actually    12:25PM

16 performing independent testing, or are they taking

17 UL and Intertek standards and making sure that you

18 guys have complied with those standards?

19    A.  They used part of the UL standard, but

20 they'll also use their particular knowledge of the    12:26PM

21 unit and the specification and whatever the

22 technical supervisor tell them to do.

23    Q.  Okay.  All right.  We were kind of talking

24 about 770, and the 780 and the 790 came into

25 production because of a need for the larger    12:26PM



Page 89

1    capacities, right?

2       A.  Yes.

3       Q.  And there was a decision to make --

4            COURT REPORTER:  I'm sorry.  I cannot

5       hear you.                                    12:27PM

6    BY MR. SENN:

7       Q.  I asked him to verify that Leeper was

8    brought in to make some of the 780s because the

9    order -- the demand had increased for the 780s.

10   And I think you said, that's right.             12:27PM

11      A.  (Moves head up and down.)

12      Q.  Did Leeper continue to make the 780s, as

13   well as Blossom, up until they were discontinued,

14   or did Leeper only make them for a short time?

15      A.  No, they both continued making them.     12:27PM

16      Q.  Okay.  All the way up until they were

17   discontinued?

18      A.  Yeah.

19      Q.  Okay.  I think you told me that the design

20   on the 770, 780, 790 were all the same?          12:27PM

21      A.  (Moves head up and down.)

22      Q.  Okay.

23      A.  Correct.

24      Q.  Is that right?  And so we've got here in

25   front of us what's marked Plaintiff's Exhibit 2.  I  12:27PM



Page 90

1    can't see the front of that.

2         Is that a 780?

3    A.   Yeah.

4    Q.   That's a 780.  That looks like what you

5    understand the Power Pressure Cooker 780 to be?    12:28PM

6    A.   Yes.

7    Q.   Okay.  Tell me -- let's just kind of start

8    bare bones.

9         How does a pressure cooker work?

10   A.   Well, as a pressurized vessel, meaning that    12:28PM

11   it's a sealed compartment that uses temperature and

12   pressure to -- to expedite a cooking cycle.

13   Q.   Okay.  And so it has a heating element,

14   right?

15   A.   Yeah.                                           12:28PM

16   Q.   And that's a contained heating element in

17   this pot or in this --

18   A.   Yes.

19   Q.   -- cooker, as opposed to an external heating

20   element?                                            12:28PM

21         (Reporter asks for clarification.)

22         THE DEPONENT:  That would be a

23         stovetop.

24   BY MR. SENN:

25   Q.   That distinction is what makes this an         12:29PM



Page 91

1  electric pressure cooker?

2      A.  Not only that, because on a stovetop, you

3  have no control of the heat source.

4      Q.  Uh-huh.

5      A.  So the actual unit is operated by a -- by a     12:29PM

6  third party.  This unit, you have redundancy that

7  control temperature and pressure.

8      Q.  Okay.  So it regulates its own heat source?

9      A.  Correct.

10      Q.  Okay.  Is it fair to say that's what makes    12:29PM

11  it an electric pressure cooker?

12      A.  Yeah.

13      Q.  Okay.  That's what that is, right, an

14  electric pressure cooker?

15      A.  Yeah.                                          12:29PM

16      Q.  Okay.  And the heat source increases

17  temperature, and then when the lid is sealed, that

18  increases temperature, creates pressure; is that

19  right?

20      A.  Yeah.  Temperature and pressure are directly  12:29PM

21  proportional.

22      Q.  Okay.

23      A.  The higher the temperature on a sealed

24  vessel, the higher the pressure.

25      Q.  Okay.  And then that pressure inside that     12:30PM



Page 92

1   pot is what makes the food cook faster than

2   non-sealer pressurized cooking, right?

3       A.   Correct.

4       Q.   Okay.  So to pressurize the lid has to be on

5   the pot and in a locked position; is that right?    12:30PM

6       A.   Yeah.  And the manual valve, also.

7       Q.   We're going to get into that in just a

8   minute.

9            But just on general terms, if, like, the lid

10  is on the pot but not in a locked position, will    12:30PM

11  the pot pressurize?

12      A.   No.

13      Q.   Okay.  If it were to pressurize under that

14  circumstance, would you say that would be

15  defective?                                          12:30PM

16      A.   Well, like, that's -- that's why I like

17  these units is because they're so simple.  The

18  pressure will push this forward and --

19              COURT REPORTER:  And the?

20  BY MR. SENN:                                        12:31PM

21      Q.   And no way for it to pressurize in the

22  locked position?

23      A.   In the unlocked position, no.

24      Q.   I'm sorry.  Yeah, not in the locked

25  position.                                           12:31PM



Page 93

```
1      A.  No.

2      Q.  What about if the pot were in the partially

3   locked -- or if it were in a partially locked

4   position, could it pressurize it?

5      A.  No, because it would stop it from          12:31PM

6   pressurizing, will be the lock -- like the floating

7   valve --

8      Q.  Uh-huh.

9      A.  -- like the movement of the floating valve

10  will be restricted --                             12:31PM

11     Q.  Okay.

12     A.  -- so steam will escape through there, and

13  all you're going to see is steam coming from there

14  and here (indicating).

15     Q.  Okay.  So if a pot or pressure cooker were  12:31PM

16  to pressurize with a lid in a partially locked

17  position, would that be defective?

18     A.  Well, that cannot happen, right?  Like I

19  just explained --

20     Q.  I don't know.  What I am asking is if it    12:31PM

21  were to somehow, would that be a defect in the pot?

22     A.  Well, I --

23         COURT REPORTER:  I'm sorry?  Did you

24     object?

25         MR. GHOSH:  Speculative, yep.              12:32PM
```



Page 94

```
 1              THE DEPONENT:  What I'm saying is that

 2         there's no means to secure the lid, so how

 3         can it pressurize?  Because for you to

 4         create pressure, you need a sealed

 5         container.                                12:32PM

 6  BY MR. SENN:

 7     Q.  Okay.  So -- just so I understand, you're

 8  saying that if the lid is in the partially locked

 9  position, it's impossible for it to pressurize; is

10  that right?                                       12:32PM

11     A.  Not impossible.  It's possible if you bypass

12  certain mechanisms, but they need to be bypassed.

13     Q.  Assuming there was no modification to the

14  lid after it was purchased, there's no way for it

15  to pressurize in the partially locked position; is  12:32PM

16  that right?

17     A.  That is right.

18     Q.  And so let's go through a little bit of kind

19  of the anatomy of this thing, and I want you to

20  kind of get you to walk me through this.          12:32PM

21         So we're looking at the lid here, what's

22  been marked as Plaintiff's Exhibit 2, and there's a

23  dial on the top.

24         What do you call that?

25     A.  That's a manual release valve.            12:33PM
```



Page 95

1    Q.  Okay.  This is the button you can turn to

2  manually release steam that's built up or pressure

3  that's built up inside the pot?

4    A.  Correct.

5    Q.  Okay.  And to have pressure build up, this      12:33PM

6  valve has to be in the closed position?

7    A.  Correct.

8    Q.  Does the -- you see there's an arrow on the

9  knob and an arrow on the base?

10   A.  Correct.                                          12:33PM

11   Q.  When those line up, does that mean it's

12  closed or open?

13   A.  That is closed.

14   Q.  But the pressure button, that has to be

15  situated where those arrows are aligned on the       12:33PM

16  circle on the knob, right?

17   A.  Correct.

18   Q.  Okay.  And then you also have in the handle

19  itself, there's a valve that --

20   A.  Yes.                                              12:33PM

21   Q.  -- kind of moves around in there, right?

22   A.  Yeah, you can remove the liner.  Right here

23  you can see it better.

24   Q.  Okay.  So it's in the handle and it kind of

25  floats up and down?                                   12:34PM



Page 96

1    A.  Correct.

2    Q.  And then I want you to point out anything I

3 miss.  The only other thing I see that kind of

4 moves around on this lid is a little pin that

5 sticks out of the side; is that right?          12:34PM

6    A.  Yeah, but that's part of the same mechanism.

7    Q.  It's all connected to the valve and

8 the handle, right?

9    A.  Correct.

10    Q.  Would you call this a locking pin?          12:34PM

11    A.  That is a locking pin, yeah.

12    Q.  This is the little pin on the side that I'm

13 pulling in and out?

14    A.  Correct.

15    Q.  The valve that's in the handle, is that what  12:34PM

16 you call the float valve?

17    A.  Yeah.

18    Q.  Okay.  Then you're looking in that hole and

19 the float valve is down, and you pull this pin,

20 there's a plate that covers that valve?          12:34PM

21    A.  Yeah, the strike plate.

22    Q.  That's a strike plate.  Okay.  And all of

23 that is connected, what I just spoke about, except

24 for the manual release, right?

25    A.  Correct.                              12:34PM



Page 97

1    Q.  Is the purpose of the strike plate,

2  the locking pin and the float valve, the purpose of

3  that mechanism to lock the lid so that it can seal?

4    A.  Yeah, that basically a readout.  That's what

5  you call a positive mechanism.                    12:35PM

6    Q.  Did you say it's a readout?

7    A.  Yeah, it's a readout of the position on the

8  lid.

9    Q.  What do you mean when you say readout?

10   A.  Because if you look at the construction of    12:35PM

11  this, you have the locking tabs.

12   Q.  Yeah.

13   A.  So when this pin engages with the lid, it

14  tells you the position, so it's reading the

15  position of the lid --                             12:35PM

16   Q.  Okay.

17   A.  -- in reference to those tabs.

18   Q.  Okay.  That's why you call it a positive

19  interaction?

20   A.  Yeah.                                          12:35PM

21   Q.  Okay.

22   A.  So basically if at any point that valve --

23  that lid is out of place, it will be blocking the

24  free movement of the strike plate, and therefore

25  you will see steam.                                12:35PM



Page 98

1    Q.  Okay.  Because the strike plate can't -- or

2  because the strike plate's covering the float

3  valve?

4    A.  Correct.

5    Q.  How does that work?  Is the strike valve        12:35PM

6  connected to the pin by a spring mechanism?

7    A.  The strike plate, there's a spring right

8  here (indicating).

9    Q.  On the underside of the lid?

10   A.  Yeah.                                            12:36PM

11   Q.  That's connecting the pin to the strike

12  plate?

13   A.  Correct.

14   Q.  Okay.  So when the pin is pulled out, the

15  strike plate covers the float valve so the float     12:36PM

16  valve can't pop out the seal; is that right?

17   A.  Yeah.

18   Q.  Is the primary purpose of that to create the

19  lock, or to create the seal for the pressure?

20   A.  Well, both.  You need to -- like I said, you     12:36PM

21  need to have a sealed vessel to create pressure.

22  So when this unit is being in the fully locked

23  position, that strike plate is all the way down and

24  it's free to move.

25        You will see that at that point the strike     12:36PM



Page 99

1    plate is down because there is no pressure in the

2    vessel, right, in the unit.

3       Q.  And the bottom is --

4       A.  As pressure builds up, that goes up, and the

5    strike plate cannot move back, restricting the          12:37PM

6    movement of that to open as it should.

7       Q.  Okay.  This mechanism, what we're calling

8    the strike plate, float valve, and locking pin --

9             COURT REPORTER:  I'm sorry, but I

10            cannot hear you.                                12:37PM

11            MR. SENN:  Hmm, I don't know why.  I'm

12            standing out over the microphone.  Can you

13            hear me?

14            COURT REPORTER:  I can now.

15   BY MR. SENN:                                            12:37PM

16      Q.  So the mechanism, what we're calling -- is

17   there a name for the whole mechanism or is it just

18   the striking pin, float valve and locking pin?

19      A.  That's the float valve.

20      Q.  Float valve?  Okay.  So we're calling the        12:37PM

21   whole mechanism the float valve?

22      A.  (Moves head up and down.)

23      Q.  All right.  So float valve has two purposes;

24   one, to create the seal for the pressure, and two,

25   to create a lock on the lid so it can't be opened       12:37PM



Page 100

1    under pressure; is that right?

2       A.  Well, I will rephrase that and say that they

3    make it like if you only allow the unit to create

4    pressure when it's in the locked position.

5       Q.  Okay.  So the purpose of the float valve,          12:37PM

6    that's to only allow the unit to pressurize when

7    it's in the locked position?

8       A.  Correct.

9       Q.  The float valve, locking pin, all that, that

10   doesn't serve a purpose to keep the lid from being       12:38PM

11   opened under pressure?

12      A.  At the point -- at the point of pressure,

13   like that valve will be up and will restrict the

14   movement of that pin.

15      Q.  Uh-huh.                                            12:38PM

16      A.  That pin will be behind the locking tab and

17   it would be extremely difficult to move through.

18      Q.  Okay.  So is that a secondary purpose of the

19   float valve, to lock the lid into place when it's

20   pressurized?                                             12:38PM

21      A.  Yes.

22      Q.  Okay.  Is there any other mechanism that

23   locks the lid into place when it's pressurized?

24      A.  Pressure itself.

25      Q.  Okay.  Pressure itself pressuring the lid up       12:38PM



Page 101

1    against the locking tabs?

2        A.   Correct.  It creates a friction coefficient.

3        Q.   Okay.

4        A.   Proportional to the pressure.

5        Q.   You probably have a better term for this        12:38PM

6    than any term that I do.  So we're looking at

7    Plaintiff's 2.  The lid has tabs that's bent over

8    and straight.

9            What would you call -- is there a name for

10   this?                                                    12:39PM

11       A.   Just tabs, locking tabs.

12       Q.   So the lids have locking tabs, and then the

13   base, the base of the pressure cooker, but the base

14   of the -- looks like -- what do you call that, the

15   internal tab?                                            12:39PM

16       A.   The base.

17       Q.   The base, okay.  So the base has

18   corresponding locking tabs that are curved in the

19   opposite direction?

20       A.   Correct.                                        12:39PM

21       Q.   So when the lid's placed on in the open

22   position, these tabs weren't engaged.  They flip on

23   and off, correct?

24       A.   Correct.

25       Q.   When you turn it to lock and lock's          12:39PM



Page 102

1  indicated on the side tab here, and the locking pin

2  lines up with the word "lock," right?

3      A.  Correct.

4      Q.  Then when the pot's not pressurized, still

5  the tab is locked.  So you can't take the lid off,        12:40PM

6  right, unless you rotate it again?

7      A.  Correct.

8      Q.  Okay.  And part of what keeps the lid from

9  being turned while pressure is pressure pushing

10 that lid up against those locking tabs, right?           12:40PM

11     A.  Correct.

12     Q.  In addition to that, there's the float valve

13 that has the locking pin that's behind one of those

14 locking tabs?

15     A.  Correct.                                          12:40PM

16     Q.  Okay.  From Tristar's perspective, which is

17 the primary locking mechanism, the locking tabs or

18 the float valves?

19     A.  The locking tabs.

20     Q.  Okay.  The float valve, would it be accurate    12:40PM

21 to say that that's a back-up mechanism for the

22 locking?

23     A.  Not a back-up, but, like I say, that's why I

24 call it that rated -- like a positive.

25     Q.  Okay.                                            12:40PM



Page 103

1       A.   Because interacts with the --

2       Q.   Okay.

3       A.   -- with the position of the lid.

4       Q.   Is it accurate to say that the primary

5   purpose of the float valve is not to be a locking      12:40PM

6   mechanism but to seal the pot under pressure?

7       A.   Yeah.

8       Q.   Okay.  I want to give you a hypothetical.

9   Assuming this pot didn't have a float valve locking

10  mechanism, I don't know in what kind of                 12:41PM

11  circumstance that would happen, let's just assume

12  it's not there for the ease of this, but the pot is

13  pressurized and the locking tabs are engaged, would

14  a person be able to open the lid of a pot under

15  those circumstances?                                    12:41PM

16           MR GHOSH:  Form.

17           You can answer.

18           THE DEPONENT:  At what pressure?

19  BY MR. SENN:

20      Q.   Let's say the pot's fully pressurized.         12:41PM

21      A.   I think you will first break the handle

22  before that lid comes off.

23      Q.   Okay.  When this pot is fully pressurized,

24  what kind of forces are we talking about?

25      A.   Over -- like to make it rotate, over 200.      12:41PM



Page 104

1    Q.  No, that was a poor question.  Let's say

2  when this pressure cooker is cooking, generally

3  what will kind of pressure is it cooking under?

4    A.  Like the maximum pressure it reach is 3.5

5  psi.                                                12:42PM

6    Q.  3.5 psi?

7    A.  Yeah.

8    Q.  So at 3.5 psi, even assuming there's no

9  locking mechanism on the float valve, because of

10  the locking tabs, a normal person shouldn't be able  12:42PM

11  to open that lid?

12    A.  No, not even an abnormal person, I don't

13  think.  You will need to -- like I say, the handle

14  on the plastic part will give --

15    Q.  Okay.                                         12:42PM

16    A.  -- before you're able to move it.

17    Q.  Under that circumstance, even a bodybuilder

18  shouldn't be able to rotate that lid?

19    A.  Not even a bodybuilder, no.

20    Q.  Okay.  What about at half that pressure,      12:42PM

21  again, assuming there's no float valve with a

22  locking pin, the locking tabs are just engaged, if

23  they have that pressure, 1.75 psi?

24    A.  Still extremely hard.

25    Q.  Okay.  Getting easier but still --            12:43PM



Page 105

1    A.  I mean, the pressure directly proportional

2  to the force required to rotate?  Because like I

3  say, that creates a friction coefficient.

4    Q.  Okay.

5    A.  So still very hard.                          12:43PM

6    Q.  Okay.  If you know this and you may be able

7  to answer this easily given your education, let's

8  go back to, say, 3.5 psi, fully pressurized, do you

9  know how much rotational force it would take to

10  overcome that pressure if there was no float valve    12:43PM

11  locking mechanism, it was just the locking tabs?

12    A.  Yeah, about 280.

13    Q.  280 pounds of rotational force?

14    A.  Torque, yeah.

15    Q.  When you say "torque," does that mean a        12:43PM

16  person rotating it?

17    A.  Yeah.

18    Q.  Which would be outside the strength of a

19  normal human?

20    A.  Well, because the grip is a single handle,    12:43PM

21  and you will need to be able to apply that much

22  force with one hand (indicating).

23    Q.  Okay.  If you had something, a long bar or

24  something like that, if you create leverage, you

25  may be able to do it; is that right?              12:44PM



Page 106

1    A.  Yeah.  With leverage, yeah.

2    Q.  But it would take some kind of mechanism,

3  not just --

4    A.  No, because the force is radial and the

5  longer -- the longer the fulcrum --                    12:44PM

6    Q.  Okay.

7    A.  -- the point exertion.

8    Q.  Okay.  What about -- back to the same

9  scenario, half the psi, 1.75 psi, do you know how

10 much rotational force it would take to open the        12:44PM

11 lid, given no valve-locking mechanism?

12          MR. GHOSH:  Form.  Foundation.

13          THE DEPONENT:  It's still pretty high,

14      above 100.

15 BY MR. SENN:                                            12:44PM

16   Q.  Above 100?

17   A.  Yeah, way above.

18   Q.  Okay.  How many psi's would it take to pop

19 that float valve up?

20   A.  About 0.2.                                        12:44PM

21   Q.  Okay.

22   A.  That's why -- I remember mentioning it

23 before that this requirement that is a critical

24 requirement, which is the weight of that valve, so

25 we know that that valve is about 82 to 85 grams.       12:45PM



Page 107

1    Q.  Okay.

2    A.  And with that opening what is required to

3  move that valve is about 0.2 to 0.3 psi.

4    Q.  Okay.

5    A.  So at that point, the valve will start        12:45PM

6  coming up --

7    Q.  Okay.

8    A.  -- and that means that there is a pressure

9  build-up.

10   Q.  So that doesn't take a lot of pressure to     12:45PM

11  pop the valve up; is that right?

12   A.  Correct.

13   Q.  Okay.  And the more pressure that builds,

14  the stronger the lock becomes on those locking

15  tabs, right?                                       12:45PM

16   A.  Correct.

17   Q.  How low would the pressure have to get in

18  the pot -- again, if you can answer it based on

19  your education or this is something you know

20  through your work with Tristar, how low would the  12:45PM

21  pressure in that pot have to get before a person of

22  normal strength could rotate the lid if there was

23  no float-valve lock on it?

24          MR. GHOSH:  Form, foundation.

25          You can answer.                            12:46PM



Page 108

1          THE DEPONENT:  We haven't run the

2          testing without that, but you still need to

3          apply about 20 to -- 20 to 40 pounds.

4    BY MR. SENN:

5      Q.  At what psi inside the pot?                    12:46PM

6      A.  Like a 2 -- like .5, 1 psi.

7      Q.  At 1 psi if you can get the lid open, is

8    that enough pressure to make the contents of the

9    pot expel?

10     A.  But, I mean, you would need to force the lid   12:46PM

11   open.

12     Q.  Okay.

13     A.  And that force will be over 40 pounds and be

14   in the high 60s.

15     Q.  At .5?                                          12:46PM

16     A.  At 1.5.

17     Q.  1.5?

18     A.  1 is extremely hard to open.

19     Q.  Okay.

20     A.  I mean, you require some -- you need to get     12:46PM

21   out of your way to get it open.

22     Q.  Let's just use 1 psi.  Let's say if you

23   could get it open at 1 psi, is 1 psi enough

24   pressure to expel the contents of the pot out if

25   you were to open it?                                  12:47PM



Page 109

```
 1              MR. GHOSH:  Form.  Calls for expert
 2        testimony.
 3              You can answer.
 4              THE DEPONENT:  I haven't seen that.
 5   BY MR. SENN:                                    12:47PM
 6    Q.  Have you tested that?
 7    A.  Yeah.
 8    Q.  So you have knowledge of whether that would
 9   happen or not?
10    A.  A clamshell opening is what we call and --   12:47PM
11    Q.  That's what you call that test?
12    A.  Well, yeah.  If -- when you're fully
13   disengaging and it's close to nominal pressure and
14   all you see is just like a sudden release --
15    Q.  Okay.                                       12:47PM
16    A.  -- there's different flashing points.
17        I'm sure our expert can give you better
18   details.  But basically what you're going to
19   have -- is because the pressure is so little, when
20   you're able to open it, all you're going to see is, 12:47PM
21   like, a medium release.
22    Q.  Okay.
23    A.  It's not a sudden release which --
24              (Indiscernible crosstalk.)
25              THE DEPONENT:  When you are able to   12:47PM
```



Page 110

```
 1            force the lid open, that's what we see, we
 2            just see like one line.
 3    BY MR. SENN:
 4       Q.  Okay.  So if you forced the lid open on
 5    y'all's testing, what you've seen is if you're able   12:48PM
 6    to force the lid open, there's not enough pressure
 7    inside to expel the contents.
 8            Is that what I understand?
 9       A.  That's what I've seen, yeah.
10       Q.  Okay.  Do you know -- have y'all done any      12:48PM
11    tests on what pressure inside the pot is required
12    to cause a forceful -- I don't know if explosion is
13    the right word -- but expelling of the liquid
14    inside the pot or ejection of the liquids?
15            COURT REPORTER:  I didn't get your             12:48PM
16            objection.  I'm sorry.
17            MR. GHOSH:  Form.  Foundation.
18            THE DEPONENT:  Yeah, you will need to,
19            like, create a lot of force to open it, and
20            most of the time, we never get to the point    12:48PM
21            where we can open it without damaging the
22            lid.
23    BY MR. SENN:
24       Q.  Okay.
25       A.  So at the point that we tend -- like the       12:48PM
```



Page 111

1    pressure comes down and we can get it to open --

2        Q.   Uh-huh.

3        A.   -- you're talking about, like, 1.2, 1.3 psi.

4        Q.   And now Tristar has run those tests?

5        A.   At the factory, I've seen them.         12:49PM

6        Q.   You saw them do that?

7        A.   Yeah.

8        Q.   That's one of the tests you supervised?

9        A.   Yeah.

10       Q.   And at that level when they get it down low    12:49PM

11   enough to open it without damaging the lid, 1 psi,

12   does the contents expel, or is that back to what

13   you were saying --

14              (Indiscernible crosstalk.)

15              THE DEPONENT:  It has to be higher than    12:49PM

16       1 psi.  It has to be like 1.5, 1.3 psi.

17   BY MR. SENN:

18       Q.   Okay.  And the tests you've seen, they

19   haven't been able to open the pressure cooker at

20   that level -- at that level of psi without damaging    12:49PM

21   the handle; is that right?

22       A.   Correct.

23       Q.   And that test is done with the float-valve

24   locking mechanism, right?

25       A.   Correct.                                12:49PM



Page 112

```
 1    Q.  Okay.  All right.  So if this pressure
 2  cooker --
 3    A.  I'm sorry.  You say when the valve is up --
 4  we were talking about no valve -- no floating
 5  valves --                                         12:50PM
 6    Q.  Yeah.
 7    A.  -- because when the floating valve is
 8  engaged at that point the force is higher.
 9    Q.  What force?
10    A.  The force required to open it.             12:50PM
11    Q.  Okay.
12    A.  Even at a lower pressure, right.
13    Q.  So the test you were just talking about
14  where y'all tried to open it in the factory, was
15  that done with a float-valve lock or without?     12:50PM
16    A.  We've done both.
17    Q.  Okay.  You've done it both ways?
18    A.  Yes.
19    Q.  And the force required to open it with the
20  float-valve lock is obviously higher?             12:50PM
21    A.  Yeah.
22    Q.  Because you have to overcome that lock as
23  well?
24    A.  Correct.
25    Q.  Okay.  Now, if this pressure cooker is in   12:50PM
```



Page 113

1  the locked position and it's pressurized, the

2  manual valve is closed, if somebody were able to

3  open it, would you consider that pot to be

4  defective?

5          MR. GHOSH:  Objection.  Form.          12:51PM

6          THE DEPONENT:  It's possible to open

7      it.  Manually?  No, I think it's -- if they

8      need to -- I mean, if they force it open, I

9      don't think it's defective, no.

10  BY MR. SENN:                                   12:51PM

11     Q.  Okay.  You would think that somebody would

12  have to force that open for that to happen?

13     A.  Yeah, and exert a considerable amount of

14  force.

15     Q.  Is that back to what you were saying       12:51PM

16  earlier, not with a normal human strength?

17     A.  Well, not only because of the strength

18  required but because the pressure is directly

19  proportional to the force required, and those tabs

20  will be engaged.  And there's no way a person will  12:51PM

21  be able to rotate those tabs.

22     Q.  Okay.

23     A.  Same with a car radiator, right.

24     Q.  Okay.  All right.  So even if the

25  float-valve locking mechanism failed, this cooker   12:52PM



Page 114

1    is pressurized, you wouldn't expect, given the

2    tests y'all have done, a person would be able to

3    rotate this lid without breaking the handle?

4        A.  Yeah, no way.

5        Q.  Okay.  And I think you understood to say      12:52PM

6    that the tests y'all ran can't open this

7    pressurized lock, breaking the handle, until it

8    gets down to around 1 psi, correct me if I'm wrong.

9        A.  No.  You're -- I might be wrong, because we

10   were talking about at what pressure you need to     12:52PM

11   open it without damaging the lid or creating

12   that -- that force is way below 0.2, like, 0.3, 0.4

13   is when you start seeing that rotation.

14       Q.  What rotation?

15       A.  Like from closed to open.                    12:52PM

16       Q.  Uh-huh.  Oh, that's when you start seeing

17   people being able to do that?

18       A.  Correct.

19       Q.  Okay.  So it has to get down to 0.3, 0.4

20   before --                                            12:53PM

21       A.  Before the valve comes down.

22       Q.  Okay.

23       A.  And then you have free movement and then

24   you're able -- still you still will have like 10,

25   15 pounds.                                           12:53PM



Page 115

```
 1    Q.  It wouldn't be easy?

 2    A.  When there's no pressure --

 3         COURT REPORTER:  I'm sorry, but I can't

 4    hear you when you're turning that lid.

 5         MR. SENN:  We're trying to be careful.   12:53PM

 6 BY MR. SENN:

 7    Q.  So at .03 or .04 this lid is not moving

 8 freely, even though the float valve may have

 9 dropped; you've still got resistance?

10    A.  Correct.                                  12:53PM

11    Q.  Okay.  And the float valve drops at around

12 .03, .04?

13    A.  .02, .03.

14    Q.  All right.  Let's talk a little bit about

15 the manual valve.  So when you're finished cooking, 12:53PM

16 the float valve drops.  Do you still have to open

17 the manual valve?

18    A.  It's advised --

19    Q.  Okay.

20    A.  -- to do so, just to verify that there is no 12:53PM

21 pressure in the unit.

22    Q.  Okay.  So you open the float valve to

23 release the remaining pressure that may be in it?

24    A.  Correct.

25    Q.  I'm sorry.  The manual valve.  Yeah, I     12:54PM
```



Page 116

```
 1  missed that.

 2      A.  Correct.  The thing is, this is a weighted

 3  valve as well.

 4      Q.  Okay.

 5      A.  So the same principle.                    12:54PM

 6      Q.  Uh-huh.

 7      A.  So the weight of this thing seals the unit.

 8  If there is any pressure when you even do that

 9  (indicating), it would release.

10      Q.  It wouldn't wiggle?                        12:54PM

11      A.  It will release --

12              (Indiscernible crosstalk.)

13  BY MR. SENN:

14      Q.  Gotcha.

15      A.  Yeah.                                      12:54PM

16      Q.  You're talking about the knob of the --

17      A.  Yeah.

18      Q.  -- manual release valve?

19      A.  Yeah.

20      Q.  Okay.  This little nut and screw here,     12:54PM

21  that's the underside of the --

22      A.  Yeah.

23      Q.  -- manual valve?

24      A.  Correct.

25      Q.  So if the float valve has dropped and the  12:54PM
```



Page 117

1    manual release valve is open, is there any way

2    pressure could still be inside the pot?

3        A.   No.   The pressure will lift through there.

4        Q.   Okay.

5        A.   I mean, we received several complaints that    12:55PM

6    the unit is not cooking and then we realized people

7    are not closing the valve.

8        Q.   The manual valve?

9        A.   Yeah.

10       Q.   Is there any way the manual valve can get    12:55PM

11   clogged?

12       A.   No.   I mean, we've run those tests as well.

13       Q.   Okay.

14       A.   We've run different tests where we put

15   different ratios of solid to and liquid and    12:55PM

16   different masses in there.   Like, for example, a

17   combination of chicken and bones, stuck it up in

18   there.

19            At like 0.3 psi, the pressure in that little

20   area is so high compared to an area, that it just    12:55PM

21   shoot it out.

22       Q.   Okay.   So that's designed to prevent any

23   clog?

24       A.   That's the beauty of that system, the

25   pressure clears, right, it's like --    12:55PM



Page 118

```
 1      Q.   Pressure clears the clog, okay.

 2           (Indiscernible crosstalk.)

 3           THE DEPONENT:  So, like, those working

 4      pressures, like, we put, like, bean paste,

 5      pea paste, rice, meat, fat.  We clogged that    12:56PM

 6      with Play-Doh.  And we weren't able ever to

 7      just --

 8  BY MR. SENN:

 9      Q.   Okay.

10      A.   Because pressure always shoot it out.      12:56PM

11      Q.   And I guess, does the heat help dissolve any

12  clogs as well?

13      A.   Well, the heat and the pressure help.

14      Q.   Okay.

15      A.   But definitely the pressure.              12:56PM

16      Q.   Now, there's also a plate that you took off

17  of inside of the lid.  What's the purpose of this?

18      A.   The inner liner?

19      Q.   Yeah.

20      A.   To held that gasket.                      12:56PM

21      Q.   To hold the sealing gasket?

22      A.   Correct.

23      Q.   It doesn't have any function to help prevent

24  food from getting in the valve?

25      A.   Well, it does, yeah.                      12:56PM
```



Page 119

1     Q.  Like a secondary function?

2     A.  Yeah, and if you can see, you cannot run the

3  unit without that liner because there will be no

4  gasket.

5     Q.  Okay.  It wouldn't seal, right?          12:56PM

6     A.  Yeah, it wouldn't seal.

7     Q.  Okay.  Let me ask you this.  So we were

8  talking earlier about how this pin is connected to

9  the strike plate up here by a seal.

10         (Reporter asks for clarification.)          12:57PM

11              MR. SENN:  Connected to the strike

12          plate by a spring.  I'm sorry.

13  BY MR. SENN:

14     Q.  The pin is connected to the strike plate by

15  a pin?                                              12:57PM

16     A.  Yeah.

17     Q.  Have y'all ever run any kind of tests to see

18  if that spring can become stretched over time?

19     A.  Like in memorial of that?

20     Q.  Yeah.                                        12:57PM

21     A.  No, it's pretty reliable because even

22  without the spring you will have the interaction of

23  the pins across the tabs.

24     Q.  The locking tabs?

25     A.  Yeah.                                        12:57PM



Page 120

```
 1      Q.  Had y'all run any tests on --

 2      A.  Yeah, the memorial --

 3           COURT REPORTER:  I need y'all to speak

 4      one at a time, please.

 5  BY MR. SENN:                                    12:57PM

 6      Q.  Did y'all run any tests on whether the

 7  spring would become stretched over time?

 8      A.  Yes.

 9      Q.  I think you were starting to say the test

10  showed it could be used how much?               12:57PM

11      A.  Over 200,000 cycles.

12      Q.  Before the spring become stretched?

13      A.  Well, you start losing memory.

14      Q.  Correct me if I'm wrong, if the spring were

15  to become stretched, the locking mechanism on this   12:58PM

16  pin would be less effective; is that right?

17      A.  No, not less effective.  It would be harder

18  to a user to move -- to move from open to closed

19  position.

20      Q.  Oh, because it would be holding it closed   12:58PM

21  then?

22      A.  Correct.

23      Q.  Gotcha.  Okay.

24      A.  So that tab will be in there and it will

25  cause it not to move and you will not be able to --   12:58PM
```



Page 121

1   where you get it to the closed position.

2      Q.  Do you know what the specs are on the

3   movement, the range of movement allowed for this --

4   for the locking pin?

5      A.  I don't remember.  I think it's like 20        12:58PM

6   millimeters.

7      Q.  Okay.

8      A.  I think.  I'm -- I will need to look at the

9   drawing.

10     Q.  Okay.  Now, in the open position like this,     12:58PM

11  if this were just sitting on the lid, would I be

12  able to pull this pin out?

13     A.  At the open position?

14     Q.  Yeah.

15     A.  Yeah.                                            12:59PM

16     Q.  Okay.  And the strike plate should not come

17  out over the float valve in this case, right?

18     A.  If there's no pressure, no.

19     Q.  Okay.  So when I put it on --

20         COURT REPORTER:  I'm sorry, but I can't          12:59PM

21     hear you again.

22  BY MR. SENN:

23     Q.  I might have put it on upside down.  So when

24  it's in the open position and then it slides over,

25  locked position, or slides over that first tab, you    01:00PM



Page 122

1   can see the strike plate come out a little bit.

2        That's what keeps it from pressurizing in

3   the partially locked position, right?

4        A.   Correct.

5        Q.   The tab is partially open.                01:00PM

6        A.   Correct.

7        Q.   The steam is just going to keep going?

8        A.   Correct.

9        Q.   It's not going to pressurize.

10       And goes into here.  So when it gets           01:00PM

11  pressurized, when it's in the locked position, the

12  float valve pops up and it locks the strike plate

13  behind the float valve, right?

14       A.   Correct.

15       Q.   So this can't pull out to allow you to slide   01:00PM

16  past the locking mechanism?

17       A.   Correct.

18       Q.   Even if you could defeat the locking tabs,

19  that would prevent you from --

20       A.   Moving it.                                 01:00PM

21       Q.   Moving it, okay.

22       Have y'all at Tristar done any testing to

23  see what kind of force it would take -- say the pot

24  is not pressurized but this pin is pulled out and

25  locked, to overcome the locking tab?                01:01PM



Page 123

1    A.  Well, that would be the same test that I

2  told you where we bypass the floating valve and run

3  it through -- what do you call -- a normal cooling

4  cycle.  So basically you're measuring your pressure

5  and there's a gauge constantly pulling the lid,          01:01PM

6  seeing at what time you start rotating that lid.

7    Q.  Okay.

8    A.  Basically you see a lowering in the pressure

9  before it start coming.  Usually with 100-pound

10  weight, that happens below 0.2.                          01:01PM

11   Q.  Okay.  Maybe -- let me ask it a better way.

12        THE DEPONENT:  I'm sorry, Mr. Ghosh,

13       can we have like five minutes?

14        MR. GHOSH:  Sure, we can take a break.

15        (A recess transpired from 1:01 p.m.          01:01PM

16         through 1:09 p.m.)

17  BY MR. SENN:

18   Q.  Mr. Lozano, before we went to break, we were

19  talking about the pressure cooker we have here in

20  front of us.  I have just a few more questions          01:10PM

21  about that.

22        Has Tristar ever ran a test -- I don't know

23  what kind of test you would call it, but to open

24  the lid when the pot was not pressurized, but just

25  engaging the float valve locking mechanism?            01:10PM



Page 124

1    A.  Yeah.

2    Q.  Okay.  What was the force required to open

3  the pot just against the locking mechanism and

4  the float valve?

5    A.  On a new sample, about 45 to 50 pounds.      01:10PM

6    Q.  Okay.  That's rotational force?

7    A.  Yeah.

8    Q.  Okay.  That's without any pressure in the

9  pot?

10   A.  Yeah (inaudible).                            01:10PM

11   Q.  All right.  Has Tristar done any testing on

12  the lifecycle of the actual locking tabs?

13   A.  Yeah.

14   Q.  Okay.

15   A.  Part of the ongoing reliability tests that I  01:10PM

16  mentioned required the opening and closing of the

17  lid.

18   Q.  Okay.  Have there been any tests done on

19  whether and how much force, if so, is required to

20  bend one of those tabs to make it not functional   01:11PM

21  anymore?

22   A.  Which tabs?

23   Q.  The locking tab.

24   A.  The one from the lid or the --

25   Q.  Either.                                       01:11PM



Page 125

1     A.  No, we haven't.

2     Q.  Done any testing on that?

3     A.  No, one is cast iron.

4     Q.  Okay.

5     A.  So that would require, like, a breaking and     01:11PM

6  one is stainless steel, so the forces are really,

7  really high.

8     Q.  So it will take something more than just a

9  drop or a bump or something like that to bend those

10  tabs?                                                 01:11PM

11     A.  Yeah.

12     Q.  It would have to be something intentional

13  and forceful.

14     A.  Correct.

15     Q.  Okay.  And when you say "ongoing testing,"    01:11PM

16  do you -- is it correct to assume that -- or tell

17  me if I'm wrong, that throughout the production of

18  these pressure cookers, Tristar going into the

19  factory and y'all are doing this ongoing

20  reliability testing and lifecycle testing and        01:12PM

21  things like that on these pots --

22     A.  Correct.

23     Q.  -- is that just to make sure that Blossom is

24  manufacturing to spec or to guidelines?

25     A.  Yeah, and to -- to determine like the MT --   01:12PM



Page 126

1   like the meantime before failure.

2       Q.  Okay.

3       A.  That is just saying, for example, the

4   gasket --

5       Q.  Uh-huh.                                    01:12PM

6       A.  -- the gasket after 20,000 hours, they start

7   getting brittle.

8       Q.  Right.

9       A.  And they will need to be replaced.

10      Q.  Okay.                                       01:12PM

11      A.  It's a silicone gasket, so throughout the

12  service of one of those things, you might need to

13  replace gasket.

14      Q.  Okay.

15      A.  Most of the controlling systems in here are  01:12PM

16  what we call a normal open, so when you run, for

17  example, a thermostat to its end of life, what is

18  supposed to happen is that in an open position on

19  the (unintelligible) -- there is no close, so there

20  is no power.                                        01:13PM

21      Q.  Okay.

22      A.  Things like that.

23      Q.  Okay.  During any of this reliability

24  testing, were there things that you had to get

25  Blossom or Leeper to change about the pressure     01:13PM



Page 127

1    cooker?

2        A.   No.

3        Q.   Okay.   This is ongoing testing to make sure

4    it stayed the way you guys wanted it to be?

5        A.   Correct, yeah.                                  01:13PM

6        Q.   Okay.   Tell me how -- after that initial --

7    you told me Cheer Master approached you guys and

8    said, hey, I have a factory to make these pressure

9    cookers, after that initial setup, how was Cheer

10   Master involved?                                         01:14PM

11       A.   Well, they facilitate the operations meaning

12   like the logistic part.   The daily inspections,

13   they have people at the factory.   They also

14   coordinate shipments, booking the vessels, making

15   sure that the booking spaces are right, working      01:14PM

16   with the accounting department.

17       Q.   Okay.   So they actually handle dealing with

18   the pressure cookers from Blossom and onto a

19   shipping container to come over to the States?

20       A.   Correct.                                        01:14PM

21       Q.   So Tristar doesn't have any role in the

22   actual shipment and importation or exportation of

23   the --

24       A.   We work with Cheer Master, and most of the

25   time through them, we have a designated order.   You     01:14PM



Page 128

1    issue an order and say, This is okay.  They will

2    review that they have an okay to ship, and they

3    book the vessel and all that.

4        Q.  So Tristar tells Cheer Master how many

5    pressure cookers they want, Cheer Master gets it        01:15PM

6    from Blossom, and then Cheer Master arranges a

7    shipment to you guys?

8        A.  Correct.

9        Q.  So is Tristar an importer?

10       A.  Yeah.                                           01:15PM

11       Q.  Is Cheer Master an exporter?

12       A.  I believe they export.  On record, it's

13   Blossom, I think, but I'm not sure.

14       Q.  During any of the testing for these pots,

15   did y'all ever use a third party --                    01:15PM

16           COURT REPORTER:  A third party?  I'm

17       sorry.  I still didn't hear you.

18           MR. SENN:  A third party named FEA.

19       The letter's F, E, and A.

20   BY MR. SENN:                                           01:15PM

21       Q.  I'm sorry.  What was your answer?

22       A.  Yes.

23       Q.  Okay.  Did they do independent testing on

24   the pressure cookers?

25       A.  Correct.                                        01:15PM



Page 129

1    Q.  Did they find that there was an issue with

2  the lid opening under pressure?

3    A.  No.

4    Q.  On any of the pressure cookers?

5    A.  No.                                    01:16PM

6    Q.  So you were never alerted of any kind of

7  failure regarding the lid opening under pressure?

8    A.  No.  Basically, what we did with FEA was

9  engage in, like, testing because we start getting

10  customer feedback saying that, oh, this happened to   01:16PM

11  me or, like, I got burned.  So we tried to figure

12  out what was going on a -- like on a deeper level

13  of -- like -- having to, like, what's going on?

14  Because we don't see any defect.  We don't see any

15  reason for the system to malfunction.          01:16PM

16       So they -- we engaged with FEA, and after

17  that, we couldn't come up with a definitive theory

18  of what people are doing.

19    Q.  Did FEA issue you guys a report?

20    A.  Yeah.                                  01:16PM

21    Q.  Do you know if that's been turned over to

22  your attorneys?

23    A.  I believe they are, yeah.

24    Q.  Okay.  And the customer complaints that you

25  mentioned, was that complaints of the lid coming   01:17PM



Page 130

1    off during pressurization or under pressure?

2        A.   There were various scenarios.

3        Q.   Okay.

4        A.   There were very different descriptions.

5    There were many different conflicting, like,          01:17PM

6    statements of --

7        Q.   Okay.  I was going to ask you this:  How

8    long does it take for the pressure cooker to come

9    up to pressure to cook?

10       A.   Depends on the volume of the food that you   01:17PM

11   put in, liquids and the cooking cycle you select.

12       Q.   Okay.  Less food, it takes less time to

13   pressure --

14       A.   No.  More food, it takes longer to heat up.

15       Q.   Okay.                                        01:17PM

16       A.   Because, like, the contents will take longer

17   to heat up.  But on this unit, anything between 20

18   to 25 minutes.

19       Q.   Okay.  And what about to depressurize to the

20   point where the lid is supposed to open as it        01:17PM

21   would -- normally would?

22       A.   I keep warm, 15 to 20 minutes.

23       Q.   How about if you just unplugged it, same?

24       A.   15, 20 minutes.  15 minutes, maybe even

25   quicker.                                             01:18PM



Page 131

1    Q.  Okay.  So we talked a little bit about, you

2  know, the process if Blossom wanted to change

3  something or if Tristar wanted to change something,

4  at anytime in the production of these pressure

5  cookers -- or power pressure cooker line, were        01:18PM

6  there any change requests initiated by either party

7  regarding the lid?

8    A.  No.

9    Q.  Okay.

10   A.  Not on these units, no.                          01:18PM

11   Q.  Were there any change requests at all either

12 by Tristar?

13   A.  Yeah.  On the 780, I think we changed the

14 Styrofoam --

15   Q.  Okay.                                            01:18PM

16   A.  -- for the shipping box because we got

17 complaints that they were having dents like that

18 (indicating).

19   Q.  Okay.

20   A.  So we changed the Styrofoam --                   01:19PM

21         (Indiscernible crosstalk.)

22         COURT REPORTER:  I'm sorry.  I didn't

23     hear you.

24 BY MR. SENN:

25   Q.  I'm asking was that during shipping they        01:19PM



Page 132

1   were getting the dents?

2     A.   Like -- like units get damaged because

3   (inaudible) -- because...

4     Q.   And that was -- y'all issued a change

5   request to Blossom?                                    01:19PM

6     A.   To change the density of the Styrofoam to

7   put a denser Styrofoam so they pass the drop test.

8     Q.   Okay.  I'm going to show you another exhibit

9   here.  This is Bates Numbers 1287 through 1298.

10             (EXHIBIT 1, Bates 1287-1298, was marked    01:19PM

11              for identification.)

12  BY MR. SENN:

13    Q.   I come stand behind you again just so we can

14  both go through this at the same time.  These were

15  produced during discovery by your attorney.            01:19PM

16         Is that a form for a change request?

17    A.   Yes.

18    Q.   Is this Tristar's form, I'm assuming?  Is

19  that Tristar's --

20    A.   Yeah.                                           01:20PM

21    Q.   Okay.  Can you tell from that who initiated

22  that, was it Tristar or was it Blossom?

23    A.   I --

24    Q.   You can scroll if you want to.

25    A.   I can tell you it was Cheer Master.             01:20PM



Page 133

```
 1      Q.   Cheer Master can initiate a change of --

 2      A.   Anybody can.

 3           COURT REPORTER:  Did you say Cheer

 4      Master?

 5           THE DEPONENT:  Cheer Master.          01:20PM

 6           It says manufacture other -- origin

 7      says "other."  I don't know why, but it was

 8      -- yeah, these are definitely issued by

 9      Cheer Master, Michael U.

10 BY MR. SENN:                                    01:20PM

11      Q.   And what are they asking to be changed?

12      A.   I can't tell you it was Cheer Master because

13 there are many names.

14      Q.   All right.

15      A.   They are asking for a PBC, like a printer  01:21PM

16 board control, to -- it's change in process.

17      Q.   On the circuit board?

18      A.   Yes, just to have a different type of

19 soldering.

20      Q.   Okay.                                 01:21PM

21      A.   They wanted to go from a surface-mounted

22 device, SMD, to a manual soldering for circuiting

23 point.

24      Q.   Why would Cheer Master, as a vendor, want to

25 do that or care about that?                     01:21PM
```



Page 134

```
 1              MR. GHOSH:  Foundation.

 2              THE DEPONENT:  Maybe they saw an issue

 3         during the production line.

 4   BY MR. SENN:

 5     Q.  Okay.                                   01:21PM

 6     A.  Basically, what they're asking right there,

 7   if you look at the description, is that these LEDs

 8   are a little longer, so you can see them better

 9   through the -- through the screen.

10     Q.  Okay.  Why would they issue that change of    01:22PM

11   request on Tristar's form?

12     A.  Because we issued that form in a Word

13   document format, just to make sure that if you want

14   to initiate that request, it has to be addressed to

15   me, and I will approve it or not.                  01:22PM

16     Q.  So before this went to Blossom -- or is this

17   issued to Tristar?

18     A.  Yes.

19     Q.  Okay.  So you had to approve or disapprove

20   that request?                                      01:22PM

21     A.  Correct.

22     Q.  Did you approve it?

23     A.  I think I did, yes.

24     Q.  Okay.  What about, go back to right here

25   where you were, the next one.  This is on          01:22PM
```



Page 135

1    Page 1291.  This looks like another engineering

2    change request.

3          Can you tell who made that request and to

4    who they made this request to?

5              MR. GHOSH:  Foundation.                    01:22PM

6              COURT REPORTER:  I didn't get your

7          objection.

8              MR. GHOSH:  Foundation.

9              THE DEPONENT:  Well, they weren't --

10         they wanted to increase the -- they want to    01:23PM

11         change -- they want to go on and apply for

12         an amendment to the certificate and include

13         a different component that goes from 60,000

14         cycles to 100,000 cycles.

15   BY MR. SENN:                                         01:23PM

16     Q.  So is Cheer Master making that request?

17     A.  They're making that request because it's --

18     Q.  Are you up to the --

19             (Indiscernible crosstalk.)

20             THE DEPONENT:  Yeah, they will resubmit    01:23PM

21         the sample.

22   BY MR. SENN:

23     Q.  So you're familiar with that document?

24     A.  Yes.

25     Q.  You've seen that before?                       01:23PM



Page 136

1    A.  Correct.

2    Q.  And you approved that change?

3    A.  Yes.

4    Q.  Okay.  And what about this next one that --

5         COURT REPORTER:  I can't hear you.        01:23PM

6         MR. SENN:  The next one he's going to

7         talk about is at 1294.

8  BY MR. SENN:

9    Q.  Are you familiar with that document?

10   A.  Yeah.                                       01:23PM

11   Q.  Okay.  Tell me what that is.

12   A.  It's a change request for the middle ring

13 just to pass the drop test.  That means that

14 during -- during the shipment only one of these

15 rings was broken.                                 01:24PM

16   Q.  Okay.

17   A.  So they wanted to reinforce it.

18   Q.  Okay.

19   A.  That was it.

20   Q.  Cheer Master made that request?           01:24PM

21   A.  Correct.

22   Q.  They made that to you?

23   A.  Yes.

24   Q.  And you approved that?

25   A.  Yes.                                        01:24PM



Page 137

1    Q.  I think that's the last one, but you can

2  scroll down to make sure.  All of those are on

3  Tristar forms because y'all issued those forms

4  payable to you?

5    A.  Correct.                                    01:24PM

6    Q.  Would Tristar -- I'm sorry.  Would Cheer

7  Master ever issue -- or let me rephrase that.

8        Did Cheer Master ever issue a change request

9  form directly to Blossom without going through

10 Tristar first?                                     01:25PM

11   A.  Not that I'm aware of.

12   Q.  If Tristar said, no, would they ever go

13 further and go to --

14           (Indiscernible crosstalk.)

15 BY MR. SENN:                                        01:25PM

16   Q.  -- or would it end there?

17   A.  It will end there.

18   Q.  Okay.

19   A.  But -- but that is after we evaluated the

20 request and what they want to change.               01:25PM

21   Q.  Okay.

22           MR. SENN:  Okay P-5.

23           (EXHIBIT 5, Change Request, was marked

24            for identification.)

25 BY MR. SENN:                                        01:25PM



Page 138

```
 1      Q.  I'm going to show you another one, and I

 2    don't have the Bates stamps for you guys.  On this

 3    one, this was one printed without Bates Number.

 4    Y'all produced it.  It's the manual.

 5              MR. GHOSH:  Okay.                      01:25PM

 6              MR. SENN:  I'm not sure what the

 7           numbers are.  I'll get him to identify that

 8           is the manual.

 9              MR. GHOSH:  That's fine.  I can pull up

10           a copy over on my end.                    01:26PM

11              (EXHIBIT 6, Manual, was marked for

12                identification.)

13    BY MR. SENN:

14    BY MR. SENN:

15      Q.  Okay.  Can you take a look through that and  01:26PM

16    scroll through that and tell me if that looks like

17    the manual for the 780 power pressure cooker?

18      A.  Yes, it is.

19      Q.  Okay.  Did Tristar write that manual?

20      A.  Yes.                                        01:26PM

21      Q.  Okay.  Who at Tristar wrote it; do you know?

22      A.  This manual was done by -- the final

23    approval was done by Parker Bliss.

24              (Reporter asks for clarification.)

25    BY MR. SENN:                                      01:26PM
```



Page 139

1    Q.  Bliss, B-l-i-s-s?

2    A.  Yeah.

3    Q.  That's an employee of Tristar?

4    A.  At the time he was, yes.

5    Q.  Okay.  What department did Parker work in?    01:26PM

6    A.  The art -- art department.

7    Q.  What about the actual -- not the form or the

8  art of it, but the actual substance of it, who

9  wrote that?

10   A.  We engaged into -- like, they used a    01:27PM

11 technical writer.

12   Q.  Okay.

13   A.  And they give the notes, and then between

14 the art department, ourselves, the engineering

15 department -- the engineering part, and the    01:27PM

16 technical writer, we all approve it and print.

17   Q.  Okay.  So does the engineering department

18 that you were over, they submitted information for

19 substantive matters --

20   A.  Correct.    01:27PM

21   Q.  -- and then the art department looked at it

22 from just the aesthetics of it; is that right?

23   A.  Correct.

24   Q.  And then Tristar has final approval after it

25 comes back from the technical writer?    01:27PM



Page 140

1      A.  Correct.

2      Q.  Okay.  So I want you to look over at Page 3

3  of the manual.  I'm not going to ask you a bunch of

4  details about this.  I just want to know generally,

5  see the heading, it says "Built-in Safety          01:27PM

6  Features"?

7      A.  Yes.

8      Q.  Would that be the type of information that

9  your department, engineering department, would have

10  supplied?                                          01:28PM

11      A.  Yeah.

12      Q.  Okay.  What about, like if you scroll over

13  to Page 7, the "Program Settings and Cooking

14  Times," would that have been something that your

15  department would have supplied?                    01:28PM

16      A.  Yes.

17      Q.  And like on Page 6, "Operating

18  Instructions," would that have been the engineering

19  department as well?

20      A.  Correct.                                   01:28PM

21      Q.  Okay.  That's all I'm going to ask you about

22  that.  I meant to ask you earlier.

23          We were talking about the manual release

24  valve, and you were talking about how the design of

25  that prevents clogging.  During any of your testing  01:29PM



Page 141

1   were y'all able to clog that manual valve, manual

2   release valve?

3       A.   No.

4       Q.   Okay.  Is it possible for the float valve to

5   get clogged?                                        01:29PM

6       A.   We -- we did the same test, and no.

7       Q.   No clogs?

8       A.   No.

9       Q.   Okay.  Does your department -- and I know

10  that we're going to depose Reggie tomorrow, so      01:29PM

11  we're going to talk about the specifics on the

12  customer service and complaint issues.

13          But for your department, engineering

14  department, is it -- is it made aware of customer

15  complaints and incidences?                          01:30PM

16      A.   Yes.

17      Q.   Okay.  To what extent?  Tell me how the

18  engineering department becomes involved with that.

19      A.   At that point in time, Rosa, or the customer

20  service department, receives a complaint, it's      01:30PM

21  escalated, depending on what the -- this -- the

22  type of complaint we have.

23      Q.   Uh-huh.

24      A.   So, for example, if it's a personal injury

25  or it's property damage or, like, we bring it up,   01:30PM



Page 142

1    we review it all together.  We go through the

2    normal course of, like, trying to find out what

3    happened, trying to retrieve the sample, if

4    possible, to investigate, engage into like bringing

5    the supplier in and making sure that they know and          01:30PM

6    see if they know anything.

7        Q.  Okay.

8        A.  And we're going through all this work.

9        Q.  And that's something that the engineering

10   department would do on their own and then get the          01:30PM

11   factory involved?

12       A.  Well, we hear the complaint.  We try to

13   assess what the complaint is about and trying to

14   investigate what happened, yeah.

15       Q.  Okay.  And I think you said if y'all can get     01:31PM

16   the cooker back, you would test it and see if you

17   could recreate the tissue.

18           Is that what you're testing for?

19       A.  Yeah.

20       Q.  Okay.  Who else at Tristar, other than your      01:31PM

21   division and Rose -- is Rosa in customer service?

22       A.  Yes.

23       Q.  Your division and customer service, who else

24   other -- what other divisions would be involved

25   with customer complaints at Tristar?                       01:31PM



Page 143

```
 1     A.   After --

 2          COURT REPORTER:  Did you object?

 3          MR. GHOSH:  Yes, foundation.

 4          THE DEPONENT:  After this collation

 5     [sic], we will notify our legal counsel and    01:31PM

 6     then probably management.

 7  BY MR. SENN:

 8     Q.   I don't want to know anything you talked

 9  about with your attorneys, but does Tristar have a

10  legal division, or do you use outside counsel?      01:32PM

11     A.   We have an in-house --

12     Q.   Okay.

13     A.   -- counsel, but most of the time, we...

14     Q.   Okay.  So the two departments -- the two

15  departments that are primarily involved with        01:32PM

16  customer complaints and incidences are engineering

17  division and customer service; is that accurate?

18     A.   Correct.

19     Q.   Okay.  I'll show you another exhibit.  See

20  if you can tell me what this is.                     01:32PM

21          MR. SENN:  And, Sanjay, this next

22          exhibit, it was not Bates-stamped either,

23          but you guys produced it as Excel

24          Spreadsheet 1.

25          MR. GHOSH:  Okay.  I got that.              01:33PM
```



Page 144

1                (EXHIBIT 7, Excel Spreadsheet 1, was

2                  marked for identification.)

3   BY MR. SENN:

4      Q.   All right.   Just a second here.   I just want

5   you to look at that and see if you recognize that        01:33PM

6   document and tell me what it is.

7      A.   This is a customer service PIR report.

8      Q.   What does that stand for?

9      A.   Product Incident Report.

10                (Reporter asks for clarification.)        01:33PM

11  BY MR. SENN:

12     Q.   Is that an internal -- Tristar internal

13  document?

14     A.   Yes, it is.

15     Q.   What is -- is that an -- I guess a             01:33PM

16  spreadsheet of customer complaints; is that what

17  that is?

18     A.   It's a summary of what is in our system that

19  we, quote, desk [sic].   Basically, it's just like a

20  ticketing system.                                       01:33PM

21     Q.   Okay.

22     A.   It creates a file, and it's like a

23  depository.   So you have the customer complaint

24  whatever is in there, so you can go in there and

25  retrieve that case.                                      01:34PM



Page 145

1      Q.   Who enters that information at Tristar?

2    Would that be Rosa?

3      A.   Yeah, customer service.

4      Q.   How many people work in customer service?

5      A.   At that time, about 20, 25.                    01:34PM

6      Q.   Can it be anybody in customer service to

7    input that data, or would that be Rosa that kept up

8    with that spreadsheet?

9      A.   Rosa filters it, but anybody -- like, she

10   has multiple avenues, and they get it.  And then      01:34PM

11   she processes all of that.

12     Q.   Is the engineering department given a list

13   of all of those complaints?  Or is there some --

14   basically determined which ones get escalated to

15   engineering?                                          01:34PM

16     A.   No.  We have a weekly meeting with the --

17   with the customer service department, and we review

18   all the customer service complaints.

19     Q.   You mentioned earlier that some of the

20   complaints get escalated to engineering division.     01:35PM

21   When y'all were going through this list, how do you

22   determine what gets escalated and what gets handled

23   by customer service?

24     A.   I mean, if it's injury or property damage,

25   it goes to us.                                        01:35PM



Page 146

1     Q.  Okay.

2     A.  So we try, like I say, to go through the

3  normal escalation process, which is getting an

4  accurate or as possible -- as accurate as possible

5  of the description of the incident, description of     01:35PM

6  the incident, a sample, if possible --

7     Q.  Okay.

8     A.  -- and try to figure out what happened and

9  what --

10    Q.  Correct me if I'm wrong.  I just want to     01:35PM

11  make sure I understood you correctly.

12        If it involves injury, it gets escalated to

13  engineering?

14    A.  Yeah.

15    Q.  Otherwise, it's handled by customer service?  01:35PM

16    A.  Yeah.

17    Q.  Do you recall how many customer complaints

18  or incidents that -- incidences got escalated to

19  engineering services during the time the power

20  pressure cooker line was in production?     01:36PM

21    A.  I don't remember.

22        COURT REPORTER:  Did you object?

23        MR. GHOSH:  Yes.  Speculation.

24  BY MR. SENN:

25    Q.  I'll show you another one.  Two more.  I     01:36PM



Page 147

```
 1   think this is information of the same thing, but I
 2   just want to make sure.
 3              MR. SENN:  I'm going to mark that first
 4         spreadsheet as Plaintiff's Exhibit 7.  Mark
 5         the next one as Plaintiff's 8.                 01:36PM
 6              Same thing with this one, Sanjay, it
 7         wasn't Bates-stamped, but y'all produced it
 8         as Excel Spreadsheet 2.
 9              MR. GHOSH:  I've got that one, too.
10              (EXHIBIT 8, Excel Spreadsheet 2, was      01:36PM
11               marked for identification.)
12   BY MR. SENN:
13      Q.  Can you take a look at this for me?  Have
14   you ever seen that document, and if so, tell me
15   what that is?                                        01:37PM
16      A.  (Reviewing.)
17          That is the summary of calls, the customer
18   service calls and --
19      Q.  Is that --
20      A.  -- and the incident that come in.            01:37PM
21      Q.  Is that different than what was in
22   Spreadsheet 1 that I just showed you?
23      A.  The -- the previous sheet is a summary of
24   all this.
25      Q.  Okay.  So that's the actual calls that come  01:37PM
```



Page 148

1   in.  Spreadsheet 1 is the summary of those calls?

2      A.  Correct.

3      Q.  Okay.

4      A.  I mean, you can see that they're talking

5   about the same order number.                        01:37PM

6      Q.  Okay.

7      A.  But it's multiple lines.  So, for example,

8   it's here 7002.

9      Q.  Okay.

10     A.  And goes all the way to like here          01:37PM

11  (indicating).

12     Q.  Okay.

13     A.  And whether there was a resolution and what

14  the customer wanted.

15     Q.  Okay.  Earlier when you said that y'all      01:37PM

16  would have weekly meetings to discuss these issues.

17  Would you see that report in a weekly meeting or

18  would you see the first one -- the one I showed you

19  before in Plaintiff's 7?

20     A.  We would see that first, the one you showed   01:38PM

21  me.

22     Q.  You would not see that one in --

23     A.  Well, no, because this is -- I mean, this is

24  by date and timestamp.

25     Q.  Okay.                                          01:38PM



Page 149

1      A.  And it has a lot of other spaces, so Rosa

2   usually summarizes that and input it.

3      Q.  Okay.  Have you ever seen that document

4   before today?

5      A.  Yes.                                    01:38PM

6      Q.  Okay.  Under what circumstances have you

7   seen that document?

8      A.  From customer service as well and in other

9   depositions.

10             (Reporter asks for clarification.)      01:38PM

11  BY MR. SENN:

12     Q.  That's not something -- Plaintiff Exhibit 8,

13  that's not something you would see on a regular

14  basis as an engineering department?

15     A.  Not on a regular basis, no.              01:38PM

16     Q.  Okay.  That's something more of what Rosa

17  handles, that database?

18     A.  Correct.

19     Q.  Okay.  Okay.  This is produced as Excel

20  Spreadsheet Number 3.  There's no Bates stamp on    01:39PM

21  that either.

22             (EXHIBIT 9, Excel Spreadsheet 3, was

23             marked for identification.)

24  BY MR. SENN:

25     Q.  Same thing, I'm gonna show you this, if     01:39PM



Page 150

```
 1    you've seen that, and get you to try to identify

 2    that, if you've seen it.

 3       A.  This is a continuation of the first -- the

 4    first spreadsheet that you showed me.

 5       Q.  The very first one or the one right before      01:39PM

 6    this?

 7       A.  The very -- the very first one.

 8       Q.  Okay.  So that's something you would have

 9    seen in the weekly meetings?

10       A.  Yeah.                                           01:39PM

11       Q.  And not everything on that list gets

12    escalated to the engineering department; is that

13    right?

14       A.  No.  It really depends on how the -- every

15    case progress and every, like, customer engaged       01:40PM

16    with customer service.

17       Q.  Okay.  When something would get escalated to

18    the engineering department, you guys looked into

19    it, would you issue a report, like a written report

20    or a written finding?                                  01:40PM

21       A.  When -- when there's no resolution, yeah,

22    we -- if we get the sample, we evaluate the sample,

23    and we see what is wrong and the status of the

24    sample.

25       Q.  Okay.  And then you would issue the report      01:40PM
```



Page 151

1  to be kept on file, or who would that report be to?

2     A.  No, that would be customer service.  They

3  would put a new -- a new resolution.  Many times

4  the customer just want a refund, and then they just

5  get a refund or different --                          01:40PM

6     Q.  Is that resolution kept in those databases I

7  just showed to you?

8     A.  Yes.

9     Q.  Are copies of the customer complaints or

10 incidences kept anywhere else, other than those     01:41PM

11 databases I just showed you?

12    A.  I think --I mean, desk, that system, that

13 ticket system, you have a product -- product report

14 in there.

15    Q.  Okay.  I'm going to mark Plaintiff's 10 as    01:41PM

16 Bates Numbers 2202 through 2228.  And I'm going to

17 show this to you, see if you've seen it.

18            (EXHIBIT 10, Bates 2202-2228, was

19            marked for identification.)

20 BY MR. SENN:                                          01:41PM

21    Q.  If you have, tell me what that is.  It was

22 produced in response to discovery requests.

23    A.  Yeah, that's our customer service incident

24 report.

25    Q.  Is that the report you were just referring    01:42PM



Page 152

1    to the engineering department would make after

2    investigating an incident?

3        A.    Correct.

4        Q.    Okay.    Can you scroll through there and tell

5    me -- well, let me ask you this.    Would every          01:42PM

6    report the engineering department be in that same

7    form and kept by Tristar?

8        A.    Yes.

9        Q.    Okay.

10              MR. GHOSH:    What's the Bates on P-10?          01:42PM

11              MR. SENN:    2202 through 2228.

12   BY MR. SENN:

13       Q.    Okay.    I'm going to go behind you again.

14       A.    Yeah.

15       Q.    Squeeze over so I can get right here.          01:42PM

16              Okay.    I want to look at the one that starts

17   on 2204.    You see this one the customer complaint

18   was about cooking chicken or meat and says the unit

19   exploded, liquid and chicken flew everywhere, do

20   you remember that incident?                              01:43PM

21       A.    No, I don't remember that.    But I can read

22   the incident report.

23       Q.    Okay.    Read through that for me, if you

24   would, and then I'll ask you some questions about

25   it.    And feel free to scroll --                       01:43PM



Page 153

1    A.  "The customer had frozen boneless chicken

2  breasts" --

3            COURT REPORTER:  I'm sorry?  I need to

4        speak to the microphone.

5  BY MR. SENN:                                    01:43PM

6    Q.  You don't have to read it out loud, get

7  familiar with it, and I'll ask you a few questions.

8    A.  Okay.

9    Q.  Do you need to see anything else about it?

10   A.  No.                                       01:43PM

11   Q.  Okay.  So you don't remember this without

12 looking at this?

13   A.  No, I don't.

14   Q.  Okay.  Looks like you issued -- would you

15 have done this or somebody in your department?    01:44PM

16   A.  I will review it, but this report was done

17 by somebody else in my department.  It's Sean

18 Broddick.

19   Q.  Is he an engineer with your department?

20   A.  Yes.                                      01:44PM

21   Q.  Okay.  But you were to review all these

22 reports after their findings?

23   A.  Yes.

24   Q.  Okay.  It looks like here he says, "Unit

25 works as intended without any further incidences."  01:44PM



Page 154

```
1          Looks like, to me, there's no explanation

2     for why it would have exploded or the lid

3     separated.

4          Do you see anything in there, as an

5     explanation, as to why that would be?          01:44PM

6     A.  No.

7     Q.  Okay.  So the report's just left at

8     "couldn't recreate the incident"?

9     A.  Well, I mean, in here we speculate what

10    could have happened, because the person -- the    01:45PM

11    description that the person gives --

12    Q.  Uh-huh.

13    A.  -- that she was using frozen chicken, maybe

14    what she experienced was flashing --

15    Q.  Okay.                                          01:45PM

16    A.  -- which is when you deposit frozen food

17    into like a vat of hot oil, then you see that as

18    far as like...

19         But we run a normal test, and the lid was

20    working properly and the gasket was proper --      01:45PM

21    working properly and everything else was working

22    properly.

23    Q.  Did you say you run a normal or abnormal

24    test?

25    A.  "Normal."                                       01:45PM
```



Page 155

1    Q.  Are you -- are you not supposed to cook

2  frozen food in the pressure cooker?

3    A.  Well, you can --

4    Q.  Okay.

5    A.  -- if you close the lid.                    01:45PM

6    Q.  Okay.  So what was the conclusion on this

7  report?

8    A.  Hmm...

9    Q.  Was it an event that just couldn't be

10  recreated?                                        01:45PM

11    A.  Yeah, that we couldn't recreate what the

12  customer said.  We couldn't see what was

13  happening --

14    Q.  Okay.

15    A.  -- and we didn't know what happened.         01:46PM

16    Q.  Okay.  Make sure if there's any other ones I

17  wanted to ask you about.

18        Were all of the --

19            COURT REPORTER:  I'm sorry.  I can't

20        hear you.                                    01:47PM

21  BY MR. SENN:

22    Q.  I'm sorry.  I'm coming back.

23        All of these types of report -- type of

24  reports that we just looked at in Plaintiff's 10

25  were created by somebody in the engineering        01:47PM



Page 156

1   department; is that right?

2      A.  Yeah.

3      Q.  Okay.  Any report made by engineering

4   department about an incident like that the customer

5   has sent would be found in one of these reports?    01:47PM

6      A.  Yeah.

7      Q.  Okay.  On any of the reports regarding,

8   like, an explosion or a lid separation, was Tristar

9   ever able to recreate the incident?

10     A.  No.  We -- I -- to this point, we're not    01:48PM

11  able to recreate any of the descriptions that we

12  got --

13     Q.  Okay.

14     A.  -- from customer service.

15     Q.  As far as explosions or lid separations,    01:48PM

16  does Tristar attribute that to user negligence?

17     A.  We don't know what happened.  Like I say, to

18  this point, I still baffled by all this.

19     Q.  Okay.

20     A.  Most of the time when you go into one of    01:48PM

21  these investigations, you first -- I mean, for me,

22  my first obligation is to listen to what the

23  customer is telling you.  Many times you find

24  yourself with conflicting information, and we go

25  into all our type of testings and see what's going    01:48PM



Page 157

1    on.  But most of the time, we cannot figure out

2    what the user is really doing.

3        Q.  Okay.  So is it accurate to say that

4    Tristar's position on any reports of lid separation

5    or explosion is that you couldn't make a                    01:49PM

6    determination as to what happened?

7                MR. GHOSH:  Objection.

8                COURT REPORTER:  I didn't get your full

9            objection.

10               MR. GHOSH:  I said, "Objection.  You       01:49PM

11           can answer."

12               THE DEPONENT:  Yeah.  It's our

13           conclusion that we don't see a defect in the

14           unit, the unit worked as intended when used

15           as per the instruction manual, and what it's   01:49PM

16           supposed to be doing --

17   BY MR. SENN:

18       Q.  Okay.

19       A.  -- done with the unit.

20       Q.  Does Tristar have a position on -- let me    01:49PM

21   back up and ask this.

22           Is Tristar aware that -- that people have

23   alleged that the lid had separated, and they

24   suffered burns because of that?

25       A.  Yes.                                           01:49PM



Page 158

1    Q.  Does Tristar have a position on how that

2  happened?

3              MR. GHOSH:  Objection.  Calls for --

4              THE DEPONENT:  Like I --

5              COURT REPORTER:  I'm sorry.  Calls for      01:50PM

6         what?

7              MR. GHOSH:  Speculation.

8              Go ahead.

9              THE DEPONENT:  Like, we couldn't find a

10        defect.  We couldn't find a problem with the   01:50PM

11        unit.  We think the unit is reasonably safe,

12        so we don't know how people are getting

13        burned.

14  BY MR. SENN:

15    Q.  Okay.  Does Tristar have an opinion or a        01:50PM

16  position on whether these instances involve

17  negligence on the part of the users or --

18    A.  Like I say -- sorry.  Like I said, we don't

19  know what the user is doing with the unit, but it's

20  our position that the unit worked as intended and    01:50PM

21  as designed and with -- when you use it, as per the

22  instruction manual, it's a safe product.

23              MR. SENN:  Okay.  Sanjay, I'm not

24        trying to argue with you.  I'm just trying

25        to make sure I have a clear record here.       01:50PM



Page 159

1              You know, I'm not asking him to

2         speculate.  I'm asking him, as a

3         representative of Tristar, about defenses

4         they have or may raise.  You know,

5         obviously, the company is not --          01:51PM

6              (Indiscernible crosstalk.)

7              MR. GHOSH:  I understand.  That's fair.

8         I just wanted to preserve the objection.

9              MR. SENN:  Okay.  So I just wanted to

10        make sure that we got a clear record.       01:51PM

11   BY MR. SENN:

12     Q.  So am I understanding you to say that

13   Tristar doesn't have an explanation for how the

14   people that have alleged the lid separated have

15   gotten burned?                                   01:51PM

16     A.  Yeah, we don't.

17     Q.  You don't, okay.

18         I think I asked this, but just to make sure,

19   Tristar has not been able to recreate a situation

20   where the lid separated?                         01:51PM

21     A.  No.

22     Q.  Okay.  These reports that we just looked at

23   on Plaintiff's 10, were those done solely for

24   Tristar's own purposes, or was this done because

25   Tristar has to report these to some governing body?  01:52PM



Page 160

1    A.   No, we do it for our own record.

2    Q.   Okay.

3    A.   But under the Consumer Protection Act, you

4 have to report this incident.

5    Q.   Does Tristar submit these reports from          01:52PM

6 Plaintiff's 10 that we just looked at, do you

7 submit those to the CPSC?

8         (Off-the-record conference.)

9 BY MR. SENN:

10   Q.   So let's see.  Complaints made by customers,   01:52PM

11 and he said -- you testified to some of that.

12        Identify potential defects or problems with

13 the subject (inaudible) -- reports to the CPSC fell

14 under that.

15        MR. GHOSH:  I mean, if I can jump in, I        01:53PM

16        think that -- I mean, yeah, we agree, he

17        just can testify generally, but I don't

18        think he has any specific knowledge, you

19        know, as a representative of Tristar about

20        the -- any investigation or reporting to the   01:53PM

21        CPSC.

22        But I think Rosa would, so she

23        probably --

24        MR. HUBERT:  No, actually --

25        MR. GHOSH:  Go ahead.                          01:53PM



Page 161

1          MR. HUBERT:  I bring it up because Alex

2      has not testified for Tristar when it comes

3      to CP- --

4          COURT REPORTER:  I'm sorry.  But I

5      cannot hear you.                               01:53PM

6          MR. SENN:  Let's go off the record for

7      a second.

8          COURT REPORTER:  Thank you.

9          (Off-the-record conference.)

10 BY MR. SENN:                                       01:53PM

11   Q.  Before we went off, Mr. Lozano, I had asked

12 you about these reports we looked at in Plaintiff's

13 Exhibit 10 that we just looked at, the reports on

14 the engineering department, then on the customer

15 service -- and on the customer incident complaints.  01:56PM

16 And you mentioned the CPSC.

17      Were those reports provided to the CPSC, to

18 your knowledge?

19          MR. GHOSH:  Foundation.

20          COURT REPORTER:  I'm sorry?              01:56PM

21          MR. GHOSH:  Foundation.

22          COURT REPORTER:  I didn't get the

23      witness's answer.

24          THE DEPONENT:  I believe so, yeah.

25 BY MR. SENN:                                       01:56PM



Page 162

1    Q.  Were these reports done by the engineering

2  department at your direction?

3    A.  At that time, yes.

4    Q.  Okay.  What about before you became head of

5  engineering department, who directed these reports    01:56PM

6  to be done?

7    A.  These reports, they were directed by me.

8    Q.  Okay.  So it was your decision to have the

9  engineering department do these reports?

10   A.  Yes.                                            01:57PM

11   Q.  Was that as a result of something the CPSC

12 required, or is that because of something you

13 wanted done?

14          MR. GHOSH:  Foundation.

15          THE DEPONENT:  No -- no, because            01:57PM

16      we work -- we want to know what's going on

17      with the unit and --

18 BY MR. SENN:

19   Q.  So this would satisfy Tristar's own

20 entries -- entries about what was going on,          01:57PM

21 correct?

22   A.  Correct.

23   Q.  Okay.  Did you work with -- or were you

24 involved in any aspect of any reporting or

25 investigation by the CPSC?                           01:57PM



Page 163

1    A.  Yes.

2    Q.  Okay.  How were you involved?

3    A.  I provide information and reports and data

4  and collect sales data and customer service

5  feedback and produced samplers and have to          01:57PM

6  (inaudible) -- with them?

7           COURT REPORTER:  Have what with them?

8           THE Deponent:  -- with them, with the

9       CPSC.

10          COURT REPORTER:  Conversations?          01:58PM

11  BY MR. SENN:

12   Q.  Who did you --

13   A.  At the time --

14          MR. SENN:  What do you need?

15          COURT REPORTER:  Go on.  I'll just put    01:58PM

16      "inaudible."  That's okay.

17          MR. SENN:  I want to make sure the

18      record's clear.

19          MR. HUBERT:  Can we --

20          COURT REPORTER:  The record is very       01:58PM

21      difficult.

22          MR. HUBERT:  Can we just stay on the

23      record, but take a break for one second?  I

24      just want Sanjay to reiterate my CPSC

25      objection because that was off the record, I  01:58PM



Page 164

1       believe.

2               MR. SENN:  I think it was.

3               MR. HUBERT:  And I just want to make

4       sure that's clear.

5               MR. SENN:  Okay.                    01:58PM

6               MR. GHOSH:  Sure.

7               MR. SENN:  But before we do that, let's

8       make sure she gets his last answer, though.

9               MR. GHOSH:  Okay.

10              MR. SENN:  I want to see what she's    01:58PM

11      missing.

12              Madam Court Reporter, what did --

13              COURT REPORTER:  I'm looking it up.

14              (The court reporter read back the

15      testimony for clarification.)           01:59PM

16              THE DEPONENT:  And I have -- I said, I

17      have two meetings with the CPSC.

18              MR. GHOSH:  Okay.  All right.  I just

19      want to lodge a standing objection to this

20      CPSC line of questioning.  Understand the    01:59PM

21      notice that you had asked to -- for the

22      witness to discuss complaints made by

23      customers regarding the pressure cooker

24      model and the issue.

25              And, you know -- I mean, we're fine    01:59PM



Page 165

```
 1        with you discussing that stuff in general,
 2        and our internal efforts or Alex's internal
 3        efforts at Tristar to investigate consumer
 4        complaints, but we do want a standing
 5        objection on the line of questioning as to        01:59PM
 6        what was done between the CPSC and Tristar,
 7        because I don't believe this witness has
 8        personal knowledge of that.  He may have
 9        gathered some facts and information to
10        provide to the CPSC for the investigation,        02:00PM
11        but he was not the person responsible for
12        handling the investigation and all of the
13        interactions with the CPSC and the ultimate
14        findings and conclusions.
15             So you can continue your line of             02:00PM
16        questioning.  I just ask for a standing
17        objection.
18             MR. SENN:  Okay.
19             MR. GHOSH:  Thank you.
20   BY MR. SENN:                                           02:00PM
21     Q.  Okay.  You said you provided various
22   materials during the interactions with CPSC.
23        At whose request did you provide that
24   information?
25     A.  I believe the firm that we engage with is        02:00PM
```



Page 166

1    Vennable.

2        Q.    Okay.

3            COURT REPORTER:    Who?

4    BY MR. SENN:

5        Q.    Vennable, V-e-n-a-b-l-e, I think is how you        02:00PM

6    spell it.

7        A.    Double N, I believe.

8        Q.    Double N?

9        A.    I think -- I believe double N.

10       Q.    Okay.    Two, Ns.    Okay.                          02:00PM

11           And you said you had two meetings with the

12   CPSC?

13       A.    Correct.

14       Q.    Who else was in that meeting with you?

15       A.    Joe Shull.                                         02:01PM

16       Q.    Is he at Vennable?

17       A.    Was.    I think he retired.

18       Q.    Okay.

19       A.    He retired already.    And I believe Joe Shim

20   (phonetic).    And at the time, the head of our --           02:01PM

21   the head of our legal department who is no longer

22   with Tristar.

23       Q.    Okay.    What's his name?

24       A.    Ben Meyer.

25       Q.    Okay.                                             02:01PM



Page 167

1              MR. HUBERT:  Meyers?

2              THE DEPONENT:  Meyers, yes.  That's how

3        much I saw him.

4   BY MR. SENN:

5     Q.  What is your understanding about why you had    02:01PM

6   to meet with the CPSC?

7     A.  Because we provide all these reports, and

8   they want to investigate what's happening.  And

9   they go through the normal process of

10  investigating.                                        02:01PM

11    Q.  Okay.  So the -- were they investigating one

12  specific incident or multiple?

13    A.  I believe multiple.

14    Q.  Okay.  Do you know what their findings were?

15    A.  Yeah.  They asked for samples, we provided     02:02PM

16  samples, we provide all the information the company

17  had, they run some tests, and after a period of

18  time, they clear the units from any defect and --

19    Q.  Okay.

20    A.  -- just...                                      02:02PM

21    Q.  The CPSC doesn't do any testing themselves,

22  right?

23    A.  They do.

24    Q.  They do?  Did they in any of these cases?

25    A.  Yeah, they have -- they have an evaluation     02:02PM



Page 168

1  department.  They --

2     Q.  Okay.  Were you involved in any of that

3  aspect, their testing?

4     A.  I was involved in the -- knowing what the

5  testing parameters and what testing they were          02:02PM

6  doing, yes.

7     Q.  Okay.  Did -- to your knowledge, did Tristar

8  have to take any corrective action due to the

9  CPSC's findings?

10    A.  No.                                              02:02PM

11    Q.  Okay.  Was this investigation by the CPSC on

12  the pressure cooker -- at the power pressure cooker

13  line?

14    A.  Yes.

15    Q.  Do you know what their findings actually        02:03PM

16  were, or would that be a question for somebody else

17  at Tristar?

18    A.  That would be for somebody else, but what I

19  understood is that they closed the investigation,

20  and there was no action -- further action required.   02:03PM

21    Q.  Okay.  I don't know how much further, but

22  this might be my last exhibit to show you.  This

23  might be the last one.

24        Okay.  This starts on what's been

25  Bates-stamped CPSC Report Number 1 -- well, there's   02:04PM



Page 169

1    a bunch of zeros, and then the 1.  I can count the

2    zeros if you need them?

3        A.  No.

4        Q.  Let's see.  And that goes through -- oh,

5    before we do this, let me ask you this.  Have --        02:05PM

6    have you ever seen or been involved with any CPSC

7    reporting, a report that Tristar has to make to

8    CPSC?

9        A.  Like a 15 -- like a 14 --

10               COURT REPORTER:  Like?                       02:05PM

11               THE DEPONENT:  Yes.

12   BY MR. SENN:

13       Q.  You're involved in those?

14       A.  Providing information to our legal

15   department.                                              02:05PM

16       Q.  Are you involved in drafting the reports?

17       A.  No.

18       Q.  Have you ever seen the reports?

19       A.  Yes.

20       Q.  What were the circumstances under which you      02:05PM

21   had to look at the reports?

22       A.  Well, after our legal department produced a

23   report, they just distribute that.  This is what we

24   forward to the CPSC.

25       Q.  Okay.  It might be just a matter of getting      02:05PM



Page 170

1   you to identify this for me then.  It may not be

2   something about...

3         Let me get this last -- all right.  It goes

4   to 51.  Mark that as Plaintiff's Exhibit 11.

5               (EXHIBIT 11, CPSC Report Number 1, was      02:06PM

6               marked for identification.)

7   BY MR. SENN:

8     Q.  It may be as simple as you telling me this

9   is what this is, but have you ever seen these

10  reports, anything that looks like that?              02:06PM

11    A.  Yes.

12    Q.  Okay.  Is that the CPSC reports you were

13  just referencing?

14    A.  This is.

15    Q.  Or the type of reports that get circulated?   02:06PM

16    A.  Yes.

17    Q.  Okay.  Did you have any knowledge about --

18  if you look on, say, just the last page of that

19  first report where it lists different cases, it

20  looks like -- to me it looks like lawsuits that      02:07PM

21  have been brought against Tristar?

22    A.  (Moves head up and down.)

23    Q.  Do you have knowledge about that, or would

24  that be somebody else at Tristar?

25    A.  That would be somebody else at Tristar.        02:07PM



Page 171

```
 1      Q.  Who would that be?

 2      A.  Like, what lawsuits were --

 3      Q.  Yeah, if you look at that last page --

 4      A.  (Sotto voce).

 5      Q.  It may not be on the first one.  It may be    02:07PM

 6   on the second one.

 7      A.  Oh, yeah.  That's Joe Shull, who was

 8   previously involved in all this.

 9      Q.  Okay.

10      A.  And this is our -- at that time was the       02:08PM

11   person -- I mean, the firm that was helping us.

12      Q.  Okay.  Do you have any knowledge about why

13   Tristar has to make these reports, or would that be

14   somebody else at Tristar that has that knowledge?

15      A.  That would be somebody else at Tristar.       02:08PM

16      Q.  Who would that be?

17      A.  I think Stephen Robinson and --

18      Q.  Where does he -- what department is he in?

19      A.  He's our legal counsel, general.

20      Q.  Okay.  What about, I'm going to show you --    02:08PM

21   I'm going to refer you to Page 2, the last page of

22   that first report.  See right here where they list

23   two different claims?

24      A.  Yes.

25      Q.  Do you have any knowledge about not            02:08PM
```



Page 172

1  specifically those claims but claims made that

2  these reports are referencing --

3      A.  Yes.

4      Q.  -- or would that be somebody else at

5  Tristar?                                          02:09PM

6      A.  I provide some details on that, but that

7  would be somebody else.  That would be Stephen

8  Robinson.

9      Q.  Okay.  Do you have any knowledge about the

10 outcomes of the litigation or would that be         02:09PM

11 Mr. Robinson?

12     A.  Mr. Robinson will tell you.

13     Q.  Okay.  So you're never made privy to the

14 results of the litigation?

15     A.  Yeah.  Sometimes, yeah.                     02:09PM

16     Q.  Okay.

17     A.  They tell me like -- I find out because they

18 tell me, we closed this, but I don't really get

19 into the details of --

20     Q.  Okay.                                       02:09PM

21     A.  -- what the resolution was.

22     Q.  Okay.  But you don't have any knowledge

23 about what the actual resolution was.  You just may

24 know that it's over, that it's resolved?

25     A.  Yeah.                                       02:09PM



Page 173

```
 1    Q.  Okay.  For example, you wouldn't have any

 2  knowledge about whether it was tried or whether it

 3  was settled and what the agreed-upon amount was,

 4  anything like that?

 5    A.  No, no, no.                              02:09PM

 6    Q.  That would be Mr. Robinson?

 7    A.  Correct.

 8    Q.  Okay.  And he was the general counsel of

 9  Tristar?

10          COURT REPORTER:  I'm sorry?  He's      02:10PM

11       general counsel with Tristar?

12          MR. SENN:  Yeah, that was the question.

13       Yeah.

14  BY MR. SENN:

15    Q.  And you said he's internal counsel, but he's  02:10PM

16  actually an employee of Tristar.

17    A.  (Moves head up and down.)

18    Q.  How many times have you been deposed related

19  to Tristar?

20    A.  Over eight times.                        02:10PM

21    Q.  Has that all been like in the capacity here

22  today a 30(b)(6) representative of the company or

23  in your personal capacity?

24    A.  No, as a company representative.

25    Q.  Okay.  Have you ever been deposed in your  02:10PM
```



Page 174

```
 1    personal capacity as it relates to Tristar?

 2        A.  Not that I remember.

 3        Q.  Okay.  Other than -- well, strike that.

 4            Let me ask you this.  Have you ever had to

 5    testify at a trial in court for Tristar?          02:10PM

 6        A.  No.

 7        Q.  Okay.  Does Tristar hold any patents?

 8        A.  Patents?

 9        Q.  Yeah.

10        A.  As to the pressure cooker?                02:11PM

11        Q.  Well, let's start with anything.  Do they --

12        A.  Yeah, we hold several patents.

13        Q.  When you say "several," are we talking

14    hundreds, tens?

15        A.  Probably tens.                            02:11PM

16        Q.  Okay.  Do you have knowledge about those?

17        A.  Yeah, some.

18        Q.  Okay.  What do you know of that Tristar

19    holds patents in --

20            MR. HUBERT:  Hold on.                     02:11PM

21        Marty, what topic are we in?

22            MR. SENN:  Well, I think that'd fall

23        under line changes, policies and procedures

24        regarding implementing changes but also fall

25        under --                                      02:11PM
```



Page 175

```
 1            MR. HUBERT:  Pressure cooker.

 2            (Indiscernible crosstalk.)

 3            COURT REPORTER:  I'm sorry?  But I

 4       can't hear you, Mr. Hubert.

 5            MR. SENN:  Also design and corporate    02:12PM

 6       structure, but I'll limit it -- I'll limit

 7       it to the pressure.

 8  BY MR. SENN:

 9     Q.  Does Tristar hold patents in pressure

10  cookers -- any pressure cookers or their          02:12PM

11  components?

12     A.  Not the components, but the layout, design,

13  the cosmetic design, like just this (indicating),

14  the design --

15     Q.  The design --                              02:12PM

16     A.  -- of the panel.

17     Q.  Okay.

18     A.  And the cosmetic design of the lid.

19     Q.  Okay.  For the pressure -- for the PowerXL

20  line?                                             02:12PM

21     A.  Correct.

22            (Reporter asks for clarification.)

23  BY MR. SENN:

24     Q.  So that would be for the 770, 780, and 790?

25     A.  No, I believe -- I believe that is for a   02:12PM
```



Page 176

1   previous model.

2       Q.  Okay.

3       A.  It was a PRI, I believe the original.

4       Q.  Okay.

5       A.  And I believe the patent holder is my          02:12PM

6   previous boss, Jorge Prats.

7       Q.  Okay.  Tristar doesn't actually hold that

8   patent?

9       A.  No, no.  It was Jorge and -- as he was an

10  employee.                                              02:13PM

11      Q.  Did Tristar hold any patents related to the

12  power pressure cooker XL lines?

13      A.  No.

14      Q.  Okay.  Does anybody, to your knowledge?

15      A.  Yeah, the factories.                           02:13PM

16      Q.  Okay.

17      A.  Usually the way they work is, that's how

18  they -- they kind of protect themselves.

19      Q.  Okay.

20      A.  They patent different means of control,        02:13PM

21  different readouts, different mechanisms, so...

22      Q.  Okay.

23      A.  Pressure cooker might look the same, but

24  inside it's a little bit different.

25      Q.  Okay.  Do you still work for Tristar?          02:13PM



Page 177

 1    A.   I -- in the capacity of a consultant, yeah.

 2    Q.   Okay.  So you're external.  You're not an

 3  internal employee?

 4    A.   Right now Tristar is undergoing -- I mean,

 5  it was purchased -- like, the PowerXL brand and        02:13PM

 6  other brands were purchased by a larger company, so

 7  Tristar right now is operating in a very limited

 8  capacity.

 9    Q.   Okay.  I'm a little bit confused.  I thought

10  you said the PowerXL lines were discontinued.          02:14PM

11    A.   Well, PowerXL, if you remember before, I

12  told you we tried to build up a brand, so put a lot

13  of products into that brand.

14    Q.   Uh-huh.

15    A.   PowerXL became like air fryers and -- or       02:14PM

16  things.

17    Q.   Okay.

18    A.   But all those were purchased by a larger

19  company with the exception of the pressure cooker.

20    Q.   Pressure cookers were not purchased by them?   02:14PM

21    A.   No.

22    Q.   They were discontinued?

23    A.   Yeah.  They were -- they were --

24    Q.   They're not made anymore?

25    A.   No.                                            02:14PM



Page 178

1    Q.  So the company who bought that line from

2    Tristar specifically excluded the pressure cookers?

3    A.  Correct.

4    Q.  Why was that; do you know?

5    A.  Because, like I say, that that market is          02:14PM

6    100 percent captured by Instant Pot.

7    Q.  Okay.  The company that bought PowerXL, they

8    didn't buy Tristar, the company, right, they just

9    bought that line?

10    A.  They bought -- it was an equity of              02:15PM

11    acquisition on PowerXL Copper Chef and Emeril

12    Lagasse.

13    Q.  So Tristar's still a functioning company,

14    you consult for them; is that right?

15    A.  Yes.                                             02:15PM

16    Q.  How many employees are currently -- how many

17    employees currently work for Tristar?

18    A.  Only two that I know of.

19    Q.  Who is that?

20    A.  I mean, that work for Tristar?  Is only         02:15PM

21    Stephen Robinson, general counsel, and me in the

22    capacity of, like, consultant.  Other than that, I

23    don't know -- I don't know anybody else.

24    Q.  Okay.  But is it still owned by Keith?

25    A.  Yes.                                             02:15PM



Page 179

1    Q.  So are you and Mr. Robinson, are you W-2

2    employees or 1099 employees?

3    A.  W-2.

4    Q.  Okay.  Where is Tristar's offices now?

5    A.  Tristar's offices?                          02:16PM

6    Q.  Uh-huh.

7    A.  Still in Florida.

8    Q.  It's in Florida?

9    A.  Yeah.

10   Q.  Not in Fairfield, New Jersey?               02:16PM

11   A.  No, no.  We don't operate in Fairfield

12   anymore.

13   Q.  When did that office close?

14   A.  Well, it was -- it moved to -- like,

15   everybody moved to the new company, and they     02:16PM

16   operate from there.  We -- like, Tristar ceased to

17   operate from that location.

18   Q.  Okay.  So the company bought the PowerXL

19   line, kept the Fairfield --

20   A.  Correct.                                     02:16PM

21   Q.  -- office --

22   A.  Correct.

23   Q.  And a lot of the Tristar employees moved

24   over to that?

25   A.  Correct.                                     02:16PM



Page 180

```
 1      Q.  Okay.  Who bought that; do you know?

 2      A.  Yeah.

 3      Q.  Who is that?

 4      A.  Spectrum Brands.

 5      Q.  Okay.  So the office -- the only office     02:16PM

 6   Tristar has now is in Florida?

 7      A.  Correct.

 8      Q.  Okay.  How often do you go there?

 9      A.  Not that often.

10      Q.  What about Mr. Robinson?                    02:17PM

11          MR. GHOSH:  (Inaudible).

12          COURT REPORTER:  I didn't get your

13      objection.

14          MR. GHOSH:  Foundation.

15   BY MR. SENN:                                       02:17PM

16      Q.  Okay.  After Tristar investigated these

17   complaints of the burns and the lid separation and

18   things like that, did Tristar take any action such

19   as a stock sale?

20      A.  No.                                         02:17PM

21      Q.  Okay.  Did Tristar issue any updated

22   warnings to the customers?

23      A.  For the 7 -- no.

24      Q.  For any of the pressure cookers?

25      A.  No.                                         02:17PM
```



Page 181

1    Q.  Did Tristar issue any warnings to the

2  retailers?

3    A.  No.

4    Q.  Okay.  Were there any kind of action taken

5  after the investigation of these incidences?          02:17PM

6    A.  No.  But reported to the CPSC, that was

7  managed by our legal counsel.  We engaged with

8  them, there was resolution, I believe, like they

9  close, and nothing was ever done.

10    Q.  Okay.  Let's go back and let me ask you a    02:18PM

11  couple more questions about these engineering --

12          (Proceedings were interrupted.)

13  BY MR. SENN:

14    Q.  We're talking about the engineering change

15  requests.  When the engineering change request is    02:18PM

16  authorized, unless a change is made and there's a

17  delay in production to -- I'm using a hypothetical

18  here -- there's a delay in production to implement

19  a change, does -- or would Tristar face fees or

20  fines for delayed orders from the retailers?        02:19PM

21    A.  No.

22    Q.  Okay.  Y'all don't have to -- don't have to

23  have product there by certain times to these

24  retailers?

25    A.  Sometimes, yes.  But that was never the      02:19PM



Page 182

1  case.

2     Q.  No, I'm asking a hypothetical.  If there was

3  a change made and there was a delay in production

4  because of that change --

5     A.  Oh, yeah, you be liable for delays at          02:19PM

6  retail, so --

7     Q.  So I'm just trying to understand how that

8  happened.  So when you -- when you make a sale to a

9  retailer, Tristar promises to have it there by a

10  certain time; is that right?                          02:19PM

11     A.  Yeah, there's a delivery --

12     Q.  Okay.  And there's fines or fees built into

13  that if it's not done by a specific date; is that

14  true?

15     A.  Yes, that is correct.  That is usually how     02:19PM

16  retailers operated.

17     Q.  Do shippers operate the same way, if you

18  didn't have product there ready to ship, would you

19  be fined, or is that --

20     A.  Not a fine, but you will lose the space,       02:19PM

21  right, like same in airlines, right, they'll charge

22  you a fee for rebooking or --

23     Q.  Okay.  But you would've missed that place --

24  that place on the shipment --

25     A.  Yeah.                                          02:20PM



Page 183

```
 1     Q.  -- and the shipment --

 2             (Indiscernible crosstalk.)

 3             THE DEPONENT:  Yeah.

 4   BY MR. SENN:

 5     Q.  Okay.  Were those kind of fees and fines      02:20PM

 6   ever taken into consideration when Tristar was

 7   thinking about changes or when Cheer Master was

 8   thinking about changes?

 9     A.  No, never, because our -- our quality

10   department and engineering department has the --     02:20PM

11   it's completely autonomous, doesn't operate, like,

12   with sales or anything.

13     Q.  Okay.

14     A.  Actually, we just provide a production

15   schedule, and they work off that production         02:20PM

16   schedule.

17     Q.  Okay.

18     A.  No other way around.

19     Q.  How does it work from a practical

20   standpoint?  Does say, like, Bed Bath & Beyond, a   02:20PM

21   retailer, do they contact Tristar and say, Hey, we

22   need 1,000 more pressure cookers, or does Tristar

23   contact Bed Bath & Beyond and say, Do you need some

24   more pressure cookers; we've got some more pressure

25   cookers?                                            02:21PM
```



Page 184

1    A.   Usually, that is based on market -- market

2  circumstances.  You might put an item in retail,

3  but the rotation is really slow.  The retailer will

4  tell you, Listen, we don't need more.  But if

5  the -- like, if the item is selling well, they will    02:21PM

6  tell you, Listen, you need these many orders per

7  week.  These many orders per month.

8    Q.   So it's kind of on automatic refill until

9  somebody changes that?

10    A.   It depends, yeah, on the program.  And it    02:21PM

11  depends this -- this MODs.  There's end of the

12  season, they're promotional, it varies.

13    Q.   Okay.  What is -- other than owner, what is

14  Keith's role at Tristar?

15    A.   He is -- he supervised the creative,    02:21PM

16  basically like the shows and like the editing

17  and --

18    Q.   Okay.  Was he ever involved in any of these

19  plant audits, reliability testing, or --

20    A.   No.    02:22PM

21    Q.   -- nothing like take?

22    A.   He doesn't know anything about that.

23    Q.   Would you even have to report to him about

24  things like that?

25    A.   Correct.    02:22PM



Page 185

1    Q.  Would he get involved in any

2  decision-making, or would you just have to report

3  your findings to him?

4    A.  No, I report my findings.  He really only

5  cares about creative and marketing.                    02:22PM

6    Q.  So it's kind of on you to make decisions

7  about the audits and the factories and things like

8  that?

9    A.  Yeah.

10    Q.  Okay.  To your knowledge when y'all applied    02:22PM

11  for and got the authority to mark for Intertek, did

12  they do any lock-and-load testing on the lid?

13    A.  It's my understanding that they do, yeah.

14    Q.  Okay.  Did you -- did you see that yourself,

15  or is that just your understanding of what they       02:23PM

16  said?

17    A.  No, I didn't see it, but I know they -- they

18  apply it.

19    Q.  How do you know that?

20    A.  Because you talk to the evaluators, they        02:23PM

21  have periodic audits to the factory, and they go

22  and review, like, what the factory is doing and --

23    Q.  Is that -- I'm sorry, I didn't mean to

24  interrupt you.

25    A.  No, they never provide testing data.            02:23PM



Page 186

1    Q.  They don't?

2    A.  (Witness moves head from side to side.)

3    Q.  Okay.  They don't provide you with any kind

4  of a report or anything?

5    A.  The report they produce is just the report    02:23PM

6  that I told you about, the construction report,

7  where it details all the specification of the unit.

8    Q.  Okay.  So if they tested the locking load on

9  the lid, they wouldn't put that in the report?

10   A.  No.  They just -- they would just make the    02:23PM

11 statement that it complies with the applicable

12 standards.

13   Q.  Okay.  Same way with UL?

14   A.  Correct.

15   Q.  When you first started looking at these    02:24PM

16 factories for the production of the PowerXL models,

17 did they give you any kind of drawings or plans,

18 specs, anything for these models?

19   A.  Yeah, they -- usually, we provide an

20 assembly -- we ask for assembly drawings, just to    02:24PM

21 verify they have them, BOM, bill of materials.

22   Q.  Uh-huh.

23   A.  And samples.

24   Q.  Okay.  Did they provide you at that time

25 like -- the initial time or in the initial process    02:25PM



Page 187

1  with any of their testing data?

2     A.  Yes.

3     Q.  Okay.  Did they do that here?

4     A.  No.

5     Q.  The PowerXL lines?                          02:25PM

6     A.  Yes, yes.

7     Q.  Okay.  Any of that documentation would have

8  been produced to your attorneys?

9     A.  Yes.  With Tristar, yes.

10    Q.  Okay.  Does Tristar keep reports of when    02:25PM

11 they test things like locking load and things like

12 that?

13    A.  Most of that is done at the factory, so the

14 factory will sustain those, because all the testing

15 conditions and everything was done at the factory,   02:25PM

16 so they're the owners of that.

17    Q.  Okay.  So Tristar wouldn't get a copy of

18 that and keep it?

19    A.  No, because they will -- I'll be responsible

20 for verifying those test results, so it will -- I    02:26PM

21 will just look at the reports and just --

22    Q.  Okay.

23    A.  -- approve.

24    Q.  When did you tell me the PowerXL line was

25 discontinued?                                        02:26PM



Page 188

1    A.  I believe it was in 2014, 2008 to 2013,

2  2014.

3    Q.  Okay.  Are you aware of any reports by

4  customers of explosions or lid separation since

5  2020?                                02:26PM

6    A.  Yes.

7    Q.  How many?

8    A.  I don't remember.

9    Q.  Okay.

10    A.  There were a number of reports.        02:26PM

11    Q.  Okay.  Would that be in a report -- would

12  that be in a report like we've looked at in the

13  spreadsheets?

14    A.  Correct.

15    Q.  Okay.  Are you aware of any reports of lid   02:27PM

16  separation or explosion that have happened in 2023,

17  this year?

18    A.  No.

19    Q.  What about 2022?

20    A.  No.                                  02:27PM

21    Q.  2021?

22    A.  Yes.

23    Q.  Okay.  So 2021 is the last year that you can

24  recall knowing of any reports of --

25    A.  Of like -- like -- yeah, 2021, like March,   02:27PM



Page 189

1    April.

2        Q.   Okay.  Do you know what a design failure

3    mode and effective analysis is?

4        A.   Yes.

5        Q.   Does Tristar use that?                    02:28PM

6        A.   Yeah.

7        Q.   Do you have reports?

8        A.   We have the initiation of the -- like, the

9    beginning of those reports, yeah.

10       Q.   What do you mean by that?                  02:28PM

11       A.   Well, it's a long process, failure mode

12   analysis is a long process.

13       Q.   Uh-huh.

14       A.   You'll need to try to get the sample,

15   identify the sample, and then move on to, like,     02:28PM

16   possible causes of failure and mode failures.

17       Q.   Okay.  And so you have those reports

18   somewhere?

19       A.   Yeah.

20       Q.   Okay.  Do they say "Failure Mode and       02:28PM

21   Effective Analysis" at the top of them?

22       A.   Correct.

23       Q.   Have those been produced to your attorney?

24       A.   I believe so, yeah.

25       Q.   Same question as to MFMEA, do you use that, 02:28PM



Page 190

1  too, for manufacturing?

2      A.  Yeah.

3      Q.  Same thing, you have a report that says that

4  at the top of it?

5      A.  Correct.                                        02:29PM

6      Q.  Okay.  And you think that's been produced,

7  too?

8      A.  Yeah.

9      Q.  Okay.  Do you remember any of the findings

10  of those reports?                                       02:29PM

11      A.  Well, the initial assessment when we start

12  doing those reports was that the unit operate -- it

13  was as -- there was no deviation from the spec.

14  Most of those reports we engaged with SEA and

15  different engineering firms to produce feedback.        02:29PM

16      Q.  And you think SEA produced a report

17  regarding the PowerXL lines?

18      A.  Correct.

19          COURT REPORTER:  Are you saying FEA or

20      SEA?                                                02:29PM

21          MR. SENN:  S-, as in Sam, E-A.  Let's

22      go off the record for just a second.

23          (Off-the-record conference.)

24  BY MR. SENN:

25      Q.  Okay.  Mr. Lozano, I'm almost done.  I just     02:35PM



Page 191

1    want to show you -- I said the last one was my last

2    exhibit, but this one really is.  I'm going to show

3    you, this was produced as Plaintiff's Exhibit --

4    I'm sorry, Bates Number 1299 through 1307.  And

5    that's going left to right.                          02:35PM

6              (EXHIBIT 12, Bates 1299-1307, was

7              marked for identification.)

8    BY MR. SENN:

9      Q.  Can you tell me if you've ever seen that,

10   and if so, what that is?                             02:35PM

11     A.  Yeah, that's a failure analysis report.

12     Q.  Okay.  Best I can tell, that was the only

13   one, at least that was the only one produced.

14         Do you know why there was only one of those

15   done?                                                02:36PM

16     A.  No.  There must be another one, but -- at

17   least I remember more than one.

18     Q.  That is different than the reports that we

19   talked about earlier, the internal reports, right?

20     A.  Yeah.                                          02:36PM

21     Q.  Okay.  Tell me how those two reports are

22   different.

23     A.  Which -- the initial report's from the

24   customer service.

25     Q.  Well, the ones that got escalated that --    02:36PM



Page 192

1    the engineering --

2        A.  Yeah.

3        Q.  -- department does the reports on, how is

4    that different than this that we're marking as

5    Plaintiff's 12?                                              02:36PM

6        A.  Well, because we -- this is when we were

7    trying to identify whether there was a defect or

8    not with the unit.  And basically what we attempt

9    to do is just to run a failure mode analysis, which

10   is by attaching certain parts of the safety          02:36PM

11   mechanisms and determine if there is a failure or

12   possible condition of failure.

13       Q.  Okay.  What's the determining factor in

14   whether you do a failure analysis report like that

15   and whether you just do an internal report like the  02:37PM

16   other ones we looked at earlier?

17       A.  Well, because this was at the beginning of

18   the -- you said the beginning of the investigation

19   and, like, we start finding out that many of the

20   units come back, but they all may meet the           02:37PM

21   specification under the standard.  So that's when

22   we engage with SEA, and then later on, we just have

23   the record that the unit comply, and that was

24   sufficient, and then we keep that unit and see if

25   SEA wants it to be tested or...                       02:37PM



Page 193

1    Q.  When you say "beginning of the

2   investigation," are you saying that's one of the

3   initial -- one of the first complaints y'all

4   received?

5    A.  Correct.  This -- from the beginning of the      02:37PM

6   complaints, and we're trying to figure out what was

7   going on.

8    Q.  So those other internal tests or

9   investigations and reports we looked at would be

10  for complaints that came in after this one we're      02:38PM

11  looking at in P-12.

12   A.  That is correct.

13   Q.  Okay.  Tell me if you agree with this.  This

14  looks like a more in-depth investigation than some

15  of the reports we saw in earlier today --            02:38PM

16   A.  Correct.

17   Q.  -- is that right?

18   A.  That is correct.

19   Q.  Why is that?  Why is this one,

20  Plaintiff's 12, more in depth?                        02:38PM

21   A.  Because units are start coming in and you

22  figure out that the unit complies with the

23  specification, and we are not able to determine

24  what is happening with this unit.

25   Q.  Okay.                                            02:38PM



Page 194

1    A.  We don't go further into an investigation

2  until we're engaged with SEA or a more-advanced

3  engineering firm.

4    Q.  So this one in Plaintiff's 12 is one of the

5  initial investigations before you engaged SEA?    02:38PM

6    A.  Correct.

7    Q.  Okay.  Do you remember, and I can show you

8  this again, I can't find it right here.

9        Do you remember what the conclusions from

10  this investigation was in Plaintiff's 12?    02:39PM

11    A.  Well --

12    Q.  I have the summary and conclusions, if that

13  will help.

14    A.  No, I remember that -- because there were

15  like five or six of this done at the beginning --    02:39PM

16    Q.  Okay.

17    A.  -- and we really bypassed a lot of the

18  safety mechanisms, and we couldn't find any

19  malfunction.  And we didn't really -- were able to

20  say that there was -- what was happening.    02:39PM

21    Q.  Okay.

22    A.  So all the systems in those units work as

23  intended, the pressure cut off, the temperature

24  controls, the gaskets, everything was as supposed

25  to be.    02:39PM



Page 195

1    Q.  Okay.

2    A.  So at that point, we engaged with, like,

3  human factors and more people.

4    Q.  Okay.  This is -- this where you just --

5  (unintelligible), this is not what you're calling    02:40PM

6  your FMEA, is it?

7    A.  It's the beginning of those reports, yeah.

8    Q.  You're saying your FMEA is -- this is the

9  beginning of the FMEA?

10    A.  Yes.  Like, the FMEA reports gets those, and    02:40PM

11  that's the actual FMEA and all the --

12        (Indiscernible crosstalk.)

13  BY MR. SENN:

14    Q.  So --

15    A.  Yeah.    02:40PM

16    Q.  -- you're saying there's more of these

17  failure analysis reports than the one I've showed

18  you on this exhibit?

19    A.  I believe there were like five or six

20  samples that we were able to get and analyze.    02:40PM

21        MR. SENN:  Okay.  Sanjay and Ted, if

22      you can look into that, because the best I

23      can tell we only got one.  So if y'all can

24      look into that, the FMEA and the SEA.

25        MR. GHOSH:  All right.  Yeah, we'll    02:40PM



Page 196

1          look into that.

2     BY MR. SENN:

3        Q.   Okay.   What did you do with this one you

4     just looked at, Plaintiff's 12, who did you refer

5     that for, is that internally for Tristar?          02:40PM

6        A.   Yes.

7        Q.   And then you gave that report to SEA once

8     you engaged them?

9        A.   Correct.

10       Q.   Okay.   SEA is a third-party investigation   02:41PM

11    firm that Tristar would have paid to investigate

12    this independently?

13       A.   Correct.

14       Q.   Okay.   When Intertek and UL inspected the

15    product and gave you the authority to mark, did      02:41PM

16    Tristar pay them for that service.

17       A.   Yeah.   Yes, you pay for a certification.

18       Q.   Do you have to pay annually for that, or is

19    it a one-time?

20       A.   There is a one-time fee.                     02:41PM

21       Q.   Uh-huh.

22       A.   And there's an annual evaluation.

23       Q.   All right.   So there's a continual annual

24    evaluation into the product?

25       A.   Correct.                                     02:41PM



Page 197

1    Q.  I'm assuming it's not in-depth as the

2  initial evaluation; is that correct?

3    A.  Correct.  That is correct.

4    Q.  Do you actually have to send a unit to them

5  to look at every year or --                          02:41PM

6    A.  No, they visit the factory --

7    Q.  Okay.

8    A.  -- and review the unit, and engage with the

9  factory in reviewing the processes and all of that.

10    Q.  Okay.  First time that happens, the initial   02:42PM

11  inspection for the authority to mark, do you send

12  them a unit?

13    A.  Correct.

14    Q.  Okay.  Is Intertek a Chinese company?

15    A.  No.                                            02:42PM

16    Q.  American?

17    A.  Yeah, Intertek mark is "ETL."

18    Q.  Okay.

19    A.  That's stands for "Edison Testing Lab."

20    Q.  Okay.                                          02:42PM

21    A.  And there's a mark that is being -- I

22  believe they're -- they were based in Pennsylvania,

23  I believe.  I don't know where they're based now.

24    Q.  What about UL?  Do you know about that?

25    A.  UL?                                            02:42PM


MAGNA ▶
LEGAL SERVICES

Page 198

1    Q.  Yeah.

2    A.  Underwriting Labs --

3    Q.  Uh-huh.

4    A.  -- that's based in the U.S. in -- I think in

5    Ohio.                                        02:42PM

6    Q.  Okay.  We talked a lot about testing that

7    Tristar did, reliability testing, ongoing

8    compliance issues.  I think you said you -- Tristar

9    would continue testing on products as well.  What

10   testing did you do, "you" being Tristar, to        02:43PM

11   determine issues in safety like the lid separation?

12        Did you do any testing, abnormal or normal,

13   to test the loads of the locking mechanisms on the

14   lid?

15   A.  Other that what I described, no.                02:43PM

16   Q.  Okay.  With the ones that you did describe

17   when you were talking lowering the pressure,

18   rotating it, what kind of test did you use for the

19   rotational forces?

20   A.  The static load test and the --               02:43PM

21   Q.  Okay.  Tell me how that works.

22   A.  You basically put a load, weight

23   predetermined, usually 100 pounds --

24   Q.  Uh-huh.

25   A.  -- in one part, on one -- on the furthest      02:43PM



Page 199

1    part of the lid --

2        Q.  Uh-huh.

3        A.  -- and then you basically allow the pressure

4    to come down, and that disengagement of the lid

5    should only happen when there is no pressure.        02:44PM

6        Q.  Okay.  How is the weight attached to the

7    lid?

8        A.  There is certain measurements that you need

9    to follow for a pulley system.

10       Q.  You have a pulley system?                     02:44PM

11       A.  Yes, that is what -- static is just a weight

12   load.

13       Q.  Okay.  Why do you use a pulley system as

14   opposed to like a torque test?

15       A.  We also use those.                            02:44PM

16       Q.  You did?

17       A.  It's different -- like, usually, that's

18   quicker because you use hydraulic means.  Basically

19   what you do is, you have a testing pitcher that is

20   artificially pressurized with water.                  02:44PM

21       Q.  Uh-huh.

22       A.  So you create expansion, you create

23   pressure, and then you test the lid from the

24   outside with a pull gauge.

25       Q.  Okay.  That was all done at Blossom?          02:44PM



Page 200

1    A.  Yes.

2    Q.  Under your supervision?

3    A.  Correct.

4         MR. SENN:  I think that's all I have,

5    unless you guys have something.                02:44PM

6         MR. HUBERT:  Why don't we take a

7    ten-minute break, Sanjay?

8         MR. GHOSH:  Yeah.  That sounds good.  I

9    want to go through my notes and see if

10   there's some follow-ups that I've got.          02:45PM

11        That works?

12        MR. SENN:  Sounds good to me.

13        MR. GHOSH:  All right thank you.

14        (A recess transpired from 2:45 p.m.

15         through 2:58 p.m.)                         02:58PM

16        EXAMINATION

17 BY MR. GHOSH:

18   Q.  Mr. Lozano, my name is Sanjay Ghosh.  I'm

19 the attorney for Tristar Products, Inc., the

20 defendant in this case.  I just sat through your   02:59PM

21 cross-examination by Marty Senn, and I wanted to

22 just follow up with some additional questions to

23 clarify some things about your testimony, and I'll

24 try and be as brief as I can.  But please bear with

25 me.                                                02:59PM


MAGNA
LEGAL SERVICES

Page 201

1          So, first, did you testify that you were

2   born in Colombia?

3      A.   Yes.

4      Q.   Okay.  Is your native language Spanish?

5      A.   Yes.                                    02:59PM

6      Q.   And, obviously, you've been testifying in

7   English, so you speak English.  But do you speak

8   any other languages?

9      A.   Yeah, Chinese.

10     Q.   Okay.  Mandarin or Cantonese?          02:59PM

11     A.   Mandarin.

12     Q.   Okay.  And when did you learn that?

13     A.   Throughout 2000 and 2004.  Still learning.

14     Q.   Yeah.  My understanding is it's a difficult

15  language to learn.                             03:00PM

16          How many years approximately did you work

17  for Tristar before you moved over into this

18  consulting role?

19     A.   From 2007 to 2021, which makes it, what, 12,

20  13 years, more than that.                      03:00PM

21     Q.   Okay.  And what was the last title -- what

22  was your last title at Tristar?

23     A.   Director of product development.

24     Q.   Okay.  And is that the role that you took

25  over from John Prats or --                     03:00PM



Page 202

```
 1     A.  Jorge Prats, yes.

 2     Q.  Okay.  Thank you.

 3         All right.  And can you -- you testified

 4  earlier extensively about pressure cookers and how

 5  they operate.                                      03:01PM

 6         Can you tell us what the benefits of a

 7  pressure cooker are?

 8     A.  Well, first is the value that brings to any

 9  family that use a pressure cooker.  You can turn

10  anything into a gourmet meal.  It really is one of  03:01PM

11  the best products we ever made, in my opinion.  It

12  makes it super easy.  I mean, it really -- have you

13  ever used one of those things?  It's -- like, my

14  sister thinks I'm a chef.  Really, that is...

15     Q.  Are there any other benefits?               03:01PM

16     A.  Yeah.  Like I say, value is great to turn

17  low-end cuts or non-premium meat into like really

18  good dishes.  The convenience is a timesaver, and

19  overall, it's super easy to use.

20     Q.  And is the time-saving benefit derived from  03:02PM

21  the fact that the ingredients are being cooked

22  under pressure?

23     A.  Yes.

24     Q.  Okay.  What is the approximate price of the

25  unit, if you know.                                 03:02PM
```



Page 203

1    A.  For the 780, I believe the RSMP is 120.

2    Q.  So for $120 you get the time savings and

3  able to -- or let me rephrase that.

4        So am I correct that -- oh, strike that.

5        So for about $120 you get the ability to          03:02PM

6  cook a meal faster and perhaps use lower cuts of

7  meat and make them taste better?

8    A.  Correct.

9    Q.  Okay.  Have you ever personally used the 780

10  before?                                                  03:02PM

11    A.  My sister still use it.  I give it to her.

12  We use it all the time at the office.  We use it

13  through -- the life of the product -- like, I

14  believe we still use some of those at Tristar to

15  the very end.                                            03:03PM

16    Q.  Okay.

17    A.  Just for daily meals and...

18    Q.  Okay.  So in the office sometimes people

19  will cook meals using -- using the pressure

20  cookers?                                                 03:03PM

21    A.  Yes, it's a studio.  And usually it's a lot

22  of chefs around, so we always use the pressure

23  cookers.

24    Q.  Ah, I see.  And so does your sister live

25  near you?                                                03:03PM



Page 204

1    A.  Yeah.

2    Q.  Okay.  So she still uses the unit that you

3    started out using; is that right?

4    A.  Yeah, I believe she has a 780 -- 770.

5    Q.  Okay.  And am I right -- well, are the 770        03:03PM

6    and 780 functionally the same?

7    A.  Yeah.  The only difference is the size, the

8    capacity.  One is eight quarts, the other one is

9    six quarts.

10   Q.  Aside from the unit that you gave to your        03:04PM

11   sister, have you given any other units to anyone

12   else?

13   A.  Yeah.  Sales reps, salespeople, different

14   neighbors, a lot of people, I don't remember

15   exactly.                                             03:04PM

16   Q.  Okay.  Any particular reason?

17   A.  I mean, it's a good product, I think it's a

18   great gift.

19   Q.  Okay.  All right.  All right.  So I want to

20   talk a little bit about -- a little bit more about   03:04PM

21   how the pressure cooker works.  I just want to make

22   sure I understand some of your earlier testimony.

23       Can the pressure cooker pressurize if the

24   lid is not properly locked in place?

25   A.  No.                                              03:04PM



Page 205

1    Q.  And can you explain why?

2    A.  Well, because the tabs won't be engaged and

3  the gasket won't be pressed against the inner pot,

4  so steam will escape through.  And if it not

5  properly closed, that floating valve will prevent    03:05PM

6  it from build pressure and steam will go through

7  the pressure valve.

8    Q.  I see.  Okay.  And why is it easy to move

9  the lid out of the closed or locked position when

10  the unit is not pressurized?                          03:05PM

11    A.  Because there will be no friction between

12  the top.

13    Q.  Okay.  So is it --

14    A.  So --

15    Q.  Sorry.  Go ahead.                               03:05PM

16    A.  Sorry.  Usually when that pressure -- when

17  there is pressure, it pushes the lid up -- upwards,

18  and there will be a very high friction coefficient

19  between the tabs --

20    Q.  And so that --                                  03:05PM

21          (Indiscernible crosstalk.)

22  BY MR. SENN:

23    Q.  Does that friction coefficient make it

24  extremely difficult to turn the lid under pressure?

25    A.  That is correct.                                03:05PM



Page 206

1    Q.  Have you read the owner's manual?

2    A.  Yes.

3    Q.  Does the owner's manual instruct the user

4  how to place the lid on properly?

5    A.  Yes.                                        03:06PM

6    Q.  All right.  Did you testify earlier that as

7  some of the materials that you read in preparation

8  for this case included the plaintiff's discovery

9  responses?

10    A.  That is correct, yeah.                    03:06PM

11    Q.  Okay.  Do you recall whether the plaintiff's

12  discovery responses included an admission about

13  reading the owner's manual?

14    A.  Yes.

15    Q.  So the plaintiff -- is it your understanding  03:06PM

16  that the plaintiff admitted that he read the

17  owner's manual?

18    A.  That is correct, yes.

19    Q.  And is it your understanding that the

20  plaintiff admitted to placing the lid on properly  03:06PM

21  in accordance with the owner's manual instructions?

22    A.  That is correct, yes.

23    Q.  Okay.  So I think you -- did you previously

24  testify that after the lid is placed onto the

25  pressure cooker that that pressure starts to build  03:07PM



Page 207

1   up and causes the lid to lock to the base?

2      A.  Yes.

3      Q.  Is that accurate?

4      A.  Yes.

5      Q.  Okay.  And how does the float valve -- how          03:07PM

6   does the float valve figure into that -- that --

7   that mechanism?

8      A.  Well, it will gradually come upwards to fill

9   in the unit and building pressure.

10     Q.  Okay.                                                03:07PM

11     A.  But that only happens if it's at the closed

12  position.

13     Q.  Okay.  So -- so if it's in the closed

14  position and the pressure is starting to build and

15  the lid is rising, the float valve -- does the           03:07PM

16  silicone gasket on the float valve move up to the

17  top portion of the lid?

18     A.  Yes.

19     Q.  Okay.  And is that what causes -- is that

20  silicone gasket moving up, is that what causes the       03:08PM

21  lid to seal?

22     A.  Yes.

23     Q.  All right.  And, again, when the unit is

24  fully pressurized, can a person force open that

25  lid?                                                      03:08PM



Page 208

```
 1      A.  With a considerable amount of force, yes.

 2      Q.  Okay.  Do you know approximately how much

 3   force it would take under full pressure to open

 4   that lid up?

 5      A.  Like I say, over 200 pounds.              03:08PM

 6      Q.  Okay.  And would that be sufficient enough

 7   to break the lid before it opened?

 8      A.  The plastic parts?  Yes.

 9      Q.  Okay.  So how does the float valve go back

10   down to enable the unit to be opened?             03:08PM

11      A.  Under the UL requirements, that is what is

12   defined as a positive mechanism, where it actually

13   interacts with pressure itself, meaning that if

14   there is pressure, that valve move.  So that valve

15   only comes down when there's no pressure.         03:09PM

16      Q.  Okay.  So did you say that's a positive

17   pressure mechanism?

18      A.  That is what it is defined as on the UL

19   standard, yes.

20      Q.  Okay.  And so when the pressure starts to   03:09PM

21   decrease within the unit, then eventually the float

22   valve will come down and make it possible for the

23   lid to be open?

24      A.  Correct.

25      Q.  Okay.  And can the user manually release the 03:09PM
```



Page 209

1    pressure through the pressure release valve that's

2    on the top?

3        A.  Correct.

4        Q.  Okay.  And does the pressure release

5    valve -- well, strike that.                              03:10PM

6            When the user releases the pressure from the

7    pressure release valve, does that take all the

8    pressure out of the unit or must they wait for some

9    period of time afterwards?

10       A.  That most likely will release all the          03:10PM

11   pressure.

12       Q.  Okay.

13           COURT REPORTER:  I'm sorry?  I didn't

14       get the end.

15           THE DEPONENT:  If it's left in the open         03:10PM

16       position.

17   BY MR. GHOSH:

18       Q.  Okay.  And once that pressure is released,

19   the float valve will drop; is that right?

20       A.  That is correct, yeah.                          03:10PM

21       Q.  Okay.  And if the float valve -- when the

22   float valve drops, does that mean that there is no

23   pressure left in the unit?

24       A.  Yes.

25       Q.  Okay.  Do the instructions on the lid          03:10PM



Page 210

1    itself -- well, strike that.

2         Are there instructions on the lid itself?

3    A.   Yes.

4    Q.   Okay.  And do those instructions on the lid

5    tell the user once the float valve is dropped the      03:11PM

6    lid can be removed?

7    A.   Yes.

8    Q.   All right.  And do you recall from the

9    plaintiff's discovery responses whether he admitted

10   to reading the instructions on the lid prior to the    03:11PM

11   incident?

12   A.   Yes.

13   Q.   Okay.  And did the plaintiff admit to

14   waiting until the float valve had dropped before he

15   removed the lid?                                        03:11PM

16   A.   Yes.

17   Q.   Okay.  I can't recall whether we discussed,

18   you know, nominal or minimal pressure within the

19   cooker, but I think Marty covered some of this.

20        But can you remind me, how much pressure         03:11PM

21   does it take to lift the float valve up to seal the

22   unit?

23   A.   Starts to lift at 0.2 psi.

24   Q.   Okay.  And can that lid be opened before the

25   float valve is completely raised?                       03:12PM



Page 211

1    A.  With some force, yes.

2    Q.  Okay.  But there's still -- as the float

3    valve is raising, is there still some pressure

4    building in the unit?

5    A.  If you open -- if you decide to open it          03:12PM

6    there, yes.

7    Q.  Okay.  So prior to the complete sealing of

8    the float valve as it's rising, the pressure is

9    simultaneously building in the unit?

10   A.  Correct.                                          03:12PM

11   Q.  Okay.  Now, will there -- will a -- what I'm

12   going to term an explosive separation of the lid

13   occur if someone removes the lid as the unit is

14   pressurizing but before the float valve engages?

15   A.  No, because there's no considerable -- it's       03:13PM

16   nominal pressure.  It's just slightly above

17   atmospheric pressure.

18   Q.  Okay.  All right.  Is the unit still

19   pressurized when the float disengages after the

20   cooking cycle ends?                                   03:13PM

21   A.  Can you repeat that?  Sorry.

22   Q.  Yeah, sure.  I mean, and this is probably

23   just another way of asking a question I asked few

24   minutes ago, but is the unit still pressurized once

25   the float valve disengages following the cooking      03:13PM



Page 212

1    cycle?

2        A.   No.

3        Q.   No.   Okay.   Will there always be some

4    nominal amount of pressure in the unit after the

5    cook cycle is complete but before the user opens          03:13PM

6    the lid?

7        A.   No, it depends.   I mean, pressure --

8    pressure and temperature are directly proportional.

9    When you finish a cooking cycle, the temperature

10   goes down and the pressure goes almost to                 03:14PM

11   atmospheric pressure.   And when you finish a

12   cooking cycle, normally after 15 or 20 minutes,

13   depending on what you're cooking, there's zero

14   pressure.

15       Q.   Okay.   But even if there was some nominal        03:14PM

16   pressure in there, it wouldn't be dangerous, would

17   it, or it should --

18       A.   No.   And you will still encounter some

19   resistance --

20       Q.   Uh-huh.                                           03:14PM

21       A.   -- not enough to prevent you from opening

22   the lid, but there will be no -- no risk, no.

23       Q.   Okay.   And I know that you had testified

24   earlier that the lid can't be removed except under

25   great force when fully pressurized, but do I              03:14PM



Page 213

1    understand your testimony as you just stated it,

2    that the lid can be forced open as the pressure

3    dissipates when there's a nominal amount of

4    pressure left in the unit?

5        A.   Yes.                                          03:15PM

6        Q.   And do the Tristar warnings that accompany

7    the unit tell people not to force the lid open?

8        A.   Yes.

9        Q.   Do you know where that warning is located?

10       A.   I think it's on Page 3 under "Safeguards."    03:15PM

11       Q.   Okay.  And, again, your recollection is that

12   the plaintiff read the warning, or testified that

13   he -- sorry -- stated in discovery that he read the

14   warning -- the warnings?

15       A.   Yes.                                          03:15PM

16       Q.   Okay.  You guys had talked a little bit

17   about some safety standards earlier, and you had

18   mentioned that the PPC780 meets the UL136 standard.

19           And I wanted to ask you if you could walk us

20   through that UL136 test, just so the jury           03:16PM

21   understands what the components of the test entail.

22       A.   It's basically getting the unit to working

23   pressure at a closed position with a constant force

24   of 100 pounds of applied to one side of the lid.

25           And -- the lid should only detach or come to   03:16PM



Page 214

1    an open position when there is no pressure, or

2    there's no -- or it opens with no spillage or

3    significant motion of contents.

4        So you get the unit to pressure, gradually

5    reduce the pressure on the natural cycle, meaning    03:16PM

6    cooling off cycle, so as temperature goes down,

7    pressure decreases and that force start interacting

8    with the lid.

9        After that 100 pounds force is constantly

10   applied, when you start seeing that unit opening up    03:17PM

11   is about 0.3 to 0.4 psi, and there's no explosive

12   event.

13       Q.  Okay.  And did -- did all the units that

14   were tested under the UL standard pass that UL136

15   test?                                                 03:17PM

16       A.  Yes.

17       Q.  Okay.  Does -- is it -- well, does Tristar

18   do various safety checks prior to selling the unit?

19       A.  Yes.  We -- like I explained before, we go

20   through different parts of compliance during --       03:17PM

21   prior to market, during production, and after

22   market.  So we basically have like an approval

23   process and ongoing reliability process and a

24   monitoring process.

25       Q.  Okay.  So is it fair to say that Tristar      03:18PM



Page 215

1    before -- is it fair to say that before sending

2    these products to market that Tristar did its own

3    internal safety checks and worked with third-party

4    laboratories to ensure that they're satisfying

5    those standards as well?                              03:18PM

6        A.  Yes.  Yes.

7        Q.  All right.  Does Tristar expect consumers to

8    follow the instructions and warnings in the user

9    manual?

10       A.  That's our expectation, yeah.                 03:18PM

11       Q.  Okay.  And would Tristar expect consumers to

12   try and forcefully open the lid in contravention of

13   the instructions?

14       A.  No.

15       Q.  Okay.  So is a consumer forcefully opening    03:19PM

16   the lid in contravention of the instructions

17   foreseeable to Tristar?

18       A.  No.

19            MR. GHOSH:  Okay.  I think that's about

20       all that I've got.  I might have a little         03:19PM

21       bit of redirect if Marty has some more, but

22       thank you for your testimony, Mr. Lozano.

23            THE DEPONENT:  No problem.

24            MR. SENN:  I have just a few follow-up.

25            EXAMINATION                                   03:19PM



Page 216

```
 1   BY MR. SENN:
 2      Q.  Mr. Lozano, did -- correct me if I'm wrong,
 3   but did I hear you testify that the warning
 4   manual or, I'm sorry, the product manual tells
 5   customers that once the float valve has dropped,      03:19PM
 6   they can open the cooker?
 7      A.  No.  In the -- in the -- in the lid, there
 8   is a precautionary mark, and it says that the
 9   lid -- wait until the float valve is down to open
10   the lid.                                              03:20PM
11      Q.  Okay.  That's not in the --
12      A.  No, no.  That is not in there.  What is in
13   there is just that you should not force the lid
14   open.
15      Q.  Okay.  How far does the float valve move?     03:20PM
16   How far can it move up and down?
17      A.  About 25 millimeters, just like an inch.
18      Q.  An inch?
19      A.  Like, yeah.
20      Q.  Okay.                                          03:20PM
21      A.  A little bit less than an inch.
22      Q.  How much less than an inch?
23      A.  Like half an inch -- like from there
24   (indicating), you see that, like three-quarters.
25      Q.  So an inch or half an inch?                    03:20PM
```



Page 217

1    A.  No, no.  Like from there, you don't see the

2  total movement but it's about three-quarters.

3    Q.  So you think that's three-quarters of an

4  inch right there (indicating)?

5    A.  No, no.  From the bottom to the top, yeah.    03:20PM

6    Q.  From the bottom of what?

7    A.  The very end of the -- the valve.

8    Q.  But it can't move all the way to the end of

9  the valve because there's a gasket on it, right?

10    A.  Well, but that's -- well, the travel -- the    03:21PM

11  travel is like --

12    Q.  That's what I'm asking, what's the travel?

13    A.  The travel is about, I would say,

14  three-sixteenth, like, one-eighth.

15    Q.  One-eighth of an inch?                         03:21PM

16    A.  A little bit more, yeah.

17    Q.  So one-eighth an inch, okay.

18        And when you're looking into the lid handle

19  at the float valve, the valve itself is the same

20  color as the surroundings; is that right?          03:21PM

21    A.  Yes.

22    Q.  Nothing separates -- color-wise, nothing

23  separates that valve from its surroundings, right?

24    A.  That is correct, yeah.

25    Q.  Okay.  Now, the -- it travels maybe an eight  03:21PM



Page 218

1    of an inch if you're looking at it from the

2    underside.  If you're looking at it from the top,

3    it doesn't stick out an eight of an inch, right?

4        A.  No.  When it's pressurized, let me show you.

5    That's what I said, like right here on the travel,      03:22PM

6    let me show you what it looks like.  It would be

7    like that, so you can see that it covers.

8        Q.  Yeah.  What I'm asking, though, is it

9    doesn't -- it's recessed on the top of the handle,

10   right?                                                   03:22PM

11       A.  Yes.

12       Q.  It doesn't come up out of the handle?

13       A.  No.

14       Q.  You have to work down into the handle to see

15   if this float valve is sticking up or not --            03:22PM

16       A.  Correct.

17       Q.  -- by an eighth of an inch?

18       A.  Correct.

19       Q.  Okay.  Is there anything else that would

20   allow the customer to know that there's no pressure     03:22PM

21   in the pot?

22       A.  Yeah.  You operate -- on that instruction,

23   you operate a manual release and see if there's

24   steam coming out.

25       Q.  So if you open the manual release and          03:22PM



Page 219

1    there's no steam coming out, what else will tell

2    you that there's pressure in the pot?

3        A.   Resistance to rotate.

4        Q.   Okay.  So if the manual valve is opened, the

5    only way you would know if there's pressure in the        03:22PM

6    pot if there's resistance?

7        A.   So if you followed the instructions in

8    there, you will look and you will operate the

9    manual release, and then you will attempt to open,

10   at which point if there's no pressure, the lid          03:23PM

11   should rotate properly.

12       Q.   Okay.  Now, we talked earlier about the two

13   purposes -- or the purposes about the locking pin,

14   strike plate, and rotate valve.  You said the

15   primary purpose was to create a seal in the locking     03:23PM

16   position.

17            The secondary purpose was to lock the --

18       A.   The lid and --

19            (Indiscernible crosstalk.)

20   BY MR. SENN:                                             03:23PM

21       Q.   -- locking tab.

22       A.   Correct.

23       Q.   Now, you say that the customer should look

24   to see if the float valve was done.  That wasn't

25   identified as a purpose of this float valve before,     03:23PM



Page 220

1  right?

2      A.  No, it's a step, but it's not the purpose.

3      Q.  That's not the purpose.

4      A.  No.

5      Q.  Okay.  So the purpose is not for the          03:23PM

6  customer to look down in this hole and see if that

7  valve has popped out, right?

8      A.  Just one measure of like the cooking cycle.

9  Usually, what you really will go by is the timer --

10     Q.  Okay.                                          03:23PM

11     A.  -- on the unit and the audible alarm on the

12 panel.

13         Usually when you finish a cycle, there's a

14 beep, and it tells you that it's in keep warm mode.

15     Q.  Okay.  Just so I understand you, though, the   03:24PM

16 purpose of the float valve is not for the customer

17 to look in to see when it drops, right?

18     A.  It's a clue, but it is not the purpose.

19     Q.  Okay.  So you were asked, too, about whether

20 the manual states that the customer should never     03:24PM

21 force the lid open; is that right?

22     A.  Yes.

23     Q.  And you said it does state that, correct?

24     A.  Correct.

25     Q.  Does the manual also state that the lid is    03:24PM



Page 221

1  designed to prevent opening under pressure?

2     A.  That is correct.

3     Q.  So prevent opening under pressure, and it's

4  able to be opened under pressure, there's something

5  wrong with the pot, right?                          03:24PM

6     A.  The unit is designed to be -- not to be

7  opened under pressure, correct.

8     Q.  And if someone were able to open under

9  pressure, that statement that the lid will not

10 open --                                             03:25PM

11          COURT REPORTER:  I'm sorry.  Can you

12       move closer to the mic, please?

13          MR. SENN:  Do you want to repeat the

14       question?

15          COURT REPORTER:  Yes, please.              03:25PM

16          (The Court Reporter read back the

17           captured testimony.)

18 BY MR. SENN:

19    Q.  Okay.  Let me just start over.

20          So if the manual says that there's a lid    03:25PM

21 safety device that prevents the lid from opening

22 until all pressure is released, from a regular --

23 opening that lid while it's under pressure, that

24 would make that statement false, right?

25    A.  No, because when you -- when we say that      03:25PM



Page 222

1    you're able to open it, it requires additional

2    force, not a regular force to open the lid.

3      Q.  Okay.  You don't say that in the manual,

4    though, right?

5      A.  No.                                          03:26PM

6      Q.  And you testified earlier that fully

7    pressurized, even a body builder wouldn't be able

8    to open that --

9      A.  I testified that --

10     Q.  -- right?  Okay.                              03:26PM

11         You were asked about the different languages

12    you speak and how English isn't your first

13    language.  I haven't had a problem understanding

14    anything you've said today.

15         Have you had any problem understanding any    03:26PM

16    of my questions?

17     A.  Not at all.

18            MR. SENN:  That's all I have.

19            MR. GHOSH:  I have nothing further

20         either.                                       03:26PM

21            COURT REPORTER:  I need you all to

22         state your transcript orders on the record,

23         please.

24            MR. GHOSH:  I think that Tristar will

25         take an eTran, unless Ted wants something,    03:26PM



Page 223

```
 1            different format.
 2                 MR. HUBERT:  That's fine, but I also
 3            would like a TXT copy of the transcript.
 4                 MR. SENN:  I'll just take an electronic
 5            copy.                                    03:27PM
 6                 MR. GHOSH:  Ted, do we want to read and
 7            sign?
 8                 MR. HUBERT:  Alex, do you need to read
 9            and sign or waive?
10                 THE DEPONENT:  I'll waive.  Like, I     03:27PM
11            read and sign, whatever you want me to do.
12                 MR. HUBERT:  We'll read and sign.
13                 MR. GHOSH:  Yeah, we'll read and sign.
14                 COURT REPORTER:  Send it to who?
15                 MR. HUBERT:  If you have Sanjay's        03:27PM
16            email, you can send it to him.
17                 COURT REPORTER:  If y'all will put your
18            emails in the chat.
19                 (The deposition concluded at 3:29 p.m.)
20
21
22
23
24
25
```



Page 224

1                CERTIFICATE OF REPORTER

2          I, Madonna M. Farrell, Registered

3    Professional Reporter and Notary Public in and for

4    the State of Georgia, do hereby certify that the

5    deponent, ALEX LOZANO, was remotely sworn by me to

6    testify to the truth, under the penalty of perjury

7    and that the above deposition, Pages 1 through 223,

8    inclusive, was recorded stenographically by me and

9    transcribed through computer-aided transcription by

10   me to the best of my ability.

11         I FURTHER CERTIFY that the foregoing

12   transcript is a true and correct transcript of the

13   testimony given remotely by the said witness at the

14   time and place specified.

15         I FURTHER CERTIFY that I am neither attorney

16   or counsel for, nor related to or employed by any

17   of the parties to the action in which this

18   deposition is taken, or financially interested in

19   this action.

20         IN WITNESS WHEREOF, I have set my hand and

21   seal this 16th of October, 2023.

                    *Madonna M. Farrell*
                    ─────────────────────
22                  Madonna M. Farrell
                    Registered Professional Reporter
23                  Notary Public
                    My commission expires
24                  April 1, 2024

25



Page 225

1                 VERIFICATION OF DEPONENT

2      CASE:  Copeland, et al. vs. Tristar, et al.

3          I, ALEX LOZANO, have read the foregoing

4   deposition consisting of 226 pages which was

5   reported by Madonna M. Farrell, Registered

6   Professional Reporter and notary public in and for

7   the State of Georgia on October 4, 2023.

8          I find the transcript of this deposition to

9   be a true and accurate transcript according to my

10  testimony on that date with the exception of

11  corrections as listed on the attached correction

12  sheet, which was filled in by me.

13

14

15

16              ALEX LOZANO

17

18

19

20                  , 2023

21

22

23

24

25



Page 226

```
 1                      ERRATA PAGE
 2   PAGE # - LINE #   CHANGE AND/OR CORRECTION
 3                     (AND EXPLANATION)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
     THE ABOVE CHANGES WERE NOTED BY ME ON THIS ERRATA
20   PAGE BEFORE SIGNING THE ATTACHED VERIFICATION OF
     DEPONENT.  I HAVE RETAINED A COPY OF THIS ERRATA
21   PAGE FOR MY RECORDS, AND THE COURT REPORTER IS TO
     ATTACH THIS PAGE AND MY VERIFICATION TO THE
22   ORIGINAL TRANSCRIPT.
23
     DATED:
24                 ALEX LOZANO
25
```



# Magna
## Key Contacts

Schedule a Deposition:
**Scheduling@MagnaLS.com | 866-624-6221**

Order a Transcript:
**CustomerService@MagnaLS.com | 866-624-6221**

General Billing Inquiries:
**ARTeam@MagnaLS.com | 866-624-6221**

Scheduling Operations Manager:
**Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)**

Customer Care:
**Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)**

Director of Production Services:
**Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)**

National Director of Discovery Support Services:
**Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)**

Billing Manager:
**Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)**

Director of Sales Operations:
**Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)**



**A**

**ABC**
1:7
**ability**
203:5 224:10
**able**
63:14 73:13,14,15
103:14 104:10,16
104:18 105:6,21,25
109:20,25 110:5
111:19 113:2,21
114:2,17,24 118:6
120:25 121:12
141:1 156:9,11
159:19 193:23
194:19 195:20
203:3 221:4,8 222:1
222:7
**abnormal**
79:5 85:15 104:12
154:23 198:12
**abuse**
21:20
**accept**
81:19,19
**acceptable**
81:23
**acceptance**
81:14 82:23
**accepted**
81:21
**accessories**
39:14
**accompany**
213:6
**accounting**
40:4 127:16
**accounts**
20:6
**accurate**
102:20 103:4 143:17
146:4,4 157:3 207:3
225:9
**achieve**
16:19

**acquisition**
178:11
**Act**
160:3
**action**
1:5 16:18 168:8,20
168:20 180:18
181:4 224:17,19
**actions**
54:20,21,23 55:2,3
**actual**
23:18 26:11 36:18
55:4 82:19 83:11
84:10 91:5 124:12
127:22 139:7,8
147:25 172:23
195:11
**adding**
70:10
**addition**
102:12
**additional**
24:22 47:8 65:5,8
200:22 222:1
**address**
36:8
**addressed**
54:24 134:14
**admission**
206:12
**admit**
210:13
**admitted**
206:16,20 210:9
**advised**
115:18
**aesthetics**
19:21 21:22 139:22
**affirm**
5:20 6:7
**ago**
211:24
**agree**
75:11 160:16 193:13
**agreeable**
4:16 5:16

**agreed-upon**
173:3
**agreement**
5:14
**Ah**
203:24
**ahead**
4:25 60:3 158:8
160:25 205:15
**air**
25:16 177:15
**airlines**
182:21
**airports**
29:5
**al**
225:2,2
**alarm**
220:11
**Alejandro**
3:3 4:7 6:2,13 12:1
**alerted**
129:6
**Alex**
1:10 12:2 161:1
223:8 224:5 225:3
225:16 226:24
**Alex's**
165:2
**align**
45:17
**aligned**
95:15
**alleged**
157:23 159:14
**allow**
4:20 82:12 100:3,6
122:15 199:3
218:20
**allowed**
82:13 121:3
**alternatives**
49:24
**ambitious**
29:19
**amendment**

**135:12**
**American**
197:16
**amount**
23:5 31:19 113:13
173:3 208:1 212:4
213:3
**analysis**
13:19 21:4 189:3,12
189:21 191:11
192:9,14 195:17
**analyze**
195:20
**analyzor**
85:11
**anatomy**
94:19
**AND/OR**
226:2
**annual**
196:22,23
**annually**
196:18
**ANSI**
78:15
**answer**
4:11,16 6:20 7:25 8:9
41:14 45:13 87:25
103:17 105:7
107:18,25 109:3
128:21 157:11
161:23 164:8
**anybody**
24:14 39:15 133:2
145:6,9 176:14
178:23
**anymore**
124:21 177:24
179:12
**anytime**
131:4
**apart**
62:13
**apologize**
13:11
**APPEARANCES**



MAGNA ▶
LEGAL SERVICES

2:1
**applicable**
32:6 186:11
**applied**
14:7 24:13,13 29:10
  70:22 185:10
  213:24 214:10
**apply**
16:6 22:21 55:24
  70:24 105:21 108:3
  135:11 185:18
**applying**
52:9
**appointed**
45:15
**approached**
49:19 50:6,17 52:17
  127:7
**appropriate**
75:11
**approval**
138:23 139:24
  214:22
**approve**
62:19 67:16 80:21
  134:15,19,22
  139:16 187:23
**approved**
136:2,24
**approximate**
202:24
**approximately**
201:16 208:2
**April**
189:1 224:24
**AQLs**
32:10 64:11
**area**
35:7 78:7 117:20,20
**argue**
158:24
**arranges**
128:6
**arrow**
95:8,9
**arrows**

95:15
**art**
38:18,20 139:6,6,8
  139:14,21
**artificially**
199:20
**Ashton**
5:8,9
**Ashton-Chee**
2:15 5:8,10,18,25 6:3
**Asia**
28:10
**Asian**
35:8,11 38:24,25
  63:10
**Aside**
204:10
**asked**
7:8,18 8:6 28:16 30:1
  30:5 89:7 159:18
  161:11 164:21
  167:15 211:23
  220:19 222:11
**asking**
67:22 93:20 131:25
  133:11,15 134:6
  159:1,2 182:2
  211:23 217:12
  218:8
**asks**
12:6 29:11 30:10
  43:4 51:5 55:14
  58:20 71:13 90:21
  119:10 138:24
  144:10 149:10
  175:22
**aspect**
162:24 168:3
**assembly**
186:20,20
**assess**
142:13
**assessment**
52:7 54:18,25 190:11
**assume**
103:11 125:16

**assuming**
25:3 38:23 49:1
  94:13 103:9 104:8
  104:21 132:18
  197:1
**assurance**
13:19 19:2 31:25
  32:4,10,15 63:16
**Atlanta**
2:9
**ATM**
33:17 34:3
**atmospheric**
211:17 212:11
**ATTACH**
226:21
**attached**
199:6 225:11 226:20
**attaching**
192:10
**attempt**
57:13 58:2 192:8
  219:9
**attempts**
44:5
**attorney**
132:15 189:23
  200:19 224:15
**attorneys**
1:13 75:24 129:22
  143:9 187:8
**attribute**
156:16
**attributes**
78:21,22
**audible**
220:11
**audit**
52:5 53:4,4,9 54:15
  56:12 59:14 61:11
  64:18 68:4
**audited**
64:22
**auditing**
15:8 54:19
**audits**

15:20 184:19 185:7
  185:21
**authority**
185:11 196:15
  197:11
**Authorization**
33:17 34:3,6
**authorized**
181:16
**automatic**
184:8
**autonomous**
183:11
**avenues**
145:10
**aware**
137:11 141:14
  157:22 188:3,15
**a-i-c-h-u-n-g**
27:15
**A-n-i**
36:22
**a.m**
1:12 27:23,24

---
**B**

---

**B**
3:12 64:23
**back**
49:16 52:15 58:9
  68:4 99:5 105:8
  106:8 111:12
  113:15 134:24
  139:25 142:16
  155:22 157:21
  164:14 181:10
  192:20 208:9
  221:16
**back-to-back**
57:20
**back-up**
102:21,23
**baffled**
156:18
**bar**
105:23



**bare**
90:8
**base**
8:20 95:9 101:13,13
   101:13,16,17,17
   207:1
**based**
107:18 184:1 197:22
   197:23 198:4
**basically**
14:1,5 15:24 19:7
   20:5 31:22 33:10
   47:25 49:13 52:4,5
   54:6 62:7 64:9
   65:15 87:16 97:4,22
   109:18 123:4,8
   129:8 134:6 144:19
   145:14 184:16
   192:8 198:22 199:3
   199:18 213:22
   214:22
**basis**
14:6 149:14,15
**batch**
23:8 81:17 82:4,14
**Bates**
3:15,16,22,24 11:17
   69:16 75:19,22
   132:9,10 138:2,3
   149:20 151:16,18
   152:10 191:4,6
**Bates-stamped**
69:12 143:22 147:7
   168:25
**Bath**
183:20,23
**bathroom**
39:14
**bean**
118:4
**bear**
200:24
**beauty**
117:24
**Bed**
183:20,23

**beep**
220:14
**beginning**
37:24 67:5 189:9
   192:17,18 193:1,5
   194:15 195:7,9
**behalf**
4:12 53:2
**believe**
27:4 128:12 129:23
   161:24 164:1 165:7
   165:25 166:7,9,19
   167:13 175:25,25
   176:3,5 181:8 188:1
   189:24 195:19
   197:22,23 203:1,14
   204:4
**Ben**
166:24
**bend**
124:20 125:9
**benefit**
202:20
**benefits**
202:6,15
**bent**
101:7
**best**
6:20 7:25 8:8,21 9:2
   9:10,16,21 10:6,10
   10:14,19 16:11
   53:14 191:12
   195:22 202:11
   224:10
**better**
49:8,9,20 86:3 95:23
   101:5 109:17
   123:11 134:8 203:7
**Betty**
20:22
**Beyond**
183:20,23
**big**
35:4 57:15
**bigger**
48:24,24 68:2,6

**bill**
62:14,21 186:21
**birth**
12:24
**bit**
8:15 11:24 49:16
   52:16 71:16 94:18
   115:14 122:1 131:1
   176:24 177:9
   204:20,20 213:16
   215:21 216:21
   217:16
**Bliss**
138:23 139:1
**block**
79:22
**blocking**
97:23
**Blossom**
50:25 51:8,9,15,17
   51:22 53:7,22,25
   56:21,23 57:1,4
   58:14,22 59:4,6,14
   59:20 60:13 61:7,9
   62:3 64:22 66:21
   67:8,14,23 68:22
   70:25 73:10 76:22
   76:24 89:13 125:23
   126:25 127:18
   128:6,13 131:2
   132:5,22 134:16
   137:9 199:25
**board**
20:4 133:16,17
**body**
48:8 70:5,5,7 159:25
   222:7
**bodybuilder**
104:17,19
**BOM**
62:14 186:21
**boneless**
153:1
**bones**
90:8 117:17
**book**

128:3
**booking**
127:14,15
**bookkeeping**
40:4
**books**
52:12
**born**
12:4 201:2
**boss**
176:6
**bottom**
99:3 217:5,6
**bought**
178:1,7,9,10 179:18
   180:1
**box**
131:16
**brand**
34:7 45:18 177:5,12
   177:13
**brands**
45:17 177:6 180:4
**break**
8:5 27:21 28:2
   103:21 123:14,18
   163:23 200:7 208:7
**breaking**
114:3,7 125:5
**breasts**
153:2
**brief**
200:24
**bring**
141:25 161:1
**bringing**
22:8 32:5 142:4
**brings**
202:8
**brittle**
126:7
**Broddick**
153:18
**broken**
136:15
**brought**



48:22 89:8 170:21
**Buggy**
25:11
**build**
30:22 95:5 177:12
205:6 206:25
207:14
**builder**
222:7
**building**
40:7 207:9 211:4,9
**builds**
99:4 107:13
**build-up**
107:9
**built**
95:2,3 182:12
**Built-in**
140:5
**bump**
125:9
**bunch**
140:3 169:1
**Bureau**
32:25 33:1,5
**burned**
129:11 158:13
159:15
**burns**
157:24 180:17
**business**
9:20,20 41:21,24
43:2,7 57:12,14,19
74:24
**businesses**
50:11
**busy**
40:7
**butcher**
51:4
**button**
95:1,14
**buy**
178:8
**buyer**
74:22

**bypass**
94:11 123:2
**bypassed**
94:12 194:17
**B-l-i-s-s**
139:1

---
## C

**C**
4:1 64:23
**cable**
27:16,16
**calculators**
20:7
**Cali**
12:5,7 17:3
**calibration**
53:18
**call**
39:7 42:8,8 51:9
94:24 96:10,16 97:5
97:18 101:9,14
102:24 109:10,11
123:3,23 126:16
**called**
25:11,16 44:14 46:15
46:23 49:6 50:24
58:12,25
**calling**
99:7,16,20 195:5
**calls**
109:1 147:17,18,25
148:1 158:3,5
**cameramen**
40:12
**campaigns**
42:14,15,15,16 43:8
**Cantonese**
201:10
**capabilities**
31:9
**capable**
52:6
**capacities**
31:9 89:1
**capacity**

24:5 31:21 47:1
48:14,24 173:21,23
174:1 177:1,8
178:22 204:8
**captured**
57:22 178:6 221:17
**car**
113:23
**care**
133:25
**careful**
115:5
**cares**
185:5
**cargo**
77:6
**Carnegie**
2:12
**case**
6:8,19 73:16 77:15
83:15,18 121:17
144:25 150:15
182:1 200:20 206:8
225:2
**cases**
23:12 167:24 170:19
**CaseViewNet**
1:15
**cast**
125:3
**catch**
5:7
**category**
58:6 81:16
**cause**
72:23 110:12 120:25
**causes**
189:16 207:1,19,20
**CCR**
2:15
**ceased**
179:16
**center**
2:12 15:2,12,17,19
27:14
**certain**

23:5 31:19 47:11
48:5 61:24 63:24
78:20 94:12 181:23
182:10 192:10
199:8
**certificate**
2:15 3:7 62:15,16
69:23 70:3,19 71:5
71:19 72:8 135:12
224:1
**certification**
68:10 73:8 74:4
196:17
**Certified**
1:15
**certify**
224:4,11,15
**chain**
9:19 50:11
**change**
3:17 64:17 72:18
73:11,19,22,25 74:7
74:8,10,10,14,15,18
86:15,15 126:25
131:2,3,6,11 132:4
132:6,16 133:1,16
134:10 135:2,11
136:2,12 137:8,20
137:23 181:14,15
181:16,19 182:3,4
226:2
**changed**
64:23 72:22 86:18
131:13,20 133:11
**changes**
9:5,13,15 55:18
64:24 66:6,9 72:15
174:23,24 183:7,8
184:9 226:19
**channels**
43:14
**charge**
182:21
**chat**
223:18
**check**



19:18 56:19 61:11
63:4 79:18 83:2
**checking**
21:22
**checks**
61:15 214:18 215:3
**Chee**
5:8,10,11
**Cheer**
49:6,17 50:12,17
51:21,24 52:1 70:20
70:21 71:18 127:7,9
127:24 128:4,5,6,11
132:25 133:1,3,5,9
133:12,24 135:16
136:20 137:6,8
183:7
**chef**
178:11 202:14
**chefs**
203:22
**Cheryl**
4:22 6:18
**chicken**
117:17 152:18,19
153:1 154:13
**China**
34:17,18,20,25 35:4
56:4 71:3
**Chinese**
14:15,16 197:14
201:9
**circle**
95:16
**circuit**
133:17
**circuiting**
133:22
**circulated**
170:15
**circumstance**
92:14 103:11 104:17
**circumstances**
103:19 149:6 169:20
184:2
**cities**

31:7
**city**
27:14
**Civil**
1:5 4:5
**claims**
171:23 172:1,1
**clamshell**
109:10
**clarification**
12:6 29:11 30:10
43:4 51:5 55:14
58:20 71:13 90:21
119:10 138:24
144:10 149:10
164:15 175:22
**clarify**
44:7 200:23
**cleaners**
20:11
**clear**
158:25 159:10
163:18 164:4
167:18
**clears**
117:25 118:1
**clerical**
37:8 40:3
**clog**
117:23 118:1 141:1
**clogged**
117:11 118:5 141:5
**clogging**
140:25
**clogs**
118:12 141:7
**close**
109:13 126:19 155:5
179:13 181:9
**closed**
95:6,12,13 113:2
114:15 120:18,20
121:1 168:19
172:18 205:5,9
207:11,13 213:23
**closer**

7:12 221:12
**closing**
117:7 124:16
**clothes**
25:13
**clue**
220:18
**coefficient**
101:2 105:3 205:18
205:23
**coexists**
54:10
**coffee**
27:20
**Colgate**
17:25 18:1,12,14
**collation**
143:4
**collect**
163:4
**Colombia**
12:5,12 17:3 24:12
201:2
**color**
217:20
**colors**
71:14
**color-wise**
217:22
**combination**
117:17
**combined**
4:23
**come**
23:3,4 24:11 25:24
29:6,22 76:11
121:16 122:1
127:19 129:17
130:8 132:13
147:20,25 192:20
199:4 207:8 208:22
213:25 218:12
**comes**
20:24 103:22 111:1
114:21 139:25
161:2 208:15

**coming**
93:13 107:6 123:9
129:25 155:22
193:21 218:24
219:1
**Commercials**
41:6
**commission**
224:23
**company**
20:21 27:4 30:12
31:14 32:18,21
37:12 56:6 58:25
159:5 167:16
173:22,24 177:6,19
178:1,7,8,13 179:15
179:18 197:14
**compared**
117:20
**compartment**
90:11
**compete**
57:15 58:1
**complaint**
141:12,20,22 142:12
142:13 144:23
152:17
**complaints**
7:19,24 8:7,11,11
117:5 129:24,25
131:17 141:15
142:25 143:16
144:16 145:13,18
145:20 146:17
151:9 160:10
161:15 164:22
165:4 180:17 193:3
193:6,10
**complete**
10:3 211:7 212:5
**completely**
183:11 210:25
**compliance**
19:21 21:10 23:9,11
33:16 49:10 52:9
55:16 56:12 61:11



63:13 64:4,16 69:23
70:4,20 71:1 198:8
214:20
**compliant**
54:1
**complied**
88:18
**complies**
26:7 63:5 186:11
193:22
**comply**
19:19 32:7 33:11,23
64:17 67:17,18
74:21,23 192:23
**complying**
66:9
**component**
72:12 73:23,25 83:3
135:13
**components**
23:13,16 46:4 48:5
55:9 62:23 63:19
73:3 85:25 86:9,14
87:17 175:11,12
213:21
**Compound**
40:5
**compromise**
22:24
**computer**
11:15 69:10
**computer-aided**
224:9
**concluded**
223:19
**conclusion**
155:6 157:13
**conclusions**
14:4 26:8 165:14
194:9,12
**condition**
192:12
**conditions**
187:15
**conference**
6:25 7:14 8:3 11:3

13:1,12 76:13 160:8
161:9 190:23
**confirm**
5:15
**conflicting**
130:5 156:24
**confused**
42:25 177:9
**connected**
96:7,23 98:6 119:8
119:11,14
**connecting**
98:11
**consider**
113:3
**considerable**
113:13 208:1 211:15
**consideration**
183:6
**considered**
44:20
**consisting**
225:4
**consists**
53:9 84:17
**constant**
213:23
**constantly**
88:2 123:5 214:9
**constitute**
46:18
**construction**
18:4 21:5,19,20
97:10 186:6
**consult**
178:14
**consultant**
177:1 178:22
**consulting**
30:3,15,17 32:21
201:18
**consumer**
19:7 20:5 21:2 39:2
160:3 165:3 215:15
**consumers**
215:7,11

**contact**
71:2 183:21,23
**contacted**
51:24
**contained**
90:16
**container**
19:15 77:5 94:5
127:19
**contents**
108:8,24 110:7
111:12 130:16
214:3
**continual**
196:23
**continuation**
150:3
**continue**
55:1 61:15 89:12
165:15 198:9
**continued**
89:15
**contractor**
17:25
**contravention**
215:12,16
**control**
13:18 14:6,6,7 21:17
21:18 47:18 61:21
85:7,8 91:3,7
133:16 176:20
**controlling**
80:16 126:15
**controls**
83:3 194:24
**convenience**
39:1 202:18
**Conversations**
163:10
**cook**
47:19 92:1 130:9
155:1 203:6,19
212:5
**cooked**
202:21
**cooker**

7:20 8:18 9:1,7 10:1
10:9,18 20:18,21,25
21:14 22:7 39:16
41:21,24 42:10 43:2
43:7 44:21 45:1
46:9,14,15 49:25
50:2,7,18 52:19
55:5 56:6 57:3,11
57:14,17 58:3,24
60:23,24 63:4,13
90:5,9,19 91:1,11
91:14 93:15 101:13
104:2 111:19 112:2
112:25 113:25
123:19 127:1 130:8
131:5 138:17
142:16 146:20
155:2 164:23
168:12,12 174:10
175:1 176:12,23
177:19 202:7,9
204:21,23 206:25
210:19 216:6
**cookers**
9:9 10:4 20:16 39:8
41:10 42:2,9 43:9
43:15,19 55:23 56:3
56:5,7,9,14 58:4
61:14 65:1 66:1
70:13 72:19 73:22
75:9 76:4 125:18
127:9,18 128:5,24
129:4 131:5 175:10
175:10 177:20
178:2 180:24
183:22,24,25 202:4
203:20,23
**cooking**
39:1 46:3 48:2 52:13
57:18 61:20 90:12
92:2 104:2,3 115:15
117:6 130:11
140:13 152:18
211:20,25 212:9,12
212:13 220:8
**Cookware**



39:12
**cooled**
58:6
**cooling**
123:3 214:6
**coordinate**
127:14
**coordinating**
32:9
**Copeland**
1:3,3 4:22,22 6:18,19
225:2
**Copeland's**
60:24
**copies**
151:9
**Copper**
178:11
**copy**
138:10 187:17 223:3
223:5 226:20
**Core**
15:8
**corporate**
7:9 175:5
**correct**
16:22 18:2 24:1
26:24 28:5 34:8
36:7 38:11 42:11,12
45:2,25 46:20 49:3
50:5,8,9,19 51:19
53:1,23 55:20 56:16
58:19 60:11,14
61:13 63:14 64:14
66:11,14,24 68:21
69:7 70:14 72:17,21
75:10 78:10,14 79:6
80:17 82:10,15 86:9
86:25 87:4 89:23
91:9 92:3 95:4,7,10
95:17 96:1,9,14,25
98:4,13 100:8 101:2
101:20,23,24 102:3
102:7,11,15 107:12
107:16 111:22,25
112:24 114:8,18

115:10,24 116:2,24
118:22 120:14,22
122:4,6,8,14,17
125:14,16,22 127:5
127:20 128:8,25
134:21 136:1,21
137:5 139:20,23
140:1,20 143:18
146:10 148:2
149:18 152:3
162:21,22 166:13
173:7 175:21 178:3
179:20,22,25 180:7
182:15 184:25
186:14 188:14
189:22 190:5,18
193:5,12,16,18
194:6 196:9,13,25
197:2,3,3,13 200:3
203:4,8 205:25
206:10,18,22
208:24 209:3,20
211:10 216:2
217:24 218:16,18
219:22 220:23,24
221:2,7 224:12
**corrected**
54:24
**correction**
225:11 226:2
**corrections**
225:11
**corrective**
54:19,21,22 55:2,3
168:8
**correctly**
43:17 64:19 146:11
**corresponding**
101:18
**cosmetic**
80:6 84:5 87:18
175:13,18
**counsel**
2:1 143:5,10,13
171:19 173:8,11,15
178:21 181:7

224:16
**count**
169:1
**counting**
78:23 79:3
**couple**
181:11
**course**
13:21,22 14:12 142:2
**courses**
14:21 15:4,5,8 24:23
24:25 25:3
**court**
1:1,14 5:4 6:5,12
7:10 11:10,13,21
13:10 27:13 32:23
33:3 38:3 45:10
69:13 84:19,24
87:22 89:4 92:19
93:23 99:9,14
110:15 115:3 120:3
121:20 128:16
131:22 133:3 135:6
136:5 143:2 146:22
153:3 155:19 157:8
158:5 161:4,8,20,22
163:7,10,15,20
164:12,13,14 166:3
169:10 173:10
174:5 175:3 180:12
190:19 209:13
221:11,15,16
222:21 223:14,17
226:21
**cousin**
24:20
**cover**
16:23
**covered**
210:19
**covering**
98:2
**covers**
96:20 98:15 218:7
**CP**
161:3

**CPSC**
3:23 160:7,13,21
161:16,17 162:11
162:25 163:9,24
164:17,20 165:6,10
165:13,22 166:12
167:6,21 168:11,25
169:6,8,24 170:5,12
181:6
**CPSC's**
168:9
**CQ**
24:3,15
**create**
94:4 98:18,19,21
99:24,25 100:3
105:24 110:19
199:22,22 219:15
**created**
155:25
**creates**
91:18 101:2 105:3
144:22
**creating**
114:11
**creative**
184:15 185:5
**criteria**
16:16 19:17 20:25
26:9 32:8 33:7,8
**critical**
23:12,15 80:24 81:2
81:5 82:8 83:3 84:7
106:23
**Crocker**
20:22
**crosstalk**
27:7 40:21 45:9
51:11 59:15 71:22
72:25 78:3 81:24
109:24 111:14
116:12 118:2
131:21 135:19
137:14 159:6 175:2
183:2 195:12
205:21 219:19



**cross-examination**
200:21
**cross-process**
61:15
**Culture**
14:16
**current**
85:8
**currently**
178:16,17
**curve**
21:17
**curved**
101:18
**customer**
8:13 20:10 23:8 26:5
  77:16 129:10,24
  141:12,14,19
  142:21,23,25
  143:16,17 144:7,16
  144:23 145:3,4,6,17
  145:18,23 146:15
  146:17 147:17
  148:14 149:8
  150:15,16 151:2,4,9
  151:23 152:17
  153:1 155:12 156:4
  156:14,23 161:14
  161:15 163:4
  191:24 218:20
  219:23 220:6,16,20
**customers**
7:20 8:7,12 160:10
  164:23 180:22
  188:4 216:5
**cut**
194:23
**cuts**
202:17 203:6
**cycle**
90:12 123:4 130:11
  211:20 212:1,5,9,12
  214:5,6 220:8,13
**cycles**
61:24 120:11 135:14
  135:14

**C-a-l-i**
12:7
**C14**
78:15

---
**D**
---

**D**
4:1 36:20
**daily**
34:14 127:12 203:17
**damage**
141:25 145:24
**damaged**
132:2
**damaging**
110:21 111:11,20
  114:11
**dangerous**
212:16
**dash**
60:17
**data**
84:10 145:7 163:3,4
  185:25 187:1
**database**
149:17
**databases**
151:6,11
**date**
1:11 12:23 148:24
  182:13 225:10
**DATED**
226:23
**day**
54:15
**days**
54:19
**DB**
32:21,23,24,25
**dealing**
127:17
**decide**
41:23 211:5
**decided**
56:17,21
**decision**

89:3 162:8
**decisionmaker**
74:1
**decisions**
185:6
**decision-making**
185:2
**decrease**
208:21
**decreases**
214:7
**deeper**
129:12
**defeat**
122:18
**defect**
78:25 81:5,6,6,15,16
  93:21 129:14
  157:13 158:10
  167:18 192:7
**defective**
79:3 92:15 93:17
  113:4,9
**defects**
8:25 78:23 83:12
  84:5 160:12
**defendant**
2:6 7:22 10:2,5
  200:20
**Defendants**
1:8
**defendant's**
9:20,24 10:16
**defense**
7:23
**defenses**
159:3
**defined**
208:12,18
**definitely**
118:15 133:8
**definitive**
129:17
**degree**
12:19 13:4,17,20
  15:3 17:2,8 18:16

18:20
**degrees**
13:5
**del**
12:15
**delay**
181:17,18 182:3
**delayed**
181:20
**delays**
182:5
**delivery**
182:11
**demand**
89:9
**denote**
2:23
**denser**
132:7
**density**
132:6
**dents**
131:17 132:1
**department**
127:16 139:5,6,14,15
  139:17,21 140:9,9
  140:15,19 141:9,13
  141:14,18,20
  142:10 145:12,17
  149:14 150:12,18
  152:1,6 153:15,17
  153:19 156:1,4
  161:14 162:2,5,9
  166:21 168:1
  169:15,22 171:18
  183:10,10 192:3
**departments**
143:14,15
**depending**
26:21 70:16 141:21
  212:13
**depends**
22:16 130:10 150:14
  184:10,11 212:7
**deponent**
3:8 4:9 5:24 6:2,4,11



12:7 27:8,14 29:12
32:25 36:23 38:5
40:6,22 41:15 45:14
51:6,12 59:16 71:14
73:1 84:23 88:1
90:22 94:1 103:18
106:13 108:1 109:4
109:25 110:18
111:15 113:6 118:3
123:12 133:5 134:2
135:9,20 143:4
157:12 158:4,9
161:24 162:15
163:8 164:16 167:2
169:11 183:3
209:15 215:23
223:10 224:5 225:1
226:20

**depose**
141:10
**deposed**
173:18,25
**deposing**
8:8
**deposit**
71:1 154:16
**deposition**
1:10 3:13 4:4,20,21
6:22 11:7 223:19
224:7,18 225:4,8
**depositions**
149:9
**depository**
144:23
**depressurize**
130:19
**depth**
193:20
**derived**
202:20
**describe**
13:24 198:16
**described**
198:15
**description**
82:20 134:7 146:5,5

154:11
**descriptions**
83:8 130:4 156:11
**design**
9:6,13 10:3 45:22
46:3,8 48:9 89:19
140:24 175:5,12,13
175:14,15,18 189:2
**designated**
127:25
**designed**
117:22 158:21 221:1
221:6
**designs**
46:5
**desk**
144:19 151:12
**destructive**
21:21 62:12 80:10
**detach**
213:25
**details**
79:23 109:18 140:4
172:6,19 186:7
**determination**
157:6
**determine**
32:15 60:15 88:8
125:25 145:22
192:11 193:23
198:11
**determined**
79:15 145:14
**determining**
192:13
**develop**
28:7,13,20,25
**developed**
30:21 47:11 48:17,20
48:25
**development**
30:1,8 37:16 38:13
38:21 39:17,25 56:4
58:5 201:23
**deviating**
64:4

**deviation**
23:18 88:4,5 190:13
**device**
61:21 133:22 221:21
**dial**
94:23
**diametric**
65:9
**difference**
47:6 48:13 70:3
204:7
**differences**
9:9
**different**
14:21 16:2 19:6
22:12 26:2,3 31:8
35:1,1 37:23 38:14
39:1 43:9 44:10
45:24 46:2,4,5 47:1
47:7,10 48:1,3,6
55:8 56:20 59:11
60:20 71:12,14,18
72:12,13 77:19,21
78:20 80:3 83:1
88:13 109:16
117:14,15,16 130:4
130:5 133:18
135:13 147:21
151:5 170:19
171:23 176:20,21
176:21,24 190:15
191:18,22 192:4
199:17 204:13
214:20 222:11
223:1
**difficult**
33:3 100:17 163:21
201:14 205:24
**difficulty**
7:12
**digital**
61:21
**dimensions**
86:12
**Dinjia**
27:4

**direct**
37:18 40:17 45:18
59:9 71:2
**directed**
162:5,7
**direction**
101:19 162:2
**directly**
41:11 43:22 44:14
70:2 91:20 105:1
113:18 137:9 212:8
**director**
29:25 30:8 37:15
38:9,21 45:15
201:23
**directors**
38:12 39:25
**direct-to-consumer**
43:13
**disapprove**
134:19
**discarded**
23:24
**discontinued**
57:5,16 89:13,17
177:10,22 187:25
**discovered**
84:4
**discovery**
4:19 69:12 75:24
132:15 151:22
206:8,12 210:9
213:13
**discuss**
148:16 164:22
**discussed**
210:17
**discussing**
165:1
**disengagement**
199:4
**disengages**
211:19,25
**disengaging**
109:13
**dishes**



202:18
**dissipates**
213:3
**dissolve**
118:11
**distinction**
90:25
**distribute**
169:23
**distributors**
19:13
**DISTRICT**
1:1,1
**division**
1:2 21:2 38:24,25
142:21,23 143:10
143:17 145:20
**divisions**
142:24
**document**
2:23 134:13 135:23
136:9 144:6,13
147:14 149:3,7
**documentation**
187:7
**doing**
17:15 22:17 25:22,23
30:2,14,17 31:22
34:11 40:3 49:23,25
49:25 50:3,6 52:4
52:11 56:12 63:22
80:3 88:14 125:19
129:18 157:2,16
158:19 168:6
185:22 190:12
**double**
78:19,19 166:7,8,9
**double-checking**
34:13
**DR**
59:9
**draft**
26:8,10
**drafting**
32:8 169:16
**drank**

27:20
**draw**
14:4
**drawing**
121:9
**drawings**
186:17,20
**Drive**
2:12
**drop**
80:17 125:9 132:7
136:13 209:19
**dropped**
115:9 116:25 210:5
210:14 216:5
**drops**
115:11,16 209:22
220:17
**due**
12:2 168:8
**duly**
6:13
**duplicate**
71:19
**D-i-n-j-i-a**
27:5

---

**E**

**E**
3:12 4:1,1 128:19
**earlier**
43:7 64:15 76:1
113:16 119:8
140:22 145:19
148:15 191:19
192:16 193:15
202:4 204:22 206:6
212:24 213:17
219:12 222:6
**early**
42:18,19
**ease**
103:12
**easier**
104:25
**easily**

54:24 105:7
**East**
36:9
**easy**
55:12 115:1 202:12
202:19 205:8
**Edison**
197:19
**editing**
184:16
**editors**
40:12
**education**
14:14,20 15:7 16:23
105:7 107:19
**Edward**
1:3 4:21 6:18
**effective**
120:16,17 189:3,21
**effectiveness**
54:22
**efforts**
8:24 165:2,3
**eight**
47:4 79:23 173:20
204:8 217:25 218:3
**eighth**
218:17
**eight-quart**
67:11,24
**either**
67:15 71:8 74:3
124:25 131:6,11
143:22 149:21
222:20
**ejection**
110:14
**electric**
65:16 73:4 91:1,11
91:14
**electronic**
15:2 223:4
**element**
90:13,16,20
**email**
223:16

**emails**
223:18
**Emeril**
178:11
**employed**
224:16
**employee**
139:3 173:16 176:10
177:3
**employees**
41:1 178:16,17 179:2
179:2,23
**employment**
28:2
**enable**
208:10
**encounter**
212:18
**ends**
211:20
**engage**
52:3 129:9 142:4
165:25 192:22
197:8
**engaged**
61:18 101:22 103:13
104:22 112:8
113:20 129:16
139:10 150:15
181:7 190:14 194:2
194:5 195:2 196:8
205:2
**engages**
97:13 211:14
**engaging**
123:25
**engineer**
17:13 153:19
**engineering**
12:17,18 13:4 17:2,7
18:6,16,20 19:6
26:3 52:1 73:18
74:8 135:1 139:14
139:15,17 140:9,18
141:13,18 142:9
143:16 145:12,15



145:20 146:13,19
149:14 150:12,18
152:1,6 155:25
156:3 161:14 162:1
162:5,9 181:11,14
181:15 183:10
190:15 192:1 194:3
**engineers**
35:5,13 40:1 63:9
**English**
201:7,7 222:12
**ensure**
215:4
**entail**
213:21
**entailed**
13:24
**enter**
11:19
**Enterprises**
27:16
**enters**
145:1
**entire**
29:13
**entries**
162:20,20
**equate**
86:14
**equipment**
25:21 39:12 53:18
**equity**
178:10
**ERRATA**
3:9 226:1,19,20
**escalated**
141:21 145:14,20,22
146:12,18 150:12
150:17 191:25
**escalation**
146:3
**escape**
93:12 205:4
**ESQUIRE**
2:3,8,11
**estimated**

62:1
**et**
225:2,2
**ETL**
197:17
**eTran**
222:25
**Europe**
56:10
**evaluate**
8:17 150:22
**evaluated**
137:19
**evaluating**
32:18
**evaluation**
21:3 23:23 26:4
33:15 167:25
196:22,24 197:2
**evaluators**
185:20
**event**
155:9 214:12
**eventually**
208:21
**everybody**
5:14 179:15
**everybody's**
40:2
**exact**
2:23 59:16
**exactly**
204:15
**examination**
3:2 6:15 8:17 200:16
215:25
**example**
16:9 31:5 40:19
53:16 55:7 61:18
63:23 73:2,3 79:11
80:12 83:2 117:16
126:3,17 141:24
148:7 173:1
**Excel**
3:19,20,21 143:23
144:1 147:8,10

149:19,22
**exception**
177:19 225:10
**excluded**
178:2
**executives**
40:1
**exercise**
25:18,21 39:12
**exert**
113:13
**exertion**
106:7
**exhibit**
3:13,14,15,16,17,18
3:19,20,21,22,23,24
11:5,7 60:5 69:8,16
75:15,19 89:25
94:22 132:8,10
137:23 138:11
143:19,22 144:1
147:4,10 149:12,22
151:18 161:13
168:22 170:4,5
191:2,3,6 195:18
**exhibits**
2:22
**existence**
45:1 49:5
**expansion**
199:22
**expect**
114:1 215:7,11
**expectation**
215:10
**expedite**
90:12
**expel**
108:9,24 110:7
111:12
**expelling**
110:13
**experienced**
154:14
**expert**
61:4 109:1,17

**expires**
224:23
**explain**
75:18 76:15 205:1
**explained**
93:19 214:19
**explaining**
85:1
**explanation**
154:1,5 159:13 226:3
**exploded**
152:19 154:2
**explosion**
110:12 156:8 157:5
188:16
**explosions**
156:15 188:4
**explosive**
211:12 214:11
**export**
128:12
**exportation**
127:22
**exported**
19:18
**exporter**
128:11
**extensively**
202:4
**extent**
141:17
**external**
22:21 90:19 177:2
**Extra**
83:18
**extremely**
100:17 104:24
108:18 205:24
**E-A**
190:21

---
**F**

**F**
128:19
**face**
73:22 181:19



facilitate
127:11
facilities
25:25 26:17
facility
25:25 26:22,23 27:1
34:18,19,20 35:25
36:1
fact
202:21
factor
192:13
factories
31:8 35:17,18,19
56:18,20 61:12 67:3
176:15 185:7
186:16
factors
195:3
factory
30:25 31:10 49:9,9
49:20 50:13,15,22
50:24 52:2,5,6,24
53:5 59:8 61:18
62:13 63:3,19,22,25
64:7 68:11 71:8
73:24 74:3,15,17
86:17,20,21 87:8
111:5 112:14
125:19 127:8,13
142:11 185:21,22
187:13,14,15 197:6
197:9
facts
165:9
fail
83:9
failed
113:25
failure
61:25 62:1 126:1
129:7 189:2,11,16
189:20 191:11
192:9,11,12,14
195:17
failures

189:16
fair
46:7 91:10 159:7
214:25 215:1
Fairfield
34:23 36:5,6 179:10
179:11,19
fall
174:22,24
false
221:24
familiar
75:6 135:23 136:9
153:7
family
202:9
far
15:7 46:8 47:17
154:18 156:15
216:15,16
Farrell
1:14 5:6,12 224:2,22
225:5
fast
57:22
faster
92:1 203:6
fat
118:5
FEA
128:18 129:8,16,19
190:19
feasibility
30:19
features
47:8,18,19,19,21
48:2 49:12 140:6
Federal
4:5
fee
182:22 196:20
feedback
129:10 163:5 190:15
feel
71:24 152:25
fees

181:19 182:12 183:5
fell
160:13
field
26:11
fields
17:7
figure
129:11 146:8 157:1
193:6,22 207:6
file
144:22 151:1
fill
67:3 207:8
filled
225:12
film
83:18
filters
145:9
final
34:1 76:17 138:22
139:24
finally
10:16
financially
224:18
find
30:24 78:19 129:1
142:2 156:23 158:9
158:10 172:17
194:8,18 225:8
finding
150:20 192:19
findings
153:22 165:14
167:14 168:9,15
185:3,4 190:9
fine
138:9 164:25 182:20
223:2
fined
182:19
fines
181:20 182:12 183:5
finish

12:9 62:8 212:9,11
220:13
finished
76:19 115:15
firm
16:11 26:3 165:25
171:11 194:3
196:11
firms
190:15
first
6:13 7:8 13:18 38:20
42:9 49:1 76:17
103:21 121:25
137:10 147:3
148:18,20 150:3,4,5
150:7 156:21,22
170:19 171:5,22
186:15 193:3
197:10 201:1 202:8
222:12
Fisher
37:25
five
22:20 27:21 123:13
194:15 195:19
Flash
83:22
flashing
83:23 109:16 154:14
flew
152:19
flip
101:22
float
96:16,19 97:2 98:2
98:15,15 99:8,18,19
99:20,21,23 100:5,9
100:19 102:12,18
102:20 103:5,9
104:9,21 105:10
106:19 115:8,11,16
115:22 116:25
121:17 122:12,13
123:25 124:4 141:4
207:5,6,15,16 208:9



208:21 209:19,21
209:22 210:5,14,21
210:25 211:2,8,14
211:19,25 216:5,9
216:15 217:19
218:15 219:24,25
220:16
**floating**
93:6,9 112:4,7 123:2
205:5
**floats**
95:25
**float-valve**
107:23 111:23
112:15,20 113:25
**floor**
55:13
**Florida**
37:5,10 179:7,8
180:6
**flower**
51:12
**FMEA**
195:6,8,9,10,11,24
**focused**
67:7
**follow**
55:17 199:9 200:22
215:8
**followed**
219:7
**following**
68:23 69:6 78:14
211:25
**follows**
6:14 53:22
**follow-up**
215:24
**follow-ups**
200:10
**food**
92:1 118:24 130:10
130:12,14 154:16
155:2
**force**
86:16 105:2,9,13,22

106:4,10 108:10,13
110:1,6,19 112:8,9
112:10,19 113:8,12
113:14,19 114:12
122:23 124:2,6,19
207:24 208:1,3
211:1 212:25 213:7
213:23 214:7,9
216:13 220:21
222:2,2
**forced**
110:4 213:2
**forceful**
110:12 125:13
**forcefully**
215:12,15
**forces**
103:24 125:6 198:19
**foregoing**
224:11 225:3
**foreseeable**
215:17
**forget**
4:23
**forgot**
45:16
**form**
4:14 45:12 87:24
103:16 106:12
107:24 109:1
110:17 113:5
132:16,18 134:11
134:12 137:9 139:7
152:7
**format**
134:13 223:1
**forms**
137:3,3
**forward**
11:17 92:18 169:24
**found**
81:16 156:5
**foundation**
41:13 45:13 72:24
106:12 107:24
110:17 134:1 135:5

135:8 143:3 161:19
161:21 162:14
180:14
**four**
46:23 48:7,11,14,17
54:19 66:17,19
81:23 82:5
**free**
71:24 97:24 98:24
114:23 152:25
**freelancing**
41:3
**freely**
86:1 115:8
**friction**
101:2 105:3 205:11
205:18,23
**front**
89:25 90:1 123:20
**frozen**
153:1 154:13,16
155:2
**fruition**
29:6
**fryers**
177:15
**fulcrum**
106:5
**fulfill**
66:23
**full**
6:1 11:24 157:8
208:3
**fully**
98:22 103:20,23
105:8 109:12
207:24 212:25
222:6
**function**
52:13 118:23 119:1
**functional**
84:2,15 85:2,3
124:20
**functionality**
19:22
**functionally**

204:6
**functioning**
178:13
**functions**
46:13
**further**
25:4 137:13 153:25
168:20,21 194:1
222:19 224:11,15
**furthest**
198:25

## G

**G**
4:1
**GA**
2:4,9
**gadgets**
39:2,13,13
**garment**
31:7
**garments**
31:6 39:12
**gasket**
77:16 85:19 118:20
118:21 119:4 126:4
126:6,11,13 154:20
205:3 207:16,20
217:9
**gaskets**
77:15 194:24
**gathered**
165:9
**gauge**
123:5 199:24
**gauges**
85:11,12
**general**
79:12 80:6 92:9
165:1 171:19 173:8
173:11 178:21
**generally**
104:2 140:4 160:17
**Georgia**
1:1 224:4 225:7
**getting**



17:7 18:15 24:11
33:17 61:14 104:25
118:24 126:7 129:9
132:1 146:3 158:12
169:25 213:22
**Ghosh**
2:8 3:5 4:17 5:16
10:22 11:1 27:22
33:5 36:22 40:5
41:13 45:12 72:24
87:24 93:25 103:16
106:12 107:24
109:1 110:17 113:5
123:12,14 134:1
135:5,8 138:5,9
143:3,25 146:23
147:9 152:10 157:7
157:10 158:3,7
159:7 160:15,25
161:19,21 162:14
164:6,9,18 165:19
180:11,14 195:25
200:8,13,17,18
209:17 215:19
222:19,24 223:6,13
**gift**
204:18
**Gilmartin**
38:2
**give**
5:21 6:8 16:9 33:7
34:5 54:20 67:20
103:8 104:14
109:17 139:13
186:17 203:11
**given**
105:7 106:11 114:1
145:12 204:11
224:13
**gives**
34:2 154:11
**giving**
85:19
**go**
4:25 12:2 15:16
18:24 23:16 25:25

31:7 33:15 35:15,16
35:18,19 52:5,8,10
53:3 54:19 56:18
60:3 63:3 64:6,9
66:6 67:23 68:4,19
69:4 73:18 74:3,9
76:21 82:18,19
83:14 94:18 105:8
132:14 133:21
134:24 135:11
137:12,13 142:1
144:24 146:2
152:13 156:20,24
158:8 160:25 161:6
163:15 167:9 180:8
181:10 185:21
190:22 194:1 200:9
205:6,15 208:9
214:19 220:9
**God**
6:10
**goes**
54:17,18 76:20 99:4
122:10 135:13
145:25 148:10
169:4 170:3 212:10
212:10 214:6
**going**
5:2,3,5,11,13 7:5
11:5,6,11,15 23:21
27:18 51:3 60:3
69:8,14 74:18 75:15
75:15 76:9 92:7
93:13 109:18,20
122:7,7,9 125:18
129:12,13 130:7
132:8 136:6 137:9
138:1 140:3,21
141:10,11 142:8
145:21 147:3
151:15,16 152:13
156:25 162:16,20
171:20,21 191:2,5
193:7 211:12
**GOLDBERG**
2:11

**gonna**
65:18,18 149:25
**good**
6:17 43:13 49:11
200:8,12 202:18
204:17
**goods**
19:15 76:19
**Gotcha**
29:6 77:20 79:4
116:14 120:23
**gotten**
13:4 159:15
**gourmet**
202:10
**governing**
70:7 159:25
**go-ahead**
56:23
**GPS**
29:1
**gradually**
207:8 214:4
**grams**
106:25
**great**
49:11 202:16 204:18
212:25
**grew**
57:22
**Grinder**
25:17
**grip**
105:20
**guess**
18:18 39:6 67:22
118:11 144:15
**guidelines**
21:7 68:23 69:6
125:24
**guys**
27:17 50:7 51:22
55:18,23 56:13
64:17 65:21 66:10
67:11 69:11 88:18
127:4,7 128:7



129:19 138:2
143:23 150:18
200:5 213:16
**G-i-l-m-a-r-t-i-n**
38:5

___

**H**

**H**
3:12
**half**
104:20 106:9 216:23
216:25
**hand**
5:19 6:6 105:22
224:20
**handheld**
25:12
**handle**
20:2 86:6 95:18,24
96:8,15 103:21
104:13 105:20
111:21 114:3,7
127:17 217:18
218:9,12,14
**handled**
145:22 146:15
**handles**
149:17
**handling**
7:23 165:12
**happen**
93:18 103:11 109:9
113:12 126:18
199:5
**happened**
49:4 51:21,25 67:13
129:10 142:3,14
146:8 154:10
155:15 156:17
157:6 158:2 182:8
188:16
**happening**
155:13 167:8 193:24
194:20
**happens**
23:3 33:14 123:10



197:10 207:11
**hard**
29:18 57:25 58:11
104:24 105:5
108:18
**harder**
120:17
**hate**
7:10
**hazard**
65:16
**head**
35:21 42:1 63:23
89:11,21 99:22
162:4 166:20,21
170:22 173:17
186:2
**headed**
35:11
**heading**
140:5
**hear**
13:11 32:24 33:2
84:21 89:5 99:10,13
115:4 121:21
128:17 131:23
136:5 142:12
155:20 161:5 175:4
216:3
**heard**
43:1
**hearing**
7:13
**heat**
91:3,8,16 118:11,13
130:14,17
**Heather**
2:15
**heating**
90:13,16,19
**held**
118:20
**help**
6:10 11:18,19 25:4
118:11,13,23
194:13

**helping**
171:11
**hey**
64:23 65:21 67:11,24
127:8 183:21
**high**
12:9,11 17:5 29:20
65:8,8,10,13,14
106:13 108:14
117:20 125:7
205:18
**higher**
91:23,24 111:15
112:8,20
**highlight**
54:24
**Hmm**
99:11 155:8
**hold**
29:8,9 82:3 118:21
174:7,12,20 175:9
176:7,11
**holder**
176:5
**holding**
120:20
**holds**
174:19
**hole**
96:18 220:6
**Hong**
28:22,22,23 30:15
34:24 35:15
**HORNE**
2:3
**hot**
154:17
**hour**
27:19 66:1
**hourly**
41:3
**hours**
126:6
**Hubert**
2:11 160:24 161:1
163:19,22 164:3

167:1 174:20 175:1
175:4 200:6 223:2,8
223:12,15
**Huh**
27:8
**human**
105:19 113:16 195:3
**hundreds**
174:14
**hydraulic**
199:18
**hypothetical**
103:8 181:17 182:2

———————————
**I**
———————————
**identical**
62:15
**identification**
11:8 55:12 60:6
69:17 75:20 132:11
137:24 138:12
144:2 147:11
149:23 151:19
170:6 191:7
**identified**
4:11 6:20 10:25
219:25
**identify**
8:24 60:19 138:7
150:1 160:12 170:1
189:15 192:7
**immediately**
58:3
**implement**
54:21 65:22 181:18
**implemented**
64:25,25 66:13
**implementing**
174:24
**implements**
9:14
**important**
88:2
**importation**
127:22
**importer**

19:16 128:9
**importers**
19:12
**imposed**
68:23
**impossible**
94:9,11
**inaudible**
124:10 132:3 160:13
163:6,16 180:11
**inch**
216:17,18,21,22,23
216:25,25 217:4,15
217:17 218:1,3,17
**incidences**
141:15 143:16
146:18 151:10
153:25 181:5
**incident**
144:9 146:5,6 147:20
151:23 152:2,20,22
154:8 156:4,9 160:4
161:15 167:12
210:11
**incidents**
146:18
**include**
72:12,13,13 73:2,6
77:12 135:12
**included**
206:8,12
**including**
7:22 8:19
**inclusive**
224:8
**incoming**
53:16 63:18
**increase**
135:10
**increased**
89:9
**increases**
91:16,18
**independent**
69:5 88:16 128:23
**independently**



196:12
**INDEX**
3:1
**indicated**
102:1
**indicates**
80:3
**indicating**
59:24 93:14 98:8
105:22 116:9
131:18 148:11
175:13 216:24
217:4
**Indiscernible**
27:7 40:21 45:9
51:11 59:15 71:22
72:25 78:3 81:24
109:24 111:14
116:12 118:2
131:21 135:19
137:14 159:6 175:2
183:2 195:12
205:21 219:19
**industries**
19:7
**industry**
16:8 49:23
**infomercial**
49:12
**information**
10:8 23:17 139:18
140:8 145:1 147:1
156:24 163:3 165:9
165:24 167:16
169:14
**infomercials**
41:4
**ingredients**
202:21
**initial**
54:18 55:22 56:11
61:10 127:6,9
186:25,25 190:11
191:23 193:3 194:5
197:2,10
**initially**

50:20 51:21 52:17
**initiate**
133:1 134:14
**initiated**
131:6 132:21
**initiation**
189:8
**injury**
141:24 145:24
146:12
**inner**
118:18 205:3
**input**
145:7 149:2
**inside**
91:25 95:3 108:5
110:7,11,14 117:2
118:17 176:24
**inspect**
25:10 62:9 63:25
79:14 88:11
**inspected**
25:15 64:9 196:14
**inspecting**
20:16 24:5 25:8
**inspection**
26:11,12 53:16 63:18
76:18 78:21,22
79:13 86:8 88:9
197:11
**inspections**
19:2,9,10 23:16 32:9
32:9 76:5 78:21
79:23 85:4 127:12
**inspectors**
23:17 24:9
**instances**
158:16
**Instant**
57:14,22 178:6
**institute**
15:1,23 56:4
**instruct**
206:3
**instruction**
52:11 157:15 158:22

218:22
**instructions**
140:18 206:21
209:25 210:2,4,10
215:8,13,16 219:7
**integrity**
23:1
**intended**
153:25 157:14
158:20 194:23
**intentional**
125:12
**interacting**
214:7
**interaction**
97:19 119:22
**interactions**
165:13,22
**interacts**
48:8 103:1 208:13
**interchangeably**
70:18
**interested**
224:18
**internal**
83:2 101:15 144:12
144:12 165:2,2
173:15 177:3
191:19 192:15
193:8 215:3
**internally**
196:5
**international**
15:23
**interrupt**
7:11 185:24
**interrupted**
181:12
**Intertek**
3:14 32:19 34:5,10
59:25 60:1,5,9
62:17,18 68:15,24
69:23 70:4,10,13
88:17 185:11
196:14 197:14,17
**Intertek's**

63:13
**investigate**
142:4,14 165:3 167:8
196:11
**investigated**
180:16
**investigating**
152:2 167:10,11
**investigation**
160:20 162:25
165:10,12 168:11
168:19 181:5
192:18 193:2,14
194:1,10 196:10
**investigations**
8:11 156:21 193:9
194:5
**involve**
22:6 158:16
**involved**
24:14 42:5,10 87:7
127:10 141:18
142:11,24 143:15
162:24 163:2 168:2
168:4 169:6,13,16
171:8 184:18 185:1
**involves**
41:2 146:12
**in-depth**
21:4 193:14 197:1
**in-house**
143:11
**iron**
125:3
**ISO**
15:8,20 16:2,4 54:1
**issue**
72:15 76:5 128:1
129:1,19 134:2,10
137:7,8 150:19,25
164:24 180:21
181:1
**issued**
70:20,21 76:3 132:4
133:8 134:12,17
137:3 153:14



**issues**
54:23 87:18 141:12
    148:16 198:8,11
**issuing**
70:5
**item**
184:2,5
**items**
20:7 44:9
**IV**
2:11

---
### J
---

**J**
2:11
**Jane**
38:2
**Jersey**
34:17,19,23 35:22,23
    36:6,11 37:2 38:7
    39:24 179:10
**Jin**
51:1
**Jinhua**
51:2,9,13,17
**job**
18:7 19:1 24:11 25:5
    26:21 53:2
**jobs**
18:15 19:8 25:22
    26:4,14 40:3
**Joe**
166:15,19 171:7
**John**
201:25
**Jorge**
30:1 31:13 37:12
    39:16 42:4,6 176:6
    176:9 202:1
**jump**
160:15
**jury**
213:20
**J-i-n-h-w-a**
51:6

---
### K
---

**K**
2:3
**keep**
11:12,16,18 100:10
    122:7 130:22
    187:10,18 192:24
    220:14
**keeps**
102:8 122:2
**Keith**
36:16,18 37:19 38:10
    178:24
**Keith's**
184:14
**kept**
145:7 151:1,6,10
    152:7 179:19
**kind**
11:18,23 16:15 17:6
    20:2,23 21:13 22:1
    25:4 28:24 30:17
    37:7 40:3 53:18
    57:19 58:3,6,6
    65:20 76:1 85:15
    87:5 88:23 90:7
    94:18,20 95:21,24
    96:3 103:10,24
    104:3 106:2 119:17
    122:23 123:23
    129:6 176:18 181:4
    183:5 184:8 185:6
    186:3,17 198:18
**Kishore**
36:18,19
**kitchen**
39:13
**knew**
30:1 68:11 78:6
**knob**
95:9,16 116:16
**know**
8:15 11:23 24:14,17
    24:19 27:17 28:11
    36:8 37:10,11 40:2

41:8,9,15,18 49:23
62:8 64:8 67:16,18
69:11 70:17 71:11
71:20 72:22 78:5
84:17 85:10,16,22
86:4,11 93:20 99:11
103:10 105:6,9
106:9,25 107:19
110:10,12 121:2
123:22 129:21
131:2 133:7 138:21
140:4 141:9 142:5,6
143:8 155:15
156:17 158:12,19
159:1,4 160:19
162:16 164:25
167:14 168:15,21
172:24 174:18
178:4,18,23,23
180:1 184:22
185:17,19 189:2
191:14 197:23,24
202:25 208:2
210:18 212:23
213:9 218:20 219:5
**knowing**
168:4 188:24
**knowledge**
8:10 50:10 75:8
    88:20 109:8 160:18
    161:18 165:8 168:7
    170:17,23 171:12
    171:14,25 172:9,22
    173:2 174:16
    176:14 185:10
**known**
51:1
**Kong**
28:22,23,23 30:15
    34:24 35:15
**K-i-o-s-h-e**
36:19

---
### L
---

**L**
2:15

**lab**
34:1,4 70:11 71:3
    197:19
**label**
3:14 60:1,5 61:8
**laboratories**
215:4
**Labs**
198:2
**Lagasse**
178:12
**language**
14:16,18 201:4,15
    222:13
**languages**
201:8 222:11
**large**
59:10
**larger**
88:25 177:6,18
**largest**
57:23
**late**
58:9
**lateral**
25:21
**law**
2:11 16:11
**lawsuits**
170:20 171:2
**layout**
175:12
**lead**
73:12
**leakage**
85:19
**learn**
15:11 16:1 201:12,15
**learning**
15:12,17 201:13
**LEDs**
134:7
**Leeper**
58:25 59:2,7,13,20
    60:13 61:7,10 62:3
    64:22 66:21 67:8,14



68:23 70:17 73:10
76:22 89:7,12,14
126:25
**Leepers**
60:17
**left**
28:13 37:12 39:21
83:20 154:7 191:5
209:15,23 213:4
**legal**
1:19 6:1 143:5,10
166:21 169:14,22
171:19 181:7
**letter's**
128:19
**let's**
33:12 39:5,7 90:7
94:18 103:11,20
104:1 105:7 108:22
108:22 115:14
160:10 161:6 164:7
169:4 174:11
181:10 190:21
**level**
65:23 79:12,15,18
80:1,6,9,20 81:14
82:24 111:10,20,20
129:12
**levels**
32:11 80:25
**leverage**
105:24 106:1
**liable**
182:5
**lid**
8:19 48:1,4,5,8 83:22
83:24 91:17 92:4,9
93:16 94:2,8,14,21
96:4 97:3,8,13,15
97:23 98:9 99:25
100:10,19,23,25
101:7 102:5,8,10
103:3,14,22 104:11
104:18 106:11
107:22 108:7,10
110:1,4,6,22 111:11

114:3,11 115:4,7
118:17 121:11
123:5,6,24 124:17
124:24 129:2,7,25
130:20 131:7 154:2
154:19 155:5 156:8
156:15 157:4,23
159:14,20 175:18
180:17 185:12
186:9 188:4,15
198:11,14 199:1,4,7
199:23 204:24
205:9,17,24 206:4
206:20,24 207:1,15
207:17,21,25 208:4
208:7,23 209:25
210:2,4,6,10,15,24
211:12,13 212:6,22
212:24 213:2,7,24
213:25 214:8
215:12,16 216:7,9
216:10,13 217:18
219:10,18 220:21
220:25 221:9,20,21
221:23 222:2
**lids**
101:12
**lid's**
101:21
**lid-locking**
46:8
**lid-removal**
87:14
**life**
126:17 203:13
**lifecycle**
124:12 125:20
**lifespan**
61:24
**lift**
117:3 210:21,23
**limit**
175:6,6
**limited**
8:19 177:7
**line**

3:2,12 42:9 43:23
44:18,21 45:1,8
46:3,9 55:10 57:3
57:17 58:3 64:10
65:5 83:24 95:11
110:2 131:5 134:3
146:20 164:20
165:5,15 168:13
174:23 175:20
178:1,9 179:19
187:24 226:2
**liner**
95:22 118:18 119:3
**lines**
44:2 102:2 148:7
176:12 177:10
187:5 190:17
**liquid**
110:13 117:15
152:19
**liquids**
110:14 130:11
**list**
6:21,23 7:2 23:12,15
62:21 63:13 145:12
145:21 150:11
171:22
**listed**
75:4 225:11
**listen**
156:22 184:4,6
**lists**
170:19
**literally**
51:10
**litigation**
7:21 172:10,14
**little**
8:15 11:24 39:13,13
49:16 52:16 71:16
94:18 96:4,12
109:19 115:14
116:20 117:19
122:1 131:1 134:8
176:24 177:9
204:20,20 213:16

215:20 216:21
217:16
**live**
61:20 203:24
**Livenote**
1:15
**LLP**
2:7
**load**
22:15 85:23 86:2
186:8 187:11
198:20,22 199:12
**loading**
19:15 22:10
**loads**
198:13
**load-locking**
22:2
**local**
56:10
**located**
28:18 34:16 36:3
213:9
**location**
179:17
**locations**
35:2
**lock**
93:6 97:3 98:19
99:25 100:19
101:25 102:2
107:14,23 112:15
112:20,22 114:7
207:1 219:17
**locked**
92:5,10,22,24 93:3,3
93:16 94:8,15 98:22
100:4,7 102:5 113:1
121:25 122:3,11,25
204:24 205:9
**locking**
85:23 86:2 96:10,11
97:2,11 99:8,18
100:9,16 101:1,11
101:12,18 102:1,10
102:13,14,17,17,19



102:22 103:5,9,13
104:9,10,22,22
105:11,11 107:14
111:24 113:25
119:24 120:15
121:4 122:16,18,25
123:25 124:3,12,23
186:8 187:11
198:13 219:13,15
219:21
**locks**
48:9 100:23 122:12
**lock's**
101:25
**lock-and-load**
185:12
**lodge**
164:19
**logistic**
127:12
**logistically**
23:2
**logo**
60:9
**long**
14:12 17:18 24:2
31:13 54:14 105:23
130:8 189:11,12
**longer**
106:5,5 130:14,16
134:8 166:21
**look**
51:23 53:3 56:18
59:21 60:25 61:5
72:4 76:7 78:13
81:2 83:14 97:10
121:8 134:7 138:15
140:2 144:5 147:13
152:16 169:21
170:18 171:3
176:23 187:21
195:22,24 196:1
197:5 219:8,23
220:6,17
**looked**
6:23 7:2 53:10 61:4

88:15 139:21
150:18 155:24
159:22 160:6
161:12,13 188:12
192:16 193:9 196:4
**looking**
19:10 21:9 31:10
52:25 53:21 56:12
59:19 87:16,20
94:21 96:18 101:6
153:12 164:13
186:15 193:11
217:18 218:1,2
**looks**
32:12 69:22 71:9
90:4 101:14 135:1
138:16 153:14,24
154:1 170:10,20,20
193:14 218:6
**lose**
182:20
**losing**
120:13
**lot**
20:6 27:20 31:7
39:11 41:3 61:17
63:16 67:4 75:17
107:10 110:19
149:1 177:12
179:23 194:17
198:6 203:21
204:14
**loud**
153:6
**low**
107:17,20 111:10
**lower**
112:12 203:6
**lowering**
123:8 198:17
**low-end**
202:17
**Lozano**
1:10 3:3 4:10 5:5 6:2
6:13,17 7:2 8:6 12:1
12:4 28:1 123:18

161:11 190:25
200:18 215:22
216:2 224:5 225:3
225:16 226:24

---

## M

**M**
1:14 224:2,22 225:5
**machines**
17:16
**Macon**
1:2 2:4
**Madam**
11:10 164:12
**Madonna**
1:14 224:2,22 225:5
**Magna**
1:19
**magnetic**
47:23
**mail**
37:9
**main**
19:8 48:13
**major**
81:6 87:18
**majority**
59:6
**making**
32:7,9 35:20 45:3
52:6,12 53:13 55:17
55:23 56:7,9,13,14
62:14 64:16 65:15
65:25,25 68:6 79:7
86:9 87:18 88:17
89:15 127:14
135:16,17 142:5
**malfunction**
129:15 194:19
**manage**
71:3
**managed**
34:21 35:12 38:25,25
55:9 181:7
**management**
15:10,25,25 16:3

53:11,17 54:7 143:6
**manager**
37:21
**managers**
40:12
**manages**
39:2 40:20
**managing**
20:6
**Mandarin**
14:15,17 51:15
201:10,11
**manner**
2:22
**manual**
3:18 16:12 54:3,9
92:6 94:25 96:24
113:2 115:15,17,25
116:18,23 117:1,8
117:10 133:22
138:4,8,11,17,19,22
140:3,23 141:1,1
157:15 158:22
206:1,3,13,17,21
215:9 216:4,4
218:23,25 219:4,9
220:20,25 221:20
222:3
**manually**
95:2 113:7 208:25
**manuals**
52:11
**manufacture**
57:1 67:21 133:6
**manufactured**
7:22 9:7 10:2,5
**manufacturer**
30:18,22,23 31:23
46:4 60:20,25 62:4
73:6,10
**manufacturers**
10:13
**manufacturing**
9:19 10:3 26:23 27:1
27:5 31:8 51:17
53:14 55:6,7 56:2



56:24 59:12 63:15
125:24 190:1
**March**
188:25
**mark**
11:5,11 33:17 34:2,3
34:6 60:2,3 63:14
68:17 69:14 70:15
75:18 147:3,4
151:15 170:4
185:11 196:15
197:11,17,21 216:8
**marked**
11:8,16 60:5,8 69:17
75:19 89:25 94:22
132:10 137:23
138:11 144:2
147:11 149:23
151:19 170:6 191:7
**market**
29:18 32:6 44:3,8
48:23,23 56:10
57:15,21,23,23
66:19 178:5 184:1,1
214:21,22 215:2
**marketed**
7:22 9:8 10:2,5
**marketing**
9:24 39:17 42:15
45:15,16 49:13
185:5
**marking**
69:13 72:13 192:4
**Marty**
2:3 6:17 174:21
200:21 210:19
215:21
**masses**
117:16
**master**
25:21 49:7,17 50:12
50:17 51:21,24 52:1
70:20,21 71:18
127:7,10,24 128:4,5
128:6,11 132:25
133:1,4,5,9,12,24

135:16 136:20
137:7,8 183:7
**matched**
54:4
**materials**
62:14,21 63:20
165:22 186:21
206:7
**mathematical**
14:1
**Matt**
37:24
**matter**
78:11 169:25
**matters**
139:19
**maximum**
21:15 22:19 104:4
**McGrath**
38:15,16
**meal**
202:10 203:6
**meals**
203:17,19
**mean**
22:12 24:8 30:20,22
31:4 32:3 40:19
41:2 42:14,18 47:18
48:22 55:3 57:21,22
62:11 81:13 82:6
86:2 95:11 97:9
105:1,15 108:10,20
113:8 117:5,12
145:24 148:4,23
151:12 154:9
156:21 160:15,16
164:25 171:11
177:4 178:20
185:23 189:10
202:12 204:17
209:22 211:22
212:7
**meaning**
21:17 49:14 61:23
76:18 78:16,22
81:15 85:7 90:10

127:11 208:13
214:5
**means**
21:17 61:19,21 79:4
81:14,21 82:1,12,23
94:2 107:8 136:13
176:20 199:18
**meant**
140:22
**measure**
16:21 64:1 81:22
220:8
**measurements**
64:14 84:11 86:11
199:8
**measuring**
16:13 123:4
**meat**
118:5 152:18 202:17
203:7
**mechanical**
12:17,18 13:3 17:2,6
18:5,16,20 61:21
**mechanism**
22:16 46:8 47:8 96:6
97:3,5 98:6 99:7,16
99:17,21 100:22
102:17,21 103:6,10
104:9 105:11 106:2
106:11 111:24
113:25 120:15
122:16 123:25
124:3 207:7 208:12
208:17
**mechanisms**
94:12 176:21 192:11
194:18 198:13
**medium**
109:21
**meet**
83:4 88:12 167:6
192:20
**meeting**
145:16 148:17
166:14
**meetings**

148:16 150:9 164:17
166:11
**meets**
213:18
**memorial**
119:19 120:2
**memory**
120:13
**mentioned**
39:23 44:2,9 53:4,10
55:16 64:15 124:16
129:25 145:19
161:16 213:18
**mentioning**
106:22
**metal**
18:4
**method**
8:17
**Meyer**
166:24
**Meyers**
167:1,2
**MFMEA**
189:25
**mic**
7:11 221:12
**Michael**
133:9
**micro**
47:25
**microphone**
99:12 153:4
**middle**
1:1 136:12
**millimeters**
121:6 216:17
**mind**
76:11
**minimal**
210:18
**minimize**
88:10
**minor**
81:3,6 82:13
**minute**



92:8
**minutes**
27:18 123:13 130:18
130:22,24,24
211:24 212:12
**Mirchandani**
36:16,19,20 37:1
**missed**
116:1 182:23
**missing**
164:11
**mode**
78:5,6 189:3,11,16
189:20 192:9
220:14
**model**
7:20 9:20 44:10
51:22 52:18,22
57:10 58:12 60:19
67:25 68:1,9 71:9
164:24 176:1
**models**
7:21 8:18 9:7 10:1,5
23:20 42:13 44:23
46:21,23 48:7,11,14
57:2 58:23 77:21
186:16,18
**modification**
94:13
**modifications**
55:18
**modify**
55:3
**MODs**
184:11
**molding**
14:21,22
**monitoring**
214:24
**Montel**
42:23
**month**
184:7
**months**
14:13 66:17,19,19
**more-advanced**

194:2
**morning**
5:5 6:17
**motion**
214:3
**Motorola**
15:12,13,15
**mouth**
63:24
**mouthful**
36:25
**move**
18:19,24 20:10 74:24
98:24 99:5 100:17
104:16 107:3
120:18,18,25
189:15 205:8
207:16 208:14
216:15,16 217:8
221:12
**moved**
18:19 24:21 28:22
179:14,15,23
201:17
**movement**
93:9 97:24 99:6
100:14 114:23
121:3,3 217:2
**moves**
35:21 89:11,21 95:21
96:4 99:22 170:22
173:17 186:2
**moving**
115:7 122:20,21
207:20
**MP3**
29:3
**Msenn@reynoldsi...**
2:5
**MT**
125:25
**MULLINS**
2:7
**multiple**
61:24 145:10 148:7
167:12,13

**M-i-r-c-h-a-i-n-a**
36:20

---
**N**
---

**N**
4:1 36:20 166:7,8,9
**name**
4:8 5:7 6:1,17 11:24
27:4 36:17,18 38:4
40:2 45:16 51:4
99:17 101:9 166:23
200:18
**named**
128:18
**names**
133:13
**National**
13:8
**native**
201:4
**natural**
214:5
**near**
203:25
**necessarily**
2:23
**necessary**
63:20
**need**
31:3 32:17 59:10
67:17 68:9 69:21
73:7 74:7,8,9 77:16
79:14,18 88:25 94:4
94:12 98:20,21
104:13 105:21
108:2,10,20 110:18
113:8 114:10 120:3
121:8 126:9,12
153:3,9 163:14
169:2 183:22,23
184:4,6 189:14
199:8 222:21 223:8
**needed**
59:11
**needs**
33:11 63:24 80:22

**negligence**
156:16 158:17
**negotiation**
74:19
**neighbors**
204:14
**neither**
224:15
**NELSON**
2:7
**never**
23:21 29:10,12 37:11
44:2 73:15,22
110:20 129:6
172:13 181:25
183:9 185:25
220:20
**new**
11:2 34:17,19,23
35:22,23 36:6,11
37:2 38:7 39:24
49:12 50:2 72:16
77:16 124:5 151:3,3
179:10,15
**newer**
47:14
**Nimbo**
35:6
**NJ**
2:12
**nominal**
109:13 210:18
211:16 212:4,15
213:3
**non-premium**
202:17
**non-sealer**
92:2
**normal**
78:16 79:4 80:11
104:10 105:19
107:22 113:16
123:3 126:16 142:2
146:3 154:19,23,25
167:9 198:12
**normally**



130:21 212:12
**north**
35:6,14
**notary**
224:3,23 225:6
**NOTE**
2:21
**NOTED**
226:19
**notes**
139:13 200:9
**notice**
3:13 11:5,7 164:21
**notify**
143:5
**November**
71:25 72:1
**Ns**
166:10
**number**
3:23 7:8 8:6,16,24
  9:5,13,19,24 10:8
  10:12,16 44:11
  59:10,21,22 60:16
  72:7,8 75:22 77:13
  78:20 88:10 138:3
  148:5 149:20
  168:25 170:5
  188:10 191:4
**numbers**
11:17,19 41:16 60:9
  77:1 132:9 138:7
  151:16
**nut**
116:20
**NW**
2:8

—————————
**O**

**O**
4:1
**Oats**
17:11
**object**
45:11 93:24 143:2
  146:22

**objection**
87:23 110:16 113:5
  135:7 157:7,9,10
  158:3 159:8 163:25
  164:19 165:5,17
  180:13
**objections**
4:14 7:7
**objective**
16:12
**obligation**
156:22
**obtained**
13:20
**obviously**
112:20 159:5 201:6
**occur**
211:13
**October**
1:11 224:21 225:7
**offer**
26:6 54:17,25 57:25
**offered**
26:5 68:2
**office**
35:16,23 36:3,11,12
  36:13 37:2,4,7,8
  38:7 39:24 179:13
  179:21 180:5,5
  203:12,18
**offices**
2:11 179:4,5
**Off-the-record**
6:25 7:14 8:3 11:3
  13:1,12 76:13 160:8
  161:9 190:23
**oh**
5:2 14:1 38:14 43:3
  44:16 68:1 85:3
  114:16 120:20
  129:10 169:4 171:7
  182:5 203:4
**Ohio**
198:5
**oil**
154:17

**Ok**
25:10
**okay**
4:18,25 5:11,17 7:5
  7:18 8:5,24 9:24
  10:8,21 11:13,21
  12:2,14,23 13:3,7
  13:23 14:10,14,17
  15:3,6,18 16:1,9,15
  16:23 17:1,4,10,12
  17:14,18,20 18:11
  18:22 19:10,16,24
  20:2,9,13,18,23
  21:8,13 22:1,6,18
  22:25 23:2,10,14,20
  24:14,25 25:7,15,22
  26:13,16 27:6,17
  28:6,9,13,20 29:2,4
  29:8,16 30:4,9,12
  31:2,4,12,18,21
  32:20 33:5,18,22
  34:4,15,18,22 35:3
  35:8 36:10,15,21
  37:7,22 38:1,9,12
  38:20 39:3,5,10,15
  39:23 40:10,14
  41:18,23 42:1,4,7
  42:25 43:11,15,19
  44:1,4,6,23,25 46:7
  46:12,14,23 47:2,14
  47:17,24 48:3,17
  49:4 51:3,17,20
  52:15,21 53:12,15
  54:2,5,8,11,14
  55:11,21 56:11,17
  57:5,8,16,24 58:8
  58:14 59:4,13,19,23
  60:18,21,23 61:3,9
  61:14 62:2,10,16,25
  63:9,12,17 64:2,12
  64:15,21 65:7,14,17
  65:20 66:2,4,12,21
  67:2,6,9,22 69:3,8
  70:9,15,19,24 71:4
  71:7,9 72:3,11,18
  73:10,17,20,24 74:5

74:13,20,23 75:1,8
75:14 76:9,15,21
77:11,14,17 78:13
78:24 79:2,4,10,17
79:24 80:5,15,23
81:1,9,13,18 82:11
82:16,21,25 83:6,10
83:17,21 84:1,3,8
84:12,14,17 85:1,15
85:20,22 86:2,10,13
86:23 88:7,13,23
89:16,19,22 90:7,13
91:8,10,13,16,22,25
92:4,13 93:11,15
94:7 95:1,5,18,24
96:18,22 97:16,18
97:21 98:1,14 99:7
99:20 100:5,18,22
100:25 101:3,17
102:8,16,20,25
103:2,8,23 104:15
104:20,25 105:4,6
105:23 106:6,8,18
106:21 107:1,4,7,13
108:12,19 109:15
109:22 110:4,10,24
111:18 112:1,11,17
112:25 113:11,22
113:24 114:5,19,22
115:11,19,22 116:4
116:20 117:4,13,22
118:1,9,14 119:5,7
120:23 121:7,10,16
121:19 122:21
123:7,11 124:2,6,8
124:14,18 125:4,15
126:2,10,14,21,23
127:3,6,17 128:1,2
128:23 129:24
130:3,7,12,15,19
131:1,9,15,19 132:8
132:21 133:20
134:5,10,19,24
136:4,11,16,18
137:18,21,22 138:5
138:15,19,21 139:5



139:12,17 140:2,12
140:21 141:4,9,17
142:7,15,20 143:12
143:14,19,25
144:21 146:1,7
147:25 148:3,6,9,12
148:15,25 149:3,6
149:16,19,19 150:8
150:17,25 151:15
152:4,9,13,16,23
153:8,11,14,21,24
154:7,15 155:4,6,14
155:16 156:3,7,13
156:19 157:3,18
158:15,23 159:9,17
159:22 160:2 162:4
162:8,23 163:2,16
164:5,9,18 165:18
165:21 166:2,10,10
166:18,23,25
167:11,14,19 168:2
168:7,11,21,24
169:25 170:12,17
171:9,12,20 172:9
172:13,16,20,22
173:1,8,25 174:3,7
174:16,18 175:17
175:19 176:2,4,7,14
176:16,19,22,25
177:2,9,17 178:7,24
179:4,18 180:1,5,8
180:16,21 181:4,10
181:22 182:12,23
183:5,13,17 184:13
184:18 185:10,14
186:3,8,13,24 187:3
187:7,10,17,22
188:3,9,11,15,23
189:2,17,20 190:6,9
190:25 191:12,21
192:13 193:13,25
194:7,16,21 195:1,4
195:21 196:3,10,14
197:7,10,14,18,20
198:6,16,21 199:6
199:13,25 201:4,10

201:12,21,24 202:2
202:24 203:9,16,18
204:2,5,16,19 205:8
205:13 206:11,23
207:5,10,13,19
208:2,6,9,16,20,25
209:4,12,18,21,25
210:4,13,17,24
211:2,7,11,18 212:3
212:15,23 213:11
213:16 214:13,17
214:25 215:11,15
215:19 216:11,15
216:20 217:17,25
218:19 219:4,12
220:5,10,15,19
221:19 222:3,10
**onboard**
41:19
**once**
23:11 62:19 82:3
   196:7 209:18 210:5
   211:24 216:5
**ones**
70:22 86:9 145:14
   155:16 191:25
   192:16 198:16
**one-eighth**
217:14,15,17
**one-time**
196:19,20
**ongoing**
61:19 66:8 124:15
   125:15,19 127:3
   198:7 214:23
**on/off**
80:6
**Oops**
77:24
**open**
63:1 80:17 95:12
   99:6 101:21 103:14
   104:11 106:10
   108:7,11,18,21,23
   108:25 109:20
   110:1,4,6,19,21

111:1,11,19 112:10
112:14,19 113:3,6,8
113:12 114:6,11,15
115:16,22 117:1
120:18 121:10,13
121:24 122:5
123:23 124:2
126:16,18 130:20
207:24 208:3,23
209:15 211:5,5
213:2,7 214:1
215:12 216:6,9,14
218:25 219:9
220:21 221:8,10
222:1,2,8
**opened**
99:25 100:11 208:7
   208:10 210:24
   219:4 221:4,7
**opening**
24:13 51:13 86:16
   107:2 109:10
   124:16 129:2,7
   212:21 214:10
   215:15 221:1,3,21
   221:23
**opens**
212:5 214:2
**operate**
179:11,16,17 182:17
   183:11 190:12
   202:5 218:22,23
   219:8
**operated**
91:5 182:16
**operating**
21:16 22:21 80:13
   85:18 140:17 177:7
**operation**
81:11
**operations**
34:14 37:21 54:4
   127:11
**opinion**
26:6 158:15 202:11
**opportunity**

60:25
**opposed**
41:11 70:24 78:18
   79:4 90:19 199:14
**opposite**
101:19
**order**
74:3 77:12 89:9
   127:25 128:1 148:5
**orders**
40:17 66:23 67:4
   181:20 184:6,7
   222:22
**organization**
15:24
**origin**
133:6
**original**
176:3 226:22
**outcomes**
172:10
**output**
14:9 16:13
**outside**
25:25 105:18 143:10
   199:24
**overall**
202:19
**overcome**
105:10 112:22
   122:25
**oversee**
39:16
**overseen**
39:6,7
**owned**
178:24
**owner**
24:16,17 184:13
**owners**
187:16
**owner's**
206:1,3,13,17,21
**owns**
36:15
**o-r-o**



36:19

**P**

**P**
4:1
**packages**
19:18 37:9
**page**
3:2,9,12 7:6 77:22
78:9 83:13 135:1
140:2,13,17 170:18
171:3,21,21 213:10
226:1,2,20,21,21
**pages**
224:7 225:4
**paid**
196:11
**panel**
47:18 175:16 220:12
**parameters**
16:16 168:5
**Parker**
138:23 139:5
**part**
34:13 40:13 44:20
56:3 68:11 69:1
71:3 84:9 88:19
96:6 102:8 104:14
124:15 127:12
139:15 158:17
198:25 199:1
**partially**
93:2,3,16 94:8,15
122:3,5
**particular**
88:20 204:16
**parties**
224:17
**parting**
83:23
**parts**
22:12 32:5 33:19
52:10 55:8,9 57:22
74:11 77:10,13
85:24 87:19 192:10
208:8 214:20

**party**
91:6 128:15,16,18
131:6
**pass**
71:5 82:22 83:1,7,8
132:7 136:13
214:14
**paste**
118:4,5
**patent**
176:5,8,20
**patenting**
29:13
**patents**
29:8,9 174:7,8,12,19
175:9 176:11
**Paul**
38:15,16
**pay**
196:16,17,18
**payable**
137:4
**PBC**
133:15
**PCV**
83:3
**pea**
118:5
**Peake**
2:4
**penalty**
224:6
**pencil**
20:8
**Pennsylvania**
197:22
**people**
28:11 34:20 35:1,5
36:10,14 39:23
40:16,17,25 52:2
56:8 114:17 117:6
127:13 129:18
145:4 157:22
158:12 159:14
195:3 203:18
204:14 213:7

**percent**
82:2 178:6
**percentage**
41:10
**performance**
21:5,15 68:11 80:9
86:12,15 88:3,5
**performing**
88:16
**period**
34:15 36:11 54:20
57:18 59:11 167:17
209:9
**periodic**
185:21
**periodically**
61:16 62:9 69:5
86:16
**perjury**
224:6
**person**
4:11 6:20 7:25 8:8,21
9:2,10,16,21 10:6
10:10,14,19 38:15
38:18 40:20 42:2
103:14 104:10,12
105:16 107:21
113:20 114:2
154:10,11 165:11
171:11 207:24
**personal**
141:24 165:8 173:23
174:1
**personally**
80:24 203:9
**persons**
37:24
**perspective**
32:2 102:16
**phonetic**
166:20
**physically**
21:8,12 28:17 34:16
35:15 64:1
**pilot**
15:19 56:6

**pin**
96:4,10,11,12,19
97:2,13 98:6,11,14
99:8,18,18 100:9,14
100:16 102:1,13
104:22 119:8,14,15
120:16 121:4,12
122:24 219:13
**pins**
119:23
**PIR**
144:7
**pitcher**
199:19
**place**
35:4 53:22 55:19
57:10 97:23 100:19
100:23 182:23,24
204:24 206:4
224:14
**placed**
49:14 101:21 206:24
**places**
45:24
**placing**
206:20
**plaintiff**
2:2 3:11 87:11
149:12 206:15,16
206:20 210:13
213:12
**Plaintiffs**
1:4
**plaintiff's**
88:15 89:25 94:22
101:7 147:4,5
148:19 151:15
155:24 159:23
160:6 161:12 170:4
191:3 192:5 193:20
194:4,10 196:4
206:8,11 210:9
**Plaintiff(s)**
1:13
**plan**
16:18 79:11,25



plans
186:17
plant
184:19
plastic
14:22 83:23 104:14
208:8
plate
96:20,21,22 97:1,24
98:1,7,12,15,23
99:1,5,8 118:16
119:9,12,14 121:16
122:1,12 219:14
plate's
98:2
player
29:3
Play-Doh
118:6
please
5:1,19,25 6:1,6 11:25
120:4 200:24
221:12,15 222:23
plug
65:18
point
18:18 37:18,23 55:21
56:17,23 62:1 66:13
96:2 97:22 98:25
100:12,12 106:7
107:5 110:20,25
112:8 130:20
133:23 141:19
156:10,18 195:2
219:10
pointing
60:8
points
109:16
policies
7:23 9:14 53:20,24
174:23
poor
104:1
pop
98:16 106:18 107:11

popped
220:7
pops
122:12
popular
66:25 67:1
portion
207:17
pose
81:12
position
31:16 48:1 92:5,10
92:22,23,25 93:4,17
94:9,15 95:6 97:7
97:14,15 98:23
100:4,7 101:22
103:3 113:1 120:19
121:1,10,13,24,25
122:3,11 126:18
157:4,20 158:1,16
158:20 205:9
207:12,14 209:16
213:23 214:1
219:16
positive
97:5,18 102:24
208:12,16
possible
26:7 94:11 113:6
141:4 142:4 146:4,4
146:6 189:16
192:12 208:22
pot
57:15,22 58:13,14
59:19 65:8,13,14
68:6 85:13 90:17
92:1,5,10,11 93:2
93:15,21 95:3 103:6
103:9,12,14,23
107:18,21 108:5,9
108:24 110:11,14
113:3 117:2 122:23
123:24 124:3,9
178:6 205:3 218:21
219:2,6 221:5
potency

65:8,10
potential
8:25 160:12
pots
47:6 65:1 125:21
128:14
pot's
102:4 103:20
pounds
105:13 108:3,13
114:25 124:5
198:23 208:5
213:24 214:9
power
42:8 43:15 44:17,20
44:25 45:7 46:3,9
46:14,15 57:2,16
58:2,4,24 85:4,11
90:5 126:20 131:5
138:17 146:19
168:12 176:12
PowerXL
43:3 45:8,19 175:19
177:5,10,11,15
178:7,11 179:18
186:16 187:5,24
190:17
PPC780
213:18
practical
183:19
practically
16:10 23:3
practices
16:11 53:14,14 55:4
55:6
Prats
30:1 31:13 32:14
37:12 39:16 42:4,6
176:6 201:25 202:1
precautionary
216:8
precede
44:17
predetermined
198:23

preparation
206:7
present
2:15 32:17 49:7,24
50:2 52:22
presented
12:22 49:6,10
preserve
159:8
preshipment
19:8,10 76:18 85:3
88:9
preshipment-type
87:12
pressed
205:3
pressure
7:20 8:18 9:1,6,7
10:1,4,17 20:12,16
20:18,21,25 21:14
21:17,18 22:7,8,20
22:21,22 39:8,16
41:10,20,24 42:2,8
42:9 43:2,6,15,19
44:18,21 45:1 46:3
46:9,14,15 49:25
50:2,7,18 52:19
55:4,23 56:2,5,6,7,9
56:14 57:3,11,14,17
57:18 58:2,4,24
60:23,24 61:14 63:4
63:12 65:1,6,25
70:12 72:19 73:21
75:9 76:4 80:14
85:11,18 86:6 90:5
90:9,12 91:1,7,11
91:14,18,20,24,25
92:18 93:15 94:4
95:2,5,14 98:19,21
99:1,4,24 100:1,4
100:11,12,24,25
101:4,13 102:9,9
103:6,18 104:2,3,4
104:20,23 105:1,10
107:8,10,13,17,21
108:8,24 109:13,19



110:6,11 111:1,19
112:1,12,25 113:18
114:10 115:2,21,23
116:8 117:2,3,19,25
118:1,10,13,15
121:18 123:4,8,19
124:8 125:18
126:25 127:8,18
128:5,24 129:2,4,7
130:1,8,9,13 131:4
131:5 138:17
146:20 155:2
164:23 168:12,12
174:10 175:1,7,9,10
175:19 176:12,23
177:19,20 178:2
180:24 183:22,24
183:24 194:23
198:17 199:3,5,23
202:4,7,9,22 203:19
203:22 204:21,23
205:6,7,16,17,24
206:25,25 207:9,14
208:3,13,14,15,17
208:20 209:1,1,4,6
209:7,8,11,18,23
210:18,20 211:3,8
211:16,17 212:4,7,8
212:10,11,14,16
213:2,4,23 214:1,4
214:5,7 218:20
219:2,5,10 221:1,3
221:4,7,9,22,23
**pressures**
21:16 118:4
**pressure-cooker**
10:1,4
**pressuring**
100:25
**pressurization**
130:1
**pressurize**
85:13 86:5 92:4,11
92:13,21 93:4,16
94:3,9,15 100:6
122:9 204:23

**pressurized**
90:10 92:2 100:20,23
102:4 103:13,20,23
105:8 113:1 114:1,7
122:11,24 123:24
199:20 205:10
207:24 211:19,24
212:25 218:4 222:7
**pressurizing**
93:6 122:2 211:14
**pretty**
19:20 66:15 87:20
106:13 119:21
**prevent**
117:22 118:23
122:19 205:5
212:21 221:1,3
**prevents**
140:25 221:21
**previous**
42:13 43:8,19,23
44:2 147:23 176:1,6
**previously**
171:8 206:23
**PRI**
176:3
**price**
202:24
**primarily**
143:15
**primary**
98:18 102:17 103:4
219:15
**Princeton**
2:12
**principle**
45:23 46:5 116:5
**principles**
46:10 47:9
**print**
139:16
**printed**
138:3
**printer**
133:15
**prior**

210:10 211:7 214:18
214:21
**privy**
172:13
**pro**
19:4,5,17 20:16
21:14 23:4,7 24:2
24:12,15,21 25:1,5
25:7,23,24 26:17,22
28:3,13,17 32:18
75:24 76:2 80:19,22
81:7 86:19 87:5,15
88:14
**probably**
36:13 43:10 44:7
71:12 72:1,12 83:16
101:5 143:6 160:23
174:15 211:22
**problem**
158:10 215:23
222:13,15
**problems**
8:25 160:12
**procedure**
4:6 78:15
**procedures**
7:23 9:14 53:16,17
53:21,24 59:17
174:23
**Proceedings**
181:12
**process**
10:3 29:13 33:15
48:11 51:25 52:9
54:14 55:16 56:13
63:15 64:16 66:8
68:19 73:19 74:4,13
131:2 133:16 146:3
167:9 186:25
189:11,12 214:23
214:23,24
**processes**
9:25 16:13 55:6,7,24
145:11 197:9
**produce**
23:12 26:10 59:10

67:12 186:5 190:15
**produced**
52:18 65:2 69:11
75:17,23 132:15
138:4 143:23 147:7
149:19 151:22
163:5 169:22 187:8
189:23 190:6,16
191:3,13
**producers**
40:11
**product**
21:2,3,12 23:5,23
24:6 25:11,16 26:4
26:16 29:14,25 30:8
30:21,24 31:1,12
32:5 33:9,20 37:15
38:13,21 42:2 43:14
49:8,21 50:13 52:7
53:3 55:12,25 144:9
151:13,13 158:22
181:23 182:18
196:15,24 201:23
203:13 204:17
216:4
**production**
9:6 40:8,25 57:3 58:4
64:10 66:18 67:10
88:25 125:17 131:4
134:3 146:20
181:17,18 182:3
183:14,15 186:16
214:21
**products**
1:6 4:4,12 19:7,25
20:2,5,11 21:9
25:24 26:25 27:11
28:7,14,21,24 31:5
33:23 35:20 39:1,2
39:7,10 177:13
198:9 200:19
202:11 215:2
**Professional**
1:14 224:3,22 225:6
**profits**
10:17



**program**
16:15 56:3 140:13
184:10
**programs**
15:3
**progress**
55:8 150:15
**project**
72:6
**promises**
182:9
**promotional**
9:25 20:7 184:12
**proper**
154:20
**properly**
154:20,21,22 204:24
205:5 206:4,20
219:11
**properties**
65:9
**property**
141:25 145:24
**proportional**
91:21 101:4 105:1
113:19 212:8
**proposals**
4:13
**propose**
4:19 80:21
**proposes**
80:22
**protect**
176:18
**Protection**
160:3
**prototype**
51:22
**provide**
23:17 163:3 165:10
165:23 167:7,16
172:6 183:14
185:25 186:3,19,24
**provided**
23:8 161:17 165:21
167:15

**providing**
33:19 169:14
**psi**
104:5,6,8,23 105:8
106:9,9 107:3 108:5
108:6,7,22,23,23
111:3,11,16,16,20
114:8 117:19
210:23 214:11
**psi's**
106:18
**public**
224:3,23 225:6
**pull**
63:3 64:6 85:12
96:19 121:12
122:15 138:9
199:24
**pulled**
23:21 98:14 122:24
**pulley**
199:9,10,13
**pulling**
96:13 123:5
**purchase**
77:12
**purchased**
94:14 177:5,6,18,20
**purchaser**
76:20,21
**purchases**
26:2
**purchasing**
21:11
**purpose**
97:1,2 98:18 100:5
100:10,18 103:5
118:17 219:15,17
219:25 220:2,3,5,16
220:18
**purposes**
4:19 99:23 159:24
219:13,13
**pursuant**
4:5
**push**

92:18
**pushes**
205:17
**pushing**
102:9
**put**
7:11 11:6 40:17 66:3
71:1 117:14 118:4
121:19,23 130:11
132:7 151:3 163:15
177:12 184:2 186:9
198:22 223:17
**putting**
22:7
**P-1**
11:6
**P-10**
152:10
**P-12**
193:11
**P-5**
137:22
**p.m**
1:12 123:15,16
200:14,15 223:19
**P2**
60:4,5,8
**P3**
69:15
**P4**
75:18

——————
**Q**
——————
**QC**
19:4,5,17 20:16
21:14 23:4,7 24:12
24:22 25:1,5,7,23
25:24 28:3,13,17
32:18 75:24 76:2
80:19,22 81:7 86:19
87:5,15 88:14
**QC's**
26:17,22
**Quaker**
17:11 18:13
**qualified**

30:25
**qualifies**
81:7
**qualify**
81:5,8
**quality**
13:19 14:6 15:10,25
16:2,12 19:1,2
31:25,25 32:1,3,10
32:14,22 53:11 54:3
54:6 63:16 183:9
**quarantine**
55:12
**quart**
79:23
**quarts**
47:3,4,5 204:8,9
**question**
4:15 41:8,9 86:3
88:13 104:1 168:16
173:12 189:25
211:23 221:14
**questioning**
164:20 165:5,16
**questions**
4:11 6:21 7:3 8:1
123:20 152:24
153:7 181:11
200:22 222:16
**Quick**
58:13,14
**quicker**
130:25 199:18
**quotations**
2:21
**quote**
2:23 144:19

——————
**R**
——————
**R**
4:1
**radial**
106:4
**radiator**
113:23
**raise**



5:18 6:5 159:4
**raised**
210:25
**raising**
211:3
**ran**
114:6 123:22
**random**
63:4
**range**
121:3
**rated**
102:24
**rating**
60:1 61:8
**ratios**
117:15
**reach**
29:23,23 104:4
**read**
2:22 152:21,23 153:6
   164:14 206:1,7,16
   213:12,13 221:16
   223:6,8,11,12,13
   225:3
**reading**
97:14 206:13 210:10
**readout**
47:23 97:4,6,7,9
**readouts**
176:21
**reads**
47:25
**ready**
76:19 182:18
**reality**
33:25
**realized**
117:6
**really**
44:3,22 58:11 69:9
   88:1 125:6,7 150:14
   157:2 172:18 184:3
   185:4 191:2 194:17
   194:19 202:10,12
   202:14,17 220:9

**Realtime**
1:15
**reason**
56:1 74:10 129:15
   204:16
**reasonably**
158:11
**rebooking**
182:22
**recall**
46:22 47:22 146:17
   188:24 206:11
   210:8,17
**received**
117:5 193:4
**receives**
63:19 141:20
**receiving**
37:9
**recertified**
72:20
**recertify**
68:9
**recess**
27:23 123:15 200:14
**recessed**
218:9
**recipe**
52:12
**recipes**
52:12
**recognize**
144:5
**recollection**
213:11
**reconnect**
28:11
**record**
2:22 6:1 11:25 78:12
   128:12 158:25
   159:10 160:1 161:6
   163:20,23,25
   190:22 192:23
   222:22
**recorded**
224:8

**records**
53:18 226:21
**record's**
163:18
**recreate**
142:17 154:8 155:11
   156:9,11 159:19
**recreated**
155:10
**redirect**
215:21
**reduce**
214:5
**redundancy**
91:6
**refer**
171:21 196:4
**reference**
97:17
**referencing**
170:13 172:2
**referring**
87:14 151:25
**refill**
184:8
**reflected**
2:22
**refresh**
49:12
**refund**
151:4,5
**regarding**
7:20 9:14,20,25
   129:7 131:7 156:7
   164:23 174:24
   190:17
**regardless**
61:9 78:25
**Reggie**
141:10
**Registered**
1:14 224:2,22 225:5
**registration**
59:22 60:16
**regular**
149:13,15 221:22

222:2
**regulates**
91:8
**reinforce**
136:17
**reiterate**
163:24
**reject**
81:17,19 82:3,5,8
**rejected**
81:22,23
**rejection**
82:24
**relate**
52:13
**related**
8:18 10:9 81:11
   173:18 176:11
   224:16
**relates**
174:1
**relay**
73:3,4,5
**release**
21:18 65:6 67:20
   94:25 95:2 96:24
   109:14,21,23
   115:23 116:9,11,18
   117:1 140:23 141:2
   208:25 209:1,4,7,10
   218:23,25 219:9
**released**
66:19 209:18 221:22
**releases**
209:6
**reliability**
61:19 124:15 125:20
   126:23 184:19
   198:7 214:23
**reliable**
85:4 119:21
**remaining**
115:23
**remember**
25:20 42:21 61:5
   65:4 66:15 106:22



121:5 146:21
152:20,21 153:11
174:2 177:11 188:8
190:9 191:17 194:7
194:9,14 204:14
**remind**
210:20
**remote**
11:11
**remotely**
5:13 224:5,13
**removal**
8:19
**remove**
95:22
**removed**
210:6,15 212:24
**removes**
211:13
**render**
81:11
**repair**
17:15
**repairs**
18:4
**repeat**
211:21 221:13
**rephrase**
100:2 137:7 203:3
**replace**
126:13
**replaced**
126:9
**report**
3:23 38:9 61:4 76:3,4
129:19 144:7,9
148:17 150:19,19
150:25 151:1,13,24
151:25 152:6,22
153:16 155:7,23
156:3 159:25 160:4
168:25 169:7,23
170:5,19 171:22
184:23 185:2,4
186:4,5,5,6,9
188:11,12 190:3,16

191:11 192:14,15
196:7
**reported**
42:6 181:6 225:5
**reporter**
1:14,14,15,15 3:7 5:4
6:5,12 7:10 11:10
11:13,21 12:6 13:10
27:13 29:11 30:10
32:23 33:3 38:3
43:4 45:10 51:5
55:14 58:20 69:13
71:13 84:19,24
87:22 89:4 90:21
92:19 93:23 99:9,14
110:15 115:3
119:10 120:3
121:20 128:16
131:22 133:3 135:6
136:5 138:24 143:2
144:10 146:22
149:10 153:3
155:19 157:8 158:5
161:4,8,20,22 163:7
163:10,15,20
164:12,13,14 166:3
169:10 173:10
175:3,22 180:12
190:19 209:13
221:11,15,16
222:21 223:14,17
224:1,3,22 225:6
226:21
**REPORTER'S**
2:21
**reporting**
37:18,20 160:20
162:24 169:7
**reports**
76:3 153:22 155:24
156:5,7 157:4
159:22 160:5,13
161:12,13,17 162:1
162:5,7,9 163:3
167:7 169:16,18,21
170:10,12,15

171:13 172:2
187:10,21 188:3,10
188:15,24 189:7,9
189:17 190:10,12
190:14 191:18,19
191:21 192:3 193:9
193:15 195:7,10,17
**report's**
154:7 191:23
**represent**
6:18
**representative**
159:3 160:19 173:22
173:24
**REPRESENTING**
2:2,6
**reps**
40:15 204:13
**request**
3:17 74:9,15,22,24
132:5,16 134:11,14
134:20 135:2,3,4,16
135:17 136:12,20
137:8,20,23 165:23
181:15
**requested**
48:24 73:22
**requests**
131:6,11 151:22
181:15
**require**
108:20 125:5
**required**
77:16 105:2 107:2
110:11 112:10,19
113:18,19 124:2,16
124:19 162:12
168:20
**requirement**
106:23,24
**requirements**
21:5,6,6,20 63:14
65:24 208:11
**requires**
33:16,21 85:4 222:1
**reserve**

4:14
**resistance**
115:9 212:19 219:3,6
**resolution**
148:13 150:21 151:3
151:6 172:21,23
181:8
**resolved**
172:24
**resources**
52:3
**response**
43:13 59:9 151:22
**responses**
206:9,12 210:9
**responsible**
42:1 165:11 187:19
**responsiveness**
4:15
**restrict**
100:13
**restricted**
93:10
**restricting**
99:5
**resubmit**
135:20
**result**
162:11
**results**
82:16 87:3 172:14
187:20
**resurgence**
58:9
**retail**
40:15,16,19 49:13
182:6 184:2
**retailer**
47:12 182:9 183:21
184:3
**retailers**
41:12 49:14 181:2,20
181:24 182:16
**RETAINED**
226:20
**retest**



68:9 73:7
**retired**
166:17,19
**retrieve**
142:3 144:25
**revenues**
10:17
**review**
21:4 128:2 142:1
145:17 153:16,21
185:22 197:8
**reviewing**
147:16 197:9
**REYNOLDS**
2:3
**rice**
118:5
**right**
5:19 6:5 8:5,5 9:5,13
10:12,24 20:15 24:2
28:1 29:20 46:16
48:15 49:2,17 50:13
50:22 53:13 54:10
59:24 60:10 61:6,12
63:2 66:13 68:6,24
69:19 72:20 75:1,14
76:10,24 77:1,8,24
78:7 79:9,25 80:11
81:3 82:18,18,24
87:6,12,17 88:23
89:1,10,24 90:14
91:13,19 92:2,5
93:18 94:10,16,17
95:16,21,22 96:5,8
96:24 98:7,16 99:2
99:23 100:1 102:2,6
102:10 105:25
107:11,15 110:13
111:21,24 112:1,12
113:23,24 115:14
117:25 119:5
120:16 121:17
122:3,13 124:11
126:8 127:15
133:14 134:6,24
139:22 144:4 150:5

150:13 152:15
156:1 164:18
167:22 170:3
171:22 177:4,7
178:8,14 182:10,21
182:21 191:5,19
193:17 194:8
195:25 196:23
200:13 202:3 204:3
204:5,19,19 206:6
207:23 209:19
210:8 211:18 215:7
217:4,9,20,23 218:3
218:5,10 220:1,7,17
220:21 221:5,24
222:4,10
**RILEY**
2:7
**ring**
136:12
**rings**
136:15
**rising**
207:15 211:8
**risk**
81:12 212:22
**RMS**
85:4
**Road**
2:4
**Robinson**
171:17 172:8,11,12
173:6 178:21 179:1
180:10
**role**
32:14 37:13 38:15,19
127:21 184:14
201:18,24
**Rosa**
8:7 141:19 142:21
145:2,7,9 149:1,16
160:22
**Rose**
142:21
**rotate**
102:6 103:25 104:18

105:2 107:22
113:21 114:3 219:3
219:11,14
**rotating**
105:16 123:6 198:18
**rotation**
114:13,14 184:3
**rotational**
105:9,13 106:10
124:6 198:19
**Route**
36:9
**RSMP**
203:1
**Rules**
4:5
**run**
7:5 21:13 52:5 61:24
62:4 73:15 80:12
84:18 108:1 111:4
117:12,14 119:2,17
120:1,6 123:2
126:16 154:19,23
167:17 192:9
**running**
62:2,3

---

**S**

**S**
3:12 4:1 190:21
**safe**
67:18 158:11,22
**Safeguards**
213:10
**safety**
8:17 21:6,16,18
22:15 75:3 81:10
140:5 192:10
194:18 198:11
213:17 214:18
215:3 221:21
**sale**
180:19 182:8
**sales**
40:13 41:10 48:24
163:4 183:12

204:13
**salespeople**
204:13
**Sam**
190:21
**sample**
23:25 26:6 62:19
81:11,15 83:4 124:5
135:21 142:3 146:6
150:22,22,24
189:14,15
**samplers**
163:5
**samples**
23:8,21 26:5 33:16
61:5 62:7,9,13
82:22 167:15,16
186:23 195:20
**sampling**
64:11 78:17 79:11,13
79:25
**Sanjay**
2:8 143:21 147:6
158:23 163:24
195:21 200:7,18
**Sanjay's**
223:15
**sanjay.ghosh@nels...**
2:10
**sat**
200:20
**satisfy**
65:24 162:19
**satisfying**
215:4
**save**
44:25
**savings**
203:2
**saw**
24:13 111:6 134:2
167:3 193:15
**saying**
13:14 26:6 72:10
94:1,8 111:13
113:15 126:3



129:10 190:19
193:2 195:8,16
**says**
70:19 71:10 75:2,24
76:7,10 133:6,7
140:5 152:18
153:24 190:3 216:8
221:20
**SCARBOROUGH**
2:7
**scenario**
106:9
**scenarios**
130:2
**schedule**
183:15,16
**school**
12:9,11 17:5 18:7,24
**schooling**
12:11
**scratch**
83:15,25
**scratched**
83:24
**screen**
69:10 77:25 78:1
134:9
**screw**
116:20
**script**
40:11
**scroll**
69:21 71:16,24
132:24 137:2
138:16 140:12
152:4,25
**SEA**
190:14,16,20 192:22
192:25 194:2,5
195:24 196:7,10
**seal**
97:3 98:16,19 99:24
103:6 119:5,6,9
207:21 210:21
219:15 224:21
**sealed**

90:11 91:17,23 94:4
98:21
**sealing**
118:21 211:7
**seals**
116:7
**Sean**
153:17
**search**
31:8
**season**
184:12
**second**
7:18 14:15,17 54:25
73:6,8 144:4 161:7
163:23 171:6
190:22
**secondary**
100:18 119:1 219:17
**Secondly**
4:18
**secure**
94:2
**see**
21:9 23:17 60:25
61:8 63:4 69:19
72:8 77:2 81:19
82:16 83:11,15 86:5
90:1 93:13 95:8,23
96:3 97:25 98:25
109:14,20 110:1,2
119:2,17 122:1,23
123:8 129:14,14
134:8 140:5 142:6
142:16 143:19
144:5 148:4,17,18
148:20,22 149:13
150:23 151:17
152:17 153:9 154:4
154:17 155:12
156:25 157:13
160:10 164:10
169:4 171:22
185:14,17 192:24
200:9 203:24 205:8
216:24 217:1 218:7

218:14,23 219:24
220:6,17
**seeing**
87:3 114:13,16 123:6
214:10
**seen**
39:4 109:4 110:5,9
111:5,18 135:25
147:14 149:3,7
150:1,2,9 151:17
169:6,18 170:9
191:9
**SEGALLA**
2:11
**select**
64:10 80:24 130:11
**sell**
43:14
**selling**
57:6,8 184:5 214:18
**sells**
40:16
**send**
197:4,11 223:14,16
**sending**
215:1
**Senn**
2:3 3:4,6 4:3,10,18
5:9,11,17 6:16,18
7:1,15 8:4 10:24
11:4,9,10,14,22
12:8 13:2,13 27:9
27:17,25 29:15
30:11 33:6 36:24
38:6 40:9,24 41:17
43:5 45:20 51:7,14
55:15 58:21 59:18
60:7 69:14,18 71:15
71:23 73:9 75:21
76:14 78:4 81:25
84:22,25 88:6 89:6
90:24 92:20 94:6
99:11,15 103:19
106:15 108:4 109:5
110:3,23 111:17
113:10 115:5,6

116:13 118:8
119:11,13 120:5
121:22 123:17
128:18,20 131:24
132:12 133:10
134:4 135:15,22
136:6,8 137:15,22
137:25 138:6,13,14
138:25 143:7,21
144:3,11 146:24
147:3,12 149:11,24
151:20 152:11,12
153:5 155:21
157:17 158:14,23
159:9,11 160:9
161:6,10,25 162:18
163:11,14,17 164:2
164:5,7,10 165:18
165:20 166:4 167:4
169:12 170:7
173:12,14 174:22
175:5,8,23 180:15
181:13 183:4
190:21,24 191:8
195:13,21 196:2
200:4,12,21 205:22
215:24 216:1
219:20 221:13,18
222:18 223:4
**sent**
6:21 7:3 156:5
**separated**
154:3 157:23 159:14
159:20
**separates**
217:22,23
**separation**
8:20 156:8 157:4
180:17 188:4,16
198:11 211:12
**separations**
156:15
**series**
60:9
**serve**
100:10



**service**
8:13 17:13 61:20
76:8,17 126:12
141:12,20 142:21
142:23 143:17
144:7 145:3,4,6,17
145:18,23 146:15
147:18 149:8
150:16 151:2,23
156:14 161:15
163:4 191:24
196:16
**services**
1:19 19:6 146:19
**set**
16:16 19:16 79:11
80:19 224:20
**sets**
53:24
**Settings**
140:13
**settled**
173:3
**setup**
127:9
**Shanghai**
35:6
**share**
57:23
**sharing**
38:15,19
**sharpers**
20:8
**sheet**
76:16 147:23 225:12
**SHERYL**
1:3
**Shim**
166:19
**ship**
128:2 182:18
**shipment**
20:24 23:18,22,24
77:6 87:15 127:22
128:7 136:14
182:24 183:1

**shipments**
127:14
**shipped**
23:21,25 76:19 77:4
**shippers**
182:17
**shipping**
127:19 131:16,25
**shock**
65:16
**shoot**
29:20 117:21 118:10
**short**
59:11 89:14
**show**
11:15 69:8 75:15,16
75:23 132:8 138:1
143:19 146:25
149:25 151:17
168:22 171:20
191:1,2 194:7 218:4
218:6
**showed**
87:10 120:10 147:22
148:18,20 150:4
151:7,11 195:17
**showing**
69:10 76:16
**shows**
184:16
**Shull**
166:15 171:7
**sic**
47:22 51:6 143:5
144:19
**side**
96:5,12 102:1 186:2
186:2 213:24
**Sigma**
15:8,9
**sign**
62:7 223:7,9,11,12
223:13
**significant**
214:3
**SIGNING**

226:20
**silicone**
126:11 207:16,20
**similar**
46:6
**similarities**
9:8
**simple**
92:17 170:8
**simply**
48:14
**simultaneously**
211:9
**single**
78:16,16 105:20
**sir**
6:3
**sister**
202:14 203:11,24
204:11
**sit**
61:6
**sitting**
27:19 121:11
**situated**
95:15
**situation**
159:19
**situations**
57:21
**six**
14:13 15:8,9 47:3
66:19 67:25 194:15
195:19 204:9
**size**
64:11 66:25 67:1
68:10 204:7
**slide**
122:15
**slides**
121:24,25
**slightly**
211:16
**slow**
184:3
**SMD**

133:22
**sold**
43:10,21,22 44:10,14
45:24
**soldering**
133:19,22
**solely**
159:23
**solemnly**
5:20 6:7
**solid**
117:15
**somebody**
20:19,20 21:23 31:3
33:22 34:5 41:9
58:23 113:2,11
153:15,17 155:25
168:16,18 170:24
170:25 171:14,15
172:4,7 184:9
**soon**
66:15,16
**sorry**
4:22 5:6 7:10 13:10
17:1 32:23 33:4
43:3 45:10,16 76:12
77:24 82:18 84:19
84:22,23 87:22 89:4
92:24 93:23 99:9
110:16 112:3 115:3
115:25 119:12
121:20 123:12
128:17,21 131:22
137:6 153:3 155:19
155:22 158:5,18
161:4,20 173:10
175:3 185:23 191:4
205:15,16 209:13
211:21 213:13
216:4 221:11
**Sotto**
171:4
**sounds**
200:8,12
**source**
22:22 85:5 91:3,8,16



**sourcing**
30:18,20,21 31:4,5
   31:23
**south**
35:6,13
**space**
55:13 182:20
**spaces**
127:15 149:1
**Spanish**
201:4
**spare**
77:10,13
**speak**
8:21 9:16,21 10:14
   120:3 153:4 201:7,7
   222:12
**spec**
63:2 76:20 88:4,12
   125:24 190:13
**special**
79:18 80:1,1,9
**specific**
20:3 160:18 167:12
   182:13
**specifically**
47:11 172:1 178:2
**specification**
19:14 26:9 33:20
   88:21 186:7 192:21
   193:23
**specifics**
141:11
**specified**
224:14
**specs**
19:14,17 20:25 121:2
   186:18
**Spectrum**
180:4
**speculate**
154:9 159:2
**Speculation**
146:23 158:7
**Speculative**
93:25

**spell**
27:13 36:17 166:6
**spenders**
15:23,24
**spillage**
214:2
**spoke**
96:23
**spokesperson**
42:21
**spreadsheet**
3:19,20,21 143:24
   144:1,16 145:8
   147:4,8,10,22 148:1
   149:20,22 150:4
**spreadsheets**
188:13
**spring**
98:6,7 119:12,18,22
   120:7,12,14
**Squeeze**
152:15
**staff**
62:6
**stage**
55:22
**stainless**
83:19 125:6
**stamp**
149:20
**stamps**
138:2
**stand**
132:13 144:8
**standard**
16:4 19:22,22 20:24
   75:9 78:14 79:13
   83:5 88:19 192:21
   208:19 213:18
   214:14
**standards**
16:6,10 21:7,10 32:6
   32:8,16 33:9,24
   55:4 56:4,5 75:3,12
   88:17,18 186:12
   213:17 215:5

**standing**
99:12 164:19 165:4
   165:16
**standpoint**
183:20
**stands**
197:19
**start**
28:12 39:5 56:24
   62:8 82:14 90:7
   107:5 114:13,16
   120:13 123:6,9
   126:6 129:9 174:11
   190:11 192:19
   193:21 214:7,10
   221:19
**started**
30:2,14 49:13 186:15
   204:3
**starting**
120:9 207:14
**starts**
152:16 168:24
   206:25 208:20
   210:23
**state**
5:25 11:24 220:23,25
   222:22 224:4 225:7
**stated**
213:1,13
**statement**
186:11 221:9,24
**statements**
130:6
**states**
1:1 127:19 220:20
**static**
22:15 65:19 198:20
   199:11
**stating**
16:12
**stations**
65:5 66:5
**statistical**
13:18 14:5,7
**status**

150:23
**stay**
16:18 163:22
**stayed**
28:10 127:4
**steam**
25:11 93:12,13 95:2
   97:25 122:7 205:4,6
   218:24 219:1
**steamer**
25:12,12 27:3
**Steamers**
20:14
**steel**
83:19 125:6
**stenographically**
224:8
**step**
25:20 220:2
**Stephen**
171:17 172:7 178:21
**stepper**
25:17
**steppers**
25:17
**steps**
63:16
**stick**
218:3
**sticking**
218:15
**sticks**
96:5
**stipulate**
5:3
**stipulated**
5:14
**stock**
180:19
**stop**
45:3 93:5
**stopped**
57:6,8 58:4
**stovetop**
90:23 91:2
**straight**



101:8
**Street**
2:8
**strength**
105:18 107:22
113:16,17
**stretched**
119:18 120:7,12,15
**strike**
4:24 17:4 41:18
96:21,22 97:1,24
98:1,2,5,7,11,15,23
98:25 99:5,8 119:9
119:11,14 121:16
122:1,12 174:3
203:4 209:5 210:1
219:14
**striking**
99:18
**stronger**
107:14
**structure**
7:9 23:1 175:6
**stuck**
117:17
**studies**
18:6
**studio**
40:12 203:21
**study**
12:16 13:9,18,21
15:4 17:20
**stuff**
40:4 61:11 65:21
80:18 86:24 87:3
165:1
**Styrofoam**
131:14,20 132:6,7
**subject**
7:21 8:18,25 9:6,25
10:9,17 160:13
**submit**
74:8,15 75:1 160:5,7
**submitted**
139:18
**substance**

139:8
**substantive**
139:19
**success**
16:21 45:7 50:1
**successful**
43:9
**sudden**
109:14,23
**suffered**
157:24
**sufficient**
192:24 208:6
**Suite**
2:8,12
**summarizes**
149:2
**summary**
84:4 144:18 147:17
147:23 148:1
194:12
**super**
202:12,19
**supervise**
62:5
**supervised**
111:8 184:15
**supervising**
24:8 87:1
**supervision**
200:2
**supervisor**
24:7 88:22
**supplied**
140:10,15
**supplier**
142:5
**suppliers**
10:13
**supply**
9:19 50:11
**supporting**
84:10
**supposed**
23:19 26:10 79:7
126:18 130:20

155:1 157:16
194:24
**sure**
7:6 19:18,25 22:22
27:22 32:7,9 33:14
33:23 34:12 50:9
52:6,12 53:13,21
55:17 61:7,25 62:14
63:12,22 64:16
65:15 66:7,9 68:22
69:5,9 77:25 79:7
80:13,16 85:25 86:9
86:17 87:17,18
88:17 109:17
123:14 125:23
127:3,15 128:13
134:13 137:2 138:6
142:5 146:11 147:2
155:16 158:25
159:10,18 163:17
164:4,6,8 204:22
211:22
**surface-mounted**
133:21
**surroundings**
217:20,23
**SURVANT**
2:3
**sustain**
187:14
**swear**
4:25 5:5,12,13,20 6:7
**swearings**
5:4
**switch**
47:25
**sworn**
6:14 224:5
**system**
15:10 29:1 54:7
80:16 117:24
129:15 144:18,20
151:12,13 199:9,10
199:13
**systems**
15:25,25 16:3 21:18

53:11 55:13 126:15
194:22

---

**T**

**T**
3:12 27:15
**tab**
100:16 101:15 102:1
102:5 120:24
121:25 122:5,25
124:23 219:21
**table**
79:13
**tablet**
78:6
**tabs**
97:11,17 101:1,7,11
101:11,12,18,22
102:10,14,17,19
103:13 104:10,22
105:11 107:15
113:19,21 119:23
119:24 122:18
124:12,20,22
125:10 205:2,19
**tag**
64:8
**Taichung**
27:12,15
**Taipei**
28:19,21,23
**Taiwan**
13:8,15 14:24 15:1,2
15:12 18:19,24 27:3
27:14
**take**
26:5 27:21 31:16
54:15 57:10 64:9
102:5 105:9 106:2
106:10,18 107:10
122:23 123:14
125:8 130:8,16
138:15 147:13
163:23 168:8
180:18 184:21
200:6 208:3 209:7



210:21 222:25
223:4
**taken**
1:13 4:4 24:25 181:4
183:6 224:18
**takes**
130:12,14
**talk**
9:2 10:6,10,19,23
115:14 136:7
141:11 185:20
204:20
**talked**
15:6 76:1 131:1
143:8 191:19 198:6
213:16 219:12
**talking**
28:2 35:9 43:20,23
48:13 55:21 68:14
88:23 103:24 111:3
112:4,13 114:10
116:16 119:8
123:19 140:23,24
148:4 174:13
181:14 198:17
**Target**
40:20 49:15
**taste**
203:7
**taxis**
29:1
**teaches**
16:16
**team**
24:9 34:21 35:8,11
52:1 63:10
**teamed**
50:15
**technical**
24:7 88:22 139:11,16
139:25
**Technology**
15:1
**Ted**
195:21 222:25 223:6
**tell**

13:7,17,23 15:22
16:9 17:1,10 20:23
21:1 32:2,19,22
33:8,10 39:10 49:4
49:4 51:20,23,24
53:9 59:20 61:8
77:22,24 88:22 90:7
125:16 127:6
132:21,25 133:12
135:3 136:11
138:16 141:17
143:20 144:6
147:14 151:21
152:4 172:12,17,18
184:4,6 187:24
191:9,12,21 193:13
195:23 198:21
202:6 210:5 213:7
219:1
**telling**
48:4 52:4 156:23
170:8
**tells**
60:12 78:13 79:14
97:14 128:4 216:4
220:14
**temperature**
90:11 91:7,17,18,20
91:23 194:23 212:8
212:9 214:6
**ten**
47:4
**tend**
110:25
**tens**
174:14,15
**ten-minute**
27:21 200:7
**ten-quart**
67:11
**term**
101:5,6 211:12
**terms**
92:9
**test**
20:23 21:1,13,21

22:13,15,16 23:5
26:1,16,17 64:6
65:8,10 66:1 71:6
77:25 78:1 80:10,17
82:20 85:3 86:7,16
87:1,14 88:14
109:11 111:23
112:13 120:9 123:1
123:22,23 132:7
136:13 141:6
142:16 154:19,24
187:11,20 198:13
198:18,20 199:14
199:23 213:20,21
214:15
**tested**
25:24 32:16 75:9
77:3,23 85:22 109:6
186:8 192:25
214:14
**testified**
6:14 160:11 161:2
202:3 212:23
213:12 222:6,9
**testify**
7:9,19,19 9:10
160:17 174:5 201:1
206:6,24 216:3
224:6
**testifying**
201:6
**testimony**
5:21 6:8 109:2
164:15 200:23
204:22 213:1
215:22 221:17
224:13 225:10
**testing**
8:16 15:2 19:24 21:8
21:12 23:20 26:25
33:16,23,25 34:9,10
34:11 35:25 52:11
53:17 61:17,19 65:5
65:20,23 66:3 67:19
69:5 70:11 73:4
79:5 80:4,11,19

82:17 84:10,15 85:2
85:16 86:4,5 87:5
87:12,16 88:16
108:2 110:5 122:22
124:11 125:2,15,20
125:20 126:24
127:3 128:14,23
129:9 140:25
142:18 167:21
168:3,5,5 184:19
185:12,25 187:1,14
197:19 198:6,7,9,10
198:12 199:19
**testings**
156:25
**tests**
22:2,9,10,16 62:2,3,4
62:11,12 83:2,8
88:8 110:11 111:4,8
111:18 114:2,6
117:12,14 119:17
120:1,6 124:15,18
167:17 193:8
**text**
51:23
**THADDEUS**
2:11
**thank**
6:3,4,12 84:24 161:8
165:19 200:13
202:2 215:22
**that'd**
174:22
**theory**
129:17
**thermostat**
61:23 126:17
**thermostats**
61:23
**thesis**
12:22
**thigh**
25:21
**thing**
51:8 53:19 59:13
75:2 94:19 96:3



116:2,7 147:1,6
149:25 190:3
**things**
11:14 21:23 22:2
31:24 37:9 41:6
63:1 64:17 80:7
84:6 87:19 125:21
126:12,22,24
177:16 180:18
184:24 185:7
187:11,11 200:23
202:13
**think**
20:22 28:3,16 37:12
46:14 66:7,22 70:16
89:10,19 103:21
104:13 113:7,9,11
114:5 120:9 121:5,8
128:13 131:13
134:23 137:1
142:15 147:1
151:12 158:11
159:18 160:16,18
160:22 164:2 166:5
166:9,17 171:17
174:22 190:6,16
198:4,8 200:4
204:17 206:23
210:19 213:10
215:19 217:3
222:24
**thinking**
183:7,8
**thinks**
202:14
**third**
57:13 91:6 128:15,16
128:18
**third-party**
10:12 32:18 34:1,4,6
196:10 215:3
**thought**
38:20 43:1 49:11
177:9
**three**
20:6 35:5,5,13 45:21

46:1 54:18 56:20
66:17 81:22 82:12
**three-quarters**
216:24 217:2,3
**three-sixteenth**
217:14
**Thubert@goldber...**
2:13
**ticket**
151:13
**ticketing**
144:20
**time**
1:12 6:6 18:6 21:11
23:7 24:22 25:1
29:25 34:15 35:5
36:10,13 37:20,23
44:19 48:21,25
54:20 57:14,17
59:11 72:15 74:7,21
86:18 89:14 110:20
119:18 120:4,7
123:6 127:25
130:12 132:14
139:4 141:19
143:13 145:5
146:19 156:20
157:1 162:3 163:13
166:20 167:18
171:10 182:10
186:24,25 197:10
203:2,12 209:9
224:14
**timeframe**
33:13
**timer**
220:9
**timers**
85:11
**times**
22:20 52:13 140:14
151:3 156:23
173:18,20 181:23
**timesaver**
202:18
**timestamp**

148:24
**time-saving**
202:20
**tissue**
142:17
**title**
30:7 201:21,22
**today**
6:19 60:24 149:4
173:22 193:15
222:14
**told**
28:3 31:23 49:7
62:19 63:18 89:19
123:2 127:7 177:12
186:6
**tolerance**
26:7 63:25
**tomorrow**
8:8 27:15 141:10
**tooling**
14:21,22
**tools**
14:2 19:12
**toothpaste**
18:1
**top**
63:23 75:25 78:9
94:23 189:21 190:4
205:12 207:17
209:2 217:5 218:2,9
**topic**
7:8,18 8:6,16 13:24
174:21
**topics**
11:2
**torque**
105:14,15 199:14
**total**
217:2
**totally**
29:19
**traceable**
62:24
**track**
11:16,19

**Trading**
70:20
**training**
14:14,20 15:7 16:24
**transcribed**
224:9
**transcript**
222:22 223:3 224:12
224:12 225:8,9
226:22
**transcription**
224:9
**transpired**
27:23 123:15 200:14
**travel**
217:10,11,12,13
218:5
**traveling**
86:1
**travels**
217:25
**TRI**
44:14 45:4
**trial**
174:5
**tried**
28:7 57:19 112:14
129:11 173:2
177:12
**Tristar**
1:6 4:4,12 6:21 8:21
9:2,8,16,21 20:18
25:8,19 26:15 27:1
28:11 29:17,22
30:21 31:21 32:13
33:13,22 34:18
35:16,23 36:15 37:4
39:6 40:18 41:1,11
41:20,20,23 42:3,10
42:18 43:1,22 44:14
45:3 50:17 53:2
57:4,11,18 62:2
64:25 67:9,10,23,23
69:1 70:25 73:13,25
74:1,14 80:19 81:7
86:19 107:20 111:4



122:22 123:22
124:11 125:18
127:21 128:4,9
131:3,12 132:22
134:17 137:3,6,10
137:12 138:19,21
139:3,24 142:20,25
143:9 144:12 145:1
152:7 156:8,16
157:20,22 158:1,15
159:3,13,19,25
160:5,19 161:2
165:3,6 166:22
168:7,17 169:7
170:21,24,25
171:13,14,15 172:5
173:9,11,16,19
174:1,5,7,18 175:9
176:7,11,25 177:4,7
178:2,8,17,20
179:16,23 180:6,16
180:18,21 181:1,19
182:9 183:6,21,22
184:14 187:9,10,17
189:5 196:5,11,16
198:7,8,10 200:19
201:17,22 203:14
213:6 214:17,25
215:2,7,11,17
222:24 225:2
**Tristar's**
102:16 132:18,19
134:11 157:4
159:24 162:19
178:13 179:4,5
**TRI6**
44:16 45:5,21 46:2
**true**
74:13 182:14 224:12
225:9
**truth**
5:22,22,23 6:9,9,10
224:6
**try**
11:21 28:13 58:10,11
142:12 146:2,8

150:1 189:14
200:24 215:12
**trying**
28:20,24 88:10 115:5
142:2,3,13 158:24
158:24 182:7 192:7
193:6
**turn**
84:20 95:1 101:25
202:9,16 205:24
**turned**
86:6 102:9 129:21
**turning**
115:4
**TV**
39:4 40:7,11,25
42:15
**two**
4:13 5:3 17:19 18:11
18:13 27:6,10 35:6
35:14 37:23 39:19
42:14,14 44:9,23
67:2 75:16 77:19,21
85:4 99:23,24
143:14,14 146:25
164:17 166:10,11
171:23 178:18
191:21 219:12
**TXT**
223:3
**type**
20:3 52:7 73:5,7,8
76:3,4,7,17 78:15
78:15 80:4 86:5
133:18 140:8
141:22 155:23
156:25 170:15
**types**
26:3 78:20 155:23

_____ **U** _____

**U**
133:9
**Uh-huh**
14:3 22:5,14 42:17
42:20 44:13 61:22

62:20,22 63:21 72:5
80:2,8 81:4,20 85:6
85:9 91:4 93:8
100:15 111:2
114:16 116:6 126:5
141:23 154:12
177:14 179:6
186:22 189:13
196:21 198:3,24
199:2,21 212:20
**UL**
21:7,10 52:9 69:25
70:1,4,10,10,13,15
75:9 88:17,19
186:13 196:14
197:24,25 208:11
208:18 214:14
**ultimate**
165:13
**UL1026**
75:3
**UL1036**
75:4
**UL136**
213:18,20 214:14
**undergoing**
177:4
**underside**
98:9 116:21 218:2
**understand**
7:16 42:7 43:16,20
50:11 58:22 64:19
69:3,9 78:11 90:5
94:7 110:8 159:7
164:20 182:7
204:22 213:1
220:15
**understanding**
25:4 43:17 159:12
167:5 185:13,15
201:14 206:15,19
222:13,15
**understands**
213:21
**understood**
66:8,22 114:5 146:11

168:19
**Underwriting**
198:2
**unintelligible**
126:19 195:5
**unit**
22:20,23 23:19 49:11
52:13 61:20,25
67:17,18 68:2 79:1
80:13 86:12 88:3,21
91:5,6 98:22 99:2
100:3,6 115:21
116:7 117:6 119:3
130:17 152:18
153:24 157:14,14
157:19 158:11,11
158:19,20 162:17
186:7 190:12 192:8
192:23,24 193:22
193:24 197:4,8,12
202:25 204:2,10
205:10 207:9,23
208:10,21 209:8,23
210:22 211:4,9,13
211:18,24 212:4
213:4,7,22 214:4,10
214:18 220:11
221:6
**UNITED**
1:1
**units**
59:10 77:22 79:3
88:10 92:17 131:10
132:2 167:18
192:20 193:21
194:22 204:11
214:13
**university**
12:13,14,15 13:8,14
14:16,25 17:6,21,24
24:12
**unlocked**
92:23
**unplugged**
130:23
**unusable**



81:12
**update**
47:13
**updated**
47:15 48:18 72:2,10
180:21
**upside**
121:23
**upwards**
205:17 207:8
**use**
14:1 16:10,11 19:13
21:7 25:18 34:6
63:14 67:2 68:17
70:15,17 88:20
108:22 128:15
143:10 158:21
189:5,25 198:18
199:13,15,18 202:9
202:19 203:6,11,12
203:12,14,22
**user**
120:18 156:16 157:2
158:19 206:3
208:25 209:6 210:5
212:5 215:8
**users**
158:17
**uses**
90:11 204:2
**usually**
21:6 22:19 23:23
26:14 43:12 49:22
59:9 72:4 77:12
86:23 123:9 149:2
176:17 182:15
184:1 186:19
198:23 199:17
203:21 205:16
220:9,13
**U.S**
198:4

---
### V
**vacuum**
20:11

**validate**
59:8
**validated**
49:9
**validation**
30:18,23 31:24
**Valle**
12:15
**value**
49:11 57:25 202:8,16
**valve**
86:1 92:6 93:7,9
94:25 95:6,19 96:7
96:15,16,19,20 97:2
97:22 98:3,5,15,16
99:8,18,19,20,21,23
100:5,9,13,19
102:12,20 103:5,9
104:9,21 105:10
106:19,24,25 107:3
107:5,11 112:3,4,7
113:2 114:21 115:8
115:11,15,16,17,22
115:25 116:3,18,23
116:25 117:1,7,8,10
118:24 121:17
122:12,13 123:2,25
124:4 140:24 141:1
141:2,4 205:5,7
207:5,6,15,16 208:9
208:14,14,22 209:1
209:5,7,19,21,22
210:5,14,21,25
211:3,8,14,25 216:5
216:9,15 217:7,9,19
217:19,23 218:15
219:4,14,24,25
220:7,16
**valves**
77:15 102:18 112:5
**valve-locking**
106:11
**variation**
85:10
**varies**
184:12

**various**
130:2 165:21 214:18
**vat**
154:17
**vendor**
27:12,16 49:6,17
50:12 71:8 133:24
**Vennable**
166:1,5,16
**verification**
3:8 68:14 225:1
226:20,21
**verified**
61:20 67:19
**verify**
19:14 21:19 23:9,11
32:6 34:12 54:3,9
54:22,23 63:2 64:3
64:5,13 67:20 76:20
83:4 85:18,24 86:8
88:3,11 89:7 115:20
186:21
**verifying**
187:20
**Veritas**
33:1,5
**version**
47:14,15 48:18
**vessel**
90:10 91:24 98:21
99:2 128:3
**vessels**
127:14
**VIRTUAL**
1:9 2:1
**visit**
56:11 197:6
**voce**
171:4
**voltage**
85:7
**volume**
130:10
**vs**
1:5 225:2
**V-e-n-a-b-l-e**

166:5
**V-e-r-i-t-a-s**
33:1

---
### W
**Wah**
2:15 5:8,8,10,10,11
5:18,25 6:3
**wait**
209:8 216:9
**waiting**
210:14
**waive**
223:9,10
**walk**
51:20 52:15 94:20
213:19
**Walmart**
40:23 43:21 44:10
49:15
**WAL1**
44:12 45:3,21 46:1
50:4
**WAL2**
44:12 45:3,21 46:2
50:4
**want**
23:9 31:6 40:2 49:24
50:1 55:18 60:2
64:17,23 66:1 67:11
67:20,24,24 73:6,13
74:7,10 75:17 94:19
96:2 103:8 128:5
132:24 133:24
134:13 135:10,11
137:20 140:2,4
143:8 144:4 146:10
147:2 151:4 152:16
162:16 163:17,24
164:3,10,19 165:4
167:8 191:1 200:9
204:19,21 221:13
223:6,11
**wanted**
45:17 64:25 66:10
73:11,11,24 74:14



127:4 131:2,3
133:21 135:10
136:17 148:14
155:17 159:8,9
162:13 200:21
213:19
**wants**
192:25 222:25
**warehouse**
36:1,4 53:17
**warm**
130:22 220:14
**warning**
213:9,12,14 216:3
**warnings**
180:22 181:1 213:6
213:14 215:8
**Warranty**
10:8
**washers**
20:12
**wasn't**
44:13 147:7 219:24
**watching**
55:24 56:15
**water**
199:20
**way**
48:7,8 50:10 59:19
69:4 73:1 74:13
89:16 92:21 94:14
98:23 106:17
108:21 113:20
114:4,12 117:1,10
123:11 127:4
148:10 176:17
182:17 183:18
186:13 211:23
217:8 219:5
**ways**
112:17
**Wednesday**
1:11
**week**
54:15 184:7
**weekly**

145:16 148:16,17
150:9
**weight**
63:24 64:1 106:24
116:7 123:10
198:22 199:6,11
**weighted**
116:2
**weights**
86:12
**welding**
17:15 18:4
**went**
12:13 13:8,14 17:5
18:25 19:1 29:10,12
29:16 30:25 32:13
44:3 49:9,10 52:24
54:11 56:1,20 58:5
64:21 66:18 123:18
134:16 161:11
**weren't**
26:22 65:20 101:22
118:6 135:9
**we'll**
51:9 81:16 195:25
223:12,13
**we're**
5:2 6:19 7:6 8:8
33:12 55:21 60:23
75:14 88:9 92:7
94:21 99:7,16,20
101:6 115:5 141:10
141:11 142:8
156:10 164:25
181:14 192:4 193:6
193:10 194:2
**we've**
5:13 27:17,19 89:24
112:16 117:12,14
183:24 188:12
**WHEREOF**
224:20
**widget**
14:8
**wiggle**
116:10

**Williams**
42:23
**WIP**
64:8
**wise**
51:12
**withstanding**
21:15 22:19
**witness**
5:1 84:20 164:22
165:7 186:2 224:13
224:20
**witness's**
161:23
**word**
34:1 102:2 110:13
134:12
**work**
15:15 17:6,24 19:25
20:15 24:2,21 25:8
28:6 30:3,6 34:23
35:15 37:2 41:3
42:4 55:8 67:9 73:1
90:9 98:5 107:20
127:24 139:5 142:8
145:4 162:16,23
176:17,25 178:17
178:20 183:15,19
194:22 201:16
218:14
**worked**
17:11,25 28:3 31:18
36:11 76:2 157:14
158:20 215:3
**working**
28:12 32:13 50:22,24
118:3 127:15
154:20,21,21
213:22
**works**
43:12 48:8 79:7
153:25 198:21
200:11 204:21
**work-in-progress**
64:8
**wouldn't**

87:11,13,13 114:1
115:1 116:10 119:5
119:6 173:1 186:9
187:17 212:16
222:7
**would've**
182:23
**wrap**
83:19
**write**
16:14 138:19
**writer**
139:11,16,25
**writers**
40:12
**writing**
16:12 52:11 59:22
**written**
150:19,20
**wrong**
50:9 114:8,9 120:14
125:17 146:10
150:23 216:2 221:5
**wrote**
138:21 139:9
**www.MagnaLS.com**
1:20
**W-2**
179:1,3

---
**X**
---
**X**
3:12
**XL**
46:15 57:3,17 176:12
---
**Y**
---
**Yalesi**
58:18,18
**yeah**
5:2 12:3,13 14:11,15
14:19 16:5,8,17,20
16:25 17:9,17 18:10
19:20 20:1 22:3
23:23 24:10,16,18
24:24 25:2,6,14



26:21 28:22 29:21
30:16 31:11,17,25
32:25 33:10 34:3
35:10,12 36:23 37:1
38:22 39:9,22 41:5
41:7 43:8,18 44:17
45:6,12,25 46:17
47:1,7,16 48:2,12
48:16 49:15 51:16
54:13 56:9 58:18,25
59:3,21 60:1,3
61:13,17 62:7 63:6
63:15 65:11,15 68:1
68:12,16,25 69:2,14
69:20 70:2,18 72:9
74:3,25 75:5,13
76:7 77:7 78:1
80:12 81:8 83:14
84:18 85:24 86:21
86:22 87:2,7,9
89:18 90:3,15 91:12
91:15,20 92:6,24
95:22 96:6,11,17,21
97:4,7,12,20 98:10
98:17 103:7 104:7
105:12,14,17 106:1
106:1,17 109:7,12
110:9,18 111:7,9
112:6,21 113:13
114:4 115:25
116:15,17,19,22
117:9 118:19,25
119:2,6,16,20,25
120:2 121:14,15
124:1,7,10,13
125:11,25 127:5
128:10 129:20,23
131:13 132:20
133:8 135:20
136:10 139:2
140:11 142:14,19
145:3 146:14,16
150:10,21 151:23
152:14 155:11
156:2,6 157:12
159:16 160:16

161:24 167:15,25
171:3,7 172:15,15
172:25 173:12,13
174:9,12,17 176:15
177:1,23 179:9
180:2 182:5,11,25
183:3 184:10 185:9
185:13 186:19
188:25 189:6,9,19
189:24 190:2,8
191:11,20 192:2
195:7,15,25 196:17
197:17 198:1 200:8
201:9,14 202:16
204:1,4,7,13 206:10
209:20 211:22
215:10 216:19
217:5,16,24 218:8
218:22 223:13

**year**
12:21 18:14,22
  188:17,23 197:5
**years**
17:19 18:11,13 31:19
  201:16,20
**yep**
93:25
**yesterday**
7:7
**y'all**
10:24 23:4,20 25:24
  50:3 70:12,15 76:4
  87:8 110:10 112:14
  114:2,6 119:17
  120:1,3,6 122:22
  125:19 128:15
  132:4 137:3 138:4
  141:1 142:15
  145:21 147:7
  148:15 181:22
  185:10 193:3
  195:23 223:17
**y'all's**
110:5
**Y-a-l-e-s-i**
58:18

_____
|       **Z**       |
_____
**zero**
81:15,21 82:6 212:13
**zeros**
169:1,2

_____
|       **$**       |
_____
**$120**
203:2,5

_____
|       **0**       |
_____
**0.2**
106:20 107:3 114:12
  123:10 210:23
**0.3**
107:3 114:12,19
  117:19 214:11
**0.4**
114:12,19 214:11
**0.65**
81:12,13
**0001538**
69:12
**0001538-1539**
3:15 69:16
**01**
82:1
**01:00PM**
121:25 122:5,10,15
  122:20
**01:01PM**
122:25 123:5,10,15
**01:10PM**
123:20,25 124:5,10
  124:15
**01:11PM**
124:20,25 125:5,10
  125:15
**01:12PM**
125:20,25 126:5,10
  126:15
**01:13PM**
126:20,25 127:5
**01:14PM**
127:10,15,20,25
**01:15PM**

128:5,10,15,20,25
**01:16PM**
129:5,10,15,20
**01:17PM**
129:25 130:5,10,15
  130:20
**01:18PM**
130:25 131:5,10,15
**01:19PM**
131:20,25 132:5,10
  132:15
**01:20PM**
132:20,25 133:5,10
**01:21PM**
133:15,20,25 134:5
**01:22PM**
134:10,15,20,25
  135:5
**01:23PM**
135:10,15,20,25
  136:5,10
**01:24PM**
136:15,20,25 137:5
**01:25PM**
137:10,15,20,25
  138:5
**01:26PM**
138:10,15,20,25
  139:5
**01:27PM**
139:10,15,20,25
  140:5
**01:28PM**
140:10,15,20
**01:29PM**
140:25 141:5,10
**01:30PM**
141:15,20,25 142:5
  142:10
**01:31PM**
142:15,20,25 143:5
**01:32PM**
143:10,15,20
**01:33PM**
143:25 144:5,10,15
  144:20



**01:34PM**
144:25 145:5,10,15
**01:35PM**
145:20,25 146:5,10
146:15
**01:36PM**
146:20,25 147:5,10
**01:37PM**
147:15,20,25 148:5
148:10,15
**01:38PM**
148:20,25 149:5,10
149:15
**01:39PM**
149:20,25 150:5,10
**01:40PM**
150:15,20,25 151:5
**01:41PM**
151:10,15,20
**01:42PM**
151:25 152:5,10,15
**01:43PM**
152:20,25 153:5,10
**01:44PM**
153:15,20,25 154:5
**01:45PM**
154:10,15,20,25
155:5,10
**01:46PM**
155:15
**01:47PM**
155:20,25 156:5
**01:48PM**
156:10,15,20,25
**01:49PM**
157:5,10,15,20,25
**01:50PM**
158:5,10,15,20,25
**01:51PM**
159:5,10,15,20
**01:52PM**
159:25 160:5,10
**01:53PM**
160:15,20,25 161:5
161:10
**01:56PM**

161:15,20,25 162:5
**01:57PM**
162:10,15,20,25
163:5
**01:58PM**
163:10,15,20,25
164:5,10
**01:59PM**
164:15,20,25 165:5
**02**
115:13
**02:00PM**
165:10,15,20,25
166:5,10
**02:01PM**
166:15,20,25 167:5
167:10
**02:02PM**
167:15,20,25 168:5
168:10
**02:03PM**
168:15,20
**02:04PM**
168:25
**02:05PM**
169:5,10,15,20,25
**02:06PM**
170:5,10,15
**02:07PM**
170:20,25 171:5
**02:08PM**
171:10,15,20,25
**02:09PM**
172:5,10,15,20,25
173:5
**02:10PM**
173:10,15,20,25
174:5
**02:11PM**
174:10,15,20,25
**02:12PM**
175:5,10,15,20,25
176:5
**02:13PM**
176:10,15,20,25
177:5

**02:14PM**
177:10,15,20,25
178:5
**02:15PM**
178:10,15,20,25
**02:16PM**
179:5,10,15,20,25
180:5
**02:17PM**
180:10,15,20,25
181:5
**02:18PM**
181:10,15
**02:19PM**
181:20,25 182:5,10
182:15,20
**02:20PM**
182:25 183:5,10,15
183:20
**02:21PM**
183:25 184:5,10,15
**02:22PM**
184:20,25 185:5,10
**02:23PM**
185:15,20,25 186:5
186:10
**02:24PM**
186:15,20
**02:25PM**
186:25 187:5,10,15
**02:26PM**
187:20,25 188:5,10
**02:27PM**
188:15,20,25
**02:28PM**
189:5,10,15,20,25
**02:29PM**
190:5,10,15,20
**02:35PM**
190:25 191:5,10
**02:36PM**
191:15,20,25 192:5
192:10
**02:37PM**
192:15,20,25 193:5
**02:38PM**

193:10,15,20,25
194:5
**02:39PM**
194:10,15,20,25
**02:40PM**
195:5,10,15,20,25
196:5
**02:41PM**
196:10,15,20,25
197:5
**02:42PM**
197:10,15,20,25
198:5
**02:43PM**
198:10,15,20,25
**02:44PM**
199:5,10,15,20,25
200:5
**02:45PM**
200:10
**02:58PM**
200:15
**02:59PM**
200:20,25 201:5,10
**03**
115:7,12,13
**03:00PM**
201:15,20,25
**03:01PM**
202:5,10,15
**03:02PM**
202:20,25 203:5,10
**03:03PM**
203:15,20,25 204:5
**03:04PM**
204:10,15,20,25
**03:05PM**
205:5,10,15,20,25
**03:06PM**
206:5,10,15,20
**03:07PM**
206:25 207:5,10,15
**03:08PM**
207:20,25 208:5,10
**03:09PM**
208:15,20,25



**03:10PM**
209:5,10,15,20,25
**03:11PM**
210:5,10,15,20
**03:12PM**
210:25 211:5,10
**03:13PM**
211:15,20,25 212:5
**03:14PM**
212:10,15,20,25
**03:15PM**
213:5,10,15
**03:16PM**
213:20,25 214:5
**03:17PM**
214:10,15,20
**03:18PM**
214:25 215:5,10
**03:19PM**
215:15,20,25 216:5
**03:20PM**
216:10,15,20,25
217:5
**03:21PM**
217:10,15,20,25
**03:22PM**
218:5,10,15,20,25
219:5
**03:23PM**
219:10,15,20,25
220:5,10
**03:24PM**
220:15,20,25 221:5
**03:25PM**
221:10,15,20,25
**03:26PM**
222:5,10,15,20,25
**03:27PM**
223:5,10,15
**04**
115:7,12
**08540-6587**
2:12

————————— **1**
**1**

3:6,7,8,9,13,19,19,23
7:8 11:5,7 60:17
82:2,6 108:6,7,18
108:22,23,23
111:11,16 114:8
132:10 143:24
144:1 147:22 148:1
168:25 169:1 170:5
224:7,24
**1,000**
183:22
**1.2**
111:3
**1.3**
111:3,16
**1.5**
108:16,17 111:16
**1.6**
84:5
**1.75**
104:23 106:9
**1:01**
123:15
**1:09**
123:16
**10**
3:20,22 10:12 72:1
82:13 114:24
151:15,18 155:24
159:23 160:6
161:13
**10:35**
1:12
**10:35AM**
4:5,10,15,20
**10:36AM**
4:25 5:5,10,15,20,25
**10:37AM**
6:20
**10:38AM**
6:25 7:5,10
**10:39AM**
7:15,20,25
**10:49AM**
8:5,10
**10:50AM**

8:15,20,25 9:5,10,15
**10:51AM**
9:20,25 10:5,10,15
10:20
**10:52AM**
10:25 11:5,10,15,20
11:25
**10:53AM**
12:5,10,15,20,25
**10:54AM**
13:5,10
**10:55AM**
13:15,20,25 14:5
**10:56AM**
14:10,15,20,25
**10:57AM**
15:5,10,15,20,25
**10:58AM**
16:5,10,15,20,25
**10:59AM**
17:5,10,15,20,25
**100**
65:25 106:14,16
178:6 198:23
213:24 214:9
**100,000**
135:14
**100-pound**
123:9
**1099**
179:2
**11**
3:13,18,23 10:16
82:13,14 170:4,5
**11:00AM**
18:5,10,15,20,25
**11:01AM**
19:5,10,15
**11:02AM**
19:20,25 20:5,10,15
**11:03AM**
20:20,25 21:5
**11:04AM**
21:10,15,20
**11:05AM**
21:25 22:5,10,15,20

**11:06AM**
22:25 23:5,10,15,20
**11:07AM**
23:25 24:5,10,15,20
**11:08AM**
24:25 25:5,10,15
**11:09AM**
25:20,25 26:5,10
**11:10AM**
26:15,20,25 27:5,10
**11:11**
27:23
**11:11AM**
27:15,20
**11:19**
27:24
**11:19AM**
27:25 28:5,10,15,20
**11:20AM**
28:25 29:5,10,15,20
**11:21AM**
29:25 30:5,10,15,20
**11:22AM**
30:25 31:5,10,15
**11:23AM**
31:20,25 32:5,10
**11:24AM**
32:15,20,25 33:5
**11:25AM**
33:10,15,20,25
**11:26AM**
34:5,10,15,20
**11:27AM**
34:25 35:5,10,15,20
**11:28AM**
35:25 36:5,10,15
**11:29AM**
36:20,25 37:5,10
**11:30AM**
37:15,20,25 38:5,10
**11:31AM**
38:15,20,25 39:5,10
**11:32AM**
39:15,20,25
**11:33AM**
40:5,10,15,20,25



**11:34AM**
41:5,10,15,20,25
**11:35AM**
42:5,10,15,20
**11:36AM**
42:25 43:5,10,15
**11:37AM**
43:20,25 44:5,10,15
44:20,25
**11:38AM**
45:5,10,15,20,25
**11:39AM**
46:5,10,15,20
**11:40AM**
46:25 47:5,10,15,20
**11:41AM**
47:25 48:5,10,15
**11:42AM**
48:20,25 49:5,10
**11:43AM**
49:15,20,25 50:5
**11:44AM**
50:10,15,20,25 51:5
**11:45AM**
51:10,15,20,25 52:5
**11:46AM**
52:10,15,20
**11:47AM**
52:25 53:5,10,15,20
53:25
**11:48AM**
54:5,10,15,20
**11:49AM**
54:25 55:5,10,15,20
**11:50AM**
55:25 56:5,10,15
**11:51AM**
56:20,25 57:5,10
**11:52AM**
57:15,20,25 58:5
**11:53AM**
58:10,15,20,25 59:5
**11:54AM**
59:10,15,20,25
**11:55AM**
60:5,10,15,20,25

**11:56AM**
61:5,10,15,20
**11:57AM**
61:25 62:5,10
**11:58AM**
62:15,20,25 63:5,10
63:15
**11:59AM**
63:20,25 64:5
**12**
3:24 77:8 191:6
192:5 193:20 194:4
194:10 196:4
201:19
**12:00PM**
64:10,15,20,25 65:5
**12:01PM**
65:10,15,20,25 66:5
66:10
**12:02PM**
66:15,20,25 67:5
**12:03PM**
67:10,15,20,25
**12:04PM**
68:5,10,15,20,25
69:5
**12:05PM**
69:10,15
**12:06PM**
69:20,25 70:5,10,15
70:20
**12:07PM**
70:25 71:5,10,15
**12:08PM**
71:20,25 72:5,10,15
**12:09PM**
72:20,25 73:5,10,15
**12:10PM**
73:20,25 74:5,10,15
**12:11PM**
74:20,25 75:5,10
**12:12PM**
75:15,20
**12:13PM**
75:25 76:5,10
**12:14PM**

76:15,20,25 77:5,10
**12:15PM**
77:15,20,25 78:5,10
78:15
**12:16PM**
78:20,25 79:5,10,15
**12:17PM**
79:20,25 80:5,10,15
80:20
**12:18PM**
80:25 81:5,10,15
**12:19PM**
81:20,25 82:5,10,15
**12:20PM**
82:20,25 83:5,10,15
**12:21PM**
83:20,25 84:5,10
**12:22PM**
84:15,20,25 85:5,10
**12:23PM**
85:15,20,25 86:5
**12:24PM**
86:10,15,20,25 87:5
87:10
**12:25PM**
87:15,20,25 88:5,10
88:15
**12:26PM**
88:20,25
**12:27PM**
89:5,10,15,20,25
**12:28PM**
90:5,10,15,20
**12:29PM**
90:25 91:5,10,15,20
**12:30PM**
91:25 92:5,10,15
**12:31PM**
92:20,25 93:5,10,15
93:20
**12:32PM**
93:25 94:5,10,15,20
**12:33PM**
94:25 95:5,10,15,20
**12:34PM**
95:25 96:5,10,15,20

96:25
**12:35PM**
97:5,10,15,20,25
98:5
**12:36PM**
98:10,15,20,25
**12:37PM**
99:5,10,15,20,25
100:5
**12:38PM**
100:10,15,20,25
101:5
**12:39PM**
101:10,15,20,25
**12:40PM**
102:5,10,15,20,25
103:5
**12:41PM**
103:10,15,20,25
**12:42PM**
104:5,10,15,20
**12:43PM**
104:25 105:5,10,15
105:20
**12:44PM**
105:25 106:5,10,15
106:20
**12:45PM**
106:25 107:5,10,15
107:20
**12:46PM**
107:25 108:5,10,15
108:20
**12:47PM**
108:25 109:5,10,15
109:20,25
**12:48PM**
110:5,10,15,20,25
**12:49PM**
111:5,10,15,20,25
**12:50PM**
112:5,10,15,20,25
**12:51PM**
113:5,10,15,20
**12:52PM**
113:25 114:5,10,15



**12:53PM**
114:20,25 115:5,10
 115:15,20
**12:54PM**
115:25 116:5,10,15
 116:20,25
**12:55PM**
117:5,10,15,20,25
**12:56PM**
118:5,10,15,20,25
 119:5
**12:57PM**
119:10,15,20,25
 120:5,10
**12:58PM**
120:15,20,25 121:5
 121:10
**12:59PM**
121:15,20
**120**
77:8 203:1
**125**
79:14
**1287**
132:9
**1287-1298**
132:10
**1291**
135:1
**1294**
136:7
**1298**
132:9
**1299**
191:4
**1299-1307**
3:24 191:6
**13**
3:3 32:12 33:13
 34:15 36:10 79:19
 201:20
**1300**
82:9
**1302**
77:2,2
**1307**

191:4
**137**
3:17
**138**
3:18
**14**
169:9
**144**
3:19
**147**
3:20
**149**
3:21
**15**
27:20 114:25 130:22
 130:24,24 169:9
 212:12
**151**
3:22
**1538**
75:1
**1539**
69:12 71:17 75:2
**16**
3:4,15 57:6
**16th**
224:21
**17**
3:5
**17th**
2:8
**170**
3:23
**1700**
2:8
**1708**
77:17
**18**
3:22
**19**
3:16
**191**
3:24
**1976**
12:25
**1999**

12:22

---

**2**

---

**2**
3:14,20 8:6 79:12,15
 79:25 89:25 94:22
 101:7 108:6 147:8
 147:10 171:21
**2:45**
200:14
**2:58**
200:15
**20**
108:3,3 121:5 130:17
 130:22,24 145:5
 212:12
**20,000**
126:6
**200**
2:12 3:5 103:25
 208:5
**200,000**
120:11
**2000**
12:22 18:23 24:4
 201:13
**2002**
42:19
**2004**
42:19 201:13
**2006**
24:4 28:4,6
**2007**
24:4 28:7 31:20 39:5
 201:19
**2007-ish**
31:22
**2008**
31:20 188:1
**201**
2:8
**2010**
42:22
**2011**
41:25 43:2,16 44:8
 54:12

**2012**
41:25
**2013**
31:15,20,22 188:1
**2014**
188:1,2
**2015**
57:6,7 71:25 72:1
**2016**
57:6 58:10
**2017**
58:9
**2020**
188:5
**2021**
188:21,23,25 201:19
**2022**
188:19
**2023**
1:11 188:16 224:21
 225:7,20
**2024**
224:24
**216**
3:6
**22**
3:21
**2202**
151:16 152:11
**2202-2228**
3:22 151:18
**2204**
152:17
**2228**
151:16 152:11
**223**
224:7
**224**
3:7
**225**
3:8
**226**
3:9 225:4
**23**
3:17
**25**



130:18 145:5
216:17
**280**
105:12,13

---
**3**
---

**3**
3:15,21 8:16 69:16
79:18 140:2 149:20
149:22 213:10
**3.5**
104:4,6,8 105:8
**3:29**
1:12 223:19
**30X100-936000**
2:15
**30(b)(6)**
4:3 173:22
**301**
2:12
**30363**
2:9
**31210**
2:4

---
**4**
---

**4**
1:11 3:16 8:24 75:19
87:11 88:15 225:7
**40**
108:3,13
**404.322.6000**
2:9
**45**
27:18 36:13 39:23
124:5
**46**
36:9
**46th**
36:9
**478.405.0300**
2:5
**489**
36:9
**497**
75:22

**497-529**
3:16 75:19
**498**
78:9

---
**5**
---

**5**
3:14,17,23 9:5 108:6
108:15 137:23
**5:22-cv-00212-CAR**
1:5
**50**
36:13 39:23 124:5
**500**
83:13
**51**
170:4
**529**
75:22
**5931**
71:25 72:4,4

---
**6**
---

**6**
3:3,4,18,24 9:13
138:11 140:17
**60**
3:14
**60s**
108:14
**60,000**
135:13
**609.986.1386**
2:13
**6320**
2:4
**69**
3:15

---
**7**
---

**7**
3:19 9:19 32:12
33:13 34:15 36:10
140:13 144:1 147:4
148:19 180:23
**70**

79:21
**70-1**
47:22
**7002**
148:8
**75**
3:16
**770**
46:18,18,24 47:15
48:19,20 49:1,5
50:20 51:18 56:13
66:13,16 67:1,10,24
77:18 88:24 89:20
175:24 204:4,5
**770s**
56:24 84:13
**770-1**
46:19,24 47:14 48:3
48:18
**780**
46:19,24 48:20 52:20
66:12,17,22 67:3,7
67:8 71:9,10,17
77:18 88:24 89:20
90:2,4,5 131:13
138:17 175:24
203:1,9 204:4,6
**780P**
71:10,11,12,18
**780s**
59:1,2,5,6 89:8,9,12
**780-1**
60:22
**790**
46:19,24 47:4 48:20
66:12 88:24 89:20
175:24

---
**8**
---

**8**
3:13,20 9:24 147:5
147:10 149:12
**80**
68:3,20 79:20
**82**
106:25

**85**
106:25
**866-624-6221**
1:20

---
**9**
---

**9**
3:21 10:8 149:22
**90**
68:3,20
**9000**
16:2,4
**9002**
16:2

