IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **EDWARD A. COPELAND AND SHERYL COPELAND,**<br><br>  Plaintiffs,<br><br>vs.<br><br>**TRISTAR PRODUCTS, INC., and ABC, INC.,**<br><br>  Defendants. | **CIVIL ACTION NO. 5:22-cv-00212-CAR** |

**PLAINTIFFS' MOTION TO WITHDRAW OR AMEND RESPONSES TO REQUEST FOR ADMISSIONS**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiffs respectfully move to withdraw or amend their responses to Defendant Tristar Products, Inc. ("Tristar") Request for Admission No. 15. As set forth in the brief filed with this motion, withdrawal or amendment of these responses should be allowed to promote the presentation of the merits of the facts and because it will not prejudice Tristar in maintain or defending the action on the merits.

  Respectfully submitted,

  This 11th day of March, 2024.

**REYNOLDS, HORNE & SURVANT**

| | |
|---|---|
| 6320 Peake Road | */s/ Marty K. Senn* |
| P.O. Box 26610 | MARTY K. SENN |
| Macon, Georgia 31210 | Georgia Bar No.: 513896 |
| Telephone: (478) 405-0300 | *Attorney for Plaintiff Edward A. Copeland and* |
| Facsimile: (478) 405-0550 | *Sheryl Copeland* |
| msenn@reynoldsinjurylaw.com | |

## **CERTIFICATE OF SERVICE**

This is to certify that on this date, the undersigned served a true and correct copy of the foregoing pleading with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service through the CM/ECF system to:

Sanjay Ghosh
Steven H. Campbell
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
sanjay.ghosh@nelsonmullins.com
steven.campbell@nelsonmullins.com
*Attorneys for Defendant*

David S. Osterman, Esq.
Thaddeus J. Hubert, IV, Esq.
Goldberg Segalla
301 Carnegie Center, Suite 200
Princeton, NJ 08540
dosterman@goldbergsegalla.com
thubert@goldbergsegalla.com
*Attorneys for Defendant*

This 11th day of March 2024.

**REYNOLDS, HORNE & SURVANT**

| | |
|---|---|
| 6320 Peake Road | */s/ Marty K. Senn* |
| P.O. Box 26610 | MARTY K. SENN |
| Macon, Georgia 31210 | Georgia Bar No.: 513896 |
| Telephone: (478) 405-0300 | *Attorney for Plaintiffs Edward A. Copeland and* |
| Facsimile: (478) 405-0550 | *Sheryl Copeland* |
| msenn@reynoldsinjurylaw.com | |