# Exhibit C

BURNS XXX (2021) XXX–XXX



ScienceDirect

journal homepage: www.elsevier.com/locate/burns

# Characterization of the release of heated and pressurized water from a pressure cooker

R.S. Giachetti[*,1], A. Hardyniec

*Exponent, Inc., 525 W. Monroe #1050, Chicago, IL, United States*

ARTICLE INFO

*Article history:*
Accepted 21 October 2020
Available online xxx

*Keywords:*
Pressure cooker
Scald
Dispersion
Explosion
Flash boil

ABSTRACT

Recently, self-heating consumer pressure cookers have found reinvigorated use with consumers wanting faster, more convenient, and healthier cooking. With the increased popularity, injury reports have also increased. Hazards associated with dispersion from pressurized vessels, although qualitatively understood through elementary scientific principles, have not been experimentally characterized in the literature, nor has the human ability to respond to a sudden dispersion of contents been directly reviewed. This study examined the consequence of volume and pressure on the dispersion of hot water from a typical 6 quart pressure cooker contacting a clothed user. This study found that both pressure and volume level influence the dispersion of contents after lid opening as well as the lid departure speed. Results also indicate that the speed of both the departing lid and the dispersing liquid occurred quicker than a bystander, within arm's reach, can consciously react to avoid or to shield themselves from the hot contents. The results confirmed analytical analyses found in the literature that a single layer cotton shirt (e.g., a t-shirt) saturated with water is more likely to trap hot liquid, increasing the likelihood of a more severe burn in that area due to prolonged skin contact.

© 2020 Published by Elsevier Ltd.

## 1. Introduction

Pressure cooking has been used for hundreds of years in the home and industrial settings [1,2]. Recently, pressure cookers have found a reinvigorated use in the consumer kitchen through marketing of faster, healthier and more nutritious cooking [3]. Automatic temperature monitoring and control is also used to advertise increased convenience with reduced risk of injury as compared to over-the-stove style pressure cookers that do not automatically control their own heat source [4,5].

Along with the increased popularity of pressure cooking, reports of scald injuries associated with the release of hot contents onto users have also become more widespread [6,7]. Using Saferproducts.gov/search/ indicates at least 28 complaints have been reported to the US government regarding pressure cookers or canners between January 1 of 2010 and December 31 of 2015. These reports include indications that there was an explosion, an explosive separation of the lid from the base, or an unanticipated explosive release of the contents that caused scald injuries. The severity of these scald injuries can involve extended medical treatment since the reported injuries range from 1st to 3rd degree burns across both large and small areas of the body, such as the face, chest, hands, and arms. Scald injuries require a dosage of heated liquid in contact with the skin over time, that is, a scald injury requires

---

* Corresponding author.
  E-mail address: Rgiachetti@exponent.com (R.S. Giachetti).
¹ Partial funding for the experimental work was provided by Tristar Products, Inc. Tristar did not provide any funding for the portion of the work related to analysis or authoring of this manuscript.
https://doi.org/10.1016/j.burns.2020.10.020
0305-4179/© 2020 Published by Elsevier Ltd.

Please cite this article in press as: R.S. Giachetti, A. Hardyniec, Characterization of the release of heated and pressurized water from a pressure cooker, Burns (2021), https://doi.org/10.1016/j.burns.2020.10.020

both a combination of time and temperature to achieve necrosis across the layers of skin [8–12]. While a qualitative understanding of the expulsion shape, temperature and pressure can be determined given an elementary first principles analysis, there has not been an experimental study published that characterizes the temperature, speed, or trajectory of liquid as it departs a suddenly opened pressurized cooker at a given pressure and or volume. Internal pressures up to 4 PSI (27.6 kPa) above atmospheric were investigated, which appeared to be above the limit of a single human's opening ability,[2] even with the locking mechanism defeated. In addition to the experimental characterization of the dispersion of hot water, this study also discusses the results in the context of a person's capability to reflexively respond to the unexpected liquid dispersion and, likewise, their capability to avoid the scald hazard.

## 2. Background

Pressure cookers function on the principle that increasing the vapor pressure of a liquid will enable the liquid to boil at a higher temperature than it would at ambient pressure. This characteristic allows the water in a pressure cooker to reach a higher temperature as compared to boiling water in a container that is open to the atmosphere, such as when boiling water in a pot on a stove with no lid or lid that can vent. Commercially-available, self-heating, consumer pressure cookers typically reach maximum pressures around 10–12 PSI (68.9–82.7 kPa) above ambient, i.e., gauge pressure, PSIg (kPag), during a cooking cycle,[3] allowing tap water to be heated to approximately 121 °C (250 °F). Because the water in the pressure cooker is at a temperature above the ambient boiling point, suddenly opening a pressure cooker typically causes a rapid phase transition of liquid to gas, also known as a flash boil. That is, because the superheated water is quickly depressurized, the whole volume usually boils at once given that there is a nucleation site within the volume. The flash boil may cause a boil over condition, similar to that of a typical pot of boiling water. The flash boil may also both release steam and disperse liquid water in the form of globules, droplets, or spray that leave the pressure cooker in a parabolic trajectory consistent with projectile motion. As demonstrated in the experiments performed as part of this study, once an unobstructed lid has fully departed, the contents will also leave the pressure cooker symmetrically around the perimeter of the pressure cooker. This outcome is also predicted by first principles perspective because the pressure cooker pot, pot opening, heating element, and surrounding housing is symmetric about the vertical axis. Therefore at steady state, the distribution of temperature is axisymmetric about the vertical axis of the pot and, due to the symmetries in temperature and physical constraints, the resulting motion is stochastically and axisymmetrically distributed. The degree to which the initial departure is more radial or vertical depends on the initial level of the liquid inside relative to the height to the top of the vessel and the pressure prior to opening. However, the speed that the liquid departs as a result of the flash boil is dependent on the amount of usable energy ("exergy") contained within the liquid, see e.g., Ref. [13]. This study applies a scientific approach to systematically characterize the temperature and geometric dispersion of water after the lid has been opened at different levels of fill and internal pressure/water temperature.

## 3. Methods

### 3.1. Test pressure cooker

Contemporary electronic (self-heating) pressure cookers demonstrate similar shape, size and design characteristics. A Tristar model PPC-770 was selected as the test pressure cooker. The geometry and method of lid operation of the Tristar Model PPC-770 pressure cooker is representative of typical 6 quart (5.7 L) pressure cookers sold commercially, and it is widely available. The general dimensions of a 6 quart pot are approximately 10″ (25 cm) in diameter and 6″ (15 cm) in height, while the exterior dimensions are generally on the order of 10% larger. Its features are also consistent with larger pressure cookers on the market that also utilize the same style of features.

To fully close these pressure cookers, the lid is placed on top of the unit and rotated approximately 30 degrees. When the lid is fully closed, the single diametral handle of the PPC-770 lid aligns with the two handles on each side of the base. While pressurized, the lid is held onto the base by interference between tabs on the lid and the base that are engaged through the rotation of the lid. The pressure cooker features two passive mechanisms to help prevent unintended opening: a pressure-driven valve ("float valve") that engages a locking mechanism to interfere with lid rotation while cooking. A weighted manual pressure release valve is configured to automatically ventilate if an overpressure event is encountered; this valve can also be manually opened to quickly release internal pressure. While voluntary industry standards for over-the-stove pressure cookers require a locking mechanism intended to prevent a single user from inadvertently opening the lid while pressure cooking (see UL 136), there is no industry standard that directly addresses a lid locking mechanism for self-heating pressure cookers such as the test unit.

### 3.2. Test pressure cooker modifications

Because the intent of the study was to open the pressure cooker while pressurized, that is, to operate the unit under abnormal conditions, performing actions contrary to the manufacturer's recommendations (e.g., *Never force open the pressure cooker* or *Do not open the unit until all internal pressure has been released*.), and measure the internal temperature and pressure, modifications to the pressure cooker were required. First, the pressure-driven locking function was disabled by shortening the float valve such that it could not engage the other components of lid locking mechanism when the unit

---

[2] Single person, without tool usage.
[3] Maximum pressure is not generally held steady; units generally oscillate between a moderate pressure and high pressure during a cooking cycle.

Please cite this article in press as: R.S. Giachetti, A. Hardyniec, Characterization of the release of heated and pressurized water from a pressure cooker, Burns (2021), https://doi.org/10.1016/j.burns.2020.10.020




**Fig. 1 – Test setup.** Left: Representative test setup representation showing mannequin location and camera locations in the test enclosure (cameras indicated by cubes). Right: Photograph of the test setup indicating the position of the mannequin relative to the pressure cooker, the pressure cooker instrumentation tap (1), and strap wrench lever arm balanced on a rail for lid removal (2). The thin rubber strap of the strap wrench is wrapped around the lid.

was pressurized. Next, thin, low-friction tape was applied to both sides of the mating surfaces to reduce the opening effort required for lid rotation under pressure, reducing friction resulting from the approximately 80 pounds (356 N) of clamping force between lid and base per PSIg of internal pressure. Finally, the manual pressure relief valve was replaced by a fitting that allowed remote measurement and manual control of temperature and pressure via placement of a thermocouple into the unit and a sealed valve used for pressure regulation.

### 3.3. Test setup and procedure

Typical operation of modern electric pressure cookers involves use on a kitchen countertop. To capture this aspect of typical operation a female mannequin was positioned in front of the pressure cooker so that their relative heights matched the stature a 50th percentile female (63″, 160.0 cm) in front of a pressure cooker on a US architectural standard height countertop (36″, 91.4 cm). The adult female mannequin surrogate was positioned at arm's length from the center of the pressure cooker that was fixed to a test platform. The center of the chest was approximately 6 $\frac{1}{2}$″ (16.5 cm) from the edge of the pressure cooker (measured horizontally) and the chin was approximately 12″ (30.5 cm) from the edge of the pressure cooker pot. A dry, sleeveless cotton shirt (Fruit of the Loom A-Shirt) was placed on the mannequin before each trial. The mannequin, platform, and pressure cooker were all located within an 8′ × 8′ × 8′ (244 cm × 244 cm × 244 cm) safety enclosure.

The base of the PPC-770 was rigidly affixed to the immobile test platform surface. A strap wrench (a lightweight, rubber belt with an approximate 6″ (15 cm) hollow aluminum lever attached) was wrapped around the lid and positioned to provide the opening torque to the lid while the base was fixed to the test fixture. Rails were used with the strap wrench to ensure the opening forces applied to the lid were in the plane of the lid and that the weight of the strap wrench handle did not influence the lid trajectory. The test setup enabled the strap wrench to disengage upon the initial vertical movement of the lid, allowing the lid to move freely after opening. The handle of the strap wrench was attached to a nylon rope and ran outside the safety enclosure to the operator. A lightweight and slack tether that did not interfere with lid opening was also attached to the lid to restrain it from contacting the ceiling or floor of the enclosure after opening. When the desired test pressure was achieved, the rope was pulled and the wrench opened the lid, disengaging from the lid at the same time.

To capture the kinematics of the lid opening event and measure the temperature of the ejecting fluid, five cameras were positioned around the periphery of the enclosure as shown in Fig. 1. A camera positioned to the right of the mannequin provided an overall view of the enclosure and recorded at 24fps with a resolution of 1920 × 1080. A second camera (GoPro Hero 8),[4] positioned to the left of the mannequin, captured the high-speed behavior recording at 240fps with a resolution of 1920 × 1080. A third camera (FLIR E95), positioned at the front-left of the mannequin, measured thermal data at 30fps with a resolution of 640 × 480. The thermal camera provided a temperature accuracy of ±2 °C (±3.6 °F) in an overall range of −20 °C to 120 °C (−4 °F to 248 °F). Prior to testing, the thermal camera emissivity was selected for water (0.96). Once entered, the FLIR readings were verified for the expected near-boiling temperatures using a hot water bath with a submerged, calibrated thermometer. Thus, results herein are only provided for water on the mannequin. Water temperatures for airborne droplets are not included because steam and/or water vapor may have obscured the water from the thermal camera.

### 3.4. Test conditions

The internal pressure and fill volume were systematically varied in order to assess the dispersion of water under different pressurized conditions. The parametric study was chosen to include combinations of four fill levels and four pressures. The fill levels included 20 cups ("full fill"), 10 cups ("half full"[5]), 6 cups and 4 cups (4.7, 2.4, 1.4, and 0.9 L,

---

[4] In 3PSIg trials, two other, identical, high speed cameras (gray in Fig. 1) were acquired and also recorded at 240fps (1920 × 1080), one of which was placed over the shoulder of the mannequin, and the other was placed at approximately eye level of the mannequin but on the opposite side of the pressure cooker.

[5] "Half full" nominally represents half of the maximum recommended fill volume of the pot.

Please cite this article in press as: R.S. Giachetti, A. Hardyniec, Characterization of the release of heated and pressurized water from a pressure cooker, Burns (2021), https://doi.org/10.1016/j.burns.2020.10.020

| Table 1 – Qualitative visual results. Color coding provides an indication of how much water contacted the mannequin surface/shirt from arm's length away. | | | | |
|---|---|---|---|---|
| Nominal volume (cups) | Pressure (PSIg) | | | |
| | 1 | 2 | 3 | 4 |
| 4 | No expulsion, lid remains on top of pressure cooker | Not performed[a] | Splash, no surge. Droplets on chest. | Spatter on chest, neck, face. Column. |
| 6 | No expulsion, lid remains on top of pressure cooker | Droplets on hands. Splash, but, no surge. | Splash. Droplets on chest, neck, face, & arms. Column. | Spatter on chest, neck, face. Column. |
| 10 (half full) | Several droplets of water contact torso area. | Surge. Droplets on arms. Water disperses in all directions. | Spatter on face neck chest & shoulders. Chest wetted. Column | Spatter on face, neck, chest shoulders. Column. |
| 20 | Wetted lower torso and arms. Surge on sides of unit. | Wetted Chest, neck, face, shoulders. Column. | Wetted Chest shoulders neck face. Column. | Wetted Chest, face, neck, arms. Column. |

[a] Trial eliminated due to results of 6 Cups @2 PSIg; color represents worst-case based on known information.

respectively). Pressures examined were 1, 2, 3, and 4 PSIg (6.9, 13.8, 20.7, 27.6 kPa above ambient). These pressures are all below normal cooking pressure, but are levels at which, under normal operating conditions, the locking mechanism would still be engaged as the pressure cooker cools and depressurizes.[6]

For each trial, the pressure cooker's inner pot was filled with tap water to the desired level according to the markings in the pot. With the inner pot in the pressure cooker unit, the instrumented lid was closed and rotated to the locked position per the manufacturer's instructions. The pressure cooker was energized and a cooking cycle was activated. As the pressure approached the desired level, the unit was unplugged and the pressure regulated to the desired level using the manual valve attached to the lid along with natural cooling; both methods of regulation were performed manually outside of the safety enclosure. The video and data recording commenced as the desired conditions were approached. With all operators outside of the test enclosure, with the unit at the desired pressure, the strap wrench rope was pulled to rotate the lid to the open position. Video recording and data collection were stopped shortly thereafter. After each trial, the enclosure was visually reviewed and photographed. After performing a trial, the pressure cooker, test platform, and mannequin surrogate were wiped dry and the mannequin was changed into a dry shirt before commencing with the next trial.

A lab test safety plan was created and then approved by an Exponent Safety Reviewer prior to testing.



Fig. 2 – Splash condition of water out of pressure cooker for half filled, 10 cup, 1 PSIg (2.7 L, 6.9 kPag) trial. Several water droplets disperse from the unit, but water does not contact the mannequin.

## 4. Results

### 4.1. Fluid dispersion

The water dispersion was characterized for the pressures and fills tested using the video data. At the lowest pressures and fills (e.g., 1 PSIg, 4 cups), no water escaped the pressure cooker while at the highest pressures and fills (e.g., 4 PSIg, 20 cups), water, vapor, and steam were dispersed from the pressure cooker. At a pressure of 1 PSIg, the water temperature was

[6] For example, at 4 PSIg (27.6 kPag) a 10-inch (25 cm) sealing diameter will generate approximately 300 lbs (1.33 kN) of upward force on the lid and the temperature of water inside would be approximately 107 °C (225 °F), a temperature exceeding the boiling point of water under atmospheric conditions.

Please cite this article in press as: R.S. Giachetti, A. Hardyniec, Characterization of the release of heated and pressurized water from a pressure cooker, Burns (2021), https://doi.org/10.1016/j.burns.2020.10.020

JBUR 6274 No. of Pages 11

ARTICLE IN PRESS

BURNS XXX (2021) XXX–XXX

5



Fig. 3 – Pressure cooker with 20 cups (4.7 L) compared at various pressures. Frames captured approximately 1/10th of a second (3 frames) after lid release. Lid removal was not synchronized with the camera, and lid removal is within approximately one-half frame (2/30th of a second) of the time datum.



Fig. 4 – 3 PSIg (20.7 kPag) pressure comparison by volume 3 frames (~1/10 s) after opening.[12] For the 10 and 20 cup conditions, the mannequin's chest had already become heated above ambient by the expulsion and became visible to the FLIR, whereas for the 4 and 6 cup fills, the mannequin was still at ambient temperature (approximately 25.5 °C) and below the lower threshold set on the FLIR.

Please cite this article in press as: R.S. Giachetti, A. Hardyniec, Characterization of the release of heated and pressurized water from a pressure cooker, Burns (2021), https://doi.org/10.1016/j.burns.2020.10.020



Fig. 5 – Comparison of 3 PSIg (20.7 kPag) trials at 4 frames open (4/30th second) after lid release (left) and then 7 frames (7/30th second after lid release (right). The face of the mannequin, including the forehead, was spattered with the dispersed contents at 4/30th second and completely wetted at 7/30th second for the 20 cup (4.7 L) condition. Several frames later (see Fig. 6), the contents were visibly (FLIR) distributed at elevated temperatures on the walls behind the mannequin and pressure cooker.



Fig. 6 – Comparison of 10 and 20 cup (2.4 and 4.7 L) fills, 6.0 s after lid release indicating that the cotton shirt remains saturated and at an elevated temperature compared to the face and arms. Brightness of these images has been increased by 20%.

approximately 101 °C (214 °F) within the unit, while at 4 PSIg the internal pressurized water temperature reached 107 °C (225 °F).[12] Table 1 presents the qualitative results of the study including color-coded indications of the coverage of the mannequin with water; green indicates low or no coverage, red indicates general coverage of the mannequin that is not localized and constitutes contact with water greater than droplet sized globules with water dispersing in all directions, and yellow represents intermediate coverage. These results were determined using video and thermal data as well as the examination the mannequin following each test. Categorization of the dispersion descriptions in the table are as follows:

- No expulsion: No liquid left the unit.
- Surge: Water flows over the rim of the vessel, but does not become airborne as it exits the vessel, i.e., a boil over.
- Splash: Similar to Surge condition, but limited amounts of liquid become airborne.
- Column: Liquid travels upward and above the rim of the vessel.
- 

- Droplets: Limited amount of droplets (e.g., raindrop size) of water escape the vessel as projectiles. Does not likely pose an unacceptable risk to a user.
- Spatter: Similar to droplets but larger droplet size. Creates wetted areas on the mannequin that were visibly larger than the diameter of the droplet size.
- Wetted: Surface is covered in liquid. Clothing is saturated.

### 4.2. Dispersion of liquid in the enclosure and on the mannequin

In general, no expulsion occurred for pressure of 1 PSIg (6.9 kPag) with a fill level of half or less (Table 1, green). For intermediate pressures and fill levels, some surge or splash occurred resulting in droplets on the mannequin (Table 1, yellow; Fig. 2). Trials with a pressure of 4 PSIg (27.6 kPag) or higher fill volumes (half to full) resulted in the majority of the water being dispersed from the unit and contacted the mannequin in either spatter or wetting condition (Table 1, red). Fig. 3 augments the observations in Table 1 by illustrating how increasing the pressure resulted in an increase in dispersion with a trend toward more vertical expulsion at higher pressures. Similarly, Fig. 4 augments the observations in Table 1 by illustrating how increasing the fill level decreased the distance the water at the top of the fill had to travel to exit

---

[12] This is approximate because the lid opening was not aligned with the initiation of a frame, but this duration represents the longest time period because frame number was rounded up.

Please cite this article in press as: R.S. Giachetti, A. Hardyniec, Characterization of the release of heated and pressurized water from a pressure cooker, Burns (2021), https://doi.org/10.1016/j.burns.2020.10.020

| Table 2 – Lid kinematics observed at various pressures and fill volumes. | | | | |
|---|---|---|---|---|
| Nominal volume (cups) | Pressure (PSIg) | | | |
| | 1 | 2 | 3 | 4 |
| 4 | Burp | Not performed[a] | Intermediate | Vertical |
| 6 | Burp | Intermediate | Intermediate | Vertical |
| 10 (half filled) | Burp | Intermediate | Vertical | Vertical |
| 20 | Intermediate | Vertical | Vertical | Vertical |

[a] Trial eliminated due to results of 6 Cups @2 PSIg; color represents worst-case based on known information.

the pot. Increasing the fill level decreased the head space above the water surface, causing depressurization and the flash boil to occur nearly instantly, whereas the flash boil was delayed in lower fill levels with comparatively larger head space. The higher fill levels also permitted a more radial pattern due to the proximity of the water to the top of the pot, whereas the lower fill levels were constrained by the sides of the pot and were directed more vertically. Comparison of the thermal data also demonstrated the coverage of the contents dispersed from the pressure cooker onto the mannequin and the trajectory of the contents (Fig. 5).

The contents that contacted the mannequin generally took one of two paths: direct or indirect from the ceiling. With the direct trajectory, the contents traveled from the pressure cooker and contacted the mannequin without contacting anything else first. With indirect trajectory the contents traveled in a high arc, contacted the tarp ceiling, and dripped/drained down onto the mannequin. The indirect water thereby provided a second dosage of water to the mannequin. Typically, the indirect trajectory occurred at higher pressures and fill volumes.

For either trajectory, the contents quickly drained from the plastic surface of the mannequin. While the surface of the mannequin is not likely representative of both the usual temperature and the thermal properties of human skin, the cotton shirt worn by the mannequin is representative of a typical garment. The cotton shirt trapped and maintained the water at elevated temperatures against the room-temperature surface of the mannequin (Fig. 6).

### 4.3. Lid departure kinematics

The lid departure following separation varied with different pressure and fill configurations (Table 2). Lid departure was defined in one of three ways:

- "BURP" — In general, the lid "burped," demonstrating depressurization with small upward movement, not greater than the approximate height of the lid itself.
- "INTERMEDIATE" — The lid moved off of the base of the pressure cooker at a height greater than the approximate height of the lid but not above the chest. The lid was not necessarily propelled by a vertical column of water that followed lid release.
- "VERTICAL" — The lid moved rapidly upward, propelled by a column of water and or steam.

Fig. 7 provides a visual comparison between the Intermediate and Vertical behaviors.

The speed of the lid varied with both pressure and fill level, not pressure alone (Table 2). In general, the speed of the lid increased with an increase in fill level or pressure, with the former due to the addition of liquid flow to pressure in propelling the lid. In the 4 PSIg Vertical kinematic cases (Table 2) trials showed a doubling of speed between the 4 and 20 cup conditions (approximately 8 mph, or 3.6 m/s, compared to approximately 16 mph, or 7.2 m/s) while the 2 PSIg full trial had the lowest departure speed (approximately 4 mph, or 1.8 m/s). In the testing, the chin of the mannequin was less than one foot from the top of the lid. Had the mannequin been leaning over



Fig. 7 – Comparison of trajectories at different test pressures. Images taken in the 10 cup (half-filled) condition at the apex of the trajectory (where applicable). (A) 1 PSIg. Burp condition. (B) 2 PSIg. Intermediate condition. (C) 3 PSIg. Vertical Trajectory condition. (D) 4 PSIg. Vertical Trajectory condition (lid leaving video frame).

Please cite this article in press as: R.S. Giachetti, A. Hardyniec, Characterization of the release of heated and pressurized water from a pressure cooker, Burns (2021), https://doi.org/10.1016/j.burns.2020.10.020



Fig. 8 – Maximum temperature observed on the mannequin's clothing over time for 2 PSIg, full fill and 3 PSIg, full fill trials. The orange dashed line represents a severe scald injury threshold for exposures exceeding two seconds and spills (70 °C) [9].

Table 3 – Temperature (°C) of liquid on mannequin shirt via direct trajectory at first contact.

| Nominal condition | 1 PSIg | 2 PSIg | 3 PSIg | 4 PSIg |
|---|---|---|---|---|
| 4 cups | No expulsion | N/A[b] | 37 | 63 |
| 6 cups | No expulsion | Out of frame[a] | 44 | 38 |
| 10 cups | 31 | 44 | 65 | 50 |
| 20 cups | 87 | 80 | 74 | 51 |

Note: Highlighted cells indicate content temperatures above 60 °C.
[a] For this test case the contents did contact the mannequin hands but did not contact the shirt via direct trajectory.
[b] Test not performed.

Table 4 – Temperature (°C) of the liquid on mannequin shirt via indirect trajectory at first contact.

| Nominal Condition | 1 PSIg | 2 PSIg | 3 PSIg | 4 PSIg |
|---|---|---|---|---|
| 4 cups | No expulsion | N/A[b] | N/A[a] | 85 |
| 6 cups | No expulsion | N/A[a] | N/A[a] | 74 |
| 10 cups | N/A[a] | N/A[a] | 81 | 71 |
| 20 cups | N/A[a] | 74 | 84 | 47 |

Note: Highlighted cells indicate content temperatures above 60 °C.
[a] Direct trajectory only.
[b] Test not performed.

Table 5 – Dosage duration (seconds maximum temperature exceeded 70 °C) for each test. Maximum temperature was recorded from lid opening at any location in the camera frame, including both when the contents are airborne and when contact was made with the mannequin. Dosage increases with pressure and fill volume.

| Nominal condition | 1 PSIg | 2 PSIg | 3 PSIg | 4 PSIg |
|---|---|---|---|---|
| 4 cups | No expulsion | N/A[b] | 0.3 s | 1.3 s |
| 6 cups | No expulsion | Out of frame[a] | 0.3 s | 1.7 s |
| 10 cups | 0.4 s | 1.8 s | 3.9 s | 3.0 s |
| 20 cups | 0.9 s | 1.0 s | 4.0 s | 0.4 s |

[a] Expulsion contacted arms of the mannequin, out of frame of the thermal camera.
[b] Test not performed.

the pressure cooker for the 4 PSIg, full fill trial, the lid would have contacted the chin in less than 0.01 s after lid separation.

### 4.4. Thermal characterization

Using the FLIR video data, the temperature of the contents was determined at contact with the mannequin. As discussed in the previous section, both direct and indirect contact of the contents with the mannequin occurred in some trials. The temperature of the liquid inside of the pressure cooker was monitored using a thermocouple prior to lid separation. The internal water temperature just before opening ranged from 101 to 107 °C (214–225 °F) depending on the pressure (1 PSIg–4 PSIg, 6.9–27.6 kPag). The results presented below are only for water that is visible after contact via the FLIR and does not include individual droplets or airborne water.

Tables 3 and 4 show the temperatures on the mannequin's shirt at first contact for the direct and indirect trajectories. For higher pressures and fill levels, the majority of the contents' volume took an indirect trajectory to the mannequin due to its collected "column-like" dispersion, while the volume primarily made contact with the direct trajectory via droplets. The difference in the physical manifestation of the dispersion between the two types of trajectory provide the rational for the difference in contact temperatures. Droplets have a much larger surface area to total volume ratio as compared to a collected stream of the column-like dispersion of the indirect trajectory. As a result, the large slug of indirect trajectory water was at a higher temperature than the direct trajectory water when it made contact with the mannequin shirt. When the content escaped the pressure cooker in a more horizontal direction (surge or splash that also had both a lower speed and a lower surface to volume ratio than droplets), it was more likely to make direct trajectory contact with the mannequin.

At the highest pressure and fill volume the liquid temperatures contacting the mannequin were lower. The expulsion at these pressures and fill volumes were noticeably more energetic. The contents exited the inner pot in smaller droplets and with visibly more steam than the other test cases. It is possible that the increased surface area of these small droplets accelerated the cooling of the water, resulting in lower temperatures when contacting the mannequin. Conversely, when the contents exited the pressure cooker as a large slug of water, such as in the surge condition (e.g., 1 PSIg, 20 cups), the initial contact temperature of the water was measured to be higher than in other cases.

Because scalds result from a dosage of time and temperature, the cooling time of the liquid was reviewed. For the thermal data from each trial, the maximum temperature in each frame after exposure was examined to determine the dosage. Fig. 8 presents the transient temperature behavior for the 2 PSIg and 3 PSIg full fill trials. As shown in the figure, the temperature of the liquid on the clothing is above 70 °C for seconds after contact, which represents a severe scald hazard [9]. The trend for an increase in potential for greater dosages of hot water with an increase in pressure and/or fill volume was generally observed for the trials (Table 5). However, similar to

Please cite this article in press as: R.S. Giachetti, A. Hardyniec, Characterization of the release of heated and pressurized water from a pressure cooker, Burns (2021), https://doi.org/10.1016/j.burns.2020.10.020



Fig. 9 – Half full UL 136 test condition (10 cup), release at 1 PSIg, 2 PSIg, 3 PSIg, 4 PSIg (left to right). Several drops come out at low speed at 1 PSIg, while 3 and 4 PSIg releases demonstrate a substantial vertical dispersion accompanied by radial spray. The 1 PSIg condition is likely a negligible risk to users, while 2 PSIg poses a hazard to the torso, arm, and hand. In close proximity like this, blunt force facial injuries from contact with an unrestrained lid and subsequent liquid scalds are possible at pressures greater than 2 PSIg. Outlines (yellow) have been added for clarity. A pressure cooker that is jostled or tilted when opened poses a scald hazard in each of the conditions depicted, particularly if the user is closer than arm's length.

the results seen in Tables 3 and 4, the 4 PSIg, full fill condition unexpectedly showed a lower dosage due to the content kinematics and phase transformation discussed above.

## 5. Discussion

### 5.1. Industry standards

The relevance of industry standards to the discussion of pressure cookers involves the narratives of those injured indicating that the lids of pressure cookers spontaneously open with little to no effort or colloquially "explode", causing severe scalds.[7] It has also been documented that in cases where the lid separates and contacts a person, permanent skeletal injury can occur, see, e.g., Ref. [14]. Two voluntary industry standards that relate to pressure cookers are UL 1026 and UL 136. UL 136 is the voluntary standard that describes the qualification for over-the-stove pressure cookers "intended for use over gas- or electric-top burners of residential-type cooking ranges", according to its scope, while the scope of UL 1026 limits its coverage to electric household cooking appliances. UL 136 contains criteria for lid opening resistance while under pressure; the resistance is intended to oppose inadvertent opening of a pressure cooker by a single person. However, UL 1026 does not contain similar criteria, nor does it invoke UL 136.

According to UL 136, an over-the-stove pressure cooker lid must be able to withstand 100 pounds of force applied tangentially at the edge of the lid while half full with water. The opening load is applied while the pressure cooker is at maximum pressure, then heat is removed from the over-the-stove pressure cooker and it is allowed to cool while the load remains on the lid. There are two acceptable outcomes of this test: (1) the lid does not open before the pressure abates to ambient, or (2) the lid opens before the pressure abates with the restriction that it "shall not result in any displacement of the cover or escape of steam or water that would result in a risk of injury to persons".[8]

This study did not explicitly perform the UL 136 test to assess lid opening resistance.[9] The aim of our experiment was to provide insight into the consequences of opening a pressure cooker under similar conditions as are stated in UL 136. Beyond the scope of conditions stated in UL 136 (half full), additional test volumes were also investigated in our study. Therefore, our testing has provided insight into the consequences of opening a pressure cooker that are in harmony with the voluntary UL 136 testing conditions.

The results of this testing indicate that a 6 quart pressure cooker whose lid opens at 1 PSIg or less will likely meet the voluntary UL 136 guidelines. However, volumes and or pressures greater than half full at 1 PSIg will likely not pass (see, e.g., Table 5, Fig. 9, and Fig. 10).[10] These tests were performed with the base rigidly fixed to the test stands in harmony with the UL standard, and that may not necessarily be representative of user behavior. The act of manually opening the lid when the base is not restrained, as in typical home usage, especially at high fill volumes, has the potential to spill hot contents when opened, regardless of internal pressure or lack of dispersion under the UL 136 test conditions.

### 5.2. Scald injury potential

Scald injuries require a dosage of temperature and time of exposure. Scalds occur on skin coming in contact with hot liquid. Scald injuries can also be very localized, with sharp delineations between scalded and not scalded areas providing evidence to the nature of a burn [8–10]. Liquid temperature has been identified as the most critical parameter in scalds as compared to skin thickness and time of exposure [15].

---

[7] See, for example, https://www.thesun.co.uk/news/1365091/mum-horrifically-burned-in-pressure-cooker-explosion-was-holding-12-week-old-son-just-moments-before/.

[8] UL 136 (2013) Section 9.6.
[9] UL 136 excludes self-heating pressure cookers and UL 1026 does not include opening resistance criteria.
[10] UL 136 states pass/fail criteria in terms of risk. Risk is the product of frequency and severity for a given hazard. Thresholds are typically used to determine acceptable risk. UL 136 does not provide a threshold for acceptable risk nor does it indicate a user posture or distance to consider in relation to that risk.

Please cite this article in press as: R.S. Giachetti, A. Hardyniec, Characterization of the release of heated and pressurized water from a pressure cooker, Burns (2021), https://doi.org/10.1016/j.burns.2020.10.020



Fig. 10 – An over-the-shoulder view and the FLIR view of the half full, UL 136 test condition (10 cup) release at 3 PSIg from approximately the same time frame as that shown in Fig. 9 above. UL 136 does not permit a risk of injury. The chest and forehead of the mannequin have already been wetted by the dispersion, indicating that this test case would not pass the standard. The mannequin outline has been added for clarity in the thermal image. The thermal camera is in the corner of the room on the left hand side and is obscured by the head of the mannequin (red square).

Exposure to a spill of 8oz (1 cup) of 70 °C water onto clothing will cause superficial partial thickness burns (i.e., 2nd degree) [16] and for adults, burn severity will increase to mid-dermal burns if initial beverage temperatures are above 82 °C [16]. For children, skin thickness is approximately 70% of an adult and therefore are expected to incur the same severity of a burn at lower temperatures [15,16].

The brief exposure durations required for a serious burn are worsened in spill conditions when absorbent clothing is introduced. Contrary to intuition, clothing that is absorbent but allows skin contact with the liquid held in the fabric causes more severe scald injuries as opposed to unclothed conditions where liquid is able to move across the skin. When liquid is absorbed into clothing it not only traps liquid in one location, but it also retards cooling thereby extending the exposure to elevated temperatures. Several studies have concluded that clothing removal lessens scald severity [15,17], and removing clothing within the first 2.5 s has been shown to reduce scald damage [15].

Analysis of spills of hot beverages onto skin covered by a single layer of cotton clothing found a deep-partial-thickness burn was the likely outcome for initial beverage temperatures greater than 85 °C. Increasing this temperature to 90 °C (6%) will increase skin damage depth and "nearly instantly" cause superficial partial thickness burns [15]. Pressure cooker temperatures exceed 100 °C prior to opening and the liquid water that disperse from a pressure cooker can be as high as that when it departs the pot depending on the trajectory or flow. These data are consistent with other reports that described mid-dermal burns on adults occurring at liquid spill temperatures of 82 °C [16].

In this study, the simple sleeveless cotton shirt (Fruit of the Loom cotton A-shirt) retained water, as opposed to the unclothed portions of the mannequin. The water trapped by the shirt remained saturated with heated water longer than the surface of the mannequin.[11] For the high pressure and/or high volume cases, the temperatures on first contact with the shirt were between 60 and 90 °C. For these cases, the literature suggests that a severe burn would likely result.

### 5.3.   Perception reaction time and human reflex

In the experiments performed, the initial departure speed of the lid ranged from approximately 4–16 mph (6–23 ft/s, or 1.8 −7.0 m/s), that is, the lid moved at least one to two feet from the pressure cooker over several frames of video captured (from ∼33 ms to 100 ms). The video recordings also showed that when liquid from the pressure cooker contacted the mannequin, it did so within a similar timeframe (∼33 to 100 ms). Perception-reaction time (PRT), which is a person's ability to consciously respond to rapid stimulus, has been measured in a wide variety of situations regarding quick tasks. The literature on PRT has been reviewed in an effort to assess whether a user or nearby bystander could evade or mitigate a sudden or unexpected pressure cooker opening.

Stretch reflex and acoustic startle response have been studied widely in comparison to various cognitive states or other tactile cues. A review of literature [18–25] indicates that activation of limb musculature (i.e., EMG) occurs within a range of approximately 60 [19] to 125–195 ms (pistol shot stimulus) [18] to 250 ms [20] due to startle while activation due to stretch reflex ranges up to approximately 180 ms after mechanical perturbation [22], with movement changes following 20–25 ms later [25]. The literature also indicates that conscious control appears after the initial activation. In these studies, the participants generally have several seconds of warning prior to the stimulus occurring. Importantly, in tasks where a physical perturbation is in the direction of a preexisting voluntary muscular activation, the central nervous system does not have incentive to intervene in rapid, but unexpected, limb movements in that same direction [24].

Two hypothetical circumstances that are relevant to this review and the opening of a pressure cooker while pressurized: (1) the case where a user intentionally opens a pressure cooker (one hand on lid twisting, one hand on base restraining), and (2) the bystander nearby when a lid opens and departs the base. In both of these scenarios, the lid will escape in the intermediate and vertical trajectory cases (Table 2) before the user or the bystander can visually perceive or react. Furthermore, the lid departs so quickly in these cases and water disperses so quickly in these cases (i.e., 1/30th of a second), that by the time the lid is off and the water has dispersed, the user is not yet able to affect the lid trajectory through either startle or stretch reflex response (e.g., see Fig. 4). In these situations, immediate

---

[11] The mannequin surface is not likely representative of the properties of human skin, nor was it held at the temperature of human skin during the testing.

Please cite this article in press as: R.S. Giachetti, A. Hardyniec, Characterization of the release of heated and pressurized water from a pressure cooker, Burns (2021), https://doi.org/10.1016/j.burns.2020.10.020

clothing removal is likely the only mitigating action a user or bystander can undertake.

## 6. Conclusions

This study performed an experiment comprised of a series of systematic tests to characterize the consequences of opening of a common pressure cooker whose lid-locking safety features were defeated. The pressure cooker used is geometrically similar to other 6 quart units on the market and was examined across a variety of pressures and fill volumes. The study found that both pressure and volume play a role in the features of water dispersion after opening. Conditions with higher fill volumes and/or higher pressures resulted in more contents being ejected from the pressure cooker. These instances confirmed the symmetric dispersion of liquid that traveled at speeds in excess of human reflexes. The speed of both the lid and the contents was too fast for a nearby observer to consciously react or attain a protective posture when the lid took an intermediate or vertical trajectory. This study also confirms that clothing may keep the hot liquid in contact with skin for a longer duration and thus is expected to worsen burn injuries. Viewed in the context of the industry standard for lid opening in over-the-stove pressure cookers, a "half filled" pressure cooker at pressures below 1 PSIg will eject only small droplets of water, posing a negligible hazard. However, at pressures above 2 PSIg the pressure cooker may overflow with hot water that may pose a scald risk to persons in proximity, whereby the only mitigating actions are immediate clothing removal due to the speed of the dispersion.

## Conflict of interests

Funding for the experiment was provided, in part, by Tristar Inc. Tristar Inc. did not provide input into the design of the experiment and did not provide input into the analysis or content of the manuscript.

Dr. Giachetti has provided engineering consulting to Tristar Inc. and has served as an expert witness in pressure cooker matters.

R E F E R E N C E S

[1] http://www-history.mcs.st-and.ac.uk/Biographies/Papin.html. [Accessed 1 August 2020].
[2] https://blog.housewares.org/2011/11/07/housewares-history-working-under-pressure-in-the-kitchen/. [Accessed 1 August 2020].
[3] http://www.chicagotribune.com/dining/recipes/sc-food-0424-pressure-cooker-20150421-story.html. [Accessed 1 August 2020].
[4] http://www.discoverpressurecooking.com/history.html. [Accessed 1 August 2020].
[5] https://www.rangerreview.com/content/pressure-cookers-provide-convenience-versatility. [Accessed 1 August 2020].
[6] https://miami.cbslocal.com/2017/02/07/woman-warns-of-exploding-pressure-cooker-after-suffering-severe-burns/. [Accessed 1 August 2020].
[7] https://www.wral.com/9-year-old-severely-injured-in-pressure-cooker-accident/18130983/. [Accessed 1 August 2020].
[8] Titus M Olivia, Baxter Amy L, Starling Suzanne P. Accidental scald burns in sinks. Pediatrics 2003;111(2):e191–4.
[9] Greenbaum Adam R, Donne Jeremy, Wilson Diana, Dunn Kenneth W. Intentional burn injury: an evidence-based, clinical and forensic review. Burns 2004;30(7):628–42.
[10] Maguire S, Moynihan Sian, Mann Marilynne, Potokar T, Kemp Alison Mary. A systematic review of the features that indicate intentional scalds in children. Burns 2008;34(8):1072–81.
[11] Understanding Potential Water Heater Scald Hazards. American Society of Sanitary Engineering Scald Awareness Task Group. March 2012. https://www.asse-plumbing.org/media/5213/asse_water_heater_scald_hazards.pdf. [Accessed 1 August 2020].
[12] Dewhirst Mark, Viglianti Benjamin L, Lora-Michiels Michael, Jack Hoopes P, Hanson Margaret A. Thermal dose requirement for tissue effect: experimental and clinical findings. Thermal treatment of tissue: energy delivery and assessment II, vol. 4954. International Society for Optics and Photonics; 2003. p. 37–57.
[13] Ramirez Juan C, Smyth Suzanne A, Ogle Russell A. Maximum missile velocity from boiling-liquid expanding-vapor explosions (BLEVE) using exergy analysis. ASME 2012 International Mechanical Engineering Congress and Exposition 2012 American Society of Mechanical Engineers.
[14] Shaikh MF, Singh Amitabh. Pressure cooker injuries. Indian J Burn 2003;11(1):68.
[15] Log Torgrim. Modeling skin injury from hot spills on clothing. Int J Environ Res Public Health 2017;14(11):1374.
[16] Abraham John P, Nelson-Cheeseman Brittany B, Sparrow Ephraim, Wentz John E, Gorman John M, Wolf Steven E. Comprehensive method to predict and quantify scald burns from beverage spills. Int J Hyperth 2016;32(8):900–10.
[17] Lau Edgar YK, Tam Yvonne YW, Chiu TW. Importance of clothing removal in scalds. Hong Kong Med J 2016;22:152–7.
[18] Wilkins DE, Hallett M, Wess MM. Audiogenic startle reflex of man and its relationship to startle syndromes: a review. Brain 1986;109(3):561–73.
[19] Brown P, Rothwell JC, Thompson PD, Britton TC, Day BL, Marsden CD. New observations on the normal auditory startle reflex in man. Brain 1991;114(4):1891–902.
[20] Bernstein Ira H, Clark Mark H, Edelstein Barry A. Effects of an auditory signal on visual reaction time. J Exp Psychol 1969;80(3p1):567.
[21] Koshland GF, Hasan Z. Electromyographic responses to a mechanical perturbation applied during impending arm movements in different directions: one-joint and two-joint conditions. Exp Brain Res 2000;132(4):485–99.
[22] Kurtzer Isaac L, Andrew Pruszynski J, Scott Stephen H. Long-latency reflexes of the human arm reflect an internal model of limb dynamics. Curr Biol 2008;18(6):449–53.
[23] Mussa-Ivaldi Ferdinando A, Hogan Neville, Bizzi Emilio. Neural, mechanical, and geometric factors subserving arm posture in humans. J Neurosci 1985;5(10):2732–43.
[24] Hasan Z. The human motor control system's response to mechanical perturbation: should it, can it and does it ensure stability? J Mot Behav 2005;37(6):484–93.
[25] Valls-Solé J, Solé A, Valldeoriola F, Muñoz E, Gonzalez LE, Tolosa ES. Reaction time and acoustic startle in normal human subjects. Neurosci Lett 1995;195(2):97–100.

Please cite this article in press as: R.S. Giachetti, A. Hardyniec, Characterization of the release of heated and pressurized water from a pressure cooker, Burns (2021), https://doi.org/10.1016/j.burns.2020.10.020