# Exhibit F

# ADULTDATA

## The Handbook of Adult Anthropometric and Strength Measurements

*– Data for Design Safety*

Government Consumer Safety Research



dti

Department of Trade and Industry



# Copyright

The information and data in this Handbook have been reprinted from the original sources with permission (full references can be found in section 8).

Daams (1993): information reprinted from *Ergonomics*, 36(4), Static force exertion in postures with different degrees of freedom, 397-406, by kind permission of Taylor & Francis, London.

Daams (1994): information reprinted from *Human force exertion in user-product interaction*, Physical Health Series, by kind permission of Delft University Press, The Netherlands.

DIN 33402: 1986: reproduced with permission. Complete editions of the standards can be obtained by post from BSI Customer Services, 389 Chiswick High Road, London W4 4AL or through national standards bodies.

Fothergill et al (1992): information reprinted from *Ergonomics* 35(2), The influence of some handle designs and handle height on the strength of the horizontal pulling action, 203-212, by kind permission of Taylor & Francis, London.

Gallagher (1989): information reprinted from *Proceedings of the Human Factors Society 33rd Annual Meeting*, Isometric pushing, pulling and lifting strengths in three postures, with kind permission from the Human Factors and Ergonomics Society, Santa Monica.

Garg & Beller (1990): reprinted from the *International Journal of Industrial Ergonomics*, 6, One-handed dynamic pulling strength with special reference to speed, handle height and angles of pulling, 231-240, with kind permission of Elsevier Science - NL, Sara Burgerhartstraat 25, 1055 KV Amsterdam, The Netherlands.

Garg et al (1988): information reprinted from *Ergonomics*, 31(8), One-handed dynamic pulling strength with special application to lawn mowers, 1139-1153, by kind permission of Taylor & Francis, London.

Haag (1980): information reprinted from *Anthropometry and strength data in tool design*, in Anthropometry and biomechanics, R. Easterby, K. H. E. Kroemer, and D. B. Chaffin (Eds), by kind permission of Plenum Publishing Corporation, New York.

Hunsicker (1955): information reprinted from *Human engineering guide to equipment design*, C. T. Morgan, J. S. Cook, A. Chapanis, and M. W. Lund (Eds), 1963, with kind permission from McGraw-Hill, New York.

Hunsicker & Greey (1957): information reprinted from *Human engineering guide to equipment design*, C. T. Morgan, J. S. Cook, A. Chapanis, and M. W. Lund (Eds), 1963, with kind permission from McGraw-Hill, New York.

Imrhan & Loo (1989): information reprinted from *Human Factors*, 31(6), Trends in finger pinch strength in children, adults, and the elderly, 689-701, with kind permission from the Human Factors and Ergonomics Society, Santa Monica.

Imrhan & Sundararajan (1992): information reprinted from *Ergonomics*, 35(3), An investigation of finger pull strengths, 289-299, by kind permission of Taylor & Francis, London.

Adapted from Inglemark, B. E. and Lewin, T. (1968), *Acta Morphologica Neerlando-Scandinavica*, 7, 145-166, © Swets & Zeitlinger Publishers. Used with permission.

Kember et al (1981): information reprinted by kind permission of Cranfield Institute of Technology.

Keyserling et al (1978): information reprinted from *Proceedings of the Human Factors Society 22nd Annual Meeting*, An analysis of selected work muscle strengths, with kind permission from the Human Factors and Ergonomics Society, Santa Monica.

Lee & Bruckner (1991): reprinted from the *Journal of Safety Research*, 22, Human lifting strength in different postures, 11-19, with kind permission from Elsevier Science Ltd., The Boulevard, Langford Lane, Kidlington OX5 1GB, UK.

Lewin (1969): information reprinted from *Ergonomics*, 12(6), Anthropometric studies on Swedish industrial workers when standing and sitting, 883-902, with kind permission of Taylor & Francis, London.

Lindahl et al (1994): information reprinted from *Journal of Medical Engineering and Technology*, 18(3), Grip strength of the human hand - measurements on normal subjects with a new hand strength analysis system (HASTRAS), 101-103, with kind permission from the Human Factors and Ergonomics Society, Santa Monica.

Marras & Kim (1993): information reprinted from *Ergonomics*, 36(4), Anthropometry of industrial populations, 371-378, by kind permission of Taylor & Francis.

Masali et al (1992): information reprinted from the unpublished Proceedings of *The International Congress of European Anthropological Association*, Madrid, by kind permission of Melchiorre Masali.

Mathiowetz et al (1985): information reprinted from *Archives of Physical Medicine and Rehabilitation*, 66, Grip and pinch strength: Normative data for adults, 69-74, by kind permission of W. B. Saunders Co., USA.

Mital (1986): reprinted from *Applied Ergonomics*, 17(2), Effect of body posture and common hand tools on peak torque exertion capabilities, 87-96, with permission from Elsevier Science Ltd., The Boulevard, Langford Lane, Kidlington OX5 1GB, UK.

Mital & Sanghavi (1986): information reprinted from *Human Factors*, 28(3), Comparison of maximum volitional torque exertion capabilities of males and females using common hand tools, 283-294, with kind permission from the Human Factors and Ergonomics Society, Santa Monica.

PeopleSize (1997): data reproduced under licence from Open Ergonomics Ltd, Loughborough Technology Centre, Epinal Way, Loughborough, LE11 0QE, UK.

Pheasant (1990): information reprinted from *Anthropometrics: An Introduction*, by kind permission of British Standards Institution, London.

Pheasant (1996): information reprinted from *Bodyspace: Anthropometry, Ergonomics, and the Design of Work*, by kind permission of Taylor & Francis, London.

PKN (1990): information reprinted by kind permission of Polska Komitet Normalizacji, Poland.

Putto (1988): information reprinted from *Hanteren en kracht*, Theses, with kind permission from Delft University of Technology, Faculty of Industrial Design Engineering, Delft, The Netherlands.

Rebiffe et al (1981): information reprinted by kind permission of Laboratoire de physiologie et de biomecanique de l'association Peugeot-Renault.

Schoorlemmer & Kanis (1992): information reprinted from *Proceedings of the Human Factors Society 36th Annual Meeting*, Operation of controls on everyday products, with kind permission from the Human Factors and Ergonomics Society, Santa Monica.

Swain et al (1970): information reprinted from *Ergonomics*, 13(2), Maximum torque for small knobs operated with and without gloves, 210-219, by kind permission of Taylor & Francis, London.

Wagner (1988): information reprinted from *Ergonomics*, 31(1), The pianist's hand: Anthropometry and biomechanics, 97-131, by kind permission of Taylor & Francis, London.

Every effort has been made to secure formal permission for the inclusion of data and information in this handbook. However, despite considerable effort, we were unable to trace some of the authors and/or publishers of the information sources in order to credit their sources of information as they would wish. We would therefore like to acknowledge and credit the authors and publishers of the following sources whom we were unable to contact or who did not respond to our requests by the time of publication (full references can be found in section 8).

Abeysekera & Shahnavaz 1987     Hoshi et al. 1980  
Crosby et al. 1994     Kroemer 1968  
Hoshi & Kouchi 1978     Rohmert & Hettinger 1963



**PUSH 267**

standing

**Definition**

The maximum static force that can be exerted in a forwards direction with either the palm, one or two hands and against a variety of objects whilst standing.

**Data application and summary**

The four sources of data compare pushing strength when applied to a variety of 'handles' and using different arm postures.

These details should be used to select the data which most closely match the intended design application since posture, number of hands used and the height, size and shape of the handle will all affect the maximum strength that can be exerted.

| Source | Handle type | Details | Country | Reference |
|---|---|---|---|---|
| 1 | round doorknob, (59mm) | 1 (preferred) hand | The Netherlands | Daams 1993 |
| 2 | unknown | 1 hand | USA | Hoag 1980 |
| 3 | cylindrical handle | 1 hand | Germany | Rohmert & Hettinger 1963 |
| 4 | round handle, (30 mm) | 2 hands | USA | Keyserling et al. 1978 |

# PUSH 267

standing - source 1

**Daams 1993**

Country  The Netherlands
Sample  10 male
        10 female
Age     23 (mean)

Pushing forward (Newtons) on a round doorknob ( 59 mm) at various heights using 1 (preferred) hand. Two postures were tested (a) free posture: no restrictions, and (b) standard posture: one foot 30 cm in front of the other, elbow in 90( flexion).

| handle height | posture | sex | mean | sd |
|---|---|---|---|---|
| shoulder height | free | m | 304 | 53 |
| | | f | 198 | 72 |
| | | both | 251 | 82 |
| | standard | m | 136 | 26 |
| | | f | 107 | 16 |
| | | both | 122 | 26 |
| elbow height | free | m | 349 | 96 |
| | | f | 225 | 93 |
| | | both | 287 | 112 |
| | standard | m | 147 | 25 |
| | | f | 108 | 18 |
| | | both | 126 | 28 |
| 1.7m | free | m | 300 | 50 |
| | | f | 181 | 75 |
| | | both | 241 | 87 |
| 1.3m | free | m | 337 | 83 |
| | | f | 221 | 103 |
| | | both | 279 | 109 |
| 0.7m | free | m | 393 | 134 |
| | | f | 185 | 57 |
| | | both | 289 | 147 |



standard posture - handle at elbow height

standard posture - handle at shoulder height