# Exhibit G

**From:** Hubert IV, Thaddeus J. (Ted) <Thubert@goldbergsegalla.com>
**Sent:** Friday, January 12, 2024 1:59 PM
**To:** Marty Senn <msenn@reynoldsinjurylaw.com>
**Cc:** Cara Pittman <cpittman@reynoldsinjurylaw.com>
**Subject:** Giachetti's file

Hey Marty,

Giachetti's file is below in the links and the attachments. Please note that Dr. Giachetti is expecting the birth of his daughter soon and I was advised he is currently at the hospital. I don't believe she was expected to be born this early. I mention this because I have not had a chance to talk to him yet, but I do believe this production is entirely responsive. If not, I will supplement. I also raise it because I don't know how this will impact our deposition for Tuesday as I was supposed to prep him today and if she is born, whether he will be available next week.

Ted.

https://fusionengcom-my.sharepoint.com/:f:/g/personal/rgiachetti_fusioneng_com/EoumfJykCHRNj0yEWIE4_KUBGPOgnlWhURVYV_tBqYQmzg?e=0Q5k7D

https://fusionengcom-my.sharepoint.com/:f:/g/personal/rgiachetti_fusioneng_com/Et7sHqxHeLVJr-0uAOAw1M4Bw_naliBAVGs89imc6A1yAA?e=ok28Am

# Thaddeus J. Hubert, IV, Esq.
Partner
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*

**DIRECT** 609.986.1386  |  **EXT** 5786  |  **CELL** 609.480.2228
**EMAIL** Thubert@goldbergsegalla.com  |  website bio  |  goldbergsegalla.com

301 Carnegie Center Drive, Suite 200, Princeton, NJ 08540-6587
**FAX** 609.986.1301

**GOLDBERGSEGALLA**

CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | MARYLAND | MISSOURI
NEW JERSEY | NEW YORK | NORTH CAROLINA | PENNSYLVANIA

Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.