# Exhibit H

**From:** Hubert IV, Thaddeus J. (Ted) <Thubert@goldbergsegalla.com>
**Sent:** Thursday, February 22, 2024 9:26 AM
**To:** Marty Senn <msenn@reynoldsinjurylaw.com>
**Subject:** copeland

Hey Marty,

I have reviewed your motion filed with the court regarding Dr. Giachetti. Since you are claiming that you were prejudiced by mistakenly not receiving the attached article, I propose the following:

1.  you may depose Dr. Giachetti limited to the article and the conclusion/opinions Dr. Giachetti cites it for.
2.  the deposition would be remote.
3.  in exchange for the continued deposition, you withdraw this argument.

Let me know if you agree.

Ted.

## Thaddeus J. Hubert, IV, Esq.
### Partner
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*

**DIRECT** 609.986.1386 | **EXT** 5786 | **CELL** 609.480.2228
**EMAIL** Thubert@goldbergsegalla.com | website bio | goldbergsegalla.com

301 Carnegie Center Drive, Suite 200, Princeton,  NJ 08540-6587
**FAX** 609.986.1301

## GOLDBERGSEGALLA

CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | MARYLAND | MISSOURI
NEW JERSEY | NEW YORK | NORTH CAROLINA | PENNSYLVANIA

Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.