# Exhibit J

**From:** Hubert IV, Thaddeus J. (Ted) <Thubert@goldbergsegalla.com>
**Sent:** Wednesday, February 28, 2024 9:26 AM
**To:** Marty Senn <msenn@reynoldsinjurylaw.com>
**Subject:** Re: copeland

Marty,

I am happy to accommodate your schedule. You can depose Dr. Giachetti after the return date and withdraw the argument. Let me know what dates you would like.

Ted.

## Thaddeus J. Hubert, IV, Esq.
Partner
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*

**DIRECT** 609.986.1386 | **EXT** 5786 | **CELL** 609.480.2228
**EMAIL** Thubert@goldbergsegalla.com | website bio | goldbergsegalla.com

301 Carnegie Center Drive, Suite 200, Princeton, NJ 08540-6587
**FAX** 609.986.1301

**GOLDBERGSEGALLA**

CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | MARYLAND | MISSOURI
NEW JERSEY | NEW YORK | NORTH CAROLINA | PENNSYLVANIA

Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

---

**From:** Marty Senn <msenn@reynoldsinjurylaw.com>
**Sent:** Wednesday, February 28, 2024 9:22 AM
**To:** Hubert IV, Thaddeus J. (Ted) <Thubert@goldbergsegalla.com>
**Subject:** RE: copeland

Ted

Sorry for the delayed response, I have been out of the office. I am certainly not trying to be difficult, but I have a trial starting on the 11th, so I don't have any availability between now and the response dates.

Marty K. Senn
Reynolds, Horne & Survant
6320 Peake Road
P.O. Box 26610
Macon, GA 31221-6610
Phone: (478) 405-0300
Fax (478) 405-0550



CONFIDENTIALITY: This e-mail message is intended only for the personal use of the recipient, or recipients, named above. This message may be an attorney-client communication and as such is privileged and confidential. If you are not an intended recipient, you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Hubert IV, Thaddeus J. (Ted) <Thubert@goldbergsegalla.com>
**Sent:** Thursday, February 22, 2024 9:26 AM
**To:** Marty Senn <msenn@reynoldsinjurylaw.com>
**Subject:** copeland

Hey Marty,

I have reviewed your motion filed with the court regarding Dr. Giachetti. Since you are claiming that you were prejudiced by mistakenly not receiving the attached article, I propose the following:

1. you may depose Dr. Giachetti limited to the article and the conclusion/opinions Dr. Giachetti cites it for.
2. the deposition would be remote.
3. in exchange for the continued deposition, you withdraw this argument.

Let me know if you agree.

Ted.

Thaddeus J. Hubert, IV, Esq.
Partner
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*

**DIRECT** 609.986.1386 | **EXT** 5786 | **CELL** 609.480.2228
**EMAIL** Thubert@goldbergsegalla.com | website bio | goldbergsegalla.com

301 Carnegie Center Drive, Suite 200, Princeton, NJ 08540-6587
**FAX** 609.986.1301

**GOLDBERGSEGALLA**

CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | MARYLAND | MISSOURI
NEW JERSEY | NEW YORK | NORTH CAROLINA | PENNSYLVANIA

Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.