# Exhibit K

# CERTIFICATE OF COMPLIANCE

| | |
|---|---|
| **Certificate Number** | 20151110-E305931 |
| **Report Reference** | E305931-20150722 |
| **Issue Date** | 2015-NOVEMBER-10 |

**Issued to:** CHEER MASTER TRADING LTD
Unit 703-706, 7th Fl
Tins Enterprises Centre
777 Lai Chi Kok Rd
Kowloon HONG KONG

**This is to certify that representative samples of**
HOUSEHOLD COOKING APPLIANCES
Electric Pressure Cooker, Model PPC780,PPC780P

Have been investigated by UL in accordance with the Standard(s) indicated on this Certificate.

**Standard(s) for Safety:**
UL 1026;  Electric Household Cooking and Food Serving Appliances
UL 136   Pressure Cookers
C22.2 No. 1335.1   Portable Electrical Motor-Operated and Heating Appliances
C22.2 No. 1335.2.15   Particular Requirement for Liquid-Heating Appliance

**Additional Information:** See the UL Online Certifications Directory at www.ul.com/database for additional information

Only those products bearing the UL Certification Mark should be considered as being covered by UL's Certification and Follow-Up Service.

Look for the UL Certification Mark on the product.

*[signature]*
Bruce Mahrenholz, Director North American Certification Program
UL LLC

Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL. For questions, please contact a local UL Customer Service Representative at http://ul.com/aboutul/locations/

Page 1 of 1

CONFIDENTIAL

PPC.780.0001538