# Exhibit C

Page 1

1     IN THE UNITED STATES DISTRICT COURT
2       FOR THE MIDDLE DISTRICT OF GEORGIA
3                MACON DIVISION
4
5  CIVIL ACTION NUMBER:  5:22-CV-00212-TES
6  EDWARD A. COPELAND
7  and SHERYL COPELAND,
8            Plaintiff(s),
9              vs.
10 TRISTAR PRODUCTS, INC.,
11 and ABC, INC.,
12           Defendant(s).
13
14
15         DEPOSITION TESTIMONY OF:
16              SHERYL COPELAND
17              June 6, 2023
18      VIA REMOTE VIDEO-CONFERENCE
19
20
21
22
23 COURT REPORTER:
24 Angela Smith McGalliard,
25 RPR, CRR, CCR

1      A.     That's correct.
2      Q.     And when you and he got married,
3  did he have one of his own?
4      A.     He didn't have anything, due to a
5  divorce.
6      Q.     Okay.  Had Edward ever owned or
7  used an electric pressure cooker before you
8  bought this one?
9      A.     No.
10     Q.     Once the -- Once you waited the
11 thirty or forty-five minutes, how would you
12 open it up?  What was your normal practice?
13     A.     First thing we would do would be
14 to open up the valve.
15     Q.     If you could move it closer to
16 the middle of the -- I can't quite see it.
17 I want to make sure I see it.
18     A.     Sure.
19     Q.     Okay.
20     A.     There's a valve here
21 (indicating) --
22     Q.     Yeah.
23     A.     -- that opens.  It's closed --
24     Q.     It has like a little diagram on
25 it that indicates --

Case 5:22-cv-00212-CAR   Document 38-3   Filed 04/01/24   Page 4 of 10
Sheryl Copeland                                          June 6, 2023
Copeland, Edward A. Vs. Tristar Products, Inc.

Page 36

1      A.    Yeah.  Like steam -- like steam
2  coming up.
3      Q.    Yeah.
4      A.    Okay.  So you open it to that
5  point, and if there was any steam left in
6  the pot, it would let the pressure off
7  there in the steam.
8      Q.    And that's something, when the
9  steam was coming out, you could see it;
10 correct?
11     A.    That's correct.
12     Q.    You could probably also hear it;
13 right?
14     A.    Yes.
15     Q.    And if you wanted to, you could
16 kind of run your fingers through it to feel
17 it, too; right?
18     A.    I never attempted to do that, but
19 I'm sure you could.
20     Q.    Because you read our manual.
21           Okay.  All right.  So if there
22 was any steam, what would you do if you saw
23 steam or heard steam?
24     A.    Just let it continue to do what
25 it -- let the steam out until there wasn't

Case 5:22-cv-00212-CAR   Document 38-3   Filed 04/01/24   Page 5 of 10

Sheryl Copeland                                          June 6, 2023
Copeland, Edward A. Vs. Tristar Products, Inc.

Page 37

1  any steam left coming out.
2      Q.    And, again, that was because you
3  understood the instructions and the general
4  safety rules associated with it; correct?
5      A.    That's correct.
6      Q.    Okay.  And then how would you
7  open it after you released the steam?
8      A.    All you would have to do is put
9  your hand here (indicating) and open the
10 lid.
11     Q.    Again, this is my
12 characterization, but it looks relatively
13 easy, you're just doing that with one hand
14 turning it; correct?
15     A.    That's correct.
16     Q.    And, again, on all of the days
17 before the accident, was it that easy to
18 put the lid on and lock it into place and
19 then to open it when you were done?
20     A.    That's correct.
21     Q.    Okay.  So let's talk now
22 specifically about the day of the accident.
23 All right?
24     A.    Okay.
25     Q.    You told me it was a Saturday, I

Case 5:22-cv-00212-CAR  Document 38-3  Filed 04/01/24  Page 6 of 10

Sheryl Copeland                                       June 6, 2023
Copeland, Edward A. Vs. Tristar Products, Inc.

Page 42

1     A.    That's correct.
2     Q.    What were you doing during that
3  approximate forty-five minutes?
4     A.    I went and sat down with my
5  husband in the living room and watched TV.
6     Q.    Do you remember anything about
7  what you were watching?
8     A.    Something on Netflix.
9     Q.    Something good?
10    A.    I -- I can't remember.
11    Q.    Not all of it is.
12    A.    I wish I could.
13    Q.    Okay.  Did you hear it when it
14 indicated that the cook cycle was over?
15    A.    Yes.
16    Q.    So you heard one or two beeps?
17    A.    That's correct.
18    Q.    What did you do after you heard
19 the beeps?
20    A.    Went into the kitchen, unplugged,
21 and let it sit there.  Went back, sat in my
22 chair, and finished watching whatever show
23 it was we were watching.
24    Q.    What's your best estimate of how
25 long you let it sit there after unplugging

Case 5:22-cv-00212-CAR   Document 38-3   Filed 04/01/24   Page 7 of 10
Sheryl Copeland                                                June 6, 2023
Copeland, Edward A. Vs. Tristar Products, Inc.

Page 43

1  before making any attempt to open it?
2      A.   About forty -- Approximately
3  forty, forty-five minutes.
4      Q.   So to be clear, you unplugged it,
5  went back and sat and watched TV with your
6  husband for about forty to forty-five
7  minutes; correct?
8      A.   That's correct.
9      Q.   All right.  And all that time,
10 the pressure cooker was sitting on the
11 counter?
12     A.   Yes.
13                        (Defendant's Exhibit
14                         2 was marked for
15                         identification.)
16     Q.   I want to show you some photos,
17 if you don't mind.  I've marked as Exhibit
18 2, I'm going to share my screen if it will
19 let me.
20          MR. SENN:  Can we move the pot or
21 do you want me to leave it there?
22          MR. OSTERMAN:  You can move the
23 pot -- Yeah.  You can move it.  I may have
24 you go back to it.
25          MR. SENN:  Yeah.  I'm going to

Page 46

1   more to the right of the range.  And we can
2   see that there's a kitchen sink there --
3        A.    Yes.
4        Q.    -- in the center.  There's a pot
5   positioned in this picture.  Do you see
6   that?
7        A.    I do.
8        Q.    What's your best recollection of
9   where the pressure cooker was, relative to
10  that pot?
11       A.    To the left.
12       Q.    To the left of that.
13       A.    Yes.
14       Q.    Okay.  All right.  Thank you.
15  I'm going to take this off the screen.
16       A.    Okay.
17       Q.    All right.  So back to your
18  testimony about the day of the accident.
19       A.    Uh-huh.
20       Q.    So after waiting about forty to
21  forty-five minutes from the time you
22  unplugged the pressure cooker, what did you
23  do next?
24       A.    Oh.  Edward and I got up, went
25  into the kitchen, I was standing at the

Case 5:22-cv-00212-CAR   Document 38-3   Filed 04/01/24   Page 9 of 10

Sheryl Copeland                                June 6, 2023
Copeland, Edward A. Vs. Tristar Products, Inc.

Page 47

1  sink, we checked the pressure, the release
2  valve, and then once we knew that there was
3  no more steam, he reached up to open the
4  lid.
5      Q.   Okay.  So why did both of you go
6  in to open the pressure cooker?
7      A.   I went to the kitchen sink, he
8  was right there.  Again, we shared
9  everything, doing a lot of the cooking and
10 stuff.  So . . .
11     Q.   Had you made any attempt to open
12 the pressure cooker yourself before Edward
13 did?
14     A.   No.
15     Q.   Do you recall any conversation
16 with Edward before he attempted to open the
17 pressure cooker?
18     A.   No.
19     Q.   What were you doing at the sink
20 when he attempted to open the pressure
21 cooker?
22     A.   We had a few dishes there and I
23 -- I was just -- actually, I was standing
24 kind of -- kind of facing him at the sink,
25 turned kind of facing him at the sink while

Case 5:22-cv-00212-CAR   Document 38-3   Filed 04/01/24   Page 10 of 10

Sheryl Copeland                                          June 6, 2023
Copeland, Edward A. Vs. Tristar Products, Inc.

Page 50

1   pressure cooker?
2       A.    That's correct.
3       Q.    And what was he doing with his
4   hands?
5       A.    He reached up, turned the valve
6   like we always do, make sure all the steam
7   was out, and then he one-handedly grabbed
8   ahold of it (indicating).  And when he went
9   to just barely turn the lid, which turned
10  freely, it blew off.
11      Q.    So you demonstrated with your
12  right hand?
13      A.    Yes.
14      Q.    Were you demonstrating to me that
15  he used his right hand --
16      A.    Yes.
17      Q.    -- to open the valve?
18      A.    Yes.  He was right-handed.
19            MR. OSTERMAN:  Okay.  Counsel,
20  can you position the pressure cooker back
21  in front of the witness?
22            MR. SENN:  Sure.
23      Q.    And do you have a recollection of
24  how the pressure cooker was oriented?  In
25  other words, was the LED screen facing out