# Exhibit D

Page 1

1      IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF GEORGIA
2                MACON DIVISION
3

   EDWARD A. COPELAND and
4  SHERYL COPELAND,
5           Plaintiffs    Civil Action
                          File No. 5:22-CV-00212-TES
6       v.
7  TRISTAR PRODUCTS, INC.,
   and ABC, INC.,
8
            Defendants.
9  _____
10
                VIDEOTAPED ZOOM DEPOSITION OF
11
              SOHEIL ESHRAGHI, PH.D., P.E
12
                    January 11, 2024
13                    1:01 P.M.
14
15     Lee Ann Barnes, CCR-1852B, RPR, CRR, CRC
16
17
18
19
20
21
22
23
24
25

Case 5:22-cv-00212-CAR   Document 38-4   Filed 04/01/24   Page 3 of 3

Soheil Eshraghi , PhD, PE                    January 11, 2024
Copeland, Edward A., Et Al.  Vs. Tristar Products, Inc., Et Al.

Page 55

1    Q.   Plaintiffs' Response to Request for
2    Admissions.
3    A.   I don't see that in my document list.
4    Q.   Okay.  Now, when you got the unit, where
5    did you get it from or who did you get it from?
6    A.   If I remember correctly, it was with
7    John Pratt, and I took it from him.
8    Q.   And do you know if he did any testing or
9    did anything to it?
10   A.   No testing was done.  Everybody was
11   waiting for a group testing.
12   Q.   And can we agree that when you inspected
13   the pressure cooker, the float valve was not
14   clogged?
15   A.   Yes, I think so.
16   Q.   And the manual release valve was not
17   clogged as well; true?
18   A.   That's true, yes.
19   Q.   Okay.  So none of those valves were
20   clogged when you inspected the unit; true?
21   A.   That's true, yes.
22   Q.   Now, the locking tab was damaged; true?
23   A.   Locking tab?
24   Q.   Yes.
25   A.   What is a locking tab?