IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| EDWARD A. COPELAND and SHERYL COPELAND, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | CASE NO. 5:22-CV-212 (CAR) |
| TRISTAR PRODUCTS, INC. and ABC, INC., | : : : : | |
| Defendants. | : | |

## ORDER ON MOTION TO SUBSTITUTE PARTY

Plaintiff Sheryl Copeland moves to substitute Plaintiff Edward A. Copeland with Sheryl Copeland, Executor of the Estate of Edward A. Copeland, due to Edward A. Copeland's death during this litigation. Federal Rule of Civil Procedure 25(a) states that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."[1] Rule 25(a) requires the Court to dismiss the action by the decedent if a motion is not made within 90 days after service of a statement

---

[1] Fed. R. Civ. P. 25(a).

1

noting the death.[2] "[T]o start Rule 25's ninety-day clock, a suggestion of death must be filed with the court and served on a personal representative of the deceased party."[3]

Plaintiff did not file a separate suggestion of death, however, the Court construes Plaintiff's Motion as a combined Motion to Substitute and suggestion of death. Plaintiff's Motion specifically states that Edward A. Copeland is deceased, and that Sheryl Copeland was named Executor of Mr. Copeland's will and estate.[4] Further, this Motion was served on Defendant Tristar Products, Inc. as required by Rule 25, and Defendant has not responded or objected to the Motion.

Thus, the Court **GRANTS** Plaintiff's Motion to Substitute Party [Doc. 39], and **SUBSTITUTES Sheryl Copeland as Executor of the Estate of Edward A. Copeland** as Plaintiff in lieu of Edward A. Copeland in this action. Sheryl Copeland as Executor of the Estate of Edward A. Copeland shall be listed as the Plaintiff on all subsequent pleadings and filings in this matter, in addition to Plaintiff Sheryl Copeland, who brings this action in her individual capacity.

**SO ORDERED** this 20th day of August, 2024.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[2] Fed. R. Civ. P. 25(a).
[3] *Silas v. Sheriff of Broward County*, 55 F.4th 872, 876 (11th Cir. 2022) (citation omitted).
[4] Motion to Substitute Parties [Doc. 39 at 1].