IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **SHERYL COPELAND, individually and as executor of the estate of EDWARD A. COPELAND**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TRISTAR PRODUCTS, INC., and ABC, INC.,**<br><br>**Defendants.** | **CIVIL ACTION NO. 5:22-cv-00212-CAR** |

**STIPULATION OF DISMISSAL**

COME NOW the parties in the above-captioned action, by and through their counsel of record, stipulate and hereby authorize and direct the Clerk of said Court to dismiss Plaintiffs' Complaint for Damages and Jury Trial Demand against Defendants with prejudice.

Respectfully submitted, this 22nd day of July, 2025.

/s/ *Marty K. Senn*
MARTY K. SENN
Georgia Bar No. 513896
*Attorney for Plaintiffs*

REYNOLDS, HORNE & SURVANT
P.O. Box 26610
Macon, Georgia 31221-6610
(478) 405-0300
msenn@reynoldsinjurylaw.com

/s/ *Steven H. Campbell*  (with expressed permission)
SANJAY GHOSH
Georgia Bar No. 141611
STEVEN H. CAMPBELL
Georgia Bar No. 161457
*Attorneys for Tristar Products, Inc.*

NELSON MULLINS RILES &
SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, Georgia 30363
(404) 322-6000
Sanjay.ghosh@nelsonmullins.com
Steven.campbell@nelsonmullins.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing Stipulation of Dismissal upon all parties to this matter by electronic E-filing, Statutory Electronic Service and/or depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Sanjay Ghosh, Esq.
Steven H. Campbell, Esq.
NELSON MULLINS RILES &
SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, Georgia 30363
Sanjay.ghosh@nelsonmullins.com
Steven.campbell@nelsonmullins.com
*Attorneys for Tristar Products, Inc.*

This 22nd day of July, 2025.

/s/ *Marty K. Senn*
MARTY K. SENN
Georgia Bar No. 513896
*Attorney for Plaintiffs*

REYNOLDS, HORNE & SURVANT
P.O. Box 26610
Macon, Georgia 31221-6610
(478) 405-0300
msenn@reynoldsinjurylaw.com